JINA L. CHOI (N.Y. Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
  buchholzs@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SUSAN F. LaMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
  emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants, and<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-cv-00223-RS<br><br>DECLARATION OF THOMAS J. EME IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER |

# DECLARATION OF THOMAS J. EME

I, Thomas J. Eme, declare:

1.  I am an attorney admitted to practice in the State of Illinois and employed in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I was assigned to the investigation that preceded the filing of this action against San Francisco Regional Center, LLC ("SFRC") and other Defendants and Relief Defendants, and I am one of the attorneys of record representing the Commission in this case. I make this Declaration in support of the Commission's Motion for Preliminary Injunction and for Appointment of Receiver. I make this Declaration based upon facts within my personal knowledge and to which I am competent to testify if called upon to do so.

2.  During the investigation, Defendant Thomas M. Henderson ("Henderson") testified under oath on June 2, 2016 pursuant to an investigative subpoena. Attached Exhibit 1 is a true and correct copy of excerpts from the transcript of Henderson's testimony.

3.  Attached Exhibit 2 is a true and correct copy of a Business Plan for Comprehensive Care of Oakland, L.P. ("CCOO") produced to the Commission staff by the United States Citizenship and Immigration Services ("USCIS").

4.  Attached Exhibit 3 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for CCOO produced to the Commission staff by USCIS.

5.  Attached Exhibit 4 is a true and correct copy of an additional Business Plan for CCOO produced to the Commission staff by USCIS.[1]

6.  Attached Exhibit 5 is a true and correct copy of an additional Private Placement Memorandum with attached subscription agreement, limited partnership agreement, and escrow agreement for CCOO produced to the Commission staff by USCIS.[2]

---

[1] There is a gap in the Bates numbering of this Business Plan, but the internal pagination is sequential and I have confirmed that the exhibit is a true and complete copy of the Business Plan.

[2] While Exhibits 3 and 5 indicate that the CCOO syndication fee amount was $40,000, SFRC produced another version of the CCOO Private Placement Memorandum (not appended to this Declaration) showing a $60,000 syndication fee in response to an investigative subpoena issued by the Commission staff.

7. Attached Exhibit 6 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant CallSocket, L.P. ("CallSocket I") produced to the Commission staff by SFRC pursuant to an investigative subpoena.

8. Attached Exhibit 7 is a true and correct copy of a certificate of limited partnership for CallSocket I produced to the Commission staff by SFRC pursuant to an investigative subpoena.

9. Attached Exhibit 8 is a true and correct copy of an additional Private Placement Memorandum with attached subscription agreement for CallSocket I produced to the Commission staff by USCIS.

10. Attached Exhibit 9 is a true and correct copy of a Business Plan for CallSocket I produced to the Commission staff by SFRC pursuant to an investigative subpoena.

11. Attached Exhibit 10 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant CallSocket II, L.P. ("CallSocket II") produced to the Commission staff by SFRC pursuant to an investigative subpoena.

12. Attached Exhibit 11 is a true and correct copy of a Business Plan for CallSocket II produced to the Commission staff by SFRC pursuant to an investigative subpoena.

13. Attached Exhibit 12 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant CallSocket III, L.P. ("CallSocket III") produced to the Commission staff by SFRC pursuant to an investigative subpoena.

14. Attached Exhibit 13 is a true and correct copy of a Business Plan for CallSocket III produced to the Commission staff by SFRC pursuant to an investigative subpoena.

15. Attached Exhibit 14 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant NA3PL, L.P. produced to the Commission staff by SFRC pursuant to an investigative subpoena.

1    16.    Attached Exhibit 15 is a true and correct copy of a Business Plan for NA3PL, L.P. produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    17.    Attached Exhibit 16 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant West Oakland Plaza, L.P. ("West Oakland Plaza") produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    18.    Attached Exhibit 17 is a true and correct copy of a Business Plan for West Oakland Plaza produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    19.    Attached Exhibit 18 is a true and correct copy of a Private Placement Memorandum with attached limited partnership agreement, subscription agreement, and escrow agreement for Defendant California Gold Medal, L.P. ("California Gold Medal") produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    20.    Attached Exhibit 19 is a true and correct copy of a Business Plan for California Gold Medal produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    21.    Attached Exhibit 20 is a true and correct copy of a "DECLARATION OF THOMAS M. HENDERSON RE PURCHASE OF REAL PROPERTY" dated April 20, 2016 and obtained by the Commission staff from the public file of the lawsuit *Young v. Henderson, et al.*, Case No. RG-15-778891, now pending in California Superior Court.

    22.    Attached Exhibit 21 is a true and correct copy of a document titled "DECLARATION OF TRUST CallSocket Holding Company, LLC" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    23.    Attached Exhibit 22 is a true and correct copy of a document titled "CallSocket Holding Company, LLC RESOLUTION RE TRUST DECLARATION" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

    24.    Attached Exhibit 23 is a document titled "Agreement" produced by SFRC to the Commission staff pursuant to an investigative subpoena.

    25.    Attached Exhibit 24 is a true and correct copy of a "DECLARATION OF SUSAN L. UECKER JOINING IN SUPPORT OF ALLAN YOUNG'S MOTION TO EXCUSE TURNOVER

UNDER 11 U.S.C. § 543(d)(1) OR TO DISMISS OR ABSTAIN PURSUANT TO 11 U.S.C. § 305" dated November 8, 2016 and obtained by the Commission staff from the public record of a proceeding in U.S. Bankruptcy Court for the Northern District of California.

26. Attached Exhibit 25 is a true and correct copy of an Internet web page captured by Commission staff on December 13, 2016, and showing "A Comprehensive Care of Oakland Facility" with an address of 1833 10th Avenue, Oakland, California.

27. Attached Exhibit 26 is a true and correct copy of a document titled "Seller's Settlement Statement" voluntarily produced to the Commission staff by Susan Uecker.

28. Attached Exhibit 27 is a true and correct copy of a document Titled "Buyer's Final Settlement Statement" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

29. Attached Exhibit 28 is a true and correct copy of a document titled "Promissory Note Berkeley Healthcare Dynamics, LLC (Successor to Berkeley Healthcare Dynamics, LP)" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

30. Attached Exhibit 29 contains true and correct copies of two documents each titled "Seller's Settlement Statement" voluntarily produced to the Commission staff by Susan Uecker.

31. Attached Exhibit 30 is a true and correct copy of a document titled "Buyer's Closing Statement" produced voluntarily to the Commission staff by Marvin Tate.

32. Attached Exhibit 31 is a true and correct copy of a "DECLARATION OF RECEIVER SUSAN L. UECKER IN CONNECTION WITH THE ORDER TO SHOW CAUSE HEARING REGARDING CONFIRMATION OF RECEIVER'S APPOINTMENT" dated April 6, 2016 and obtained by the Commission staff from the *Young v. Henderson* public record.

33. Attached Exhibit 32 is a true and correct copy of portions of a verified complaint dated August 1, 2014 and obtained by the Commission staff from the public file of the lawsuit *Broadway Restaurant and Entertainment Group, LLC v. Thomas M. Henderson, et al.*, Case No. RG14735318, filed in California Superior Court. The included portions are the first page of the verified complaint and Exhibits A and B to the verified complaint.

1    34.    Attached Exhibit 33 is a true and correct copy of a document titled "VERIFIED SECOND AMENDED DERIVATIVE AND DIRECT COMPLAINT FOR DAMAGES, DECLARATORY RELIEF, AND INJUNCTIVE RELIEF" obtained by the Commission staff from the public file of *Young v. Henderson*.

35.    Attached Exhibit 34 is a true and correct copy of an order titled "AMENDED ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR APPOINTMENT OF RECEIVER PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 564 AND SETTING HEARING ON ORDER TO SHOW CAUSE" dated March 25, 2016 and obtained by the Commission staff from the public file of *Young v. Henderson*.

36.    Attached Exhibit 35 is a true and correct copy of a "DECLARATION OF SUSAN L. UECKER IN SUPPORT OF MOTION TO EXCUSE TURNOVER OR IN THE ALTERNATIVE ABSTAIN" dated November 1, 2016 and obtained by the Commission staff from the public file of a proceeding in U.S. Bankruptcy Court for the Northern District of California.

37.    Attached Exhibit 36 is a true and correct copy of a document produced to the Commission staff by SFRC pursuant to an investigative subpoena. It is a letter on USCIS letterhead "Re: San Francisco Regional Center" dated November 31, 2011.

38.    Attached Exhibit 37 is a true and correct copy of a document titled "Borrower's Estimated Settlement Statement" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

39.    Attached Exhibit 38 is a true and correct copy of a document Titled "DECLARATION OF TRUST" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

40.    Attached Exhibit 39 is a true and correct copy of a USCIS "Policy Memorandum" dated May 30, 2013 and obtained by the Commission staff from the USCIS public website.

41.    Attached Exhibit 40 is a true and correct copy of a document titled "RESOLUTION TO ADMIT ADDITIONAL MEMBER Berkeley Healthcare Dynamics, LLC" produced to the Commission staff by SFRC pursuant to an investigative subpoena.

42. Attached Exhibit 41 is a true and correct copy of pages excerpted from an operating agreement for Immedia, LLC produced to the Commission staff by SFRC under an investigative subpoena.

43. Attached Exhibit 42 is a true and correct copy of pages excerpted from an operating agreement for Starr Brand, LLC, produced to the Commission staff by SFRC under an investigative subpoena.

44. Attached Exhibit 43 is a true and correct copy of pages excerpted from the 2013 and 2014 tax returns for Berkeley Healthcare Dynamics, L.P., produced to the Commission staff by SFRC under an investigative subpoena.

45. Attached Exhibit 44 is a true and correct copy of an Internet web page captured by Commission staff on January 15, 2017, and showing North America 3PL with an address of 1700 20th Street, Oakland, California.

46. Attached Exhibit 45 is a true and correct copy of pages excerpted from an operating agreement for JL Gateway, LLC produced to the Commission staff by SFRC under an investigative subpoena.

47. Attached Exhibit 46 is a true and correct copy of pages excerpted from an operating agreement for Central California Farms, LLC produced to the Commission staff by SFRC under an investigative subpoena.

48. Attached Exhibit 47 is a true and correct copy of pages excerpted from an operating agreement for CallSocket III Holding Company, LLC produced to the Commission staff by SFRC under an investigative subpoena.

49. Attached Exhibit 48 is a true and correct copy of pages excerpted from an amendment to the operating agreement for CallSocket III Holding Company, LLC produced to the Commission staff by SFRC under an investigative subpoena.

50. Attached Exhibit 49 is a true and correct copy of a document titled "PLAINTIFF'S NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR APPOINTMENT OF RECEIVER PURSUANT TO CODE OF CIVIL PROCEDURE SECTION 564" obtained by the Commission staff from the public file of *Young v. Henderson.*

51. Attached Exhibit 50 is a true and correct copy of Susan Uecker's CV and a list with a sample of cases in which she has served.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on January 18, 2017 in San Francisco, California.

/s/ Thomas J. Eme
Thomas J. Eme
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION