JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
  buchholzs@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
  emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; NORTH AMERICA 3PL, LLC;<br><br>Defendants,<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; JL GATEWAY, LLC;<br><br>Relief Defendants. | Case No. 3:17-cv-00223-RS<br><br>DECLARATION OF ELLEN CHEN IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER |

I, Ellen Chen, declare pursuant to 28 U.S.C. § 1746, as follows:

1.     I have personal knowledge of the facts set forth below and, if called as a witness, I could and would competently testify to the facts stated herein.

2.     I am a Certified Public Accountant licensed by the State of California and a Certified Fraud Examiner.  I am currently employed as an Accountant by the Securities and Exchange Commission ("SEC" or "Commission"), Division of Enforcement, in the San Francisco Regional Office.  I have been a practicing accountant for 12 years, with my work focusing on financial statement audits, forensic and investigative accounting, and litigation support.

## I.     QUICKBOOKS ACCOUNTING RECORDS AND BANK ACCOUNT RECORDS

3.     On or about April 26, 2016 and June 24, 2016, Marvin Tate, CPA, produced pursuant to a Commission subpoena, QuickBooks accounting records for entities including, California Gold Medal, L.P. ("CGM"), CallSocket LLC, CallSocket L.P., CallSocket II, L.P., CallSocket III, L.P., CallSocket III Holding Company, LLC, CallSocket Holding Company, LLC, Comprehensive Care of California, LLC, NA3PL, L.P., San Francisco Regional Center, LLC ("SFRC"), West Oakland Plaza, L.P. and Immedia, LLC ("Immedia").

4.     The Commission also received, in response to subpoenas, voluminous bank account statements from September 2010 forward for the entities identified in paragraph 3, as well as those for Comprehensive Care of Oakland, L.P. ("CCOO L.P."), North America 3PL, LLC, and Central California Farms, LLC.  These three entities, and those identified in paragraph 3, are collectively referred to as "SFRC and its Related Entities".

5.     I relied on the produced set of QuickBooks accounting records and bank records to analyze the transactions described in this declaration. The QuickBooks accounting records I analyzed for SFRC and its Related Entities include transactions from November 2010 through June 2016.

6.     I verified to my satisfaction that the information contained in the Quickbooks accounting records was reliable and complete by cross referencing information from Quickbooks accounting records with information in SFRC and its Related Entities' bank records.  Because the Quickbooks accounting records appeared to be reliable and complete, I relied on the account

transactions in the QuickBooks accounting records in the many analyses and calculations contained in my declaration[1].

7.      The factual summaries provided in my declaration are supported by both the information in the QuickBooks accounting records and bank records listed below in Table 1.  The voluminous bank records include account statements, account opening documents, signature cards, wire transfers, deposit slips and copies of deposited items, withdrawal slips, cancelled checks, transfer slips, and electronic payment information for each account (collectively "bank records").  Table 1 lists for each account, the bank institution, an abbreviated account number reference, the time period covered and the authorized signatories.

**Table 1**

| ACCOUNT NAME PER STATEMENT | INSTITUTION | ACCOUNT NUMBER | PRODUCTION DATE RANGE | ACCOUNT SIGNER(S) | EXHIBIT |
|---|---|---|---|---|---|
| CALIFORNIA GOLD MEDAL L.P. | East West Bank | CAGMLP-EWB-6026 | 04/15/15-05/31/16 | Thomas Henderson | 1 |
| CALIFORNIA GOLD MEDAL LP | Preferred bank | CAGM-PB-8915 | 09/18/15-11/30/16 | Thomas Henderson | 2 |
| CENTRAL ESCROW INC ATF CALIFORNIA GOLD MEDAL LP | Preferred bank | CAGM-PB-8877 | 05/19/15-11/30/16 | n/a - Central Escrow Account | n/a |
| CALLSOCKET LP THOMAS M HENDERSON | Community Bank | CSHLLC-CB-8828 | 05/30/12-02/11/16 | Thomas Henderson | 3 |
| CALLSOCKET HOLDING COMPANY, LLC. | East West Bank | CSHLLC-EWB-6398 | 01/23/13-03/31/16 | Thomas Henderson | 4 |
| CALLSOCKET HOLDING COMPANY LLC | Community Bank | CSHLLC-CB-3103 | 11/21/11-01/30/15 | *Not included in bank records production* | - |
| CALLSOCKET II LP | East West Bank | CSIILP-EWB-3866 | 12/11/12-12/31/15 | Thomas Henderson | 5 |
| CALLSOCKET II LP (RENTAL) | East West Bank | CSIILP-EWB-6380 | 01/23/13-12/31/15 | Thomas Henderson | 5 |
| CALLSOCKET II, LP | Citibank | CSIILP-Citi-5998 | 09/10/12-05/31/13 | Thomas Henderson | 6 |
| CALLSOCKET III HOLDING COMPANY, LLC. | East West Bank | CSIIIHLLC-EWB-4682 | 07/02/13-03/31/16 | Thomas Henderson | 7 |
| CALLSOCKET III, L.P. | East West Bank | CSIIILP-EWB-6778 | 03/19/13-12/31/15 | Thomas Henderson | 8 |
| CALLSOCKET III, L.P. | East West Bank | CSIIILP-EWB-6893 | 02/24/14-12/31/15 | Thomas Henderson | 9 |
| CALLSOCKET LP | East West Bank | CSLP-EWB-3288 | 06/08/12-12/31/15 | Thomas Henderson | 10 |
| CALLSOCKET LP (PAYROLL) | East West Bank | CSLP-EWB-4849 | 01/17/14-12/31/15 | Thomas Henderson | 10 |
| CALLSOCKET LP (OPERATING) | East West Bank | CSLP-EWB-6638 | 01/23/13-12/31/15 | Allan Young, Thomas Henderson | 11 |
| CALLSOCKET LP DBA RUNWAY DBA RUNWAY BY CALLSOCKET | East West Bank | CSLP-EWB-4443 | 04/14/13-12/31/15 | Allan Young, Thomas Henderson | 12 |
| CALLSOCKET LP | Citibank | CSLP-Citi-5181 | 12/08/11-06/30/13 | Thomas Henderson | 13 |

---

[1] I relied only on bank records for the following entities and time periods to extend beyond the dates of the produced QuickBooks accounting records:  West Oakland Plaza, L.P. (November 2015-November 2016), California Gold Medal, L.P. (September 2015-November 2016), Comprehensive Care of Oakland, L.P. (September 2010- April 2015), and Central California Farms, LLC (March 2015-May 2016).

| ACCOUNT NAME PER STATEMENT | INSTITUTION | ACCOUNT NUMBER | PRODUCTION DATE RANGE | ACCOUNT SIGNER(S) | EXHIBIT |
|---|---|---|---|---|---|
| CENTRAL ESCROW INC MONTEREY PARK TRUST ACCOUNT #2 | Preferred bank | CE-PB-8788 | 04/01/15-09/30/16 | n/a - Central Escrow Account | n/a |
| CENTRAL ESCROW INC ARCADIA TRUST ACCOUNT #2 | Preferred bank | CE-PB-4898 | 07/18/11-05/31/16 | n/a - Central Escrow Account | n/a |
| CENTRAL CALIFORNIA FARMS LLC | East West Bank | CCF-EWB-5945 | 03/07/15-05/31/16 | Thomas Henderson | 14 |
| COMPREHENSIVE CARE OF CALIFORNIA, LLC | Citibank | CCOCLLC-Citi-9460 | *no bank records were received pursuant to subpoena* | | - |
| COMPREHENSIVE CARE OF CALIFORNIA, LLC | Citibank | CCOCLLC-Citi-8446 | *no bank records were received pursuant to subpoena* | | - |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | East West Bank | CCOOLP-EWB-4690 | 07/02/13-04/30/15 | Thomas Henderson | 15 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | Citibank | CCOOLP-Citi-8685 | 09/20/10-07/31/12 | Thomas Henderson | 16 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | Citibank | CCOOLP-Citi-8887 | 02/24/11-06/30/13 | Thomas Henderson | 17 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | Citibank | CCOOLP-Citi-7099 | 10/21/12-02/28/13 | Thomas Henderson, Shirley Ma | 17 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | Citibank | CCOOLP-Citi-7081 | 10/21/12-12/31/13 | Thomas Henderson, Shirley Ma | 17 |
| IMMEDIA, LLC. DBA SFRC | East West Bank | Immedia-EWB-5531 | 11/17/15-09/30/16 | Thomas Henderson | 18 |
| IMMEDIA, LLC. DBA SFRC | East West Bank | Immedia-EWB-5523 | 11/17/15-09/30/16 | Thomas Henderson | 18 |
| NA3PL L.P. | East West Bank | NA3PLLP-EWB-6927 | 03/28/14-08/31/16 | Thomas Henderson | 19 |
| NORTH AMERICA 3PL, LLC | East West Bank | NA3PLLLC-EWB-9697 | 01/01/16-09/30/16 | Kevin Shimamoto, Clement Chin, Thomas Henderson | 20 |
| NORTH AMERICA 3PL, LLC | East West Bank | NA3PLLLC-EWB-4351 | 01/29/13-09/30/16 | Kevin Shimamoto, Clement Chin, Thomas Henderson | 20, 21 |
| NORTH AMERICA 3PL, LLC (WIRES) | East West Bank | NA3PLLLC-EWB-5176 | 01/01/16-09/30/16 | Clement Chin, Kevin Shimamoto, Thomas Henderson | 21 |
| NORTH AMERICA 3PL, LLC (PAYROLL) | East West Bank | NA3PLLLC-EWB-7826 | 01/01/16-09/30/16 | Kevin Shimamoto, Clement Chin, Thomas Henderson | 22 |
| SAN FRANCISCO REG CENTER LLC | Community Bank | SFRC-CB-2980 | 10/31/11-01/29/16 | Thomas Henderson | 23 |
| SAN FRANCISCO REG CENTER LLC THOMAS M HENDERSON | Community Bank | SFRC-CB-3590 | 10/11/12-01/30/15 | Thomas Henderson | 23 |
| SAN FRANCISCO REGIONAL CENTER LLC | East West Bank | SFRC-EWB-2249 | 11/27/12-10/05/15 | Thomas Henderson | 24 |
| SAN FRANCISCO REGIONAL CENTER LLC | East West Bank | SFRC-EWB-6256 | 03/07/14-04/07/14 | Thomas Henderson | 24 |
| SAN FRANCISCO REGIONAL CENTER LLC | East West Bank | SFRC-EWB-9196 | 12/17/14-12/31/15 | Thomas Henderson | 25 |
| SAN FRANCISCO REGIONAL CENTER LLC | East West Bank | SFRC-EWB-2439 | 12/01/14-12/31/14 | Thomas Henderson | 26 |
| SAN FRANCISCO REGIONAL CENTER LLC (OPERATING ACCOUNT) | East West Bank | SFRC-EWB-3213 | 10/18/12-12/31/15 | Thomas Henderson | 27 |
| SAN FRANCISCO REGIONAL CENTER LLC (PAYROLL) | East West Bank | SFRC-EWB-4807 | 08/01/13-12/31/15 | Thomas Henderson | 28 |
| SF REGIONAL CENTER, LLC | Citibank | SFRC-Citi-6638 | 10/06/10-01/31/16 | Thomas Henderson | 29 |
| WEST OAKLAND PLAZA L.P. | East West Bank | WOPLP-EWB-5036 | 09/10/15-05/31/16 | Thomas Henderson | 30 |
| WEST OAKLAND PLAZA LP | Preferred bank | WOP-PB-9407 | 10/23/15-11/30/16 | Thomas Henderson | 31 |
| CENTRAL ESCROW INC ATF WEST OAKLAND PLAZA LP | Preferred bank | WOP-PB-9075 | 10/30/15-11/30/16 | n/a - Central Escrow Account | n/a |
| AILEEN YEN | East West Bank | AY-EWB-8314 | 10/01/14-11/12/14 | *Not included in bank records production* | - |
| AILEEN YEN THOMAS M HENDERSON | Citibank | AYTH-Citi-7955 | 12/01/11-01/02/12 | *Not included in bank records production* | - |
| THOMAS M HENDERSON | Citibank | TH-Citi-1005 | 12/01/11-01/02/12 | *Not included in bank records production* | - |
| THOMAS M HENDERSON | East West Bank | TH-EWB-8222 | 03/15/13-09/30/15 | Thomas Henderson | 32 |

## II.     A NET OF 215 INVESTORS CONTRIBUTED APPROXIMATELY $107,300,000 IN CAPITAL CONTRIBUTIONS TO EB-5 ENTITIES

8.      According to QuickBooks accounting records and bank records, from March 2011[2] through November 2016[3], I calculated a net of 215 investors contributing approximately $107,300,000 in capital contributions to the Limited Partnerships identified below in Table 2. The negative value for SFRC in Table 2 reflects a return of unidentified investors' capital contributions from SFRC's bank accounts. The most recent capital contribution deposits occurred in October and November 2016 and came from three investors' deposits into California Gold Medal, L.P.'s account. Based on the available records, I calculated and traced to QuickBooks accounting records and bank records, approximately $8,890,000 in total syndication fees collected from investors, ranging from $40,000 to $60,000 per investor. In addition, it appeared that some syndication fees were for unknown reasons never paid and are excluded from the $8,800,000 collected. Investor money was transferred between all of the entities listed in Table 2, and it appeared that the transfers often had no benefit to the original investor.

**Table 2**

| Entity | Number of Investors | Capital Contribution | Syndication Fees | Total from Investors | Date Range of Received Investor Funds | Transaction Date Range Analyzed |
|---|---|---|---|---|---|---|
| CALLSOCKET, L.P. | 36 | 18,000,000 | 1,770,805 | 19,770,805 | 04/09/12-06/24/13 | 12/08/11-04/18/16 |
| CALLSOCKET II, L.P. | 31 | 15,500,000 | 1,538,062 | 17,038,062 | 11/13/12-06/27/14 | 10/01/12-04/14/16 |
| CALLSOCKET III, L.P. | 39 | 19,509,304 | 1,658,012 | 21,167,316 | 11/20/13-01/08/16 | 03/31/13-03/31/16 |
| CALLSOCKET III HOLDING COMPANY, LLC. | - | - | - | - | | 07/02/13-04/08/16 |
| CALLSOCKET HOLDING COMPANY, LLC | - | - | - | - | | 11/21/11-04/05/16 |
| NA3PL, L.P. | 40 | 19,996,371 | 2,027,825 | 22,024,196 | 05/28/14-03/29/16 | 03/31/14-03/31/16 |
| NORTH AMERICA 3PL, LLC | - | | | | | |
| WEST OAKLAND PLAZA, L.P. | 4 | 1,997,306 | 209,030 | 2,206,336 | 11/04/15-09/06/16 | 09/10/15-11/30/16 |
| CALIFORNIA GOLD MEDAL, L.P. | 43 | 21,470,275 | 1,073,463 | 22,543,738 | 08/27/15-11/07/16 | 04/15/15-11/30/16 |
| CENTRAL CALIFORNIA FARMS LLC | - | | | | | 03/17/15-05/31/16 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | 24 | 11,989,630 | 441,140 | 12,430,770 | 03/31/11-12/18/13 | 09/20/10-04/30/15 |
| COMPREHENSIVE CARE OF CALIFORNIA, LLC | - | - | - | - | | 01/01/11-07/07/12 |
| SAN FRANCISCO REGIONAL CENTER, LLC | (2) | (1,100,000) | 179,944 | (920,056) | | 11/01/10-03/31/16 |
| IMMEDIA, LLC | - | - | - | - | | 11/18/15-06/17/16 |
| **TOTAL** | **215** | **107,362,886** | **8,898,281** | **116,261,167** | | |

---

[2] The first deposits of investor funds I found were for Comprehensive Care of Oakland, L.P. in March 2011.

[3] California Gold Medal, L.P. continued to receive investor money through at least November 2016 based on produced bank records.

### A. CallSocket III, L.P. Transferred a Net of Approximately $19,000,000 to SFRC and Immedia

9.      Table 3 below represents a summary of my review and categorization for the CallSocket III, L.P. accounts from March 31, 2013[4] through March 31, 2016.  During this period of time, a net of approximately $21,160,000 of investor money was raised by CallSocket III, L.P. (approximately $19,500,000 in capital contributions and $1,660,000 in syndication fees).  However, as indicated in Table 3, nearly all of the investor money was transferred from CallSocket III, L.P. to accounts for other entities.  Also indicated in Table 3, a net of approximately $19,000,000, including approximately $16,485,000[5] in capital contributions, (excluding potential syndication fees) was transferred to SFRC and Immedia and not returned to the account of CallSocket III, L.P.

**Table 3**

| CallSocket III, L.P. (CSIIILP-EWB-6778, CSIIILP-EWB-6893) | | | |
|---|---|---|---|
| **Category** | **Inflow** | **Outflow** | **Net** |
| Bank Fee | 20 | (592) | (572) |
| CallSocket III Holding LLC | 379,000 | (3,269,400) | (2,890,400) |
| CallSocket III Holding LLC (I. Magnin Building Sale) | 9,750,000 | | 9,750,000 |
| Immedia | | (1,754,000) | (1,754,000) |
| Investors- Capital Contribution and Syndication Fees | 22,699,801 | (1,582,500) | 21,117,301 |
| SFRC | 1,048,400 | (18,386,700) | (17,338,300) |
| Withdrawal of Remaining I. Magnin Sale Proceeds | | (8,884,044) | (8,884,044) |
| Uncategorized | 200 | (185) | 15 |
| **Grand Total** | **33,877,421** | **(33,877,421)** | **0** |

### B. NA3PL, L.P. Transferred a Net of Approximately $18,833,000 to SFRC and Immedia

10.      Table 4 below represents a summary of my review and categorization for the NA3PL, L.P. bank account from March 31, 2014[6] through March 31, 2016 based on QuickBooks accounting records and bank records.  A net of approximately $22,030,000 of investor money was raised by

---

[4] From March 31, 2013 to November 19, 2013 (the starting date range for Table 8), bank account activity included a $50 in bank fees and a $5,000 transfer in from SFRC's account.

[5] The approximately $16,485,000 sourced from investor capital contributions (excluding potential syndication fees) was calculated as the net transferred to SFRC and Immedia of $19,000,000, less $1,650,000 of potential syndication fees, less a net $865,000 of I.Magnin sale proceeds less remaining proceeds transferred out.

[6] From March 31, 2014 to May 27, 2014 (starting date range in Table 8), NA3PL, L.P.'s account (NA3PLLP-EWB-6927) activity included a $15,000 transfer in from SFRC's account (SFRC-EWB-3213) and $14,900 net transfer out to North America 3PL, LLC's account (NA3PLLLC-EWB-4351).  From April 1, 2016 to June 17, 2016 (ending date range in Table 8), activity included a $100,000 transfer to Immedia's account (Immedia-EWB-5523) from NA3PL, LP's account.

1  NA3PL, L.P. (approximately $20,000,000 in capital contributions and $2,030,000[7] in syndication

2  fees).  However, as indicated by Table 4 below, a majority of that money was transferred to accounts

3  for other entities.  From March 31, 2014 through March 31, 2016, approximately $18,200,000 was

4  transferred from NA3PL, L.P. to North America 3PL, LLC, and $17,397,000 of this amount was

5  transferred to SFRC and Immedia.  As indicated by Table 4 below, from March 31, 2014 through

6  March 31, 2016, another $1,436,000 net was transferred directly from NA3PL, L.P. to SFRC and

7  Immedia.

8      Thus, adding in amounts transferred through North America 3PL, LLC, from March 31, 2014

9  through March 31, 2016, a net of $18,833,000 was transferred from NA3PL, L.P. to SFRC and

10  Immedia.  Approximately $16,800,000[8] of this amount was sourced from investor capital

11  contributions (excluding potential syndication fees).

12  **Table 4**

| NA3PL, L.P. (NA3PLLP-EWB-6927) | | | |
|---|---|---|---|
| Category | Inflow | Outflow | Net |
| Bank Fee | 12 | (278) | (266) |
| Berkeley Healthcare Dynamics LLC | | (25,000) | (25,000) |
| CallSocket II L.P. | | (1,163,000) | (1,163,000) |
| Expenses- Services, Rent, Legal, Other | 307 | (357) | (50) |
| Immedia | | (450,000) | (450,000) |
| Investors- Capital Contribution and Syndication Fees | 22,904,192 | (1,000,000) | 21,904,192 |
| North America 3PL LLC | | (18,217,165) | (18,217,165) |
| SFRC | 664,000 | (1,650,000) | (986,000) |
| Tesh | | (223,478) | (223,478) |
| Uncategorized | 2,100 | (590,343) | (588,243) |
| **Grand Total** | **23,570,611** | **(23,319,621)** | **250,990** |

20      From March 31, 2014 to March 31, 2016, approximately $1,437,500[9] was transferred from

21  SFRC and Immedia to North America 3PL, LLC.

[7] A total of $120,000 in syndication fees appeared to be from NA3PL, L.P. investors but was deposited directly into SFRC's account as opposed to NA3PL, L.P.'s.  As a result, I excluded these syndication fees from Table 4.  However, this $120,000 is included in the $2,030,000 total syndication figure in Tables 2 and 10.

[8] The $16,800,000 sourced from investor capital contributions (excluding potential syndication fees) was calculated as the net total transferred from NA3PL, L.P. to North America 3PL, LLC, SFRC and Immedia of $18,833,000 less $2,030,000 of potential syndication fees.

[9] From March 31, 2014 to May 28, 2014 (the starting date range for Table 8), North America 3PL, LLC's bank account activity included $76,000 of transfers to SFRC's account (SFRC-EWB-3213) and $42,000 of transfers from SFRC's account.  From March 31, 2016 to June 17, 2016 (ending date range in Table 8), activity

Footnote continued on next page

Thus, from March 31, 2014 to March 31, 2016, net of approximately $17,395,000 was transferred from NA3PL, L.P. and North America PL, LLC to SFRC and Immedia that did not come back to the accounts for NA3PL, L.P. and North America 3PL, LLC.

Furthermore, even assuming the entire amount of $1,380,500 transferred back was capital contributions, taking the $16,800,000 in investor capital contributions transferred from NA3PL, L.P. to SFRC or Immedia above and further deducting the $1,437,500 North America 3PL, LLC received back from SFRC or Immedia, a net of at least $15,362,500 from both NA3PL, L.P. and North America 3PL, LLC to SFRC or Immedia was sourced from investor capital contributions (excluding potential syndication fees).

### C.   West Oakland Plaza, L.P. Transferred a Net of Approximately $1,030,500 to North America 3PL, LLC and Immedia

11.    Table 5 below represents a summary of my review and categorization for the West Oakland Plaza, L.P. accounts from September 10, 2015[10] through November 30, 2016. Approximately $2,210,000 of investor money was raised by West Oakland Plaza, L.P. ($2,000,000 in capital contributions and $210,000 in syndication fees).[11]  However, a majority of that money was transferred to other business entities.  Approximately $786,000 was disbursed to North America 3PL, LLC (from April 2016 to August 2016), and a net of $244,500 was transferred to Immedia. Approximately $820,000[12] of the net $1,030,500 transferred to North America 3PL, LLC and Immedia was sourced from investor capital contributions (excluding potential syndication fees).

included $543,500 of transfers to Immedia's account (Immedia-EWB-5523).  $1,437,500 is calculated by taking the total transfers of $1,395,500 from SFRC and Immedia's accounts from May 28, 2014 to June 17, 2016 (Table 8), plus $42,000 of transfers from SFRC's account prior to May 28, 2014 excluded from Table 8.

[10] From September 10, 2015 to November 3, 2015 (starting date range in Table 8), bank account activity included $1,500 of transfers in from SFRC's account (SFRC-EWB-3213) and a $1,000 transfer in from JL Gateway, LLC.

[11] Syndication fees of approximately $150,000 were traced to West Oakland Plaza, L.P. bank records, while another $60,000 was received by SFRC and excluded from Table 8.  However, this $60,000 is included and accounted for in the $210,000 total syndication figure in Tables 2 and 10.

[12] The approximately $820,000 sourced from investor capital contributions (excluding potential syndication fees) was calculated as the net total transferred to North America 3PL, LLC and Immedia of $1,030,500 less $210,000 of potential syndication fees.

**Table 5**

| West Oakland Plaza, L.P. (WOPLP-EWB-5036, WOPLP-PB-9407) | | | |
|---|---|---|---|
| Category | Inflow | Outflow | Net |
| Bank Fee | | (616) | (616) |
| Expenses- Services, Legal, Other | | (152,923) | (152,923) |
| Expenses- Mortgage payments | | (242,687) | (242,687) |
| Finders' Fee | | (100,000) | (100,000) |
| Immedia | 12,500 | (257,000) | (244,500) |
| Investors- Capital Contribution and Syndication Fees | 2,146,336 | | 2,146,336 |
| JL Gateway, LLC | 1,000 | (603,930) | (602,930) |
| North America 3PL, LLC | | (786,000) | (786,000) |
| SFRC | 1,500 | | 1,500 |
| West Oakland Plaza | 347,000 | (347,000) | - |
| **Grand Total** | **2,508,336** | **(2,490,156)** | **18,180** |

### D.  California Gold Medal, L.P. Transferred a Net of Approximately $1,410,000 to SFRC and Immedia

12.      Table 6 below represents a summary of my review and categorization for the California Gold Medal, L.P. accounts from April 15, 2015[13] through November 30, 2016.  A net of approximately $22,540,000 of investor money was raised by California Gold Medal, L.P. ($21,470,000 in capital contributions and approximately $1,070,000 in syndication fees).  However, a net of approximately $1,410,000 of investor money was transferred from California Gold Medal, L.P. to SFRC and Immedia and not returned to California Gold Medal, L.P.  Approximately $333,500[14] of the total transferred to SFRC and Immedia was sourced from investor capital contributions (excluding potential syndication fees).  As of November 30, 2016, there was approximately $15,200,000 remaining in the three California Gold Medal, L.P. accounts listed in Table 1.

---

[13] From April 15, 2015 to August 26, 2015 (starting date range in Table 8), bank account activity included a $1,000 transfer in from SFRC's account (SFRC-EWB-3213).

[14] The $333,500 sourced from investor capital contributions (excluding potential syndication fees) was calculated as the net total transferred to SFRC and Immedia of approximately $1,410,000 less $1,070,000 of potential syndication fees and $6,500 transfers in from CallSocket, LP.

**Table 6**

| California Gold Medal, L.P. (CAGMLP-EWB-6026, CAGMLP-PB-8915, CAGMLP-PB-8877) | | | |
|---|---|---|---|
| Category | Inflow | Outflow | Net |
| Aileen Yen | | (10,500) | (10,500) |
| Bank Fee | | (764) | (764) |
| California Gold Medal L.P. | 2,255,000 | (2,755,000) | (500,000) |
| CallSocket L.P. | 6,500 | - | 6,500 |
| Car Payment | | (889) | (889) |
| Central CA Farms LLC | | (2,656,500) | (2,656,500) |
| Central CA Farms LLC (behalf of) | | (181,500) | (181,500) |
| Crystal Golden LLC | | (100,000) | (100,000) |
| Crystal Golden LLC (behalf of) | | (5,000) | (5,000) |
| Expenses- Services, Rent, Legal, Other | | (1,829,853) | (1,829,853) |
| Finders' Fee | | (630,000) | (630,000) |
| Immedia | 165,000 | (1,460,500) | (1,295,500) |
| Investors- Capital Contribution and Syndication Fees | 23,043,738 | (500,000) | 22,543,738 |
| SFRC | | (120,000) | (120,000) |
| Uncategorized | 1,000 | - | 1,000 |
| Grand Total | 25,471,238 | (10,250,506) | 15,220,732 |

## III.   SUMMARY OF MONEY INFLOWS AND OUTFLOWS OF SFRC AND IMMEDIA

13.     SFRC opened at least nine bank accounts in its name, and Immedia opened at least two bank accounts in its name.  I reviewed a multitude of transactions for all of these accounts and categorized them using the produced QuickBooks accounting records and bank records.  My analysis of the transactions are based off the produced QuickBooks accounting records[15] and bank records and include the following SFRC and Immedia bank accounts (abbreviated references): SFRC-EWB-3213, SFRC-EWB-9196, SFRC-EWB-2439, SFRC-EWB-4807, SFRC-EWB-2249, SFRC-EWB-6256, SFRC-CB-2980, SFRC-CB-3590, SFRC-Citi-6638, Immedia-EWB-5531, and Immedia-EWB-5523. The SFRC transactions per QuickBooks accounting records range from November 1, 2010 through March 31, 2016 and the Immedia transactions range from November 18, 2015 to June 17, 2016. The results of my review and analysis are summarized in Table 7, detailed in Exhibit 33, and described in paragraphs 13A through 13L, 14, and 15.

---

[15] The QuickBooks accounting records I used in my analyses throughout the report include the following extracted reports: transaction detail by account, journals, profit and loss statements, and balance sheet statements.

**Table 7**

| Category | Inflow | Outflow | Net | Ref |
|---|---|---|---|---|
| Total from/to EB-5 Projects | 90,892,799 | (45,705,602) | 45,187,197 | A |
| Finders' Fees | 360,985 | (14,287,086) | (13,926,101) | B |
| Real Estate Purchases | - | (8,975,339) | (8,975,339) | C |
| North America 3PL LLC related businesses | 896,000 | (5,065,163) | (4,169,163) | D |
| CallSocket Entities related businesses | - | (361,600) | (361,600) | E |
| Returned to investors (behalf of other entities) | 959,963 | (1,675,000) | (715,037) | F |
| Non-EB-5 businesses | 246,490 | (5,233,713) | (4,987,223) | G |
| Expenses and Purchases | 266,979 | (9,348,821) | (9,081,842) | H |
| Henderson and Related Parties | 671,900 | (1,669,913) | (998,013) | I |
| Loans | 1,246,947 | (207,583) | 1,039,363 | J |
| Transfers between SFRC, Immedia accounts | 6,877,656 | (7,098,189) | (220,533) | K |
| Other (uncategorized, bank fees) | 769,523 | (3,083,226) | (2,313,703) | L |
| **Total of all categories** | **103,189,241** | **(102,711,235)** | **478,005** | |

A. An analysis of the transactions in SFRC and Immedia's QuickBooks accounting records and bank records, show a net of $45,187,197, from CallSocket, L.P., CallSocket II, L.P., CallSocket III, L.P., CallSocket III Holding Company, LLC, CallSocket Holding Company, LLC (collectively "CallSocket Entities"), Comprehensive Care of Oakland, L.P., California Gold Medal, L.P., Central California Farms, LLC, JL Gateway, LLC, NA3PL, L.P., North America 3PL, LLC, and West Oakland Plaza, L.P. (with CallSocket Entities, collectively "EB-5 Entities").

B. A net of $13,926,101 from the SFRC and Immedia accounts was used to pay finders' fees to overseas agents. As indicated below, additional finders' fees were paid from other, non-SFRC or Immedia accounts. See Section VI for a more detailed analysis of finders' fee payments.

C. A net of $8,975,339 was paid to various title companies for real estate purchases. Properties purchased include the warehouse at 1700 20th Street, Dufwin Towers Building, Community Bank Building, Jack London Gateway Shopping Center ("JL Gateway"), I. Magnin Building, and Tribune Tower. See Section VII for a more detailed analysis of real estate purchases.

D. A net of $4,169,163 was transferred to or paid on behalf of six businesses that appear to be related to North America 3PL, LLC. These businesses include Bay Area Trading, LLC, Berkeley Healthcare Dynamics, LLC, Berkeley Healthcare Dynamics, L.P.[16], Magic Ear, LLC, Tesh, LLC, and True Agility, LLC.

---

[16] As detailed in Section V below, Berkeley Healthcare Dynamics, L.P. received approximately $2,200,000 from SFRC's accounts prior to February 2014.

E.   A net of $361,600 was transferred to or paid on behalf of two businesses that appeared to be related to the CallSocket Entities.  These businesses are City Brand Media, LLC and CallTeks Security, LLC.

F.   A net of $715,037 in capital contributions and syndication fees received by SFRC or returned back to the investors from SFRC on behalf of an EB-5 Entity.  This is comprised of a net of $384,963 of received syndication fees from EB-5 investors directly to SFRC and includes a net $1,100,000 of returned investor money from SFRC.

G.   A net of $4,987,223 was transferred to or paid on behalf of non-EB-5 Entities.  These entities include net $3,802,434 to the two restaurants, Lungomare and Tribune Tavern, and $1,184,789 net to other non-EB-5 Entities including Starr Brand, LLC, Superior Healthcare Services, LLC, BillMatt Leasing, California Immigration Service Center, LLC, and CallSafe, LLC.  For example, from January 2013 to December 2013, at the direction of Tom Henderson, a net of approximately $257,000 was paid to or on behalf of Starr Brand, LLC from SFRC's account.

H.   A net of $9,081,842 was used to pay for expenses and purchases.  It is unclear whether the expenses were for SFRC or Immedia or whether a portion of the expenses were paid on behalf of the EB-5 Entities.  The larger expense categories include approximately $1,300,000 for accounting services, $1,160,000 for legal services, $1,200,000 for other professional services, $2,360,000 for payroll, $350,000 for advertising, and $215,000 in credit card payments.

I.   A net of $998,013 was transferred to or paid on behalf of Tom Henderson, Matt Henderson, and Aileen Yen.  The payments include Tom Henderson's draws, payment to purchase Tom Henderson and Aileen Yen's personal residence, Aileen Yen's car payments, and Matt Henderson's credit card payments.

J.   A net of $1,039,363 was deposited through funding from three loans.  This included a $100,000 loan from Clement Chin and Kevin Shimamoto, a $199,947 loan from a person of unknown relation and a $947,000 loan with Community Bank of the Bay.  Approximately $207,000 in repayments was offset against the loans.

K.   A net of $220,533 is due to deposits and transfers between SFRC accounts, between Immedia accounts, and between SFRC and Immedia accounts.

L.   The remaining category has a net outflow of $2,313,703 and includes a net of $1,188,159 in uncategorized transactions, $1,100,000 of unknown payments, and $32,101 in bank fees, offset by $6,557 in interest income.

14.   As indicated by Table 7, $90,892,799 was transferred from the accounts of EB-5 Entities into SFRC and Immedia, and $45,705,602 was transferred back to these EB-5 Entities'

1   accounts, resulting in difference of $45,187,197.  Subtracting the $9,081,842 in expenses from this

2   reduces the difference to $36,105,355.

3   15. Also, as indicated by Table 7, $90,892,799 was transferred from the accounts of EB-5

4   Entities into SFRC and Immedia, and $45,705,602 was transferred back to these EB-5 Entities'

5   accounts.  Table 8 below summarizes a subset of the direct inflows and outflows of money to/from

6   SFRC and Immedia by the EB-5 Entities (excluding payments made on behalf of), according to

7   QuickBooks accounting records and bank records.  The starting date range used for the analysis, and

8   included in the table below, is either the date when investor money first came into the entity's

9   account (if a limited partnership, "L.P.") or when investor funds first transferred to SFRC and

10  Immedia (for a limited liability company, "LLC").  The ending date range is either March 24, 2016,

11  the day before the state court issued its amended order granting the Receiver control over the

12  CallSocket Entities or June 17, 2016, which is the last transaction in Immedia's QuickBooks

13  accounting records.

14  **Table 8**

| Entity | Outgoing to SFRC/ Immedia | Incoming from SFRC/ Immedia | Net to SFRC/ Immedia | Transaction Date Range Analyzed (per SFRC and Immedia QuickBooks) |
|---|---|---|---|---|
| CALLSOCKET, L.P. | (17,820,229) | 24,627,900 | 6,807,671 | 04/09/12-03/24/16 |
| CALLSOCKET II, L.P. | (18,403,500) | 3,604,000 | (14,799,500) | 11/13/12-03/24/16 |
| CALLSOCKET III, L.P. | (20,015,000) | 1,130,000 | (18,885,000) | 11/20/13-03/24/16 |
| CALLSOCKET III HOLDING COMPANY, LLC. | (5,171,400) | 1,929,500 | (3,241,900) | 07/10/13-03/24/16 |
| CALLSOCKET HOLDING COMPANY, LLC | (534,162) | 7,377,599 | 6,843,437 | 11/30/11-03/24/16 |
| NA3PL, L.P. | (2,200,000) | 650,000 | (1,550,000) | 05/28/14-06/17/16 |
| NORTH AMERICA 3PL, LLC | (17,540,500) | 1,395,500 | (16,145,000) | 05/28/14-06/17/16 |
| WEST OAKLAND PLAZA, L.P. | (257,000) | 12,500 | (244,500) | 11/04/15-06/17/16 |
| CALIFORNIA GOLD MEDAL, L.P. | (1,520,500) | 135,000 | (1,385,500) | 08/27/15-06/17/16 |
| CENTRAL CALIFORNIA FARMS LLC | - | 121,000 | 121,000 | 03/17/15-06/17/16 |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | (7,203,008) | 2,505,055 | (4,697,953) | 03/31/11-06/17/16 |
| COMPREHENSIVE CARE OF CALIFORNIA, LLC | - | - | - | - |
| TOTAL TO/FROM SFRC and IMMEDIA | (90,665,299) | 43,488,054 | (47,177,245) | |

16. In addition, I traced transfers into SFRC and Immedia sourced from capital

contributions (excluding potential syndication fees) over selected time periods using QuickBooks

accounting records and bank records.  In order to trace the transferred amount sourced from investor

capital contributions (excluding potential syndication fees), I traced the transfer back to the originating entity that received the initial investor money.  Then, I deducted any potential received syndication fees, unknown funds, or prior account ending balances to calculate the minimum amount sourced from investor capital contributions.  See below for selected months and amounts and a breakdown by entity at Exhibit 34.

- October 2012:  At least $1,300,000 in capital contributions was transferred into SFRC from CallSocket, L.P.

- March 2013:  At least $3,000,000 in capital contributions was transferred into SFRC from CallSocket, L.P.

- August-September 2013:  At least $2,900,000 in capital contributions was transferred into SFRC from CallSocket II, L.P. and Comprehensive Care of Oakland, L.P.

- April 2014:  At least $1,730,000 in capital contributions was transferred into SFRC from CallSocket III, L.P.

- June-October 2014:  At least $9,480,000 in capital contributions was transferred into SFRC from CallSocket III, L.P., CallSocket III Holding Company, LLC (as originated from CallSocket III, L.P.), North America 3PL, LLC (as originated from NA3PL, L.P.) and NA3PL, L.P.

- June 2015: At least $1,370,000 in capital contributions was transferred into SFRC from CallSocket III, L.P., North America 3PL, LLC (as originated from NA3PL, L.P.) and NA3PL, L.P.

- September 2015:  At least $1,000,000 in capital contributions was transferred into SFRC from CallSocket III, L.P.

- January-March 2016:  At least $1,830,000 in capital contributions was transferred into Immedia from CallSocket III, L.P., California Gold Medal, L.P., North America 3PL, LLC (as originated from NA3PL, L.P.) and NA3PL, L.P.

## IV.   EXAMPLES DEMONSTRATING EB-5 INVESTOR FUNDS TRANSFERRED TO SFRC AND IMMEDIA AND BETWEEN EB-5 PROJECTS

### A. Example 1: $325,000 is Transferred from NA3PL, L.P. and CallSocket III, L.P. to Other Entities

17.     The following paragraphs provide an example that traces the use of money, including investors' capital contributions, from NA3PL, L.P. and CallSocket III, L.P. for uses unrelated to those two entities.  According to QuickBooks accounting records and bank records, on October 7,

2014, Central Escrow deposited $549,099 from a CallSocket III, L.P. investor into a CallSocket III, L.P. account (CSIIILP-EWB-6778), increasing the balance from $105 to $549,204. That same day $549,000 was transferred from CallSocket III, L.P.'s account (CSIIILP-EWB-6778) to SFRC's account (SFRC-EWB-3213), increasing the balance from $3,664 to $552,664.  That same day, $350,000[17] was then transferred, at the direction of Tom Henderson, from SFRC's account (SFRC-EWB-3213) to Aileen Yen's personal account (AY-EWB-8314), decreasing SFRC's balance to $202,664.

18.     On October 8, 2014, Central Escrow deposited $557,950 from a NA3PL, L.P. investor into NA3PL, L.P.'s account (NA3PLLP-EWB-6927), increasing the balance from $844 to $558,794. That same day, at the direction of Tom Henderson, $550,000 was transferred from NA3PL, L.P.'s account (NA3PLLP-EWB-6927) to North America 3PL, LLC's account (NA3PLLLC-EWB-4351), and then from North America 3PL, LLC's account (NA3PLLLC-EWB-4351) to SFRC's account (SFRC-EWB-3213), increasing SFRC's balance from $202,664 to $752,664.  Three disbursements totaling $325,000, which included at least $214,000[18] in capital contributions from NA3PL, L.P. and CallSocket III, L.P., were transferred from SFRC's account (SFRC-EWB-3213), at the direction of Tom Henderson, with $210,000 to CallSocket, L.P. (CSLP-EWB-4849), $80,000 to CallSocket Holding Company, LLC (CSHLLC-EWB-6398), and $35,000 to SFRC's payroll disbursement account (SFRC-EWB-4807).  On the same day the $80,000 was transferred to CallSocket Holding Company, LLC's account (CSHLLC-EWB-6398), approximately $78,000 was wired to the bankruptcy Trustee to pay mortgage and interest expenses.  Of the $210,000 transferred to CallSocket, L.P.'s account (CSLP-EWB-4849), at least $192,800 net was used from October 9, 2014 to October 10, 2014 for payroll liabilities.

---

[17] $346,000 of the $350,000 was sourced from CallSocket III, L.P. investor money (including potential syndication fees). The $346,000 is calculated as $350,000 transferred to Aileen Yen, less SFRC's ending balance of $3,664 on October 6, 2014.

[18] The $214,000 sourced from capital contributions (excluding potential syndication fees) was calculated by taking the $325,000 transferred out from SFRC, less potential syndication fees of $58,000 from NA3PL, L.P. and $49,000 from CallSocket III, L.P., less SFRC's ending balance on October 6, 2014 of $3,664.

19.     Diagram A provides a flowchart depiction of the movement of money from the above example.  Attached as Exhibit 35 are pertinent pages from the QuickBooks accounting records and bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram A**



**B.  Example 2: $470,000 is Transferred from CallSocket II, L.P. to Other Entities on November 1, 2013**

20.     According to QuickBooks accounting records and bank records, on October 31, 2013, Central Escrow sent $549,160 from an investor in CallSocket II, L.P. to a CallSocket II, L.P. account (CSIILP-EWB-3866), increasing the balance from $20,982 to $570,142.  On November 1, 2013, at the direction of Tom Henderson, CallSocket II, L.P. (CSIILP-EWB-3866) transferred $470,000 to SFRC (SFRC-EWB-3213), increasing SFRC's balance from $22,318 to $492,318.  At least $377,000[19] of this amount transferred was sourced from investor capital contributions, (excluding potential syndication fees).  Cash outflows from the SFRC account (SFRC-EWB-3213) on November

---

[19] The $377,000 sourced from capital contributions (excluding potential syndication fees) was calculated by taking the $470,000 transferred to SFRC, less potential CallSocket II, L.P. syndication fees of $49,100, less CallSocket II, L.P. ending balance of $20,982 on October 30, 2013, less SFRC's ending balance on October 31, 2013 of $22,318.

1, 2013 include a $20,000 cleared check from the prior month and $420,000 in transfers to other entities, at the direction of Tom Henderson, leaving an ending balance of $52,318.   A total of $109,938 in checks issued on November 1, 2013 cleared on a later date, according to QuickBooks and bank records. The cash received from CallSocket II, L.P. investors was used primarily to fund accounts of other entities including $200,000 to CallSocket, L.P. (CSLP-EWB-3288), $100,000 to Berkeley Healthcare Dynamics, L.P. and $70,000 to CallSocket Holding Company, LLC (CSHLLC-EWB-6398).

21.    The November 1, 2013 SFRC cash inflows and outflows are summarized by the following Table 9.  Attached as Exhibit 36 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Table 9**

| SFRC Inflows and Outflows on November 1, 2013 | |
|---|---|
| CATEGORY | NET AMOUNT |
| SAME DAY CASH NET INFLOW AND OUTFLOWS | |
| BERKELEY HEALTHCARE DYNAMICS, L.P. | (100,000) |
| CALLSOCKET HOLDING COMPANY, LLC | (70,000) |
| CALLSOCKET II, L.P. | 470,000 |
| CALLSOCKET III HOLDING COMPANY, LLC. | (30,000) |
| CALLSOCKET, L.P. | (200,000) |
| SFRC *(from 10/31/13 cleared check)* | (20,000) |
| STARR BRAND, LLC | (20,000) |
| *SUBTOTAL* | 30,000 |
| SAME DAY DISBURSEMENTS CASHED AT LATER DATE | |
| *SUBTOTAL* | (109,938) |
| **NET** | **(79,938)** |

### C. Example 3: $250,000 is Transferred from West Oakland Plaza, L.P. to CallSocket, L.P., CallSocket II, L.P., and Immedia's Payroll Account

22.    According to QuickBooks accounting records and bank records, on December 3, 2015, $49,973 in syndication fees from an investor was wired into West Oakland Plaza, L.P. (WOPLP-PB-9407), increasing the balance from $6,858 to $56,821 (at end of day).  On December 18, 2015, Central Escrow deposited $499,098 from an investor into West Oakland Plaza, L.P.'s account (WOPLP-PB-9407), increasing the balance from $56,821 to $555,919.  On the same day $50,000 was transferred from West Oakland Plaza, L.P.'s account (WOPLP-PB-9407) to another West Oakland

Plaza, L.P. account (WOPLP-EWB-5036), to pay an overseas finder $50,000 the same day.  On December 28, 2015, $49,985 in syndication fees was wired into West Oakland Plaza, L.P.'s account (WOPLP-PB-9407) from another investor, further increasing the balance to $555,854.  On December 29, 2015, $250,000 was transferred from the West Oakland Plaza, L.P. account (WOPLP-PB-9407) to another account (WOPLP-EWB-5036), increasing the balance in WOPLP-EWB-5036 from $7,834 to $257,834.  That same day, $250,000 was transferred, at the direction of Tom Henderson, from West Oakland Plaza, L.P.'s account (WOPLP-EWB-5036) to Immedia's account (Immedia-EWB-5523), increasing the balance from $4,711 to $254,711.  At least $135,000[20] of the $250,000 transferred to Immedia was sourced from West Oakland Plaza, L.P. investor capital contributions (excluding potential syndication fees).  Again on December 29, 2015, $248,000 was transferred, at the direction of Tom Henderson, from Immedia's account (Immedia-EWB-5523) to other entities, with $48,000 to CallSocket II, L.P. (CSII-EWB-3866), $165,000 to CallSocket, L.P. (CSLP-EWB-3288), and $35,000 to Immedia's payroll account (Immedia-EWB-5531).

23.     The following Diagram B is a flowchart depicting these transactions.  Attached as Exhibit 37 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram B**



---

[20] The $135,000 sourced from investor capital contributions (excluding potential syndication fees) was calculated as the net total transferred to Immedia of $250,000 less $49,985 of potential syndication fees less West Oakland Plaza, L.P.'s (WOPLP-PB-9407) ending balance of $56,821 on December 17, 2015 and West Oakland Plaza, L.P.'s (WOPLP-EWB-5036) ending balance of $7,834 on December 18, 2015.

**D.  Example 4: $500,000 is Transferred from California Gold Medal, L.P. to Immedia**

24.      According to QuickBooks accounting records and bank records, on February 9, 2016 Central Escrow transferred $499,099 from a California Gold Medal, L.P. investor to a California Gold Medal, L.P. account (CAGMLP-PB-8915), increasing the balance from $32,498 to $531,597. On February 10, 2016, $300,000 was transferred from the - Gold Medal, L.P. account (CAGMLP-PB-8915) to another California Gold Medal, L.P. account (CAGMLP-EWB-6026), increasing the balance from $658 to $300,658.   The next day, at the direction of Tom Henderson, $300,000 was transferred from California Gold Medal, L.P. account (CAGMLP-EWB-6026) to Immedia's account (Immedia-EWB-5523) increasing the balance from $11,449 to $311,449.  On February 24, 2016, another $200,000 was transferred from California Gold Medal, L.P. account (CAGMLP-PB-8915) to California Gold Medal, L.P. account (CAGMLP-EWB-6026), increasing the balance again to $200,638.  That same day, at the direction of Tom Henderson, California Gold Medal, L.P. (CAGMLP-EWB-6026) transferred $200,000 to Immedia's account (Immedia-EWB-5523), increasing the balance from $2,118 to $202,118.  It appears that later that day, at the direction of Tom Henderson, $200,000 was transferred from Immedia's account (Immedia-EWB-5523) to CallSocket, L.P.'s account (CSLP-EWB-3288) with a majority of the money sourced from California Gold Medal, L.P. investors. In this example, at least $453,000[21] of California Gold Medal, L.P. capital contributions (excluding potential syndication fees) was transferred to Immedia.

25.      Attached as Exhibit 38 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**V.      BERKELEY HEALTHCARE DYNAMICS, L.P. RECEIVED APPROXIMATELY $2,200,000 FROM SFRC BETWEEN NOVEMBER 2012 AND  JANUARY 2014**

26.      From November 9, 2012 to January 31, 2014, SFRC's accounts (SFRC-EWB-3213, SFRC-CB-2980) transferred $2,218,000 to Berkeley Healthcare Dynamics, L.P. During the same

---

[21] A total of $453,000 in capital contributions (excluding potential syndication fees) was calculated by taking the total wired amount of $500,000 less California Gold Medal, L.P.'s February 8, 2016 ending balance of $32,498, Immedia's ending balance of $11,449 on February 10, 2016 and Immedia's ending balance of $2,118 on February 23, 2016.

period of time, SFRC's accounts paid $26,322 on behalf of Berkeley Healthcare Dynamics, L.P. (Exhibit 39). The first investor funds for NA3PL, L.P. were deposited in its account (NA3PLLP-EWB-6927) on May 28, 2014 from Central Escrow.

## VI.   INVESTOR CAPITAL CONTRIBUTIONS WERE USED TO PAY OVERSEAS FINDERS

27.     Table 10 summarizes my research and analysis of the commissions/finders' fees paid by the entities identified therein.  Using QuickBooks accounting records and bank records, I traced approximately $8,890,000 in paid syndication fees from investors from November 21, 2011 through June 17, 2016[22].  During this same time period, at least $16,600,000 was paid in finders' fees by the entities identified in Table 10, mainly to agents in China.  I traced at least $7,500,000 of investor capital contributions (excluding potential syndication fees) used to pay the finders' fees.  The following paragraph describes the methodology.

**Table 10**

| Entity | Number of Investors | Capital Contribution | Syndication Fees | Total from Investors | Finders' Fees Paid |
|---|---|---|---|---|---|
| CALLSOCKET, L.P. | 36 | 18,000,000 | 1,770,805 | 19,770,805 | (2,300,000) |
| CALLSOCKET II, L.P. | 31 | 15,500,000 | 1,538,062 | 17,038,062 | - |
| CALLSOCKET III, L.P. | 39 | 19,509,304 | 1,658,012 | 21,167,316 | - |
| CALLSOCKET III HOLDING COMPANY, LLC. | - | - | - | - | - |
| CALLSOCKET HOLDING COMPANY, LLC | - | - | - | - | - |
| NA3PL, L.P. | 40 | 19,996,371 | 2,027,825 | 22,024,196 | - |
| NORTH AMERICA 3PL, LLC | - | - | - | - | - |
| WEST OAKLAND PLAZA, L.P. | 4 | 1,997,306 | 209,030 | 2,206,336 | (100,000) |
| CALIFORNIA GOLD MEDAL, L.P. | 43 | 21,470,275 | 1,073,463 | 22,543,738 | (630,000) |
| CENTRAL CALIFORNIA FARMS LLC | - | - | - | - | - |
| COMPREHENSIVE CARE OF OAKLAND, L.P. | 24 | 11,989,630 | 441,140 | 12,430,770 | - |
| COMPREHENSIVE CARE OF CALIFORNIA, LLC | - | - | - | - | - |
| SAN FRANCISCO REGIONAL CENTER, LLC | (2) | (1,100,000) | 179,944 | (920,056) | (12,498,163) |
| IMMEDIA, LLC | - | - | - | - | (1,075,400) |
| TOTAL | 215 | 107,362,886 | 8,898,281 | 116,261,167 | (16,603,563) |

28.     In order to trace the minimum of $7,500,000 of paid finders' fees sourced from investor capital contributions (excluding potential syndication fees), I traced a selected population of

---

[22] SFRC received authorization from United States Citizenship and Immigration Services ("USCIS") to operate as an EB-5 "Regional Center" in late November 2011 (Eme Decl., ¶37, Exhibit 36).

finders' fee payments back to the originating entity that received the initial investor money.  Then, I deducted any potential received syndication fees, unknown funds or prior account ending balances to calculate the minimum amount sourced from investor capital contributions.  The following Table 11 lists the entities that paid finders' fees and identifies the minimum in capital contributions (excluding syndication fees) used to pay finders' fees. See Exhibit 40 for a breakdown of my calculations that are summarized in Table 11 below.

**Table 11**

| Entity | Total Finders' Fees Paid | Total Sourced from Capital Contributions |
|---|---|---|
| CALIFORNIA GOLD MEDAL, L.P. | (630,000) | |
| CALLSOCKET, L.P. | (2,300,000) | (1,439,833) |
| IMMEDIA, LLC | (1,075,400) | (51,836) |
| SAN FRANCISCO REGIONAL CENTER, LLC | (12,498,163) | (6,059,089) |
| WEST OAKLAND PLAZA, L.P. | (100,000) | |
| **Total Finders' Fees** | **(16,603,563)** | **(7,550,758)** |

## Example of the Use of Capital Contributions to Pay Finder' Fees

29.     According to QuickBooks accounting records and bank records, from August 20, 2014 to August 26, 2014, Central Escrow deposited $998,284 from two NA3PL, L.P. investors into a NA3PL, L.P. account (NA3PLLP-EWB-6927), increasing the balance from $461 to $998,745.  On August 26, 2014, Central Escrow also deposited $549,055 from a CallSocket III, L.P. investor (which included $49,055 in syndication fees) into a CallSocket III, L.P. account (CSIIILP-EWB-6778), increasing the balance from $196 to $549,251.  On August 27, 2014, $500,000 was transferred from a NA3PL, L.P. account (NA3PLLP-EWB-6927) to a North America 3PL, LLC account (NA3PLLLC-EWB-4351), increasing the balance from $72,786 to $572,786. On the same day, at the direction of Tom Henderson, $500,000 from this same North America 3PL, LLC account (NA3PLLLC-EWB-4351) and $549,000 from CallSocket III, L.P.'s account (CSIIILP-EWB-6778) were transferred to SFRC's account (SFRC-EWB-3213), increasing the balance from $187,952 to $1,236,952.  Again on the same day, $566,300 was wired from SFRC's account (SFRC-EWB-3213) to UBIK Solutions

LTD, one of the finders based in China.  At least $329,000[23] of the $566,300 wired to the finder was sourced from capital contributions (excluding potential syndication fees).

30.     The following Diagram C is a flowchart depicting these transactions. Attached as Exhibit 41 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram C**



## VII.   SELECTED REAL ESTATE PURCHASES

### A. Purchase of Tribune Tower

31.     The Tribune Tower, located at 409 13th Street, Oakland, CA was purchased through three payments to Fidelity National Title Company totaling $1,840,000 from September 2011 through December 2011, according to a final closing statement produced by Marvin Tate (Exhibit 42).  The funding for the largest of the three payments is detailed below.

32.     According to QuickBooks accounting records and bank records, from March 31, 2011 to May 27, 2011, $1,500,000 from Comprehensive Care of Oakland, L.P. investor capital contributions (excluding potential syndication fees) was deposited into Comprehensive Care of Oakland, L.P.'s account (CCOOLP-Citi-8685) and transferred to another CCOO L.P. account (CCOOLP-Citi-8887).  From April 18, 2011 to November 8, 2011, $4,690,021 of investor capital contributions (excluding potential syndication fees) was deposited into a CCOO L.P. account (CCOOLP-Citi-8887).  Two checks were withdrawn at the direction of Tom Henderson from the

---

[23] A total of $329,000 in capital contributions (excluding potential syndication fees) was calculated by taking the wired amount of $566,300 less potential CallSocket III, L.P. syndication fees of $49,055, less SFRC's ending balance on August 26, 2014 of $187,952.

CCOO L.P. account (CCOOLP-Citi-8887) and deposited into SFRC's account (SFRC-CB-2980), with the first on November 21, 2011 for $1,250,000 and a second on November 25, 2011 for $150,000, increasing the balance in SFRC's account (SFRC-CB-2980) from $3,663 to $1,400,133, net of additional transactions in the days between. The $1,400,000 transferred appeared to be sourced from CCOO L.P. capital contributions (excluding potential syndication fees). On November 30, 2011, SFRC's account (SFRC-CB-2980) transferred $1,370,000 to CallSocket Holding Company, LLC (CSHLLC-CB-3103), increasing the balance from $500 to $1,370,500. Finally on December 2, 2011, $1,340,000 was wired from CallSocket Holding Company, LLC's account (CSHLLC-CB-3103) to Fidelity National Title Company, with at least $1,336,000[24] sourced from CCOO L.P. capital contributions (excluding potential syndication fees).

33.     The following Diagram D is a flowchart depicting these transfers. Attached as Exhibit 43 are pertinent pages from the bank records supporting the example. Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram D**



### B. Purchase of Community Bank Building

34.     The Community Bank Building, located at 1750 Broadway, Oakland, CA was purchased through two payments to Stewart Title Guaranty Company. While CallSocket II, L.P. is noted as the buyer of the property, the funds used to purchase the properties were sourced from CallSocket, L.P. The estimated buyer's closing statement produced by Marvin Tate shows as of

---

[24] The total of $1,336,000 in capital contributions (excluding potential syndication fees) was calculated as the total wire amount of $1,340,000 less SFRC's ending balance on November 20, 2011 of $3,663.

October 24, 2012, CallSocket II, L.P. still owed a balance of $1,012,947 to purchase the Community

Bank Building (Exhibit 44).

35.     According to QuickBooks accounting records and bank records, from October 16, 2012 to October 19, 2012, Central Escrow transferred a total of $1,098,150 of CallSocket, L.P. investor funds into CallSocket, L.P.'s account (CSLP-EWB-3288), increasing the balance from $19,126 to $1,117,276.  On October 19, 2012, $1,000,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-3288) to SFRC's account (SFRC-EWB-3213), which previously had a $0 balance.  From October 24, 2012 to October 25, 2012, Central Escrow transferred another $1,098,125 of CallSocket, L.P. investor funds to CallSocket, L.P.'s account (CSLP-EWB-3288), increasing the balance from $117,276 to $1,215,401.  On October 25, 2012, at the direction of Tom Henderson, $500,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-3288) to SFRC's account (SFRC-EWB-3213), increasing the balance to $1,500,000.  On the same day, $1,012,947 was wired from SFRC's account (SFRC-EWB-3213) to Stewart Title Guaranty Company.  At least $797,000[25] of the $1,012,947 transferred consisted of CallSocket, L.P. capital contributions (excluding potential syndication fees).

36.     The following Diagram E is a flowchart depicting these transfers.  Attached as Exhibit 45 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram E**



---

[25] The amount sourced from capital contributions was calculated by taking the wired amount of $1,012,947 less $196,275 in CallSocket, L.P. potential syndication fees from October 16, 2012 to October 25, 2012, less CallSocket, L.P.'s September 30, 2012 ending balance of $19,126.

### C. Purchase of Dufwin Towers Building

37.     The Dufwin Towers Building, located at 519 17th St., Oakland, CA, was purchased through two payments to First American Title Insurance.  While CallSocket II, L.P. is noted as the buyer of the property, the funds used to purchase the property were mainly sourced from CallSocket, L.P.  The largest payment is detailed below, according to QuickBooks accounting records and bank records.

38.     The buyer's final settlement statement produced by SFRC shows an escrow deposit of $1,017,240 received on December 7, 2012 from CallSocket II, L.P. to purchase the Dufwin Towers Building (Exhibit 46).  As of November 7, 2012, there was a balance of $67,383 in CallSocket, L.P.'s account (CSLP-EWB-3288).  On November 9, 2012, $238,826 was deposited into this account for an unknown purpose.  On November 16, 2012, Central Escrow transferred $549,050 from a CallSocket, L.P. investor to CallSocket, L.P.'s account (CSLP-EWB-3288), increasing the balance to $855,259 ($772,548 at end of day).  On November 19, 2012, at the direction of Tom Henderson, CallSocket, L.P.'s account (CSLP-EWB-3288) transferred $500,000 to SFRC's account (SFRC-EWB-3213), increasing SFRC's bank balance to $511,836 ($451,836 at end of day).  From November 21, 2012 to December 7, 2012, Central Escrow transferred another $2,196,485 of CallSocket, L.P. investors' funds to CallSocket, L.P.'s account (CSLP-EWB-3288).  On December 7, 2012, at the direction of Tom Henderson, CallSocket, L.P.'s account (CSLP-EWB-3288) transferred $800,000 to SFRC's account (SFRC-EWB-3213), increasing SFRC's bank balance from $225,335 to $1,025,335.  On that same day, SFRC's account (SFRC-EWB-3213) wired $1,017,240 to First American Title insurance to purchase the Duwin Towers Building.  At least $453,000[26] of the funds to purchase the property was sourced from CallSocket, L.P. capital contributions (excluding potential syndication fees).

39.     It appears that in March 2013, the loans for the Community Bank Building and Dufwin Towers Building were refinanced with a new lender.  From January 9, 2013 through March

---

[26] The amount sourced from capital contributions was calculated by first taking the $1,017,240 and deducting the SFRC ending balance of $11,836 on November 18, 2012, $245,535 in potential CallSocket, L.P. investor syndication fees from November 16, 2012 to December 7, 2012, and the CallSocket, L.P. ending balance of $306,209 on November 9, 2012.

1, 2013, Central Escrow transferred $3,278,599 from six CallSocket II, L.P. investors into CallSocket II, L.P.'s account (CSIILP-EWB-3866).  On March 5, 2013, $1,331,305 was wired from CallSocket II, L.P.'s account (CSIILP-EWB-3866) to First American Title Insurance.

40.     Attached as Exhibits 47-48 are pertinent pages from the bank records supporting the examples above.  Due to the voluminous nature of the many bank statements that support the examples, I have only attached the relevant bank record pages.

**D.  Purchase of I. Magnin Building**

41.     The I. Magnin Building, located at 2001 Broadway, Oakland, CA was purchased through two payments to Chicago Title Company (Exhibit 49).  While CallSocket III Holding Company, LLC is noted at the buyer of the property, the funds used to purchase the property were sourced from CallSocket, L.P. and CallSocket II, L.P.  The larger of the two payments is detailed below, according to QuickBooks accounting records and bank records.

42.      From May 24, 2013 to June 25, 2013, Central Escrow deposited funds from six CallSocket II, L.P. investors into a CallSocket II, L.P. account (CSIILP-EWB-3866) totaling $3,294,560, increasing the balance from $32,961 to $2,332,106 (net of additional transactions).  On June 25, 2013 $2,300,000 was transferred from CallSocket II, L.P.'s account (CSIILP-EWB-3866) to SFRC's account (SFRC-EWB-3213).

43.     On June 24, 2013, Central Escrow deposited $549,075 from a CallSocket, L.P. investor into a CallSocket, L.P. account (CSLP-EWB-3288), increasing the balance in that account from $74,221 to $623,296.  On June 25, 2013, $600,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-3288) to SFRC's account (SFRC-EWB-3213).  On June 25, 2013, a total of $2,900,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-3288) and CallSocket II, L.P.'s  account (CSIILP-EWB-3866) to SFRC's account (SFRC-EWB-3213), increasing the balance in that account from $27,573 to $2,927,573.  The next day, June 26, 2013, $2,904,971 was wired from SFRC's account (SFRC-EWB-3213) to Chicago Title Company.  At least $2,400,000[27] in

---

[27] The amount sourced from capital contributions was calculated by taking the transferred $2,900,000 less CallSocket, L.P. potential syndication fees of $49,075, CallSocket, L.P. ending balance of $74,221 on June 23, 2013, CallSocket II, L.P. potential syndication fees of $294,560 from May 24, 2013 to June 25, 2013, an

**Footnote continued on next page**

capital contributions (excluding potential syndication fees) from CallSocket, L.P. and CallSocket II, L.P. were used to purchase the I. Magnin Building, with the buyer reflected as CallSocket III Holding Company, LLC.

44.     The I. Magnin Building was sold in March 2016 (Eme Decl., ¶32, Exhibit 31).  On March 4, 2016, Chicago Title Company wired $10,405,906 to CallSocket III Holding Company, LLC's account (CSIIIHLLC-EWB-4682).  On March 8, 2016, $9,750,000 was transferred from CallSocket III Holding Company, LLC's account (CSIIIHLLC-EWB-4682) to CallSocket III, L.P.'s account (CSIIILP-EWB-6893). It appears that the remaining proceeds and account balance of $8,884,044 was withdrawn in the form of a cashier's check on March 31, 2016 to close CallSocket III, L.P.'s account (CSIIILP-EWB-6893).

45.     Attached as Exhibits 50-51 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**E. Purchase of Berkeley Healthcare Dynamics Warehouse**

46.     The Berkeley Healthcare Dynamics warehouse, located at 1700 20th Street in Oakland, California was purchased through three payments to First American Title Company, according to a buyer estimated closing statement dated December 20, 2012 produced by Marvin Tate (Exhibit 52).  While Berkeley Healthcare Dynamics, L.P. is the buyer of the property, the funds used to purchase the property were sourced from CallSocket, L.P.  The largest of the three payments is detailed below, according to QuickBooks accounting records and bank records.

47.     From October 16, 2012 through November 6, 2012, Central Escrow transferred nine deposits totaling $4,941,130 from CallSocket, L.P. investors to a CallSocket, L.P. account (CSLP-EWB-3288), increasing the balance from $23,855 to $2,637,383 (net of transactions).  On November 6, 2012, $2,500,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-3288) to SFRC's account (SFRC-EWB-3213), increasing SFRC's balance from $147,018 to $2,647,018.  On November 7, 2012, another $70,000 was transferred from CallSocket, L.P.'s account (CSLP-EWB-

_____

unknown CallSocket II, L.P. deposit of $19,000 on June 10, 2013, CallSocket II, L.P. ending balance of $32,961 on May 23, 2013, and SFRC's June 24, 2013 ending balance of $27,573.

3288) to SFRC's account (SFRC-EWB-3213), further increasing the balance to $2,717,017.  That same day, two payments of $150,150 and $2,549,031, totaling $2,699,181, were wired from SFRC's account (SFRC-EWB-3213) to First American Title Insurance Company, leaving a balance of $17,836.  At least $1,957,000[28] of the $2,699,181 paid to secure the property for Berkeley Healthcare Dynamics, L.P. appeared to be sourced from CallSocket, L.P. capital contributions (excluding potential syndication fees).

48.    Attached as Exhibit 53 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

49.    Based on accounting records produced by Marvin Tate, CPA, North America 3PL, LLC paid rent for the 1700 20th Street property to Berkeley Healthcare Dynamics, LLC from at least June 2014 to December 2015 (Exhibit 54).

### F.  Purchase of Tipton Farms

50.    The Tipton Farms located at 417 and 615 N. Burnett Road in Tipton, California was purchased through three payments to Old Republic Title Company, according to a buyer's recording statement dated November 4, 2015 produced by Marvin Tate (Exhibit 55).  Central California Farms, LLC (c/o Thomas M. Henderson) is listed as the buyer of the property, while the funds used to purchase the property appear to be sourced from California Gold Medal, L.P. investors. The largest payment is detailed below, according to QuickBooks accounting records and bank records.

51.    From August 5, 2015 to September 21, 2015, Central Escrow and individual investors in CallSocket III, L.P. sent $5,295,584 to CallSocket III, L.P.'s account (CSIIILP-EWB-6778).  From September 18, 2015 to October 26, 2015, Central Escrow and an individual investor in California Gold Medal, L.P. transferred or wired $2,556,231 into a California Gold Medal, L.P. account (CAGMLP-PB-8915), which previously had a $0 balance.  On October 29, 2015, the CallSocket III,

---

[28] The amount sourced from capital contributions was calculated by taking the transferred $2,570,000 less CallSocket, L.P. investor syndication fees of $441,130 from October 16, 2012 to November 6, 2012, CallSocket, L.P. ending balance of $23,855 on September 30, 2012, and SFRC's ending balance of $147,018 on November 5, 2012.

L.P. account (CSIIILP-EWB-6778) transferred $100,000, at the direction of Tom Henderson, to SFRC's account (SFRC-EWB-3213), increasing the balance from ($15) to $99,985.  On the same day, California Gold Medal, L.P.'s account (CAGMLP-PB-8915) transferred $2,550,000 and SFRC's account (SFRC-EWB-3213), at the direction of Tom Henderson, transferred $20,000 to a Central California Farms, LLC account (CCF-EWB-5945), increasing the balance from $886 to $2,570,876. The following day on October 30, 2015, Central California Farms, LLC's account (CCF-EWB-5945) wired $2,566,925 to Old Republic Title Company to purchase the properties. At least $2,486,000[29] of the transferred funds was from California Gold Medal, L.P. investor capital contributions (excluding potential syndication fees).

52.     The following Diagram F is a flowchart depicting these transactions.  Attached as Exhibit 56 are pertinent pages from the bank records supporting the example.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram F**



### G. Purchase of Jack London Gateway Shopping Center

53.     The Jack London Gateway Shopping Center located at 800-900 Market Street in Oakland, California was purchased through a $150,000 payment to First American Title Company, according to a borrower's estimated settlement statement dated December 17, 2014 produced by SFRC.  JL Gateway, LLC is listed as the borrower of the loan and deeded the property, while the

---

[29] The amount sourced from investor capital contributions (excluding potential syndication fees) was calculated by taking the $2,566,925 amount wired less $20,000 potentially sourced from syndication fees from CallSocket III, L.P., less $59,974 in potential syndication fees from California Gold Medal, L.P.

funds used to purchase the property appear to be sourced from CallSocket III, L.P. and NA3PL, L.P. investors (Exhibit 57). The payment is detailed below, according to QuickBooks accounting records and bank records.

54. On December 4, 2014, Central Escrow deposited $559,050 from a NA3PL, L.P. investor into a NA3PL, L.P. account (NA3PLLP-EWB-6927), increasing the balance from $547 to $559,597. From December 5, 2014 to December 17, 2014, at the direction of Tom Henderson, a total of $450,000 was transferred from the NA3PL, L.P. account (NA3PLLP-EWB-6927) to a North America 3PL, LLC account (NA3PLLLC-EWB-4351). On December 5, 2014 and December 10, 2014, after the North America 3PL, LLC account (NA3PLLLC-EWB-4351) received these transfers, two $100,000 payments totaling $200,000 were transferred from this account to SFRC's account (SFRC-EWB-3213), at the direction of Tom Henderson. On December 17, 2014, another $250,000 was transferred from North America 3PL, LLC's account (NA3PLLLC-EWB-4351) to SFRC's account (SFRC-EWB-3213). On December 16, 2014, Central Escrow transferred $549,079 from an investor in CallSocket III, L.P. to a CallSocket III, L.P. account (CSIIILP-EWB-6778), increasing the balance from $1,827 to $550,906. On December 17, 2014, CallSocket III, L.P.'s account (CSIIILP-EWB-6778) transferred $550,000 to SFRC's account (SFRC-EWB-3213).

55. The two transfers on December 17, 2014 from North America 3PL, LLC's account (NA3PLLLC-EWB-4351) and CallSocket III, L.P.'s account (CSIIILP-EWB-6778) increased SFRC's account (SFRC-EWB-3213) from $9,797 to $809,797. On the same day, SFRC's account (SFRC-EWB-3213) wired $150,000 to First American Title Company. At least $30,000[30] of the $150,000 was sourced from CallSocket III, L.P. and NA3PL, L.P. investor capital contributions (excluding potential syndication fees).

56. The following Diagram G is a flowchart depicting these transactions. Attached as Exhibit 58 are pertinent pages from the bank records supporting the example. Due to the voluminous

---

[30] The amount sourced from investor capital contributions was calculated by taking the $150,000 wire amount less $59,050 of potential NA3PL, L.P. syndication fees, $49,079 of potential CallSocket III, L.P. syndication fees, CallSocket III, L.P.'s ending balance of $1,827 on December 15, 2014, and SFRC's ending balance of $9,797 on December 16, 2014.

1  nature of the many bank statements that support this example, I have only attached the relevant bank

2  record pages.

3  **Diagram G**



4

5

6

7

8      57.      Based on produced bank records, West Oakland Plaza, L.P. made rent payments to JL

9  Gateway, LLC, at the direction of Tom Henderson, from May 2016 to at least November 2016.  It

10 appears the rent payments were for the period starting approximately August 2015 (Exhibit 59).

11

12 **VIII.   TOM HENDERSON RECEIVED AT LEAST $394,000 FROM SFRC'S BANK ACCOUNTS**

13     58.      According to QuickBooks accounting records and bank records, from December 2011

14 until November 2015, Tom Henderson received directly or for his benefit at least $394,000 from the

15 SFRC bank accounts.  This does not include the $350,000 transferred through Aileen Yen's account

16 to Tom Henderson's to purchase their personal residence (See Section IX below), which would

17 increase the total benefit received to at least $744,000.  Examples of payments to Tom Henderson are

18 described below.

19     **Examples of Money Received by Tom Henderson**

20     59.      In one example, on October 7, 2014, Central Escrow deposited $549,099 from a

21 CallSocket III, L.P. investor into a CallSocket III, L.P. account (CSIIILP-EWB-6778), increasing the

22 balance from $105 to $549,204. That same day $549,000 transferred from CallSocket III, L.P.'s

23 account (CSIIILP-EWB-6778) to SFRC's account (SFRC-EWB-3213), increasing the balance from

24 $3,664 to $552,664.  On the same day, at the direction of Tom Henderson, $350,000 transferred from

25 SFRC's account (SFRC-EWB-3213) to Aileen Yen's account (AY-EWB-8314), decreasing SFRC's

26 balance to $202,664.  On October 8, 2014, Central Escrow deposited $557,950 from a NA3PL, L.P.

27 investor into a NA3PL, L.P. account (NA3PLLP-EWB-6927), increasing the balance from $844 to

28

$558,794. On the same day, $550,000 was transferred from the same NA3PL, L.P. account (NA3PLLP-EWB-6927) to North America 3PL, LLC's account (NA3PLLLC-EWB-4351), at the direction of Tom Henderson, and transferred that day to SFRC's account (SFRC-EWB-3213), increasing the balance from $202,664 to $752,664.  On October 16, 2014, SFRC's account (SFRC-EWB-3213) transferred $42,000 to Tom Henderson's account (TH-EWB-8222), increasing the balance from $2,480 to $44,480.  On the same day, Henderson transferred $42,000 to an unknown account ending in 8373.

60.    In another example, between October 10, 2014 and October 14, 2014, Central Escrow transferred a total of $1,677,333 from three NA3PL, L.P. investors to a NA3PL, L.P. account (NA3PLLP-EWB-6927), increasing the balance in that account from $8,794 to $1,686,127.  On October 16, 2014, $1,680,000 was transferred from NA3PL, L.P.'s account (NA3PLLP-EWB-6927) to a North America 3PL, LLC's account (NA3PLLLC-EWB-4351), and this $1,680,000 was immediately transferred to a SFRC account (SFRC-EWB-3213), at the direction of Tom Henderson, increasing SFRC's balance from $62,347 to $1,742,347.  On October 20, 2014, at the direction of Tom Henderson, check #1587 for $250,000 was issued from SFRC's account (SFRC-EWB-3213), and the check was deposited the same day into another SFRC account (SFRC-CB-2980), increasing the balance of that account from $3,766 to $253,766.  On November 13, 2014, $60,000 was transferred from SFRC's account (SFRC-CB-2980) to an unknown account, but allocated to the GL account "31102 · Tom Henderson-Draws" per QuickBooks accounting records.

61.    Attached as Exhibits 60-61 are pertinent pages from the bank records supporting the examples above.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

### IX.    HENDERSON USED AT LEAST $346,000 OF INVESTOR FUNDS TO PURCHASE HIS OAKLAND RESIDENCE

62.    I reviewed the estimated buyer's closing statement for the personal residence of Henderson and Aileen Yen located in Oakland, California, as produced by SFRC.  According to that statement, as of November 7, 2014, an additional $443,926 was due from the buyers, listed as Thomas Henderson and Aileen Yen, to cover the payment balance for the property (Exhibit 62).

Based on my analysis, it appears that CallSocket III, L.P. investor funds were used to purchase their personal residence.

63.     According to QuickBooks accounting records and bank records, on October 7, 2014, Central Escrow deposited $549,099 from a CallSocket III, L.P. investor into a CallSocket III, L.P. account (CSIIILP-EWB-6778), increasing the balance from $105 to $549,204. That same day $549,000 was transferred from CallSocket III, L.P.'s account (CSIIILP-EWB-6778) to a SFRC account (SFRC-EWB-3213), increasing the balance from $3,664 to $552,664.

64.     Again on October 7, 2014 and as stated above in Section IV.A., $350,000 was transferred from SFRC's account (SFRC-EWB-3213), at the direction of Tom Henderson, to Aileen Yen's account (AY-EWB-8314), increasing Yen's account to $419,096.  On November 10, 2014, $418,815[31] was transferred from Aileen Yen's account (AY-EWB-8314) to Tom Henderson's account  (TH-EWB-8222), and $26,000 was deposited by check from SFRC's account (SFRC-EWB-3213) to Tom Henderson's account  (TH-EWB-8222), increasing the balance from $2,394 to $447,209.  On the same day, Henderson wired $443,926 from his account (TH-EWB-8222) to Stewart Title of California, Inc.  At least $346,000[32] of the $443,926 used to purchase the property was CallSocket III, L.P. investor money (including potential syndication fees).

65.     The following Diagram H provides a flowchart depicting these transactions.  Attached as Exhibit 63 are pertinent pages from the bank records supporting the example above.  Due to the voluminous nature of the many bank statements that support this example, I have only attached the relevant bank record pages.

**Diagram H**



---

[31] The transferred amount per Aileen Yen's account statement totaled $418,785, but the transfer slip and Tom Henderson's account both show a transferred amount of $418,815, with an unknown difference of $30.

[32] The amount sourced from investor money (including potential syndication fees) was calculated by taking the $350,000 transferred to Aileen Yen less SFRC's ending balance of $3,664 on October 6, 2014.

## X.     TRIBUNE TAVERN AND LUNGOMARE RESTAURANTS RECEIVED APPROXIMATELY $3,800,000 FROM SFRC

66.     According to QuickBooks accounting records and bank records, from March 5, 2012 through July 14, 2015, $3,823,586 was transferred directly to or used to pay expenses for the restaurants known as the Tribune Tavern and Lungomare. The entire amount was paid from SFRC bank accounts (SFRC-CB-2980, SFRC-EWB-3213) (Exhibit 64).

67.     For example, in the first four months of 2013, approximately $2,076,000 from SFRC's bank accounts was used for Henderson's restaurant businesses. There was approximately $989,000 of paid expenses in January 2013 and approximately $1,087,000 of paid expenses from February 2013 through April 2013. Payments to vendors included builders, architects, restaurant suppliers, and others (Exhibit 64).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in San Francisco, California on January 18, 2017.

Ellen Chen