1 | Yosef Peretz (SBN 209288)
2 | yperetz@peretzlaw.com
  | Sumy Kim (SBN 290082)
3 | skim@peretzlaw.com
  | PERETZ & ASSOCIATES
4 | 22 Battery Street, Suite 200
  | San Francisco, CA 94111
5 | Telephone:  415.732.3777
  | Facsimile:  415.732.3791

6 | Attorneys for Defendants COMPREHENSIVE CARE OF OAKLAND, L.P.
7 | And COMPREHENSIVE CARE OF CALIFORNIA, LLC

8 | [Additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC.<br><br>            Defendants.<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; and JL GATEWAY, LLC.<br><br>            Relief Defendants. | Civil Case No. 3:17-cv-00223-RS<br><br>**STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER**<br><br>**Date:**  March 2, 2017<br>**Time:**  1:30 p.m.<br>**Courtroom.:**  3 - 17th Floor |

## STIPULATION

WHEREAS, plaintiff Securities and Exchange Commission (SEC) has filed a motion for a preliminary injunction and for the appointment of a receiver for the named defendants; and

WHEREAS, the SEC's motion is scheduled to be heard on March 2, 2017, with oppositions due on February 3 and replies due on February 10, 2017; and

WHEREAS, defendants Comprehensive Care of Oakland, LP (CCOO) and Comprehensive Care of California, LLC (CCOC) intend to oppose the SEC's motion and have requested additional time to respond to the motion; and

WHEREAS, non-party Allan Young, the named plaintiff in the *Young v. Henderson* action pending in the Alameda County Superior Court that is a subject of the SEC's motion, also intends to oppose the SEC's motion and also has requested additional time to respond to the motion; and

WHEREAS, several persons, including counsel for CCOO, CCOC and Mr. Young, have asked the SEC whether it would be amenable to a briefing schedule that provides for additional time in which to file a response to the SEC's motion; and

WHEREAS, the SEC, CCOO, CCOC and Mr. Young have conferred and agreed, subject to Court approval, to a modification of the briefing schedule that completes the briefing on the SEC's motion within the time limits set by Local Civil Rule 7.

NOW THEREFORE, the SEC, CCOO, CCOC and Mr. Young hereby stipulate, by and through their respective counsel, that any responses to the SEC's motion shall be filed on or before February 9, 2017 and any replies by the SEC shall be filed on or before February 16, 2017.

DATED: January 31, 2017                                    PERETZ & ASSOCIATES

                                                           By: */s/ Yosef Peretz*
                                                                Yosef Peretz

                                                           Yosef Peretz (SBN 209288)
                                                           Sumy Kim (SBN 290082)
                                                           22 Battery Street, Suite 200
                                                           San Francisco, CA 94111
                                                           Telephone: 415.732.3777
                                                           Attorneys for Defendants CCOO and CCOC

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER

- 2 -

| | |
|---|---|
| DATED: January 31, 2017 | PRITZKER LEVINE LLP |
| | By: */s/ Jonathan K. Levine*<br>    Jonathan K. Levine |
| | Jonathan K. Levine (SBN 220289)<br>Elizabeth C. Pritzker (SBN 146267)<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Telephone: 415.692.0772 |
| | Attorneys for Non-party Allan Young |
| DATED: January 31, 2017 | SECURITIES AND EXCHANGE COMM. |
| | By: */s/ Andrew J. Hefty*<br>    Andrew J. Hefty |
| | Andrew J. Hefty (SBN 220450)<br>Susan F. LaMarca (SBN 215231)<br>Thomas J. Eme (Ill. Bar No. 6224870)<br>44 Montgomery Street, Suite 2800<br>San Francisco, CA 94104<br>Telephone: 415.705.2500 |
| | Attorneys for Plaintiff SEC |

## [~~PROPOSED~~] ORDER

Having reviewed the foregoing stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that any responses to the SEC's Motion for Preliminary Injunction and Appointment of Receiver shall be filed no later than February 9, 2017. The SEC shall file any replies no later than February 16, 2017. The hearing on the motion, presently set for March 2, 2017, remains unchanged.

IT IS SO ORDERED.

DATED: January 31, 2017

_____
Hon. Richard Seeborg
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER

- 3 -