DAVID J. MILLSTEIN, ESQ. (CSB# 87878)
GERALD S. RICHELSON, ESQ. (CSB #267705)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336
Email: dmillstein@millstein-law.com
Email: grichelson@millstein-law.com

DANIEL B. LUNDY, ESQ. (N.Y. BAR ONLY)
KLASKO IMMIGRATION LAW PARTNERS, LLP
1601 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 825-8600
(215) 825-8699 (Fax)
Email: dlundy@klaskolaw.com

**Attorneys for Proposed Interveners:**
EB-5 INVESTERS IN: SAN FRANCISCO REGIONAL CENTER, LLC; CALIFORNIA GOLD MEDAL, LP; CALL SOCKET, LP; CALLSOCKET II, LP; CALLSOCKET III, LP; COMPREHENSIVE CARE OF OAKLAND, LP; NA3PL, LP; WEST OAKLAND PLAZA LP and RELATED ENTITIES INVOLVED IN THE SECURITY EXCHANGE COMMISION V. SAN FRANCISCO REGIONAL CENTER, LLC, ET. AL. CIVIL COURT ACTION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiffs,<br><br>    v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>            Defendants, and | **Case No.: 3:17-cv-00223-RS**<br><br>**NOTICE OF APPEARANCE.**<br><br><br>Date Filed: January 17, 2017 |

1

**NOTICE OF APPEARANCE**

CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,

Relief Defendants, and

TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Gerald S. Richelson of the law firm Millstein and Associates hereby enters my appearance as counsel for interested parties , Baoyi Peng, Chunjian Xin, Fei Zhou, Feng Li, Hao Chen, Jiaen Chen, Jianmei Zhu, Jainxin Wang, Jie Lin, Jifeng Yu, Jingyi Yan, Li Luo, Li Ma, Meng cau, Ming-Ho Chen, Pin Ni, QingJuang Yuan, Senjing Teng, Shaoyun Dong, Sunhai liu, Tan Wenbin, Wei Wang, Wngqun gao, Wu Qingyi, Xiaqing Zhao, Xiaoting Zheng, Xillin Fan, Xin Wei, Xuebin Wang, Yifan Wu, Yilai Ni, Yiling ni, Yonghong Zeng, Yu Yiqi, Yu Zhuang, Yuayuan Kou, Yuhong Ma, Yuhua Jiang, Yuxia Chen, Zenghui Huang, ZhiJun Lu, and several other EB-5 investors[i] (hereinafter "EB-5 Investors").

I am a member in good standing in the State Bar of California and am admitted to practice in the United States District Court, Northern District of California. My address and telephone number are as follows:

100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Email: grichelson@millstein-law.com

Please serve copies of all documents and pleadings regarding this case electronically or at this address.

2
**NOTICE OF APPEARANCE**

Dated:  February 9, 2017                    MILLSTEIN & ASSOCIATES


                                            By: _____/s/_____
                                                Gerald S. Richelson, Esq.
                                                David J. Millstein, Esq.
                                                Attorneys for interested Investors

---

[i] We are in the process of being retained by approximately 60 EB-5 investors in this matter, and will file an amended appearance once the engagements are finalized.

NOTICE OF APPEARANCE