KENNETH S. KATZOFF (SBN 103490)
STEPHEN G. PREONAS (SBN 245334)
Katzoff & Riggs LLP
1500 Park Avenue, Suite 300
Emeryville, CA 94608
Tel. (510) 597-1990
Fax. (510) 597-0295

Attorneys for Interested Parties
WOMAC PROPERTIES, INC.
and JLG ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND P.AZA, L.P.; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; NORTH AMERICA 3 PL, LLC,<br><br>　　　　Defendants,<br><br>　　　　-and-<br><br>CALL SOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; JL GATEWAY, LLC.<br><br>　　　　Relief Defendants.<br>_____ | Case No. 3:17-CV-00223-RS<br><br>**DECLARATION OF STEPHEN G. PREONAS IN SUPPORT OF INTERESTED PARTIES WOMAC PROPERTIES, INC. AND JLG ASSOCIATES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**<br><br>Date: March 2, 2017<br>Time: 1:30 p.m.<br>Dept.: Courtroom 3, 17th Floor<br>Judge: Hon. Richard Seeborg |

STEPHEN G. PREONAS declares:

1.  I am one of counsel for WOMAC PROPERTIES, INC. ("WOMAC") and JLG Associates, LLC ("JGLA" and with WOMAC collectively "Interested Parties." I have personal knowledge of the matters set forth in this declaration and can competently testify thereto if called to testify.

2.  This declaration in being submitted in support of the opposition of Interested Parties to the Motion of the SEC to appoint a receiver and for a preliminary injunction in this action. I learned of this Motion of the SEC On February 9, 2017 and I have filed this opposition at the earliest practicable time. My office has not been served with any documents in this action and has obtained all relevant documents through PACER.

3.  In representing WOMAC I became aware that on or about December 17, 2014 defendant SAN FRANCISCO REGIONAL CENTER, LLC ("SFRC"), entered into a written promissory Note ("the Note") in which SFRC agreed to repay WOMAC with interest, the amount of $3,700,000 ("the Loan"). In connection with the Note and the Loan SFRC and I WOMAC entered into an Amended and Restated Operating Agreement to form JL Gateway, LLC ("JL Gateway" and the "Operating Agreement").

4.  A WOMAC affiliated entity is the sole member of JLGA the former owner of the certain commercial real property located at 800, 850 and 900 Market Street in Oakland known as the Jack London Gateway Shopping Center ("the Property"). In connection with the Operating Agreement and the Note and the formation of JL Gateway,

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

JLGA transferred title of the Property to JL Gateway.  WOMAC and JLGA are owned and operated by Janet Patterson and other longtime residents and community organizers in the West Oakland community.  The owners of WOMAC and JLGA have been affiliated with the Property as managers and owners for decades.  Their involvement with the Property is part of the City of Oakland Redevelopment Agency's long-term planning for the development of the Property.  A true and correct copy of the agency's resolution permitting JLGA to become owner of the Property is attached as Exhibit 5.

5. After SFRC defaulted on its obligation under the Note on behalf of Interested Parties I filed a lawsuit against SFRC and Tom Henderson for breach of the Note and fraud in connection with the Note on September 10, 2015 as Alameda Superior Court Case No. RG-785236 ("the WOMAC Action").  A true and correct copy of the Complaint in the WOMAC Action, including the Operating Agreement attached as Exhibit A and the Note attached as Exhibit B to the Complaint is attached as Exhibit 1 to this Declaration.

6. At no point did SFRC, JL Gateway or any party transfer any cash in consideration for the transfer of the Property from JLGA to JL Gateway.  At no point did SFRC make any capital contribution to JL Gateway to obtain its 75% interest in this relief defendant.  At the time of the transfer JL Gateway obtained conventional financing pursuant to a series of agreements with a commercial lender Thorofare Asset Based Lending Fund III, L.P., ("Thorofare") for Thorofare to lend JL Gateway $6.945M to be secured be a deed of trust on the Property ("the Thorofare DOT").  A true and correct

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

**DECLARATION OF STEPHEN G. PREONAS IN SUPPORT OF INTERESTED PARTIES WOMAC PROPERTIES, INC. AND JLG ASSOCIATES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**
3

1  copy of the Thorofare DOT is attached as Exhibit 2.

2      7.    In connection with the WOMAC Action my office, on behalf of WOMAC requested and obtain an order for writ of attachment of the assets of SFRC ("the Attachment Order").  A true and correct copy of the Attachment Order, as entered by the Alameda Superior Court on November 6, 2015 is attached as Exhibit 3.

    8.    The parties conducted discovery and then WOMAC moved for summary adjudication on its first cause of action for breach of the Note.   On October 25, 2016 the Alameda Superior Court entered an order granting WOMAC summary adjudication of its cause of action for breach of the Note in the amount of $3,781,091.67.  A true and correct copy of the order of the Alameda Superior Court granting WOMAC summary adjudication of its first cause of action for breach of the Note is attached as Exhibit 4. The Interested Parties' claim for fraud against SFRC and Henderson remain and will be set for trial later in 2017.

    9.    Pursuant to the request of Interested Parties the Alameda Court issued an order to show cause for removal of SFRC as manager of JL Gateway for February 16, 2017 WOMAC.  A true and correct copy of the order to show cause issued in the WOMAC Action is attached as Exhibit 6.

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990

---

**DECLARATION OF STEPHEN G. PREONAS IN SUPPORT OF INTERESTED PARTIES WOMAC PROPERTIES, INC. AND JLG ASSOCIATES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 15, 2017 in Los Angeles, California.

_____
STEPHEN G. PREONAS

---

**DECLARATION OF STEPHEN G. PREONAS IN SUPPORT OF INTERESTED PARTIES WOMAC PROPERTIES, INC. AND JLG ASSOCIATES, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF RECEIVER**

KATZOFF & RIGGS LLP
1500 PARK AVENUE, SUITE 300
EMERYVILLE, CA 94608
(510)597-1990