DAVID J. MILLSTEIN, ESQ. (CSB# 87878)
GERALD S. RICHELSON, ESQ. (CSB #267705)
MILLSTEIN & ASSOCIATES
100 The Embarcadero, Suite 200
San Francisco, CA 94105
Telephone: (415) 348-0348
Facsimile:  (415) 348-0336
Email:  dmillstein@millstein-law.com
Email:  grichelson@millstein-law.com

DANIEL B. LUNDY, ESQ. (N.Y. BAR ONLY)
KLASKO IMMIGRATION LAW PARTNERS, LLP
1601 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 825-8600
(215) 825-8699 (Fax)
Email: dlundy@klaskolaw.com

**Attorneys for Proposed Interveners:**
EB-5 INVESTERS IN: SAN FRANCISCO REGIONAL CENTER, LLC; CALL SOCKET, LP; CALLSOCKET II, LP; CALLSOCKET III, LP; COMPREHENSIVE CARE OF OAKLAND, LP; and RELATED ENTITIES INVOLVED IN THE SECURITY EXCHANGE COMMISION V. SAN FRANCISCO REGIONAL CENTER, LLC, ET. AL. CIVIL COURT ACTION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiffs,<br><br>    v .<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>        Defendants, and | **Case No.: 3:17-cv-00223-RS**<br><br>**NOTICE OF ERRATA re AMENDED OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION.**<br><br><br>Date Filed: January 17, 2017 |

1

**NOTICE OF ERRATA**

CALLSOCKET HOLDING
COMPANY, LLC; CALLSOCKET III
HOLDING COMPANY, LLC;
BERKELEY
HEALTHCARE DYNAMICS, LLC;
CENTRAL CALIFORNIA FARMS,
LLC; and JL GATEWAY, LLC,

        Relief Defendants, and

      TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND ALL

INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

      PLEASE TAKE NOTICE that interested parties Feng Li, Yuanyuan Kou, Xiaojun Li,

Xiaoting Zhang, Ping Ni, Tan Wenbin, Jingyi Yan, Hao Chen, Yiling Ni, Shaoyun Dong, Yilai

Ni, Li Ma, Meng Cai, Yiqi Yu, Fei Zhu (Zhou), Yonghong Zeng, Sunhai Liu, Yuxia Chen, Xilin

Fang, Wei Wang, Rong Luo (Ming-ho Chen), Chunjian Xin, Xuebin Wang, Jifeng Yu, Yuhong

Ma, Yu Zhuang, Yuhua Jiang, Baoyi Peng, Li Luo, Jianxin Wang, Shuhong Zhang, Jiaen Chen,

Xin Wei, Senjing Tang, Xiaoqing Zhao, QingJiang Yuan, Zhenghui Huang, ZhiJun Li, Xiaoping

Li, Ajay Gupta, Yifan Wu, Lan Hong Yang (Hongyang Lan), Jianmei Zhu (Zhou), Chunlian

Zhan, Weihua Wu (Winston), Peijun Zhu, Yan Qu, Congren Han, Songjun Ma, Shaoqing Zeng,

and several other EB-5 investors[i] (hereinafter "EB-5 Investors") file this notice of errata to

amend and update interested parties EB-5 Investors' Opposition to Plaintiffs' Motion for

Preliminary Injunction.  The only change made to the opposition is that the individual investors

represented by Millstein and Associates and Klasko Immigration Law Partners has been updated

and amended to accurately reflect the current investors retained by Millstein and Associates and

Klasko Immigration Law Partners.  The Amended Opposition to Plaintiff's Opposition to Motion

for Preliminary Injunction is attached here to as Exhibit A.

**NOTICE OF ERRATA**

Dated:  February 16, 2017                    MILLSTEIN & ASSOCIATES


                                             By: _____ */s/Gerald S. Richelson*___
                                                  Gerald S. Richelson, Esq.
                                                  David J. Millstein, Esq.
                                                  Attorneys for interested Investors

_____

[i] In the event there is any material change which parties have retained our respective firms an amended notice shall be filed.

**NOTICE OF ERRATA**