JINA L. CHOI (NY Bar No. 2699718)
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
  schneidere@sec.gov
STEVEN D. BUCHHOLZ (Cal. Bar No. 202638)
  buchholzs@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  heftya@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
THOMAS J. EME (Ill. Bar No. 6224870)
  emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, LP; CALLSOCKET, LP; CALLSOCKET II, LP; CALLSOCKET III, LP; COMPREHENSIVE CARE OF OAKLAND, LP; NA3PL, LP; WEST OAKLAND PLAZA, LP; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE Of CALIFORNIA, LLC; IMMEDIA, LLC; NORTH AMERICA 3PL, LLC;<br><br>    Defendants,<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; JL GATEWAY, LLC;<br><br>    Relief Defendants. | Case No. 3:17-cv-00223-RS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR ITS REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER<br><br>COURTROOM: 3, 17th Floor<br><br>DATE: Thursday, March 2, 2017<br><br>TIME: 1:30 p.m. |

# **STIPULATION**

WHEREAS on January 20, 2017, Plaintiff Securities and Exchange Commission ("Commission") filed its Motion for Preliminary Injunction and for Appointment of Receiver;

WHEREAS eight responses or oppositions to the Commission's motion were filed on February 9, 2017;

WHEREAS any reply by the Commission to those responses and oppositions must be filed on or before February 16, 2017;

WHEREAS the Commission intends to submit one reply brief to the eight responses and oppositions;

WHEREAS the Commission has requested that the opposing parties and interested persons who filed the responses and oppositions stipulate to extend the page limit on the Commission's reply brief from the 15 pages specified by Civil Local Rule 7-4(b) to 22 pages;

WHEREAS the opposing parties and interested persons who filed the responses and oppositions have consented to the Commission's request;

NOW, THEREFORE, the opposing parties and interested persons who filed responses or oppositions on February 9, 2017, and the Commission, through their counsel, hereby stipulate that the page limit on the Commission's Reply in Support of its Motion for Preliminary Injunction and for Appointment of Receiver be increased from 15 to 22 pages.

STIPULATED AND AGREED TO BY:

DATED: February 15, 2017        SECURITIES AND EXCHANGE COMM.

                                By: /s/ Thomas J. Eme
                                    Thomas J. Eme

                                Thomas J. Eme (Ill. Bar No. 6224870)
                                Andrew J. Hefty (SBN 220450)
                                Susan F. LaMarca (SBN 215231)
                                44 Montgomery Street, Suite 2800
                                San Francisco, CA 94104
                                Telephone: 415.705.2500

                                Attorneys for Plaintiff Securities and Exchange Commission

| | | |
|---|---|---|
| 1 | DATED: February 15, 2017 | PERETZ & ASSOCIATES |
| 2 | | By: /s/ Yosef Peretz |
| | | Yosef Peretz |
| 3 | | |
| 4 | | Yosef Peretz (SBN 209288) |
| | | Sumy Kim (SBN 290082) |
| 5 | | 22 Battery Street, Suite 200 |
| | | San Francisco, CA 94111 |
| 6 | | Telephone: 415.732.3777 |
| 7 | | Attorneys for Defendants Comprehensive Care of Oakland, L.P. and Comprehensive Care of California, LLC |
| 8 | | |
| 9 | DATED: February 15, 2017 | WENDEL, ROSEN, BLACK & DEAN LLP |
| 10 | | By: /s/ Elizabeth Berke-Dreyfuss |
| | | Elizabeth Berke-Dreyfuss |
| 11 | | |
| 12 | | Elizabeth Berke-Dreyfuss (SBN 114651) |
| | | Tracy Green (SBN 114876) |
| 13 | | 1111 Broadway Street, 24th Floor |
| | | Oakland, CA 94607 |
| 14 | | Telephone: 510.834.6600 |
| 15 | | Attorneys for Susan L. Uecker, State Court Appointed Receiver for Defendants CallSocket, L.P., CallSocket II, L.P., CallSocket III, L.P., CallSocket, LLC, CallSocket II, LLC, CallSocket III, LLC and Relief Defendants CallSocket Holding Company, LLC, and CallSocket III Holding Company, LLC |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | DATED: February 15, 2017 | VALLE MAKOFF LLP |
| 20 | | By: /s/ Patrick T. Freeman |
| | | Patrick T. Freeman |
| 21 | | |
| 22 | | Patrick T. Freeman (SBN 307329) |
| | | Valle Makoff LLP |
| 23 | | 388 Market Street, Suite 1300 |
| | | San Francisco, CA 94111 |
| 24 | | Telephone: 415.796.0189 |
| 25 | | Attorneys for Defendants San Francisco Regional Center, LLC; California Gold Medal, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P.; and Immedia, LLC and Relief Defendants Central California Farms, LLC, and JL Gateway, LLC |
| 26 | | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1  DATED: February 15, 2017 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | By: /s/ Gilbert R. Serota |
| 3 | Gilbert R. Serota |
| 4 | Gilbert R. Serota (SBN 75305)<br>Arnold & Porter Kaye Scholer LLP<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone: 415.471.3100 |
| 7 | Attorneys for Defendant Thomas M. Henderson |
| 8  DATED: February 15, 2017 | MILLSTEIN & ASSOCIATES |
| 9 | By: /s/ Gerald S. Richelson |
| 10 | Gerald S. Richelson |
| 11 | Gerald S. Richelson (SBN 267705)<br>Millstein & Associates<br>100 The Embarcadero, Suite 200<br>San Francisco, CA 94105<br>Telephone: 415.348.0348 |
| 14 | Attorneys for Interested Parties Baoyi Peng and other EB-5 Investors |
| 16  DATED: February 15, 2017 | PRITZKER LEVINE LLP |
| 17 | By: /s/ Jonathan K. Levine |
| 18 | Jonathan K. Levine |
| 19 | Jonathan K. Levine (SBN 220289)<br>Pritzker Levine LLP<br>180 Grand Avenue, Suite 1390<br>Oakland, CA 94612<br>Telephone: 415.692.0772 |
| 22 | Attorneys for Interested Party Allan Young |
| 23  DATED: February 15, 2017 | ARCHER NORRIS |
| 24 | By: /s/ James J. Ficenec |
| 25 | James J. Ficenec |
| 26 | James J. Ficenec (SBN 152172)<br>Archer Norris<br>One Embarcadero Center, Suite 360<br>San Francisco, CA 94111-3735<br>Telephone: 415.653.1480 |

3

|   |   |   |
|---|---|---|
| 1 |  | Attorneys for Defendant North America 3PL, LLC and Relief Defendant Berkeley Healthcare Dynamics, LLC |
| 2 |  |  |
| 3 |  |  |
| 4 | DATED: February 15, 2017 | COOLEY LLP |
| 5 |  | By: /s/ Patrick P. Gunn |
| 6 |  | Patrick P. Gunn |
| 7 |  | Patrick P. Gunn (SBN 172258) Cooley LLP |
| 8 |  | 101 California Street, 5th Floor San Francisco, CA 94111 |
| 9 |  | Telephone:  415.693.2000 |
| 10 |  | Attorneys for Interested Parties Limited Partners in NA3PL, L.P. |

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that Plaintiff Securities and Exchange Commission's Administrative Motion to Exceed Page Limit for its Reply in Support of Motion for Preliminary Injunction and for Appointment of Receiver is **GRANTED**. The page limit on the Commission's Reply is enlarged from 15 pages to 22 pages.

**IT IS SO ORDERED**.

DATED: this 17 day of February, 2017

_____
Richard Seeborg
United States District Judge