Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Sumy Kim (SBN 290082)
skim@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone:  415.732.3777
Facsimile:  415.732.3791

Attorneys for Defendants COMPREHENSIVE CARE OF OAKLAND, L.P.
And COMPREHENSIVE CARE OF CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC.<br><br>Defendants.<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTH CARE DYNAMICS, LLC; and JL GATEWAY, LLC.<br><br>Relief Defendants. | Civil Case No. 3:17-cv-00223-RS<br><br>ORDER<br>**DEFENDANTS COMPREHENSIVE CARE OF OAKLAND, LP'S AND COMPREHENSIVE CARE OF CALIFORNIA, LLC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF THE OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER**<br><br>**Date:** March 2, 2017<br>**Time:** 1:30 p.m.<br>**Courtroom.:** 3 - 17th Floor |

Pursuant to Local Civil Rule 7-3(d), Defendants COMPREHENSIVE CARE OF OAKLAND, LP ("CCOO") and COMPREHENSIVE CARE OF CALIFORNIA, LLC ("CCOC") (collectively, "Defendants") hereby request that the Court to grant leave to file supplemental material in support of its Opposition to Motion for Appointment of a Receiver. Defendants instantly seek to file the declaration of Marvin L. Tate, Certified Public Accountant, so that the Court may be further apprised as to the current financial status of Defendants.

Specifically, CCOO was provided its 2016 unaudited financial report by Mr. Tate in late evening on February 21, 2017. As such, Defendants respectfully seek leave to file a short declaration of Mr. Tate to this financial statement and the relevant information concerning this document. This information was not available to Defendants at the time of filing its Opposition. [A true and correct copy of the proposed declaration is attached hereto as Exhibit "1".]

Dated: February 23, 2017                    PERETZ & ASSOCIATES

                                            By: */s/Yosef Peretz*
                                            Yosef Peretz
                                            Attorneys for Defendants
                                            COMPREHENSIVE CARE OF
                                            OAKLAND, L.P. and COMPREHENSIVE
                                            CARE OF CALIFORNIA, LLC

## [~~PROPOSED~~] ORDER

Having read and considered Defendants' Motion for Leave to File Supplemental Declaration and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants may file the attached supplemental material entitled Declaration of Marvin Tate in Support of Defendants' Opposition.

Dated:  3/23/17

                                            _____
                                            Hon. Richard Seeborg
                                            United States District Court Judge

**EXHIBIT 1**

Yosef Peretz (SBN 209288)
yperetz@peretzlaw.com
Sumy Kim (SBN 290082)
skim@peretzlaw.com
PERETZ & ASSOCIATES
22 Battery Street, Suite 200
San Francisco, CA 94111
Telephone: 415.732.3777
Facsimile: 415.732.3791

Attorneys for Defendants COMPREHENSIVE CARE OF OAKLAND, L.P.
And COMPREHENSIVE CARE OF CALIFORNIA, LLC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC.<br><br>Defendants.<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTH CARE DYNAMICS, LLC; and JL GATEWAY, LLC.<br><br>Relief Defendants. | Civil Case No. 3:17-cv-00223-RS<br><br>**DECLARATION OF MARVIN L. TATE IN SUPPORT OF DEFENDANTS COMPREHENSIVE CARE OF OAKLAND, LP'S AND COMPREHENSIVE CARE OF CALIFORNIA, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER**<br><br>Date: March 2, 2017<br>Time: 1:30 p.m.<br>Courtroom.: 3 - 17th Floor |

I, Marvin L. Tate, declare:

1. I am a Certified Public Accountant ("CPA"), and I have been a CPA since January 1999. I received bachelor degree in Business Administration with an emphasis in Accounting in 1991. I received a Masters of Laws degree in Taxation in 2009.

2. I was retained to provide accounting services to Defendants COMPREHENSIVE CARE OF OAKLAND, LP ("CCOO") and COMPREHENSIVE CARE OF CALIFORNIA, LLC ("CCOC") (collectively, "Defendants") since approximately in 2012. I continue to provide accounting services for Defendants to date. I am familiar with Defendants' main business processes. I prepare their annual tax returns and assist them in reconciling their accounting records.

3. If called as witness in this matter I would and could competently testify.

4. Attached hereto as Exhibit "A" is true and correct copy of an unaudited financial statement for CCOO for 2016.

5. Because the timing of Defendants' request landed in the midst of my end of the year accounting processes, I was only able to provide Defendants the financial statement on February 21, 2017 at 7:40 p.m.

6. As the IRS does not require audited financial statements in the preparation of tax returns, I converted data provided in CCOO's accounting system and generate an unaudited statement.

7. The financial statement was reviewed and reconciled based on the various bank statements and documents I was provided by Defendants.

8. I would also be willing to provide the Court an audited financial statement should additional time be provided by the Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge and as to such matters, I am informed and believe they are true and correct.

Executed this February 24, 2017 at Oakland, California.

_____
Marvin Tate

---

DECLARATION OF MARVIN L. TATE IN SUPPORT OF DEFENDANTS COMPREHENSIVE CARE OF OAKLAND, LP AND COMPREHENSIVE CARE OF CALIFORNIA, LLC OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND FOR APPOINTMENT OF RECEIVER

- 2 -

**EXHIBIT A**

Consolidated Income Statement
Comprehensive Care Of Oakland (Unaudited)
For the Year Ending December

| | 2015 | 2016 |
|---|---:|---:|
| Revenue | 13,249,091.00 | 13,962,358.00 |
| Nursing and Patient Care Expense | 4,852,895.00 | 4,784,588.00 |
| Nursing Administration | 306,499.00 | 440,886.00 |
| Plant Operation Expense | 468,162.00 | 501,368.00 |
| Housekeeping Expense | 184,314.00 | 178,497.00 |
| Laundry & Linen Expense | 104,016.00 | 108,694.00 |
| Dietary Expense | 537,515.00 | 584,715.00 |
| Social Services Expense | 190,932.00 | 186,862.00 |
| Activities Expense | 100,226.00 | 118,574.00 |
| General Administration | 3,153,814.00 | 3,265,874.00 |
| Professional Liability Insurance | 37,127.00 | 41,852.00 |
| Medical Records Expense | 195,065.00 | 200,587.00 |
| Property Expenses | 489,303.00 | 512,417.00 |
| Depreciation Expenses | 308,534.00 | 356,961.00 |
| Property Leases, Taxes, Ins. & Interest | 180,769.00 | 201,357.00 |
| Other Expense | 110,660.00 | 84,753.00 |
| Ancillary Services Expense | 1,911,300.00 | 1,748,153.00 |
| Total Operating Expenses | 13,131,131.00 | 13,316,138.00 |
| Total Net Income/Loss | 117,960.00 | 646,220.00 |

## Consolidated Balance Sheet
## Comprehensive Care of Oakland (Unaudited)
## As of December 31, 2016

### Assets

**Current Assets**

| | | |
|---|---:|---:|
| Cash | 1,935,159.00 | |
| Patient Accounts Receivable | 2,402,768.43 | |
| **Total Current Assets** | | 4,337,927.43 |

**Non-Current Assets**

| | | |
|---|---:|---:|
| Due from Affiliates | 14,887,841.00 | |
| Prepaid Assets & Deposits | 164,787.00 | |
| Property, Plant and Equipment (net) | 6,615,279.00 | |
| Goodwill and Other Assets | 2,005,161.26 | |
| **Total Non-Current Assets** | | 23,673,068.26 |
| **Total Assets** | | **$28,010,995.69** |

### Liabilities & Equity

**Current Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable and Accrued Expenses | 1,135,690.63 | |
| Accrued Salaries and Benefits | 482,558.49 | |
| **Total Current Liabilities** | | 1,618,249.12 |

**Non-Current Liabilities**

| | | |
|---|---:|---:|
| Payable to Affiliates | 12,820,439.00 | |
| Note Payable | 1,896,333.97 | |
| **Total Non-Current Liabilites** | | 14,716,772.97 |

**Total Non-Current Assets**

| | | |
|---|---:|---:|
| Equity | | |
| Retained Earnings | 10,977,150.62 | |
| Current Earnings | 646,220.00 | |
| Prior Year Adjustments | 52,602.98 | |
| **Total Equity** | | 11,675,973.60 |
| **Total Liabilities & Equity** | | **$28,010,995.69** |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## Consolidated Balance Sheet
## Comprehensive Care of Oakland (Unaudited)
## As of December 31, 2015

### Assets

**Current Assets**

| | | |
|---|---:|---:|
| Cash | 1,411,337.52 | |
| Patient Accounts Receivable | 2,280,543.00 | |
| **Total Current Assets** | | 3,691,880.52 |
| **Non-Current Assets** | | |
| Due from Affiliates | 14,887,841.00 | |
| Prepaid Assets & Deposits | 171,750.91 | |
| Property, Plant and Equipment (net) | 6,615,279.00 | |
| Goodwill and Other Assets | 2,005,161.26 | |
| **Total Non-Current Assets** | | 23,680,032.17 |
| **Total Assets** | | $27,371,912.69 |

### Liabilities & Equity

**Current Liabilities**

| | | |
|---|---:|---:|
| Accounts Payable and Accrued Expenses | 1,135,690.63 | |
| Accrued Salaries and Benefits | 469,926.49 | |
| **Total Current Liabilities** | | 1,605,617.12 |
| **Non-Current Liabilities** | | |
| Payable to Affiliates | 12,820,439.00 | |
| Note Payable | 1,916,102.97 | |
| **Total Non-Current Liabilites** | | 14,736,541.97 |
| **Total Non-Current Assets** | | |
| Equity | | |
| Retained Earnings | 10,859,190.62 | |
| Current Earnings | 117,960.00 | |
| Prior Year Adjustments | 52,602.98 | |
| **Total Equity** | | 11,029,753.60 |
| **Total Liabilities & Equity** | | $27,371,912.69 |

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**