Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>    Defendants,<br><br>    -and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>    Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**DECLARATION OF SUSAN L. UECKER IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |

I, Susan L. Uecker, declare:

1. I am the duly appointed the duly appointed receiver and monitor (the "Receiver" and "Monitor") for Defendants San Francisco Regional Center, LLC; California Gold Medal, L.P.; CallSocket, L.P.; CallSocket II, L.P.; CallSocket III L.P.; NA3PL, L.P.; West Oakland Plaza, L.P.; CallSocket, LLC; CallSocket II, LLC; CallSocket III, LLC; Immedia, LLC; and Relief Defendants CallSocket Holding Company, LLC; CallSocket Holding III Holding Company, LLC; Central California Farms, LLC; and JL Gateway, LLC (collectively the "Receivership Entities"), and monitor Defendants' Comprehensive Care of California, LLC; Comprehensive Care of Oakland, L.P. and North America 3PL, LLC, and relief Defendants Berkeley Health Care Dynamics, LLC ("Monitor Entities") pursuant to the Court's Order Appointing Receiver and Monitor entered herein on March 29, 2017 ("Appointing Order")(Docket No. 100). The following facts are true of my own personal knowledge and if called as a witness, I would and could competently testify thereto, except as to those matters that are alleged upon information and belief, and as to those matters, I believe them to be true. I make this declaration in support of my Administrative Motion for Order Authorizing Employment of Professionals.

2. I respectfully request that the Court enter an Order authorizing me and to employ and compensate: (1) Uecker & Associates, Inc. to provide project management, bookkeeping, reporting and staffing ("Uecker & Associates"); (2) the firm of Wendel, Rosen, Black & Dean LLP ("Wendel, Rosen"), as my general receivership counsel; (3) the firm of Baker Dondelson ("Baker Donelson"), as my EB-5 immigration counsel;(4) Akawie & LaPietra, Professional Corporation ("Akawie & LaPietra") as my leasing counsel; and (5) Bachecki, Crom & Co., LLP ("Bachecki Crom") CPAs, as my forensic accounting and tax preparation professionals (collectively, "Professionals"). Under the terms of the Appointing Order, I am authorized to engage the same Professionals as I employ as Receiver. I am requesting the Court authorize and

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

approve the engagements and compensation of each of the Professional in accordance with the terms presented in the Motion.

3. In my capacity as both the Receiver and Monitor, I seek to employ Uecker & Associates to perform certain in-house staffing services that permit me to fulfil my duties and responsibilities as both the Receiver and Monitor. The Associate/Project Manager works under my direction on all aspects of the case, such as asset analysis, asset disposition, business operations, case administration, claims work, investor communications, preparing reports. The Accounting Staff prepares daily, weekly and monthly accounting reports for all projects, works with the outside accountant and tax professionals on information for tax work and forensic accounting. General Staff provides miscellaneous services such as sending notices and reports and website updates. The hourly rates for the proposed engagement of Uecker & Associates are as follows:

| Associate/Project Manager | Hourly Rate $200.00 |
| Accounting | Hourly Rate $100.00 |
| General Staff | Hourly Rate $ 50.00 |

4. Uecker & Associates charges its costs as actual costs. Uecker & Associates will seek compensation in compliance with the terms of the Appointment Order and agrees to bill its fees and costs in this case in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and upon application and approval by the Court.

/ / /

/ / /

/ / /

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

5. Pursuant to the terms of the Appointment Order, in my capacity as Receiver and Monitor, I seek to engage and compensate Wendel Rosen to represent me in this matter as general receivership counsel. Wendel Rosen represented me in the State Court Action.[1]

6. Pursuant to the terms of the Appointment Order, in my capacity as Receiver, I seek to engage and compensate Akawie & LaPietra, specifically, Gregory S. Nerland, as my counsel to deal with issues related to leases involved with the Receivership Assets. Mr. Nerland represented me in the State Court Action for leasing matters for the purpose of bringing unlawful detainer matters.

7. Pursuant to the terms of the Appointment Order, in my capacity as Receiver and Monitor, I seek to engage and compensate Baker Donelson as EB-5 immigration counsel. While Baker Donelson is a full service law firm, I am retaining Baker Donelson solely with respect to its immigration practice. Baker Donelson's Immigration Practice is nationally recognized for its specialty in the EB-5 program and investors. Specifically, I seek to retain Robert C. Divine, a shareholder of Baker Donelson. Baker Donelson represented me in the State Court Action as my EB-5 immigration counsel.

8. Pursuant to the terms of the Appointment Order, in my capacity as Receiver and Monitor, I seek to employ and compensate Bachecki Crom to prepare and file tax returns; to prepare tax projections and perform tax analysis; to analyze the tax impact of potential transactions; to testify as to accounting and financial issues; to prepare a forensic accounting of the transfers among the various received entities and monitored entities; and to consult with me and my counsel as to those matters. Bachecki Crom represented me in the State Court Action as my tax accountant.

---

[1] *Young v. Henderson,* Case No. RG15778891, pending before the Alameda County Superior Court ("State Court Action").

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  I declare under penalty of perjury that the foregoing is true and correct and that this
2  declaration was executed on the 5th day of April, 2017 at San Francisco, California.

                                      */s/  Susan L. Uecker*
                                      Susan L. Uecker

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

009589.0024\4654282.2