Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver  and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | **DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |
| Defendants, | |
| -and- | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC, | |
| Relief Defendants. | |

I, Robert C. Divine, declare:

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS

3:17-CV-00223-RS

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1      1.     I am an attorney licensed to practice in the State of Tennessee, and a shareholder in

2 the law firm of Baker Donelson ("Baker Donelson").  The following facts are true of my own

3 personal knowledge, and if called upon to do so, I would and could competently testify thereto

4 except as to those matters that are alleged upon information and belief and as to those matters, I

5 believe them to be true.  I make this declaration in support of Susan L. Uecker, Receiver's and

6 Monitor's Motion for Order Authorizing Employment of Professionals.

7      2.     I have extensive experience serving clients throughout the world in the arrangement

8 of all types of business-based temporary and permanent immigration status, including specialty

9 occupations (H-1B, TN, E-3), individual and blanket international transferee programs (L-1),

10 traders and investors (E-1/E-2, EB-5), medical workers, religious workers, labor certification,

11 national interest waivers and extraordinary ability aliens.  I have represented and assisted

12 employers and other parties in some of the largest immigration enforcement investigations and

13 prosecutions.  I provide strategic advice and training for employers in their immigration

14 compliance efforts.  I also represent many business developers in creating, managing and using

15 "Regional Centers" that can create indirect jobs toward the 10 new U.S. jobs whose creation can

16 give rise to EB-5 permanent residence for investment in the developers' projects.  I am the elected

17 Vice President of the national industry association of "EB-5" Regional Centers, Association to

18 Invest in USA (IIUSA). I represent developers similarly using other parties' Regional Centers.  I

19 coordinate this work with attorneys supporting securities law compliance in offerings to investors,

20 with economists identifying "targeted employment areas" and projecting indirect job creation,

21 with licensed securities brokers coordinating offerings, and with attorneys obtaining U.S.

22 Government (OFAC) licenses to serve investors from restricted countries.  I also represent

23 individual investors in obtaining conditional permanent residence and in removing conditions

24 from permanent residence.  I am currently involved in a similar case in representing the receiver in

25 the *Securities and Exchange Commission v. Path America, LLC* pending before the United States

26 District Court for the Western District of Washington.

27      3.     By presidential appointment, I served in Washington, D.C., from July 2004, until

28 November 2006, as Chief Counsel of United States Citizenship and Immigration Services

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1  (USCIS), the world's largest immigration services agency within the U.S. Department of

2  Homeland Security.  From July 2005, until July 2006, I served as Acting Deputy Director of

3  USCIS, spearheading the USCIS Transformation Program, testifying in Congress about the E-

4  Verify system, enhancing operational security, and increasing transparency of rules and

5  procedures.  In early 2004 I served as an expert retained to assist the U.S. Commission on

6  International Religious Freedom in its congressionally mandated study on the expedited removal

7  process.  I have testified as an expert on immigration law for courts in the United States and

8  abroad.  Since 1994, I have authored a well-known treatise on immigration law, Immigration

9  Practice (Juris Publishing), now in its 15th edition. On January 7, 2011, I testified before the

10  Senate Judiciary Committee regarding the job-creating effects of the EB-5 immigrant investor

11  program and the importance of renewing the regional center authorizing legislation.

12      4.      My hourly rates and the hourly rates of the Baker Donelson attorneys who will

13  assist me and the hourly rates are:

| Attorney | Practice | Hourly Rate |
|---|---|---|
| Robert C. Divine Partner | Immigration | $585 |
| Melanie Walker Associate | Immigration | $315 |
| Kathleen Harrison Associate | Immigration | $280 |

20      5.      Baker Donelson also employs paralegals with hourly rates of $200.  Baker

21  Donelson's charges its costs as actual costs.  Baker Donelson will seek compensation in

22  compliance with the terms of the Appointment Order and agrees to bill its fees and costs in this

23  case in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the

24  U.S. Securities and Exchange Commission, and upon application and approval by the Court.

25      6.      I have performed a conflict check and have no conflicts in this matter.  Neither I

26  nor Baker Donelson are attorneys for or associated with or employed by any party to this action,

27  except that I have worked with the Worldway migration agency, one of the agencies that placed

28  investors with the CallSocket EB-5 Projects, on other immigration matters that are unrelated to

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF
RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION
FOR ORDER AUTHORIZING EMPLOYMENT OF
PROFESSIONALS

1  this action.  In addition, I also represented the Receiver as the receiver's immigration counsel in

2  the State Court Action.

3        I declare under penalty of perjury that the foregoing is true and correct and that this

4  declaration was executed under the laws of the State of Tennessee on April 3, 2017.

5

6

                 */s/  Robert C. Divine*
7                   Robert C. Divine

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036