Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**DECLARATION OF GREGORY NERLAND IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |

DECLARATION OF GREGORY NERLAND IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS

3:17-CV-00223-RS

009589.0024\4648801.1

I, Gregory S. Nerland, declare:

1. I am an attorney licensed to practice law by the State of California, and admitted to practice before this Court, and am of counsel to the law firm of Akawie & LaPietra. The following facts are true of my own personal knowledge, and if called upon to do so, I would and could competently testify thereto except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true. I make this declaration in support of Susan L. Uecker, Receiver's and Monitor's Motion for Order Authorizing Employment of Professionals.

2. I have been practicing law in California in the San Francisco East Bay since 1989. A substantial portion of my practice relates to commercial leasing. I have performed a conflict check and Akawie & LaPietra and I are not attorneys for or associated with or employed for any party to this action, except that I represented the Receiver in a representative capacity in other matters that are unrelated to this action, and I represented the Receiver in the State Court Action as the Receiver for the CallSocket Entities for purposes of bringing unlawful detainer actions.

3. My hourly rate is $330. Akawie & LaPietra charges its costs as actual costs. I will seek compensation in compliance with the terms of the Appointment Order and agree to bill my fees and costs in this case in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and upon application and approval by the Court.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on the 3rd day of April, at Walnut Creek, California.

        */s/ Gregory Nerland*
        Gregory Nerland

DECLARATION OF GREGORY NERLAND IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS     2     3:17-CV-00223-RS