Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver and Monitor

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>　　　　　Defendants,<br><br>　　　　　-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>　　　　　Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br><br><br>**DECLARATION OF JAY D. CROM IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |

DECLARATION OF JAY D. CROM IN SUPPORT
OF RECEIVER'S AND MONITOR'S MOTION
FOR ORDER AUTHORIZING EMPLOYMENT OF
PROFESSIONALS

3:17-CV-00223-RS

I, Jay D. Crom, declare:

1.      I am a certified public accountant in the State of California, and am a partner in the firm of Bachecki, Crom & Co., LLP, Certified Public Accountants.  The following facts are true of my own personal knowledge, and if called upon to do so, I would and could competently testify thereto except as to those matters that are alleged upon information and belief and as to those matters, I believe them to be true.  I make this declaration in support of Susan L. Uecker, Receiver's and Monitor's Motion for Order Authorizing Employment of Professionals.

2.      I have held a license as certified public accountant for over thirty-four (34) years.  I also hold a certificate from the Association of Insolvency and Reorganization Advisors as a certified insolvency and reorganization advisor.  I also hold a certificate as a Certified Fraud Examiner.  Attached hereto as **Exhibit A** is a true and correct copy of my curriculum vitae.

3.      The accounting firm has extensive experience in providing financial investigation, tax preparation, insolvency and forensic accounting and financial advisory services.

4.      The normal billing rates for Bachecki Crom are as follows:

| Partners | $380 - $525 / hour |
|---|---|
| Senior Accountant | $270 - $360 / hour |
| Junior Accountant | $165 - $260 / hour |

5.      To the best of my knowledge, information and belief, Bachecki, Crom & Co., LLP, has no connection, except as set forth herein, with any of the parties or interested persons in the within receivership case, except Bachecki, Crom & Co. represented the Receiver as receiver for the CallSocket Entities in the State Court Action.

I declare under penalty and perjury that the foregoing is true and correct and that I executed the same in South San Francisco, California on April 3, 2017.

/s/  Jay D. Crom
Jay D. Crom

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

009589.0024\4648850.1

DECLARATION OF JAY D. CROM IN SUPPORT
OF RECEIVER'S AND MONITOR'S MOTION
FOR ORDER AUTHORIZING EMPLOYMENT OF
PROFESSIONALS

3:17-CV-00223-RS