Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**DECLARATION OF ELIZABETH BERKE-DREYFUSS IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |

I, Elizabeth Berke-Dreyfuss, declare:

1. I am an attorney licensed to practice law by the State of California, admitted to practice before this Court, and am a partner with the law firm of Wendel, Rosen, Black & Dean LLP ("Wendel Rosen"), the proposed counsel of record for Susan L. Uecker, the Receiver and Monitor herein. The following facts are true of my own personal knowledge and if called upon to do so, I would and could testify there, except as to those matters that are alleged upon information and belief, and as to those matters, I believe them to be true.

2. The Wendel Rosen attorneys to provide substantive legal work on the matter are admitted to practice before the State Bar of California, the State Courts and District Courts and are experienced receivership and insolvency, litigation attorneys and real estate transactional counsel. Wendel Rosen represented the Receiver in the State Court Action.[1] Wendel Rosen has performed a conflict check and Wendel Rosen and its attorneys are not an attorney for or associated with or employed for any party to this action, except that Wendel Rosen represented the Receiver in a representative capacity in other matters that are unrelated to this action, and as previously stated, represented the Receiver in the State Court Action as the Receiver for the CallSocket Entities.

3. I am a partner with over 32 years' experience in representing trustees and receivers in a broad range of bankruptcy and insolvency matters for businesses and individuals. I have substantial experience in Chapter 7, Chapter 11 cases and receivership cases, including avoidance actions (preferences and fraudulent transfers) and was the attorney who represented the Receiver in the State Court Action.

4. Tracy Green, also one of the firm's partners, with over 32 years' experience in the insolvency related practice, has represented trustees and creditors in avoidance actions (fraudulent conveyances, preferences, and equitable subordination).

5. C. Gregg Ankenman, another of the firm's partners, specializes in real estate and business transactional work, including commercial real estate leases, sales, exchanges, and

---

[1] *Young v. Henderson,* Case No. RG15778891, pending before the Alameda County Superior Court ("State Court Action").

financing.  Mr. Ankenman handled each of the CallSocket Entity real estate sales in the State Court Action.

6. Thiele Robin Dunaway, another of the firm's partners, is a litigator with 30 years' experience litigating disputes involving various business contract, commercial loan documents, deeds of trust, and title to real property.  A particular focus of her practice is on appellate work in both state and federal courts.  Ms. Dunaway handled each of the appeals and writs of mandate filed by the CallSocket Entities in the State Court Action.

7. Jason Horst and Katherine Kao are each commercial business litigators with 11 and 7 years' experience respectively.

8. The hourly rates for each of the Wendel Rosen attorneys are as follows:

| Attorney | Practice | Hourly Rate |
| --- | --- | --- |
| Elizabeth Berke-Dreyfuss<br>Partner | Receivership, Insolvency, Litigation | $520 |
| Tracy Green<br>Partner | Receivership, Insolvency, Litigation | $520 |
| C. Gregg Ankenman<br>Partner | Real Estate Leasing and Sales | $550 |
| Thiele R. Dunaway<br>Partner | Litigation | $500 |
| Jason Horst<br>Associate | Litigation | $395 |
| Katherine Kao<br>Associate | Litigation | $375 |

9. Wendel Rosen also employs paralegals that range in hourly rates from $135 to $275, depending on experience.  Wendel Rosen's fees typically adjust annually on January 1.  Wendel Rosen charges its costs as actual costs.  Wendel Rosen will seek compensation in compliance with the terms of the Appointment Order and agrees to bill its fees and costs in this case in accordance with the Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission, and upon application and approval by the Court.

10. I expect to serve as lead counsel, and will provide legal advice relating to the administration of the instant receivership, including in connection with all necessary discovery and

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1 Receivership Asset recovery efforts and the Monitor Reports, prepare all pleadings to be filed
2 with the Court, and will coordinate all necessary legal services. To the extent that additional
3 services are necessary, Mses. Green and Dunaway will assist me. After the Receiver has
4 formulated the Recovery Plan, and litigation has commenced, I will be supported in the litigation
5 by Mses. Green, Dunaway, Kao and Mr. Horst. All lower level discovery and litigation will be
6 handled by associates. Mr. Ankenman will work exclusively on sales of real property should the
7 need arrive. Wendel Rosen will ensure that there is no duplication of services. The biographies of
8 Mses. Berke-Dreyfuss, Green, Dunaway, Kao and Messrs. Horst and Ackenman are attached
9 hereto as **Exhibits A, B, C, D, E** and **F.**

10      11.     Pursuant to Local Rule 7-11(a), filed concurrently herewith is the Stipulation As To
11 Receiver's And Monitor's Administrative Motion For Order Authorizing Employment Of
12 Professionals ("Stipulation"). Attached hereto as **Exhibit G** is a true and correct copy of an email
13 that I sent to all counsel appearing in this matter for each of the defendants and the SEC. All
14 counsel with the exception of two have signed the Stipulation. Patrick Freeman of Valle Makoff
15 LLP, counsel for San Francisco Regional Center, LLC; California Gold Medal, L.P.; NA3PL,
16 L.P.; West Oakland Plaza, L.P.; Immedia, LLC, did not oppose the motion, but could not sign the
17 Stipulation under the terms of Paragraphs 7 and 8 of the Appointment Order, which provided that
18 the Receiver assumed control over the received Defendants and Relief Defendants and dismissed
19 the agents of those entities. Attached hereto as **Exhibit H** is a true and correct copy of Mr.
20 Freeman's email to me. Mr. Gilbert Serota of Arnold & Porter Kaye Scholer LLP, counsel for
21 defendant Thomas Henderson did not respond to my email as of the date of this declaration.

22      I declare under penalty of perjury that the foregoing is true and correct and that this
23 declaration was executed on the 6th day of April, 2017 at Oakland, California.

25                    */s/   Elizabeth Berke-Dreyfuss*
                         Elizabeth Berke-Dreyfuss