SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS

# EXHIBIT A

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS



# Elizabeth Berke-Dreyfuss
Partner

Phone:  510.834.6600
Fax:     510.808.4652
Email:   edreyfuss@wendel.com



## Practice Areas

- Bankruptcy

## Education

- University of San Francisco;
  J.D., *magna cum laude*
  (1984)

- Lone Mountain College,
  San Francisco, California;
  M.A., Legal Studies (1978)

- Ohio State University,
  Columbus, Ohio; B.A.,
  Geography (1976)

## Experience

With more than 25 years of experience, Ms. Berke-Dreyfuss represents creditors, trustees and debtor clients in a broad range of bankruptcy and insolvency matters for businesses and high net worth individuals. She has substantial experience in Chapter 11 cases and has assisted companies transitioning from public to private ownership, recapitalization, as well as representing both sellers and purchasers in asset sales through the bankruptcy process. Her practice emphasizes business reorganization, creditors' rights, secured transactions, and commercial and real property litigation. In addition, she has assisted companies in resolving financial issues outside of bankruptcy, through workouts and assignments for the benefit of creditors.

Prior to entering private practice in 1984, Ms. Berke-Dreyfuss served as an extern for Justice Allen Broussard of the Supreme Court of the State of California and for Judge Marilyn Hall Patel of the United States District Court Northern District of California.

## Admissions

**State Bar of California**
**U.S. Supreme Court**
**U.S. Court of Appeals, Ninth Circuit**
**U.S. District and Bankruptcy Courts**
· Northern, Eastern, Southern and Central Districts of California

## Reported Decisions
· *In Re Kadjevich*, 220 F. 3d 1016 (9th Cir. 2000)

## Affiliations
**California Bankruptcy Forum: 26th Annual Insolvency Conference, May 2014**
· Co-chair
**State Bar of California**
· Business Law Section, Executive Committee, 2010-2013
**State Bar of California, Business Law Section, Insolvency Law Committee**
· Co-Chair, 2008 – 2010
· Secretary, 2007 – 2008
· Advisory Member, 2006
· Member, 2003 – 2006

**EXHIBIT A**

## Affiliations (Continued)
**United States Bankruptcy Court, Northern District of California**
· Bench-Bar Liaison Committee, 2010-2013
**Alameda County Bar Association**
· Commercial Law and Bankruptcy Section, Executive Committee
**Bar Association of San Francisco**
**International Women's Insolvency & Restructuring Confederation, Northern California Chapter**

## Publications
· *What Happened To Chapter 11 Business Filings*? Co-author with Penn A. Butler, *The National Law Journal*, July 18, 2011

## Speaking and Teaching
· "Bankruptcy Expert Tips for the Proof of Claims," Credit Management Association, April 2013
· "The Proof is in the Claim: Considerations in Filing a Proof of Claim for a Client in a Bankruptcy Case," State Bar of California, November 2012
· "Asset Protection Issues for Real Estate Investors," Chinese-American Real Estate Association (CAREA), April 19, 2012
· "Legal Issues in Real Estate Foreclosure," National Business Institute, November 2010
· "Stop The Foreclosure: Will Bankruptcy Help?" California State Bar Annual Meeting, September 2010
· "A Real Estate Attorney's Guide to the Bankruptcy Universe, or Why Does Bankruptcy Feel So Alien?" preparation of materials, Real Property Law Section, 25th Annual Retreat, State Bar of California, April 2010
· "Nuts and Bolts of Bankruptcy Law," panelist, National Business Institute, August 18, 2009,
· "Bankruptcy Issues for Commercial Real Estate," co-presenter with Penn Butler and Tracy Green, Wendel, Rosen, Black &Dean LLP, May 13, 2009
· "Bankruptcy 101: What Every Lawyer Needs to Know About Bankruptcy," co-presenter with Tracy Green, Section Education Institute, State Bar of California, January 16, 2009
· "Survivor California 2008: Current Issues in Real Property Insolvencies," co-presenter, Section Education Institute, State Bar of California, January 2009
· "Recent Developments: The Ninth Circuit Review Insolvency Law Committee," co-presenter, State Bar of California, 2006 – 2009
· "Cleaning the Channel: Navigating the Sale Waters After *Clear Channel*," co-presenter, Insolvency Law Committee, State Bar of California, July 2008
· "Bankruptcy: What Every Business Lawyer Needs to Know," co-presenter, Section Education Institute, State Bar of California, January 2005
· "Bankruptcy in California," Lorman Education Services, Oakland, May 2003; May 2004

## Awards and Recognition
· Selected for inclusion in Northern California *Super Lawyers* magazine, 2014-2016
· AV® Preeminent™ rated by Martindale-Hubbell*
· AV® Bar Register of Preeminent Women Lawyers™ by Martindale-Hubbell*

*AV is a registered certification mark of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedure's standards and policies.

SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS

# EXHIBIT B

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS



# Tracy Green
Attorney

Phone:   510.834.6600
Fax:       510.808.4659
Email:    tgreen@wendel.com



## Practice Areas
- Insolvency & Restructuring
- Green Business
- Real Estate

## Industry
- Technology
- Restaurants
- Public Agency
- Retail
- Cannabis
- Manufacturing

## Education
- University of San Francisco, School of Law; J.D. (1984)
- University of California, Santa Cruz; B.A., Economics (1979)

## Experience
A partner in the firm's insolvency practice Tracy represents clients in all aspects of their dealings with financially troubled companies.  She represents debtors, creditors' committees, creditors and trustees in connection with Chapter 11 reorganizations and liquidations, out-of-court work outs, buying and selling assets, assignments for the benefit of creditors, avoidance actions (fraudulent conveyances, preferences, and equitable subordination) and Chapter 7 liquidations.  She also represents parties in commercial disputes and secured transactions.

Tracy also serves as a mediator, and has successfully mediated many mediations related to disputes involving intellectual property, real estate, estate distributions, partnership dissolutions, and commercial disputes.

She also served as a judicial extern to the Honorable  Stanley Mosk, of the California Supreme Court.

## Admissions
· **State Bar of California**
· **All United States District Courts in California**
· **United States Court of Appeals, Ninth Circuit**
· **United States Supreme Court**
· **Admitted Pro Hac Vice in many bankruptcy courts around the country, including Oregon, Washington, Texas,  and Delaware**

## Affiliations
**United States Bankruptcy Court, Northern District of California**
· Chair, Bench Bar Liaison Committee

**Turnaround Management Association**

**Bankruptcy Dispute Resolution Panel**

**California Women Lawyers**

**Bankruptcy Forum of Northern California**
· Board Member

**EXHIBIT B**

## Affiliations (continued)
**Alameda County Bar Association**
· Mediation Section, Board of Directors, 2008
· Alternative Dispute Resolution, Executive Committee 2006
· Commercial Law Section, Chair 2004

**Bar Association of San Francisco**
· Commercial Law Section
· Northern California Bankruptcy Pro Bono Program, providing advice to indigent debtors after they have filed their petitions

## Publications
· "The Role of the Creditors' Committee," Wendel Client Alert, Winter 2015
· "Navigating Troubled Times," *The Wendel Report,* Winter 2009
· "Health Care Businesses and the New Bankruptcy Law," Wendel Client Alert, Fall 2006
· "Forum: Bankruptcy Evolution," Roundtable Panelist, *8-K Magazine*, Daily Journal Corporation, Winter 2005
· "When Your Client Can't Pay," *Oakland Business Review*

## Speaking and Teaching
· Credit Management Association
  o "Reclamation Rights in Bankruptcy: Will You Be Able to Get Your Product Back?" presenter, February 7, 2013
· Alameda County Bar Association
  o "The Distressed Company in Bankruptcy: A Primer," presenter, Business section, May 22, 2008
  o "The Applicability of California Anti-Deficiency Laws in Bankruptcy Estates," presenter
  o "Bankruptcy Issues for the Real Estate Lawyer," presenter, Real Estate Section
· Bar Association of San Francisco
  o "Contaminated Property: Insolvency, Bankruptcy, and Lender Liability Issues," panelist, March 26, 2009
· Bay Area Women's Insolvency Network
  o "Gender Issues Affecting Professionals," founding member, chairperson and moderator, Second Annual Conference
  o "Women in Law: Successful Women and Strategies for Success," moderator and panelist, First Annual Conference
· California Society of Accountants and Tax Professionals
  o "Bankruptcy:  An Overview of Existing Law and the New Amendments," May 17, 2005
· Continuing Education of the Bar
  o "Bankruptcy 101: What Every Lawyer Needs to Know About Bankruptcy," co-presenter with Elizabeth Berke-Dreyfuss, Section Education Institute, State Bar of California, January 16, 2009
  o Bankruptcy Seminar on Chapter 11 Reorganization, consultant
· Contra Costa County Bar Association
  o "Bankruptcy Issues Impacting Real Estate Transactions," presenter
· Creditor Managers Association
  o "How to Manage Outside Counsel," presenter
  o "Personal Guarantees in Bankruptcy and the Avoidance of Preferential Transfers in Bankruptcy," presenter

## Speaking and Teaching (continued)

- Lorman Education Services
  - o  "Bankruptcy in California," seminar chair and presenter, May 6, 2003, May 6, 2004, May 5, 2005
  - o  "Bankruptcy Law and its Impact on Real Estate Transactions," presenter
  - o  "The New Article Nine: Protecting Security Interests in Personal Property," seminar chair and presenter
  - o  "Introduction to Bankruptcy Law: A Creditor's Guide to Bankruptcy," seminar chair and presenter
- National Business Institute
  - o  "Negotiating Real Estate Loan Terms and Workout Options," presenter, May 19, 2010
  - o  "Nuts and Bolts of Bankruptcy Law," panelist, August 14, 2008
- University of San Francisco School of Law
  - o  Introductory and Advanced Bankruptcy Law, former adjunct professor
- Wendel, Rosen, Black & Dean LLP
  - o  "Bankruptcy Issues for Operating Companies," panelist, September 17, 2009
  - o  "Bankruptcy Issues for Commercial Real Estate," panelist, May 13, 2009
  - o  "Contaminated Property in Financial Distress - Who is Left Holding the Bag in a Down Economy?" panelist, May 7, 2009
- Western Regional Bankruptcy Conference
  - o  "Introduction to Bankruptcy," presenter

## Awards/Recognition

- Selected for inclusion in Northern California *Super Lawyers* magazine, 2010-2016
- Selected for inclusion in Northern California *Super Lawyers* magazine list of Top Women Attorneys in Northern California, 2012
- AV® Preeminent™ rated by Martindale-Hubbell*
- AV® Bar Register of Preeminent Women Lawyers™ by Martindale-Hubbell*

*AV is a registered certification mark of Reed Elsevier Properties Inc., used in accordance with the Martindale-Hubbell certification procedure's standards and policies.

**SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS**

# EXHIBIT C

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS



# Thiele Robin Dunaway
Attorney

Phone:   510.834.6600
Fax:     510.808.4653
Email:   rdunaway@wendel.com

## Practice Areas
- Litigation
- Land Use
- Environmental

## Education
- University of California, Berkeley, Boalt Hall School of Law; J.D. (1987)
- Augustana College, Rock Island, Illinois; A.B., cum laude, Phi Beta Kappa (1974)

## Experience
Robin, who is a partner in the litigation practice group at Wendel Rosen, handles state and federal civil litigation matters.  Her emphasis is in matters that relate to land use, natural resources, climate change, business disputes, and appellate advocacy.

## Admissions
**State Bar of California**
**United States Court of Appeals, Ninth Circuit**
**United States District Court, all districts in California**

## Affiliations
**Legal Services for Children, San Francisco**
· Panel Attorney, 1999 to Present
**State Bar of California**
· Real Property Law Section
**Alameda County Bar Association**

## Publications
· "State Provides Interim Informal Guidance  for Assessing Greenhouse Gas Impacts Under CEQA," *Wendel Rosen Client Alert*, June 20, 2008
· "Clear As Mud, Supreme Court Provides Scant Guidance for Determining Federal Jurisdiction Over Wetlands," *The Recorder*, co-author with Jonathan W. Redding, August 2, 2006

## Awards & Recognitions
· Wendel Rosen's Environmental Practice Group selected as one of top three in the San Francisco Bay Area in *The Recorder's 6th Annual "The Best"* survey, 2012

**EXHIBIT C**

**SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS**

# EXHIBIT D

## TO

## DECLARATION OF ELIZABETH
## BERKE-DREYFUSS



## Katherine Kao
Attorney

Phone:    510.834.6600
Fax:       510.808.4739
Email:     kkao@wendel.com



## Practice Area
- Intellectual Property
- Litigation

## Education
- University of California, Hastings College of the Law; J.D. (2009)
- University of California, Berkeley; B.A., Political Science and Rhetoric (2006)

## Experience
Katherine's experience includes representing individual and business clients in a wide range of civil litigation matters, including trade secret misappropriation, First Amendment issues, employment disputes and probate matters

## Admissions
**State Bar of California**

## Affiliations
**Alameda County Bar Association**

## Speaking and Teaching
· "Top 10 Employment Law Changes for 2017," Wendel Rosen Client Seminar, January 25, 2017
· "Wages and Interest and Penalties, Oh My!" Wendel Rosen Client Seminar, October 13, 2016
· "Discipline Without Fear," Wendel Rosen Client Seminar, April 6, 2016

**EXHIBIT D**

SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS

# EXHIBIT E

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS



## Jason H. Horst
**Attorney**

Phone:   510.834.6600
Fax:       510.808.4738
Email:    jhorst@wendel.com



## Practice Area

- Litigation

## Education

- University of San Francisco School of Law; J.D. , magna cum laude (2006)
- Brandeis University; B.A., Sociology and Politics with Honors (2000)

## Experience

Jason represents businesses, public entities, professional and nonprofit organizations, and individuals in complex civil litigation and appellate cases involving a wide variety of technology, commercial contract, real estate, and insurance coverage disputes.  He has a proven record of success representing both plaintiffs and defendants at trial, on appeal, and in alternative dispute resolution proceedings.  He prides himself in the ability to deliver creative, efficient solutions to thorny legal problems.

Jason also represents companies in developing and implementing effective risk management strategies, including the acquisition of appropriate insurance for the business risk his clients assume through their operations. He prepares and negotiates insurance specifications, wrap insurance endorsements, and indemnity provisions. For captive insurers, he drafts the insurance policies and provisions issued by the captive.

Jason served as an extern for the Honorable Jeffrey S. White, U.S. District Court for the Northern District of California, in 1995.  He was awarded the University of San Francisco School of Law's Academic Excellence Award for his graduating class.  He also served as a Comments Editor for the University of San Francisco Law Review and has published scholarly articles in law journals at both the University of Texas and the University of San Francisco.

**Technology Litigation Experience:**

· Represented national retailer in bringing complex commercial contract claim against a major software company related to shortcomings of customized computer software, resulting in early multi-million dollar settlement*

· Secured dismissal with prejudice of suit against manufacturer of billing software alleging non-infringement of the manufacture's patents and damages based on the manufacturers assertion of patent rights*

· Prevailed in a bench trial regarding various individuals' rights to ownership of a mobile application company, resulting in multi-million dollar judgment in favor of individual client*

**EXHIBIT E**

## Experience (continued)

**Technology Litigation Experience:**

· Represented founders of a technology company in bringing suit against attorneys who purported to represent them in forming the company, then destroyed the company's value by attempting to obtain more stock in the company for themselves*

· Represented law firm in malpractice action alleging that the firm fraudulently advised a company to pursue patent litigation against major U.S. technology companies*

· Represented prominent national law firm in a legal malpractice action arising out of a failed merger between two technology companies*

**Real Estate Litigation Experience:**

· Representing trustee in eminent domain litigation involving potential inverse condemnation issues and extent of harm to retained property*

· Representing purchaser of San Francisco apartment building in litigation arising out of mismanaged real estate transaction*

· Represented various national retailers in lease disputes regarding issues including presence of anchor tenants, use of common spaces, and indemnification*

· Other Complex Litigation Experience:

· Counseled both insureds and insurance carriers regarding a variety of coverage disputes*

· Represented pharmaceutical manufacturer in multi-jurisdictional litigation related to pharmaceutical pricing and pharmacy reimbursement under Medicaid and Medicare*

· Represented national disabilities rights organization in filing amicus curiae brief to the Ninth Circuit Court of Appeals as part of a successful effort to overturn a lower court's ruling and establish favorable Circuit precedent*

*Work performed by attorney at prior firm.*

## Admissions
**State Bar of California**

## Speaking and Teaching
· "Exploring Cannabis Industry Real Estate Impacts & Issues", Wendel Rosen Client Seminar, April 11, 2017
· "Wrap Traps," Wendel Rosen Client Seminar, May 12, 2015

## Publications

- "The Meaning of 'Life': The Morning-After Pill, the Question of When Life Begins, and Judicial Review," 16 TEX. J. WOMEN & L. 205, 2007
- "Imaginary Intent: The California Supreme Court's Search for a Specific Legislative Intent that Does Not Exist," comment, 39 USF. L. REV 1045, 2005

## Awards/Recognition

- Selected for inclusion in *Northern California Super Lawyers* magazine, 2015

**SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS**

# EXHIBIT F

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS

009589.0024\4660398.1



# C. Gregg Ankenman
**Attorney**

Phone:   510.834.6600
Fax:      510.808.4643
Email:   gankenman@wendel.com



## Practice Areas

- Real Estate
- Business

## Industries

- Retail
- Green Building

## Education

- University of California, Berkeley, Boalt Hall School of Law; J.D. (1988)
- Brigham Young University; B.A., Economics, magna cum laude, Phi Kappa Phi (1984)

## Experience

Real estate is in Gregg's DNA; he was raised by a real estate broker and investor and grew up watching property deals come together. He earned his own real estate license at age 18. Gregg brings real world expertise to the practice of law.

Gregg has extensive experience in real estate and business transactional work, including commercial real estate leases, sales, exchanges, and financing. He has handled hundreds of commercial lease transactions for retail, office, industrial, agricultural, and telecommunications sites. Gregg also advises developers, landlords and property owners with matters such as sales, acquisitions, development, property management, and financing. He has counseled jewelry store chains, restaurants, fitness club operators and manufacturing companies in numerous real estate asset and business acquisitions.

Gregg also brings substantial management and leadership experience to his clients. Over the years he has served as the firm's real estate practice group leader, risk management partner, transactional department chair and member of the management committee. As general counsel of the National Retail Tenants Association and recipient of its Founders Service Award, he has a deep understanding of the issues facing the retail industry.

He has long been a prolific legal writer, authoring chapters on retail leasing, office leasing, real estate finance practices and real property sales transactions volumes for California Continuing Education of the Bar (CEB). He served as Chief Consultant on CEB's *Retail Leasing: Drafting and Negotiating the Lease*.

Many of his recent articles and presentations have covered green leasing issues, an emerging trend in real estate despite the economy.

In his off hours, Gregg acts as a "roadie" for his musician son Dan and works with Baragwanath Blessings Inc., a nonprofit organization dedicated to helping children around the world that was founded by his daughter Colette. Baragwanath Blessings Inc. supplies newborns in Africa, Latin America and Asia with baby hats and receiving blankets and operates vitamin/nutrition programs and medical clinics in Guatemala.

**EXHIBIT F**

## Admissions
**State Bar of California**

## Affiliations
**National Retail Tenants Association**
· General Counsel, 1998 to present
· Board of Governors, 2011 to present
· Ethics Committee; chair, 2002 to 2007
· Curriculum Committee, Annual Conference; member, 2005 to present
**International Council of Shopping Centers**
·  Member, 1995 to present
**State Bar of California**
· Real Property Section; member, 1988 to present
**Alameda County Bar Association**
· Real Property Section; member, 1988 to present; board of directors, 1995 to 2000
· Legislation Committee and Delegation to California State Bar Conference of Delegates, 1988 to
  1998; chair, 1992 to 1994
**California Continuing Education of the Bar**
· CEB Real Property Advisory Committee, 2012 to 2015

## Publications
· "Hot Tips for a Tenant to Green its Space," co-author with Daniel Myers, *Oakland Business Review*, October 2015
·  "The Changes Ahead for Commercial Real Estate," co-author with Daniel Myers, *San Francisco Daily Journal*,
  August 13, 2014
· "The Changing Face of Real Estate Law in the 21st Century," co-author with Daniel Myers, *Western Real Estate
  Business*, April 1, 2014
· "A Roadmap to Retail Subleases, Part 2," *NRTA Tenants-in-Common Newsletter*, co-author with Daniel Myers,
  August 2013
· "A Roadmap to Retail Subleases, Part 1," *NRTA Tenants-in-Common Newsletter*, co-author with Daniel Myers, July
  2013
· "Retail Twists on Green Leasing: Addressing the Unique Needs of the Retail Sector," co-author with Daniel Myers,
  *San Francisco Daily Journal*, October 26, 2011
· "Ever Greener: CAL Green and Other Green Building Regulations," *NRTA Tenants-in-Common Newsletter*,  March
  2011
· "Green Building and Climate Change," co-author with Aleka Skouras Eisentraut, Tenants in Common, *NRTA
  Tenants-in-Common Newsletter*, March 2009
· "It's Easier Being Green," co-author with Aleka Skouras Eisentraut, *The Registry*, August/September 2008
· Retail Leasing, *California Continuing Education of the Bar*, chief consultant and contributing author
· Office Leasing, *California Continuing Education of the Bar*, contributing author
· California Real Estate Finance Practice: Strategies and Forms, *California Continuing Education of the Bar*,
  contributing author
· Handling Real Property Sales Transactions Action Guide, *California Continuing Education of the Bar*, contributing
  author

C. Gregg Ankenman *Attorney*                                                                                    page 3

## Presentations

· "Negotiating Key Issues in Office Leases," NRTA Annual Conference, September 2015
· "CAM Wars," NRTA Annual Conference September 2015
· "Security for Tenant Improvement Allowance and Landlord's Work," ICSC U.S. Shopping Center Law Conference, Orlando, FL, Oct. 22-25, 2014
· "CAM Wars" and "Trends and Issues," NRTA Annual Conference, Reno, NV, Sept. 7-10, 2014
· "Trends and Issues in Office Leasing," and "Site Plan Workshop: Site Selection and Development in Retail Leases," NRTA Annual Conference, Orlando, FL, Sept. 22-25, 2013
· "Build a Store:  Construction Provisions in Retail Leases" and "Managing Outside Counsel" NRTA Annual Conference – Desert Springs, CA, Oct. 7-10, 2012
· "Environmental Issues With an Impact on Leasing," Law Seminars International Conference on Commercial Real Estate Leases,  Long Beach, CA, April 26, 2012
· "Developments in Real Estate Law," NRTA Retailer In-House Counsel Forum, Oakland, CA, Nov. 16, 2011
· "The Bottom Line Benefits of Being Green" and "Developments in Real Estate Law," NRTA Annual Conference, Orlando, FL, Sept. 11-14, 2011
· "Green Lease Revolution," Corporate Realty Design & Management Institute, Sunnyvale, CA, May 11, 2011
· "Ever Greener:  Sustainability Regulations, Trends and Issues" ICSC U.S. Shopping Center Law Conference, Hollywood, FL, Nov. 3, 2010
· "Issues in Lease Acquisitions" and "Green Construction and Operations," NRTA Annual Conference, Anaheim, CA, Sept. 26-29, 2010
· "Green Leasing" and "Negotiating Key Retail Lease Issues," NRTA Annual Conference, Palm Desert, CA, Sept. 13-16, 2009
· "Issues in Lease Acquisition" and "Green Leases," NRTA Annual Conference, Orlando, FL, Sept. 14-17, 2008
· "Drafting & Negotiating Retail Leases," California Continuing Education of the Bar, Santa Clara, Jan. 18, 2008; Sacramento, Jan. 25, 2008
· "Legal Ethics," "Catastrophic Events," and "Issues in Lease Acquisitions," NRTA Annual Conference, Tucson, AZ, Sept. 16-19, 2007

## Awards/Recognition

· Humanitarian Service Award by the Greater Bay Area Chapter of the J. Reuben Clark Law Society, 2014
· Founder's Service Award, National Retail Tenants Association, 2005

SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS

# EXHIBIT G

## TO

## DECLARATION OF ELIZABETH BERKE-DREYFUSS

## Elizabeth Dreyfuss

| | |
|---|---|
| **From:** | Elizabeth Dreyfuss |
| **Sent:** | Tuesday, April 04, 2017 4:19 PM |
| **To:** | LaMarca, Susan F.; Hefty, Andrew; Eme, Thomas J.; 'pfreeman@vallemakoff.com'; 'gilbert.serota@apks.com'; yperetz@peretzlaw.com; jficenec@archernorris.com |
| **Cc:** | 'Susan Uecker'; Elizabeth Dreyfuss |
| **Subject:** | FW: USDC: SEC v. SFRC, et al. |
| **Attachments:** | STIP re Receiver's Admin Motion re Employment.pdf; MOTION for Receiver to Retain Professionals.pdf; DEC Susan Uecker.pdf; Dec EBD.pdf; Signed DEC of ROBERT C.pdf; Dec Gregory Nerland.pdf; Dec Jay Crom.pdf; [proposed] ORDER re Employment.pdf |

Counsel –

The Receiver/Monitor intends to file her Administrative Motion to Employ Professionals ("Motion") pursuant to Local Rule 7-11(a), which requires a Stipulation of the parties pursuant to Local Rule 7-12. I attach a copy of the Receiver/Monitor's Motion, the declarations of all proposed counsel, the proposed form of Order as well as the proposed Stipulation. Please let me know before the close of business tomorrow, Wednesday, April 5, 2017, whether you agree to stipulate to the Motion. Please let me know if you have any questions.

Regards,

Liz Berke-Dreyfuss

**Elizabeth Berke-Dreyfuss | Wendel, Rosen, Black & Dean LLP**

1111 Broadway, 24th Floor | Oakland, CA 94607
T: (510) 834-6600 | D: (510) 622-7514 | F: (510) 834-1928
Email: EDreyfuss@wendel.com | www.wendel.com/edreyfuss

**From:** Pamela A. Joakimson
**Sent:** Tuesday, April 04, 2017 4:01 PM
**To:** Elizabeth Dreyfuss
**Subject:** USDC: SEC v. SFRC, et al.

**EXHIBIT G**

**SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS**

# EXHIBIT H

## TO

## DECLARATION OF ELIZABETH
## BERKE-DREYFUSS

## Elizabeth Dreyfuss

| | |
|---|---|
| **From:** | Patrick Freeman <pfreeman@vallemakoff.com> |
| **Sent:** | Wednesday, April 05, 2017 5:05 PM |
| **To:** | Elizabeth Dreyfuss |
| **Cc:** | 'Susan Uecker'; Jeff Makoff |
| **Subject:** | RE: USDC:  SEC v. SFRC, et al. |

Liz,

SFRC and the SFRC related entities do not oppose the requested relief. Moreover, in light of the express terms of paragraphs 7 and 8 of the March 29, 2017 Order Appointing Receiver and Monitor, it does not appear we have the authority to speak any longer with respect to these matters.

Sincerely,
Patrick

---

Patrick T. Freeman
Valle Makoff LLP
388 Market Street, Suite 1300
San Francisco, California 94111

101 Ygnacio Valley Road, Suite 250
Walnut Creek, California 94596

Direct Tel:   (415) 796-0204
Main Tel:    (415) 986-8001 ext. 103
Fax:          (415) 840-0237 (direct fax)
pfreeman@vallemakoff.com
www.vallemakoff.com

This e-mail message and any attachments are confidential and may be privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited.  If you are not the intended recipient, please notify Valle Makoff LLP immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments.

**From:** Elizabeth Dreyfuss [mailto:EDreyfuss@wendel.com]
**Sent:** Tuesday, April 04, 2017 4:19 PM
**To:** LaMarca, Susan F. <LAMARCAS@sec.gov>; Hefty, Andrew <heftya@SEC.GOV>; Eme, Thomas J. <EmeT@sec.gov>; Patrick Freeman <pfreeman@vallemakoff.com>; 'gilbert.serota@apks.com' <gilbert.serota@apks.com>; yperetz@peretzlaw.com; jficenec@archernorris.com
**Cc:** 'Susan Uecker' <suecker@ueckerassoc.com>; Elizabeth Dreyfuss <EDreyfuss@wendel.com>
**Subject:** FW: USDC: SEC v. SFRC, et al.

Counsel –

**EXHIBIT H**

The Receiver/Monitor intends to file her Administrative Motion to Employ Professionals ("Motion") pursuant to Local Rule 7-11(a), which requires a Stipulation of the parties pursuant to Local Rule 7-12. I attach a copy of the Receiver/Monitor's Motion, the declarations of all proposed counsel, the proposed form of Order as well as the proposed Stipulation. Please let me know before the close of business tomorrow, Wednesday, April 5, 2017, whether you agree to stipulate to the Motion. Please let me know if you have any questions.

Regards,

Liz Berke-Dreyfuss

**Elizabeth Berke-Dreyfuss | Wendel, Rosen, Black & Dean LLP**

1111 Broadway, 24th Floor | Oakland, CA 94607
T: (510) 834-6600 | D: (510) 622-7514 | F: (510) 834-1928
Email: EDreyfuss@wendel.com | www.wendel.com/edreyfuss

**From:** Pamela A. Joakimson
**Sent:** Tuesday, April 04, 2017 4:01 PM
**To:** Elizabeth Dreyfuss
**Subject:** USDC: SEC v. SFRC, et al.

CONFIDENTIALITY NOTICE:
This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

Thank you for considering the environment before printing this e-mail.