Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

[proposed] Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | |
| Defendants, | |
| -and- | |
| CALL SOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; JL GATEWAY, LLC., | |
| Relief Defendants. | |

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036.

On April 6, 2017, I served a copy of the following document(s):

**STIPULATION AS TO RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**
**[attached proposed] ORDER GRANTING RECEIVER'S AND MONITOR'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**DECLARATION OF ELIZABETH BERKE-DREYFUSS IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**DECLARATION OF SUSAN L. UECKER IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**DECLARATION OF JAY D. CROM IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**DECLARATION OF GREGORY NERLAND IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS**

**[X]** **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage prepaid in a designated area for outgoing mail, addressed as set forth below. At Wendel, Rosen, Black & Dean, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

| Andrew J. Hefty, Esq.<br>Susan F. LaMarca, Esq.<br>Securities and Exchange Commission<br>44 Montgomery Street, #2800<br>San Francisco, CA 94104<br><br>(Plaintiff) | Yosef Peretz, Esq.<br>Peretz & Associates<br>22 Battery Street, #200<br>San Francisco, CA 94111<br><br>(Counsel for Defendant Comprehensive Care of Oakland, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P. CallSocket, LLC; CallSocket II, LLC; CallSocket III, LLC) |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

| | |
|---|---|
| James J. Ficenec, Esq.<br>Archer Norris<br>2033 No. Main Street, #800<br>Walnut Creek, CA  94596<br><br>(Counsel for Defendants North America 3PL, LLC; CallSocket Holding Company, LLC; CallSocket III Holding Company, LLC; Berkeley Healthcare Dynamics, LLC ) | Gilbert R. Serota, Esq.<br>Arnold & Porter Kay Scholer LLP<br>Three Embarcadero Center, 10th Flr.<br>San Francisco, CA  94111<br><br>(Counsel for Defendant Thomas M. Henderson) |
| Patrick T. Freeman, Esq.<br>Valle Makoff LLP<br>388 Market Street, #1300<br>San Francisco, CA  94111<br><br>(Counsel for Defendants San Francisco Regional Center, LLC; California Gold Medal, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P.; Immedia, LLC and Relief Defendants Central California Farms, LLC, and JL Gateway, LLC) | |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 6, 2017, at Oakland, California.

*/s/    Pam Joakimson*
Pam Joakimson