Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Proposed Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALL SOCKET, L.P.; CALL SOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER GRANTING RECEIVER'S AND MONITOR'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONALS** |

**EXHIBIT A**

Before the court is Receiver and Monitor Susan L. Uecker's Administrative Motion for Order Authorizing Employment of (1) Uecker & Associates, Inc.; (2) the law firm of Wendel, Rosen, Black & Dean, LLP, as her general receivership counsel; (3) the firm of Baker Donelson, as her EB-5 immigration counsel; (4) Akawie & LaPietra, Professional Corporation, as her leasing counsel; and Bachecki Crom & Co., LLP, CPAs as her forensic accountants and tax preparers. The court has reviewed the motion, and finds that it merits approval, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Receiver and Monitor is authorized to retain and compensate Uecker & Associates on the terms as described in the Motion and the Declaration of Susan L. Uecker;

2. The Receiver and Monitor is authorized to retain and compensate Wendel Rosen Black & Dean LLP on the terms and conditions as described in the Motion and the Declaration of Elizabeth Berke-Dreyfuss;

3. The Receiver and Monitor is authorized to retain and compensate Baker Donelson on the terms and conditions as described in the Motion and the Declaration of Robert C. Divine;

4. The Receiver is authorized to retain and compensate Akawie & LaPietra Professional Corporation on the terms and conditions as described in the Motion and the Declaration of Gregory Nerland; and

5. The Receiver and Monitor is authorized to retain and compensate Bachecki Crom & Co., LLP on the terms and conditions as described in the Motion and the Declaration of Jay D. Crom.

Dated: April 7, 2017

Richard Seeborg
DISTRICT COURT JUDGE