Elizabeth Berke-Dreyfuss (Bar No. 114651)
Tracy Green (Bar No. 114876)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com
       tgreen@wendel.com

Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | **CORRECTED CERTIFICATE OF SERVICE** |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | |
| Defendants, | |
| -and- | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; JL GATEWAY, LLC., | |
| Relief Defendants. | |

I, Pam Joakimson, declare:

I am a citizen of the United States and am employed in Alameda County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1111 Broadway, 24th Floor, Oakland, California 94607-4036. On April 21, 2017, I served a copy of the following document(s):

**RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL**

**[attached proposed] ORDER GRANTING RECEIVER'S AND MONITOR'S MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL**

**DECLARATION OF SAMUEL R. MAIZEL IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL**

**DECLARATION OF TRACY GREEN IN SUPPORT OF RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL**

**STIPULATION AS TO RECEIVER'S AND MONITOR'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING EMPLOYMENT OF PROFESSIONAL**

**[X]** **(by mail)** by placing a true and correct copy thereof enclosed in a sealed envelope with first-class postage prepaid in a designated area for outgoing mail, addressed as set forth below. At Wendel, Rosen, Black & Dean, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day, in the ordinary course of business, in a United States mailbox in the City of Oakland, California.

| | |
|---|---|
| Andrew J. Hefty, Esq.<br>Susan F. LaMarca, Esq.<br>Securities and Exchange Commission<br>44 Montgomery Street, #2800<br>San Francisco, CA  94104<br>(Plaintiff) | Yosef Peretz, Esq.<br>Peretz & Associates<br>22 Battery Street, #200<br>San Francisco, CA  94111<br>(Counsel for Defendant Comprehensive Care of Oakland, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P. CallSocket, LLC; CallSocket II, LLC; CallSocket III, LLC) |
| James J. Ficenec, Esq.<br>Archer Norris<br>2033 No. Main Street, #800<br>Walnut Creek, CA  94596<br>(Counsel for Defendants North America 3PL, LLC; CallSocket Holding Company, LLC; CallSocket III Holding Company, LLC; Berkeley Healthcare Dynamics, LLC ) | Gilbert R. Serota, Esq.<br>Arnold & Porter Kay Scholer LLP<br>Three Embarcadero Center, 10th Flr.<br>San Francisco, CA  94111<br>(Counsel for Defendant Thomas M. Henderson) |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this declaration was executed on April 21, 2017, at Oakland, California.

*/s/   Pam Joakimson*
Pam Joakimson