

**Investors' Request according to Case 3:17-cv-00223-RS**
Wendy He   to: Gina_Agustine                                    05/24/2017 11:02 PM
Cc:   rscrd

Date: 05/24/2017

United States District Court

Northern District of California

450 Golden Gate Avenue,

San Francisco, CA 94102

To the Honorable Judge Seaborg:

We, Cao Yabing, Chu Min, He Wenhong, Li Jun , Tian Shuang and Wu Tao,  are investors in NA3PL, LLC of  San Francisco Regional Center.

We are writing because we want the court to know that we know

our investment is profitable under the current management. We are concerned that the Monitor Susan L. Uecker may not have the expertise to run our investment. We, Cao Yabing, Chu Min, He Wenhong, Li Jun , Tian Shuang and Wu Tao oppose NA3PL, LLC to be put into receivership because it would create additional risk for their investment and for their non-pecuniary interests.


Thank you,

Cao Yabing, Chu Min, He Wenhong, Li Jun , Tian Shuang and Wu Tao