May 26, 2017

United States District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102
Sent Via Email:

RE: SEC v. San Francisco NA3PL, LP – Investor; Case No. 3:17-CV-00223-RS

To the Hon. Judge Seaborg:

I, Li Jun am a resident of Shenzhen, China. On 6/30/2014, I invested $500,000 into the NA3PL, LP project in order to pursue a permanent resident green card status for myself and my family in the United States.

I am writing to the court to directly communicate that I want the North America 3PL, LLC project to continue. I do not want the role of the Monitor to be expanded because I understand the operation is currently stable and profitable.

I want the court to know my top priority long term is to receive a permanent green card for myself and my family through the NA3PL, LP investment.

Thank you,

Li Jun
WAC1490382402