May 28, 2017

Hon. Judge Richard Seeborg
United State District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94201

      Re: **Security and Exchange Committee v. San Francisco Regional Center, LLC**
      Case No. 3:17-cv-00223-RS

Dear Judge Seeborg:

    I am a limited partner of Comprehensive Care of California, LP ("CCOO") after I invested $500,000 into the partnership as part of the EB-5 program that will allow me and my family to become permanent residents in the United States. I currently have a conditional green card, but I must wait to the removal of the conditions of my green card by the USCIS in order to become a permanent resident in the United States. I currently reside in Livermore, California. My daughter just graduated from University of Virginia and has accepted a job offer in Manhattan, New York.

    I am writing this letter to Your Honor to inform you of my wishes regarding the operation and management of CCOO and its nursing home business. I am aware that CCOO and the nursing home business are managed by Comprehensive Care of California, LLC ("CCOC") and Shirley Ma. I am also aware that both CCOO and CCOC were recently placed under a monitorship.

    I do not wish the monitorship to be converted to a receivership. I understand that the operation and management of the nursing home is very stable and profitable. I trust that under the management of CCOC and Ms. Ma, CCOO will be able to meet the job creation requirement, and that I will have a good chance to obtain permanent residency in the United States.

    My first and most important priority when I invested in CCOO was to receive a permanent residency status in the United States for me and my family. I do not want any actions to be taken that will risk the goal of permanent residency, including placing CCOO under a receivership.

                                         Respectfully,

                                         Ping (Shirley) Zhao