May 28, 2017

Hon. Judge Richard Seeborg
United State District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94201

Re: **Security and Exchange Committee v. San Francisco Regional Center, LLC**
    Case No. 3:17-cv-00223-RS

Dear Judge Seeborg:

I am a limited partner of Comprehensive Care of California, LP ("CCOO") after I invested $500,000 into the partnership as part of the EB-5 program that will allow me and my family to become permanent residents in the United States. I currently have a conditional green card, but I must wait to the removal of the conditions of my green card by the USCIS in order to become a permanent resident in the United States. I currently reside in China and my son lives in Berkeley, a student in UC Berkeley.

I am writing this letter to Your Honor to inform you of my wishes regarding the operation and management of CCOO and its nursing home business. I am aware that CCOO and the nursing home business are managed by Comprehensive Care of California, LLC ("CCOC") and Shirley Ma. I am also aware that both CCOO and CCOC were recently placed under a monitorship.

I do not wish the monitorship to be converted to a receivership. I understand that the operation and management of the nursing home is very stable and profitable. I trust that under the management of CCOC and Ms. Ma, CCOO will be able to meet the job creation requirement, and that I will have a good chance to obtain permanent residency in the United States.

My first and most important priority when I invested in CCOO was to receive a permanent residency status in the United States for me and my family. I do not want any actions to be taken that will risk the goal of permanent residency, including placing CCOO under a receivership.

Respectfully,

Yuxia Chen