May 28, 2017

Hon. Judge Richard Seeborg
United State District Court
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94201

**Re: <u>Security and Exchange Committee v. San Francisco Regional Center, LLC</u>**
       Case No. 3:17-cv-00223-RS

Dear Judge Seeborg:

    I am a limited partner of Comprehensive Care of California, LP ("CCOO") after I invested $500,000 into the partnership as part of the EB-5 program that will allow me and my family to become permanent residents in the United States. I currently am a permanent resident in the United States. I have completed the immigration process, and I have a permanent green card since 2015. I reside in Pasadena, CA.

    I am writing this letter to Your Honor to inform you of my wishes regarding the operation and management of CCOO and its nursing home business. I am aware that CCOO and the nursing home business are managed by Comprehensive Care of California, LLC ("CCOC") and Shirley Ma. I am also aware that both CCOO and CCOC were recently placed under a monitorship.

    I do not wish the monitorship to be converted to a receivership. I first visited the CCOO facility prior to making the EB-5 investment in late 2011, and again while my immigration was pending in 2014. Based on the drastic improvement of the facility and the financial reports that I periodically get, it is apparent to me that there is a great value in Ms. Ma's management of the facility. At this point, I am confident that my financial investment will be best protected under the continued management of CCOO by Ms. Ma, and I fear that a receivership may only cause detriment to the quality of care and value of CCOO.

    I do not want any actions to be taken that will risk my financial investment, including placing CCOO under a receivership.

Respectfully,

David Chua