1  Elizabeth Berke-Dreyfuss (Bar No. 114651)
   **WENDEL, ROSEN, BLACK & DEAN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
3  Telephone: (510) 834-6600
   Fax: (510) 834-1928
4  Email: edreyfuss@wendel.com

5  Gregory S. Nerland (Bar No. 142606)
   **AKAWIE & LAPIETRA**
6  1981 N Broadway Ste. 320
   Walnut Creek, CA
7  Telephone:    (925) 979-5661
   Fax:          (925) 947-4348
8  Email: gregory@gregorynerland.com

9
   Attorneys for Susan L. Uecker, Receiver
10 and Monitor

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**STIPULATION AND ORDER GRANTING RECEIVER'S ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING RECEIVER TO COMMENCE LITIGATION AGAINST THIRD PARTIES AND P~~ROPOS~~ED ORDER** |

## STIPULATION

**WHEREAS,** the Receiver, Susan L. Uecker, asserts that she has the right pursuant to the Order Appointing Receiver and Monitor (Docket No. 100), to bring state law claims for unlawful detainer (the "Claims") against Wifi Rail, Inc., and Tesh Sport, two tenants at 900 Market St., Oakland, California (the "Subject Property");

**WHEREAS,** Counsel for the Receiver has met and conferred with counsel for plaintiff, Securities and Exchange Commission; and for defendants Thomas Henderson, Comprehensive Care of Oakland, L.P., Comprehensive Care of California, LLC, North America 3PL, LLC, and Berkeley Healthcare Dynamics, LLC, all of whom stipulate that the Receiver should have leave of court to pursue the Claims against Wifi Rail, Inc.; and TESH Sports.  This stipulation is only to the extent that leave of court should be granted and does not indicate an agreement that the Receiver is entitled to evict the tenants.

**NOW THEREFORE,** By their signatures below, the parties, through their counsel, so stipulate.

DATED:  May 31, 2017          WENDEL, ROSEN, BLACK & DEAN LLP

By:    */s/  Elizabeth Berke-Dreyfuss*
Elizabeth Berke-Dreyfuss
Attorneys for Susan L. Uecker, Receiver
and Monitor

DATED:  May 31, 2017          SECURITIES & EXCHANGE COMMISSION

By:    */s/  Susan F. LaMarca*
Susan F. LaMarca
Attorneys for Plaintiff

DATED: May 31, 2017　　　　　　　　ARCHER NORRIS

By: */s/ James J. Ficenec*
　　　James J. Ficenec
　　　Attorneys for North America 3PL, LLC,
　　　and Berkeley Healthcare Dynamics, LLC

DATED: May 31, 2017　　　　　　　　PERETZ & ASSOCIATES

By: */s/ Yosef Peretz*
　　　Yosef Peretz
　　　Attorneys for Comprehensive Care of
　　　Oakland, L.P., and Comprehensive Care of
　　　California, LLC

DATED: May 31, 2017　　　　　　　　ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Gilbert R. Serota*
　　　Gilbert R. Serota
　　　Attorneys for Thomas M. Henderson

DATED: May 31, 2017　　　　　　　　AKAWIE & LAPIETRA

By: */s/ Gregory S. Nerland*
　　　Gregory S. Nerland
　　　Attorneys for Susan L. Uecker, Receiver and
　　　Monitor

**~~PROPOSED~~ ORDER**

**IT IS HEREBY ORDERED** that the Receiver's Administrative Motion for Order Authorizing Receiver to Commence Litigation against Third Parties is **GRANTED**. The Receiver is authorized to take any and all actions necessary and appropriate to consummate, carry out or effectuate this Order.

**IT IS SO ORDERED.**

Dated: 6/1/17

_____
RICHARD SEEBORG
United States District Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036