Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver
and Monitor

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, <br><br> Defendants, <br><br> -and- <br><br> CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC, <br><br> Relief Defendants. | Case No. 3:17-CV-00223-RS <br><br> **ORDER SHORTENING TIME FOR SERVICE AND HEARING ON RECEIVER'S MOTION FOR ORDERS: (i) APPROVING COMMISSION AGREEMENT; (ii) APPROVING SALE OF RUNWAY ASSETS TO ACTIVE NET, INC.; AND (iii) APPROVING OVERBIDDING AND AUCTION PROCEDURES FOR SALE** |

*Wendel, Rosen, Black & Dean LLP*
*1111 Broadway, 24th Floor*
*Oakland, California 94607-4036*

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

The Court having read and considered the Receiver's Motion for Order Shortening Time for Service and Hearing on Receiver's Motion for Orders: (i) Approving Commission Agreement; (ii) Sale of Runway's Assets to Active Net, Inc.; and (iii) Overbidding and Auction Procedures for Sale, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The Receiver's Motion for Order Shortening Time for Service and Hearing on Receiver's Motion for Orders: (i) Approving Commission Agreement; (ii) Sale Of Runway's Assets to Active Net, Inc.; and (iii) Overbidding and Auction Procedures for Sale is granted:

2. The Receiver's Motion for Orders: (i) Approving Commission Agreement; (ii) Sale of Runway's Assets to Active Net, Inc.; and (iii) Overbidding and Auction Procedures for Sale ("Motion") shall be heard by this Court on June 22, 2017, at 1:30 p.m.;

3. The Receiver's moving papers in support of the Motion shall be filed and served no later than June 1, 2017;

4. Any papers in opposition to the Motion shall be filed and served no later than June 8, 2017; and

5. Any papers in reply in support of the Motion shall be filed and served no later than June 15, 2017.

**IT IS SO ORDERED.**

DATED: 6/2/17

RICHARD SEEBORG
United States District Court Judge