UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SAN FRANCISCO REGIONAL CENTER LLC, et al.,

Defendants.

Case No. 17-cv-00223-RS

**ORDER EXTENDING SCOPE OF RECEIVERSHIP**

On March 23, 2017 an order entered granting plaintiffs' motion to appoint a receiver in this action. Susan Uecker, who had been serving as receiver in related state litigation was appointed to serve in the same capacity here. As to defendants Comprehensive Care of California, LLC; Comprehensive Care of Oakland, L.P.; North America 3PL, LLC; and Berkeley Healthcare Dynamics, LLC (collectively "the monitorship defendants), however, Uecker was only given the authority to act as a monitor. Uecker was charged with reporting to Court within 45 days as to:

    (a) whether there are reasons justifying expansion of her authority over those entities from "monitor" to "receiver," and;

    (b) the likelihood, if any, that her appointment as a receiver over any or all of those entities would cause disruption to any of those entities' contractual relationships with third parties.

Uecker subsequently filed such a report recommending that the receivership be extended to encompass the monitorship defendants. Plaintiff, certain of the defendants, and some individual investors have all filed papers supporting that recommendation. The monitorship defendants,

1  certain other defendants, and numerous individual investors oppose.  Oral argument was presented
2  by the parties on June 1, 2017.
3  Upon consideration of the entire record and the parties' arguments, good cause appears to
4  include the monitorship defendants in the receivership.  Accordingly, Susan Uecker is hereby
5  appointed as a receiver over defendants Comprehensive Care of California, LLC; Comprehensive
6  Care of Oakland, L.P.; North America 3PL, LLC; and Berkeley Healthcare Dynamics, LLC, under
7  all the terms applicable to her prior appointment as a receiver over the other defendants, as set out
8  in the order entered March 29, 2017 (Dkt. No. 100).

**IT IS SO ORDERED**.

Dated: June 5, 2017

_____
RICHARD SEEBORG
United States District Judge