Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker,
Receiver and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,

Defendants,

-and-

CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,

Relief Defendants.

Case No. 3:17-CV-00223-RS

**SUPPLEMENTAL DECLARATION OF SUSAN L. UECKER IN SUPPORT OF MOTION FOR ORDERS: (i) APPROVING COMMISSION AGREEMENT; (ii) SALE OF RUNWAY ASSETS TO ACTIVE NET, INC.; AND (iii) AND APPROVING AUCTION AND OVERBIDDING PROCEDURES FOR SALE**

Date: June 22, 2017
Time: 1:30 p.m.
Place: Courtroom 3
450 Golden Gate Ave., 17th Floor
San Francisco, CA 94102
Judge: The Hon. Richard Seeborg

I, Susan L. Uecker, declare:

1. I am the duly appointed and acting Court appointed receiver ("Receiver") for Defendants San Francisco Regional Center, LLC; California Gold Medal, L.P.; CallSocket, L.P.; CallSocket II, L.P.; CallSocket III, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P.; CallSocket, LLC; CallSocket II, LLC; CallSocket III, LLC; Immedia, LLC; Comprehensive Care of Oakland, L.P.; Comprehensive Care of California, LLC; and North America 3PL, LLC, and Relief Defendants, CallSocket Holding Company, LLC; Central California Farms, LLC; and JL Gateway, LLC, and Berkeley Healthcare Dynamics, LLC ("Received Entities"). I make this supplemental declaration in support of my Motion for Orders: (i) Approving Commission Agreement; (ii) Approving Sale of Runway Assets to Active Net, Inc.; and (iii) Approving Overbidding and Auction Procedures for Sale ("Motion").

2. On May 31, 2017, I filed a declaration in support of the Motion which appears on the docket as Docket No. 157. Attached as Exhibit C to my declaration is a true and correct copy of the Asset Purchase Agreement with Active Net, Inc. Attached as Exhibits B and C to the Asset Purchase Agreement were the lists of Member Agreements and Partner Agreements, respectively, to be sold and transferred as part of the sale of Runway Assets to Active Net, Inc. or such other qualified and successful Overbidder. After the execution of the Asset Purchase Agreement, it was discovered that Exhibits B and C contained errors, and so the parties executed a First Amendment to the Asset Purchase Agreement, which was included in the Exhibit C to my declaration.

3. After the filing of the Motion, the parties discovered additional errors in Exhibits B and C, which necessitated the preparation of a Second Amendment to Asset Purchase Agreement. The Second Amendment to the Asset Purchase Agreement is attached hereto as **Exhibit A**. The Second Amendment to the Asset Purchase Agreement has added additional Member clients to Exhibit B that were not reflected in the original and amended Exhibit B. The Second Amendment

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

to the Asset Purchase Agreement has been placed in the Data Room and provided to all parties who have expressed an interest in bidding at the auction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on June 13, 2017, in San Francisco, California.

*/s/ Susan L. Uecker*
Susan L. Uecker

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036