SEC v. SFRC, et al., Case No. 3:17-cv-00223-RS

# EXHIBIT A

# TO

# SUPPLEMENTAL DECLARATION OF SUSAN L. UECKER

## SECOND AMENDMENT
## TO
## ASSET PURCHASE AGREEMENT

This **SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT** ("Second Amendment") is entered into effective as of June 5, 2017 (the "Effective Date") by and among **Susan L. Uecker**, Receiver for CallSocket, L.P, dba Runway ("Seller") and **Active Net, Inc.** ("Buyer"). (Seller on the one hand and Buyer on the other hand shall sometimes hereinafter be referred to as a "Party" and collectively, as the "Parties").

### RECITALS

**WHEREAS**, Seller and Buyer are parties to that certain Asset Purchase Agreement made and entered into effective as of May 17, 2017 (the "Asset Purchase Agreement"), as amended by that certain First Amendment to the Asset Purchase Agreement dated May 31, 2017 (the "First Amendment," and together with the Asset Purchase Agreement, the "Amended Agreement"), pursuant to the terms of which, at the Closing Seller shall sell, convey, assign, transfer and deliver to Buyer and Buyer shall purchase and acquire all of the Assets. Unless otherwise defined herein, capitalized terms used in this Second Amendment have the same meanings given in the Amended Agreement.

**WHEREAS**, Buyer and Seller desire to further amend the Amended Agreement in certain respects, as described more fully herein.

**NOW, THEREFORE**, in consideration of the premises and the mutual promises made herein and in consideration of the representations, warranties and covenants set forth in the Amended Agreement and this Second Amendment, the Parties, intending to be legally bound hereby, agree as follows:

### AMENDMENT

1. Exhibit B to the Amended Agreement is hereby amended and restated in its entirety to read as set forth in the attached "Second Amended & Restated Exhibit B."

2. **Counterparts.** This Second Amendment may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall together constitute one and the same instrument.

3. **Facsimile/Electronic Transmission Signatures.** A signed copy of this Second Amendment transmitted by facsimile or electronic transmission by any Party to the other Parties shall be binding on the signatory thereto.

4. **Binding Amended Agreement.** Except as expressly amended and modified by this Second Amendment, the terms and provisions of the Amended Agreement are reaffirmed by Seller on the one hand and Buyer on the other hand, shall remain in full force and effect and Seller, on the one hand, and Buyer, on the other hand, agree to be fully bound thereby. In the event of a conflict between the terms of this Second Amendment and the Amended Agreement, the terms of this Second Amendment shall control and prevail.

**IN WITNESS WHEREOF**, the Parties have executed this Second Amendment as of the Effective Date with the intent to be bound thereby:

**SELLER:**

By: _____
Susan L. Uecker,
Receiver for CallSocket, L.P. dba Runway

**BUYER:**

ACTIVE NET, INC.

By: _____
German (Gary) Baiton

## SECOND AMENDED AND RESTATED EXHIBIT B

### Assets

### Membership Agreements

All rights, title and interest in and to the following agreements, including, without limitation, (i) any cash, cash equivalents and uncashed checks received on or after the date of the Closing in connection with such agreements; (ii) any rights with respect to deposits associated with such agreements; (iii) any and all rights, title and interest in any litigation, claims or causes of action against non-Seller parties, whether known or unknown, asserted or unasserted, for any action, conduct, or omissions arising out of, or in connection with, such agreements; and (iv) any claims for preference or fraudulent conveyance recoveries against non-Seller parties under applicable law associated with such agreements:

| Company | Deposit |
| --- | --- |
| Runway Membership Agreement by and between CallSocket LP Runway and actvt, inc., dated as of January 31, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and Adbrain LTD dated as of November 01, 2016 | $400 |
| Runway Membership Agreement by and between CallSocket dba Runway and Agrotics LLC dated as of February 01, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket dba Runway and CM Productions LLC dated as of February 2, 2017 | $500 |
| DASH License Monthly Use by and between Runway Incubator and Codility dated as of February 20, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and Data Virtuality, Inc. dated as of February 01, 2016 | $500 |
| Runway Resident Lease by and between CallSocket dba Runway and DealFlicks Inc. dated as of September 01, 2013 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and Dobot, Inc. dated as of January 04, 2016 | $2,700 |
| Runway Membership Agreement by and between CallSocket dba Runway and Firehose Institute LLC dated as of December 05, 2016 | $0 |
| Runway Resident Lease by and between CallSocket dba Runway and Flying Wisdom Studios dated as of July 22, 2013 | $0 |
| Runway Membership Agreement by and | $1,400 |

| | |
|---|---|
| between CallSocket dba Runway and Got Clicks Corp. dated as of April 1, 2015 | |
| Runway Resident Lease by and between CallSocket dba Runway and German Silicon Valley Accelerator dated as of July 15, 2013 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and HoloBuilder, Inc. dated as of January 15, 2016 | $4,100 |
| Runway Membership Agreement by and between CallSocket dba Runway and InnoWake dated as of July 01, 2015 | $0 |
| Runway Resident Lease Agreement by and between CallSocket dba Runway and Isaora LLC dated as of November 22, 2013 | $0 |
| Runway Resident Lease Agreement by and between CallSocket dba Runway and Leadership Business Consulting, Inc. dated as of February 15, 2014 | $500 |
| Runway Membership Agreement by and between CallSocket dba Runway and Meedan Labs, Inc. dated as of March 01, 2016 | $1,800 |
| Runway Membership Agreement by and between CallSocket dba Runway and MOTI, INC. dated as of August 10, 2016 | $1,000 |
| Runway Membership Agreement by and between CallSocket dba Runway and Olivia A1, Inc. dated as of May 18, 2016 | $2,025 |
| Runway Membership Agreement by and between CallSocket dba Runway and ONO 3D Inc. dated as of October 06, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket dba Runway and Presense, Inc./Findasense dated as of November 1, 2015. | $2,800 |
| Runway Membership Agreement by and between CallSocket dba Runway and PrestaShop, Inc. dated as of December 01, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket dba Runway and ReFit Camp dated as of March 01, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket LP Runway and Reviver MX Inc. dated as of November 1, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and ROI Works Search Marketing dated as of August 24, 2015, as refiled on March 23, 2017 | $0 |

| | |
|---|---|
| Runway Membership Agreement by and between CallSocket LP Runway and Saako dated as of January 1, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket LP Runway and SafeGraph Inc. dated as of October 1, 2016 | $4,500 |
| Runway Membership Agreement by and between CallSocket dba Runway and Scope Technologies US dated as of July 01, 2016 | $1,400 |
| Runway Membership Agreement by and between CallSocket dba Runway and Shift Messenger, Inc. dated as of February 08, 2017 | $0 |
| Runway Membership Agreement by and between Social Code/Melonhealth and CallSocket LP Runway dated as of January 1, 2017 | $500 |
| Runway Membership Agreement by and between CallSocket dba Runway and SparkMesh dated as of February 08, 2016 | $700 |
| Runway Resident Lease Agreement by and between CallSocket dba Runway and Lean Startup Circle/TriKro LLC dated as of February 1, 2015 | $500 |
| Runway Membership Agreement by and between CallSocket dba Runway and Uniquid dated as of April 18, 2016 | $5,300 |
| Runway Membership Agreement by and between CallSocket dba Runway and Vida Systems, Inc. dated as of November 07, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket LP Runway and Wescover Inc. dated as of January 17, 2017 | $0 |
| Runway Membership Agreement by and between CallSocket dba Runway and Anam Khawaja Letterfully dated as of February 9, 2017 | $500 |
| Runway Membership Agreement by and between CallSocket dba Runway and Ask Tia Tia Inc dated as of March 17, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and Battle App dated as of May 15, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and Benja Inc. EPHE Corp.dated as of October 27, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket dba Runway and LinkinLive | $700 |

| | |
|---|---|
| Carts Guru dated as of _____ | |
| Runway Membership Agreement by and between CallSocket dba Runway and Double Play AppClarity Inc. dated as of May 7, 2016 | $700 |
| Runway Membership Agreement by and between CallSocket dba Runway and Lace & Liberty dated as of May 22, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and One from Many Open Vote dated as of June 30, 2016 | $2100 |
| Runway Membership Agreement by and between CallSocket dba Runway and Sensio Labs dated as of May 24, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and Farmhouse Inc. dated as of January 1, 2017 | $500 |
| Runway Membership Agreement by and between CallSocket dba Runway and Wishi . dated as of August 1, 2014 | $400 |
| Runway Membership Agreement by and between CallSocket dba Runway and Zazmic Inc. dated as of January 1, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and StartLabs/Vicert dated as of January 1, 2013 | |
| Runway Membership Agreement by and between CallSocket dba Runway and Lifelique/Corinth dated as of March 1, 2017 | |
| Runway Membership Agreement by and between CallSocket dba Runway and Geekpark dated as of May 1, 2015 | $350 |
| Runway Membership Agreement by and between CallSocket dba Runway and Portugal Ventures dated as of February 1, 2017 | $700 |