Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver
and Monitor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>          Defendants,<br><br>          -and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>          Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER APPROVING RECEIVER'S MOTION FOR ORDERS: (i) APPROVING COMMISSION AGREEMENT; (ii) APPROVING SALE OF RUNWAY ASSETS; AND (iii) APPROVING OVERBIDDING AND AUCTION PROCEDURES FOR SALE**<br><br>Date:  June 22, 2017<br>Time:  1:30 p.m.<br>Place:  Courtroom. 3<br>         450 Golden Gate Ave., 17th Floor<br>         San Francisco, CA  94102<br>Judge:  The Hon. Richard Seeborg |

The Motion for Orders: (i) Approving Commission Agreement; (ii) Approving Sale of Runway Assets to Active Net, Inc.; and (iii) Approving Overbidding and Auction Procedures for Sale ("Motion"), filed by Susan L. Uecker, Receiver for Defendants San Francisco Regional Center, LLC; California Gold Medal, L.P.; CallSocket, L.P.; CallSocket II, L.P.; CallSocket III, L.P.; NA3PL, L.P.; West Oakland Plaza, L.P.; CallSocket, LLC; CallSocket II, LLC; CallSocket III, LLC; Immedia, LLC; and Relief Defendants, CallSocket Holding Company, LLC; Central California Farms, LLC; and JL Gateway, LLC., came on for hearing before the Court pursuant to an order shortening time, on June 22, 2017, at 1:30 p.m. Receiver was represented by counsel, Elizabeth Berke-Dreyfuss, Esq., of Wendel, Rosen, Black & Dean LLP, and such other appearances were made as were noted in the record. The Court has considered the evidence submitted by the Receiver in support of the Motion. Oral argument was heard on the Motion and based thereon, and good cause shown:

**IT IS HEREBY ORDERED**:

1. Any objections to the Motion, if not withdrawn, are overruled;

2. The Overbidding and Auction Procedures as set forth in the Asset Purchase Agreement and as set forth in the Motion are approved;

3. The Commission Agreement with Katie Doherty and Joe Vasquez is approved;

4. The Receiver has the authority to market and sell the Runway Assets, and to enter into the Asset Purchase Agreement pursuant to the terms of this Court's Order Appointing Receiver and Monitor (Docket No. 100), ¶¶ 9. B., C., 35-37;

5. The Receiver's sale of the Runway Assets as defined in the Asset Purchase Agreement by Overbidding and Auction under the circumstances of this case satisfies the requirements of a public sale pursuant to 28 U.S.C.§§ 2001, 2004, or in the alternative, the Court finds that the sale of the Runway Assets need not satisfy the requirements of 28 U.S.C. §§ 2001, 2004;

6. Runway Global Innovation Corporation is the successful Overbidder at the Auction conducted pursuant to the terms of the Overbidding and Auction Procedures prior to the hearing on the Motion.

7. The Receiver is authorized to proceed with the Asset Purchase Agreement with Runway Global Innovation Corporation (as applicable, the "Buyer"), concerning the Runway Assets as that term is in defined in the Asset Purchase Agreement;

8. The Receiver is hereby authorized to sell the Runway Assets to the Buyer for the sum of $1,600,000.00, subject to the terms and conditions set forth in the Asset Purchase Agreement;

9. The purchase price for the sale of the Runway Assets is fair and reasonable and represents fair market value;

10. The Buyer is purchasing the Runway Assets on an "as is, where is" basis, without any representations or warranties whatsoever by anyone, including, without limitations, by the Receiver, the Receiver's agents and/or attorneys, including, without limitation, any representations or warranties;

11. After the entry of the Court's order approving the sale, the close of escrow for the sale shall take place no later June 27, 2017, unless otherwise agreed to in writing by the parties;

12. From escrow from the proceeds of sale, the Receiver is authorized to pay all closing costs, commissions and prorations as either provided for in the Motion or the Asset Purchase Agreement;

13. After the close of escrow from the proceeds of sale, the Receiver is authorized to pay the final Runway operating expenses, including final payroll expenses without further order of the Court;

14. The Receiver is authorized to take all actions to execute the documents necessary to carry out and effectuate the sale of the Runway Assets including, but not limited to, the Agreement and conveyance documents consistent with selling and conveying title to the Runway Assets.  The Receiver shall execute all documents necessary to carry out and effectuate the sale of the Runway Assets as Susan L. Uecker, in her sole capacity as the Court Appointed Receiver for CallSocket, L.P. dba Runway.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

009589.0024\4726947.4

ORDER APPROVING COMMISSION AGREEMENT; SALE OF RUNWAY, OVERBIDDING AND AUCTION PROCEDURES

3

3:17-CV-00223-RS

15. If the foregoing sale to Runway Global Innovation Corporation does not close, Vanke Holdings USA LLC is approved as the successful back-up Qualified Overbidder at a purchase price of $1,550,000.00.

**IT IS HEREBY ORDERED.**

DATED: June 26, 2017

_____
RICHARD SEEBORG
United States District Court Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036