

**Letter from Mr. Vinh Son NGUYEN - Vietnamese investor in the NA3PL LP**
Vinh Son NGUYEN   to: gina_agustine                              06/27/2017 11:28 PM
History:        This message has been forwarded.

C17-223RS

Dear Judge Seeborg

I am Vinh Son NGUYEN, an investor in the EB-5 project - NA3PL LP - as a limited partner. I've invested in the EB-5 project because I believe it is a worthwhile project that besides the potential of creating jobs for Americans, it would allow my family and myself to become productive permanent residents of the United States. On March 4, 2017, we were issued conditional green cards.

My family will resettle in Davis, CA beginning July 2017. We've signed a rental agreement for an apartment there; my son has been admitted as a freshman at UC Davis and my daughter will be a 7th grader at Holmes Junior High school in Davis, CA.

I write this letter to you because I strongly believe that with your just and considerate decision, you will allow the NA3PL project to continue to achieve its intended EB-5 target and we can meet our goal without undue restrictions placed on the operation of the NA3PL. It is one of the best jobs creation in the US and we, as investors, will hopefully in the end become citizens of this great country and become successful with the return on our investment.

In anticipation of for your just and fair decision, we thank you so much for your understanding and efforts.

I have the honor to remain,

Vinh Son NGUYEN
*****
NGUYEN Vinh Son
Director
NHATVINH JSC
#4-5 floor, Vinafood1 Building
94 Luong Yen str, Hai Ba Trung dist, Hanoi, VIETNAM
Tel +84 24 3971 9999 ; Fax +84 24 3971 9998
Tax code 0100839399

This message together with any attachments is confidential and intended
Solely for the person or entity to whom it is addressed. It contains
Information that is confidential and that may be legally privileged. If
You are not the intended recipient (or if you have received this message
In error), please notify the sender immediately by replying to this
Message and delete this e-mail (and any other record of it) from your
System. Please do not copy or use it for any purpose. Recipient is
Advised to check this email and any attachments for the presence of
Trojans or viruses. The company accepts no liability for any damage
Caused by any virus transmitted by this email.