UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>  Defendants. | Case No. 17-cv-00223-RS<br><br>**ORDER GRANTING CERTAIN PENDING MOTIONS** |

Pursuant to Civil Local Rule 7-1(b), the receiver's motions presently set for hearing on October 5, 2017 are suitable for disposition without oral argument, and that hearing is hereby vacated. The motions[1] will be granted.

1. The receiver seeks approval of interim fee and cost claims for certain attorneys and accountants she retained under the authority of prior orders. See Dkt. Nos. 208, 209, 210, and 211. The receiver also seeks leave to pay those claims upon approval, subject to a 20% holdback. The claims having been adequately supported as representing reasonable and necessary expenditures for the benefit of the estate, and no opposition having been filed, those motions are granted.

---

[1] Counsel are reminded of Civil Local Rule 5-1(e)(2), which provides: "Documents filed electronically must be submitted in PDF format. <u>Documents which the filer has in an electronic format must be converted to PDF from the word processing original, not scanned</u>, to permit text searches and to facilitate transmission and retrieval. If the filer possesses only a paper copy of a document, it may be scanned to convert it to PDF format.

2. The receiver and her counsel seek approval of their own respective fee and cost claims, and authority to pay those claims, with a 20% holdback. Plaintiff filed a limited and conditional opposition to counsel's fee claim, pointing out certain allocation errors in the billing. Counsel revised the claim to address those points, and plaintiff has not objected to the revised request. The claims, as revised, having been adequately supported as representing reasonable and necessary expenditures for the benefit of the estate, the motion (Dkt. No. 212) is granted.

3. The receiver seeks an order authorizing her to sell the remaining personal property of Central California Farms, LLC. See Dkt. No. 205. The receiver has adequately demonstrated the sale of the personal property to be appropriate and in the best interests of the estate, and there is no opposition. The motion at Docket No. 205 also sought authorization for the receiver to enter into an agreement calling for deed in lieu of foreclosure with respect to the real property. The receiver informally notified the Court that the terms of that transaction are being revised, and requests to have that prong of the motion continued to October 26, 2017, when another hearing is already scheduled.

4. Finally, the motion at Docket No. 205 also requests authority for the receiver to retain Colliers Parrish International, Inc. as a broker for the listing, marketing and sale of the real property located at 800-900 Market Street, Oakland, California, owned by Relief Defendant, JL Gateway, LLC. WOMAC Properties, Inc., a minority owner in JL Gateway, opposes, arguing listing and selling the property is premature and inappropriate at this juncture, given remaining uncertainties regarding the extent to which intermingled funds can be traced to the property, and in light of a purported public and municipal interest in how the property is put to use.[2] WOMAC has failed to demonstrate that it has a cognizable interest that would be impaired if the property is listed and sold. As the receiver has otherwise adequately demonstrated retaining Colliers to list the property for sale to be appropriate and in the best interests of the estate, the motion at Docket

---

[2] WOMAC is joined in its opposition by JLG Associates LLC, a related entity that the receiver asserts is no longer in legal existence.

No. 205 will be granted, except as to the request for approval of the agreement to provide the deed in lieu of foreclosure. That issue will be disposed of in conjunction with the other matters presently set for hearing on October 26, 2017.

**IT IS SO ORDERED**.

Dated: October 3, 2017

_____
RICHARD SEEBORG
United States District Judge