THE HONORABLE RICHARD SEEBORG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants, and<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants | Case No. 3:17-cv-00223-RS<br><br>SECOND QUARTERLY APPLICATION FOR RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON AND REQUEST FOR DISBURSEMENT |

SECOND QUARTERLY APPLICATION FOR COMPENSATION FOR
RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON
AND REQUEST FOR DISBURSEMENT - 1

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

## I. INTRODUCTION

Baker Donelson, Immigration Counsel for Susan L. Uecker, the duly appointed Receiver for the Defendants and the Relief Defendants, hereby submits this Second Application for Compensation and Request for Disbursement ("Fee Application") and requests an order (a) approving its fees of $12,976.50; and (b) authorizing the disbursement of same. This request is supported by the Declaration of Robert C. Divine.

### A. Order Approving Appointment

Susan L. Uecker was appointed as Receiver by this Court by an order entered March 29, 2017. The Receiver retained Baker Donelson as immigration counsel by engagement letter signed by the Receiver on June 16, 2016. The retention of Baker Donelson was approved by the Court on April 7, 2017 pursuant to the Court's Order Granting Receiver's and Monitor's Motion for Order Authorizing Employment of Professionals.

### B. Summary of Compensation Requested for Approval

The fees and costs incurred by Baker Donelson and subject to this Fee Application are summarized as follows:

| Period: | Fees: | Costs: | Total: |
|---|---|---|---|
| July 1, 2017 through September 30, 2017 | $12,976.50 | $0 | $12,976.50 |

More details about the fees and costs incurred are included in the Declaration of Robert C. Divine and accompanying Exhibit A. Per the Court's Order Appointing Receiver and Monitor, fee applications may be subject to a 20% holdback. If this Fee Application is subject to a 20% holdback, $2,595.30 will be held back.

SECOND QUARTERLY APPLICATION FOR COMPENSATION FOR
RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON
AND REQUEST FOR DISBURSEMENT - 2

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN  37450

### C. Source of Payment of Fees and Costs

Compensation for Baker Donelson will come from receivership funds, which are believed sufficient to pay all pending fee applications.

### D. Summary of Compensation Previously Rewarded

Baker Donelson has separately billed Ms. Uecker for pre-receivership representation before February 2017. This is Baker Donelson's second fee application for its assistance provided to Ms. Uecker in her role as the Court-appointed Receiver. Its first fee application was granted pursuant to the Court's order dated October 3, 2017.

## II. WORK PERFORMED AND RESULTS ACHIEVED

As discussed more fully in the Declaration of Robert C. Divine, Baker Donelson assisted the Receiver with EB-5 immigration matters, including advising the Receiver on immigration issues and options for the Receiver concerning San Francisco Regional Center, related entities, and EB-5 investors. Baker Donelson pursued various strategies to obtain investors' information and immigration status.

## III. CONCLUSION

In view of the time expended, responsibilities assumed, issues presented, and results achieved, it is respectfully submitted that the reasonable value of such services performed by Baker Donelson as set forth above, are reasonable in the amounts requested.

SECOND QUARTERLY APPLICATION FOR COMPENSATION FOR
RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON
AND REQUEST FOR DISBURSEMENT - 3

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

DATED this 13th day of October 2017.

BAKER DONELSON

By: /s/ Robert C. Divine
Robert C. Divine, Bar No. 013211
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450
rdivine@bakerdonelson.com
Telephone: 423-752-4416
Facsimile: 423-752-9533
Immigration Counsel for Receiver,
Michael A. Grassmueck

SECOND QUARTERLY APPLICATION FOR COMPENSATION FOR
RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON
AND REQUEST FOR DISBURSEMENT - 4

**Baker Donelson**
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

THE HONORABLE RICHARD SEEBORG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants, and<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants | Case No. 3:17-cv-00223-RS<br><br>DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF SECOND QUARTERLY APPLICATION FOR COMPENSATION FOR RECEIVER'S IMMIGRATION COUNSEL BAKER DONELSON AND REQUEST FOR DISBURSEMENT |

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF
SECOND QUARTERLY APPLICATION FOR COMPENSATION
FOR RECEIVER'S IMMIGRATION COUNSEL BAKER
DONELSON AND REQUEST FOR DISBURSEMENT - 1

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

Robert C. Divine declares as follows:

1. I am a shareholder at the firm Baker Donelson and immigration counsel for Susan L. Uecker, the duly appointed Receiver. I have personal knowledge of the facts in this declaration and am competent to testify to them.

2. This declaration is prepared in support of Baker Donelson's second application for compensation and request for disbursement ("Fee Application"), for work performed on behalf of the Receiver from July 1, 2017 to September 30, 2017, and summarized as follows:

| Fees: | Costs: | Total: |
|---|---|---|
| $12,976.50 | $0 | $12,976.50 |

Per the Court's Order Appointing Receiver and Monitor, fee applications may be subject to a 20% holdback. If this Fee Application is subject to a 20% holdback, $2,595.30 will be held back.

3. Baker Donelson's billing information for the application period is attached as Exhibit A and provides the dates and descriptions of the services rendered, listing of each professional who worked on the matter, the hours they worked, their rates, and the total amount of their fees (see "Fee Recap" on page 7 of Exhibit A). All of the services rendered fall into one category--immigration. No expenses associated with long-distance phone calls or delivery services/messengers were incurred by Baker Donelson during the period of this Fee Application. We have endeavored to carefully follow billing instructions.

4. I worked with the Receiver, Receiver's legal team, and investor representatives, and I advised the Receiver on immigration issues and options for the Receiver concerning San Francisco Regional Center (the "Regional Center"), related entities, and EB-5 investors. Under

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF
SECOND QUARTERLY APPLICATION FOR COMPENSATION
FOR RECEIVER'S IMMIGRATION COUNSEL BAKER
DONELSON AND REQUEST FOR DISBURSEMENT - 2

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

my supervision, my associates, Kathleen Harrison and Melanie Walker, provided assistance. I believe that at all times the work performed by Baker Donelson professionals was reasonable and that we exercised reasonable billing judgment.

5. As noted above, legal services rendered by Baker Donelson fall into only one category--immigration--according to the primary nature of the tasks performed. In total, Baker Donelson performed/billed 27.90 hours of work totaling $12,976.50. Details about the work performed are set forth below and in Exhibit A.

   a) For the period of this Fee Application, Baker Donelson assisted the Receiver with EB-5 immigration matters, including advising the Receiver on options concerning the Regional Center, related entities, and EB-5 investors.

   b) A significant portion of the time reflected in this Fee Application was spent pursuing various strategies, including a Freedom of Information Act request, to obtain information about the investors sponsored by the Regional Center and their immigration statuses. Approximately 14.5 hours of work were performed/billed totaling $5,330.

   c) In addition, I worked extensively with the Receiver, other counsel, and investor representatives on options for maintaining CallSocket II, LP investors' immigration status. Approximately 5.6 hours of work were performed/billed totaling $3,276.

6. There was no time billed for this Fee Application to any category other than immigration.

7. All services for which compensation is sought were reasonable and necessary to and for representation of Ms. Uecker and were performed on behalf of Ms. Uecker and not on behalf of any other person(s). No agreements or understandings exist between the applicant and

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF
SECOND QUARTERLY APPLICATION FOR COMPENSATION
FOR RECEIVER'S IMMIGRATION COUNSEL BAKER
DONELSON AND REQUEST FOR DISBURSEMENT - 3

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

any person for the sharing of compensation received or to be received for services rendered in, or in connection with this case.

I certify under penalty of perjury that the foregoing is true and correct.

DATED, this 17th day of November, 2017.

*Robert C. Divine*

ROBERT C. DIVINE, Bar No. 013211

DECLARATION OF ROBERT C. DIVINE IN SUPPORT OF
SECOND QUARTERLY APPLICATION FOR COMPENSATION
FOR RECEIVER'S IMMIGRATION COUNSEL BAKER
DONELSON AND REQUEST FOR DISBURSEMENT - 4

Baker Donelson
1900 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450

# EXHIBIT A

009589.0024\4926065.1



**BAKER DONELSON**
BEARMAN, CALDWELL & BERKOWITZ, PC

**TAX NO. 62-1047356**

633 CHESTNUT STREET
SUITE 1900
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.2010
FAX: 423.756.3447

www.bakerdonelson.com

## SUMMARY

Susan L. Uecker
1613 Lyon Street, Suite A
San Francisco, CA 94115

October 9, 2017
Bill No.8412594
Client/Matter: 2937321.000001

RCD

**Client: Uecker, Susan L.**
**Matter: Callsocket Receivership**

| | |
|---|---:|
| Current Professional Services Rendered $ | 12,976.50 |
| Total Current Amount $ | 12,976.50 |
| Previously Billed and Outstanding $ | 6,870.33 |
| TOTAL AMOUNT DUE $ | 19,846.83 |

..............................................................................
ALABAMA · FLORIDA · GEORGIA · LOUISIANA · MARYLAND · MISSISSIPPI · SOUTH CAROLINA · TENNESSEE · TEXAS · VIRGINIA · WASHINGTON, D.C.

Exhibit A

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 2 of 7

## ITEMIZED FEES

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/05/17 | RCD | Request new link to download recovery plan from linked email; briefly review recovery plan filing; briefly review new documents from Lawler about SFRC regional center application and about projects | 585.00 | 0.60 | 351.00 |
| 07/06/17 | RCD | [NA3PL .2] Emails with James Yang and E. Dreyfuss about correction to fact about two Vietnamese investors in NA3PL (.2); confirm storage of files from Martin Lawler into extranet and share with client team (.1) | 585.00 | 0.30 | 175.50 |
| 07/09/17 | RCD | Review and prepare response to email of E. Dreyfuss about I-526 confirmation documents | 585.00 | 0.10 | 58.50 |
| 07/10/17 | RCD | Arrange download of files from Taylor & Patchen sent by E. Dreyfuss; emails with E. Dreyfuss about need for filing receipts for Yang's clients; review Yang case list and check online case status for representative samples and prepare detailed guidance to E. Dreyfuss about use of case list for filing dates | 585.00 | 0.60 | 351.00 |
| 07/13/17 | RCD | Emails with Cynthia Gray about her use of Yang's spreadsheet and whether the USCIS website or USCIS chart should be accurate for receipt dates, which govern escrow release | 585.00 | 0.20 | 117.00 |
| 07/17/17 | RCD | Review folders uploaded by Martin Lawler and instruct staff about downloading for records | 585.00 | 0.20 | 117.00 |
| 07/20/17 | KRH | Provide receiver with regional center ID number | 210.00 | 0.10 | 21.00 |
| 07/20/17 | RCD | Coordinate with S. Uecker and K. Harrison about RC ID number of SFRC | 585.00 | 0.10 | 58.50 |
| 07/21/17 | RCD | [CS III] Review and prepare response to email of E. Dreyfuss about response to inquiry of CallSocket III investor | 585.00 | 0.10 | 58.50 |

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 3 of 7

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/24/17 | RCD | Review and prepare response to email of S. Uecker re impact of regional center termination | 585.00 | 0.10 | 58.50 |
| 07/28/17 | RCD | Conference with Susan Uecker and Liz Dreyfuss at EB5 Investors Magazine conference in San Francisco; arrange conference with Dan Lundy (investor lawyer) at same conference | 585.00 | 1.00 | 585.00 |
| 08/02/17 | RCD | [CS III] Review email chain resulting in question from investor; prepare response to S. Uecker re same | 585.00 | 0.20 | 117.00 |
| 08/06/17 | RCD | [CS II] Review email and attachments from E. Dreyfuss and prepare detailed response to questions about how to treat CSII investors who do or don't agree to provide more capital to restore diverted funds | 585.00 | 0.70 | 409.50 |
| 08/07/17 | RCD | [CS II] Extensive conference with S. Uecker and E. Dreyfuss about options for investors seeking to maintain immigration status in light of either or both of diverted and commingled capital and failure to create jobs, with emphasis on those who have been admitted to USA as conditional residents (1.0); prepare detailed email to same re possible analytical approach to the issue (1.0) | 585.00 | 2.00 | 1,170.00 |
| 08/08/17 | RCD | [CS II]: Review email inquiry of E. Dreyfuss about options for offer to CSII investors to opt in with new investment or opt out and prepare detailed analysis about immigration implications for strategic options, including bridge loan, convertible debt (worrisome), etc. (1.2); follow up email with Dreyfuss about same (.1) | 585.00 | 1.30 | 760.50 |
| 08/09/17 | RCD | Conference with S. Uecker, E. Dreyfuss, and SEC representatives about SEC's preferences for dealing with investor interests, and requesting information from USCIS (1.0); notes and follow up (.2) | 585.00 | 1.20 | 702.00 |

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 4 of 7

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/10/17 | RCD | Review files and prepare inquiry to USCIS contacts about data on investor adjudications, admissions, etc.; follow up emails with Andrew Hefty of SEC; review new investor list from James Yang, share same with receiver and with SEC representatives; arrange to print in better format (1.0 for all preceding); review and prepare detailed further analysis in response to questions of E. Dreyfuss about options for handling redeployment for investors from NCEs, and follow up response (1.0) | 585.00 | 2.00 | 1,170.00 |
| 08/14/17 | RCD | Review Jay Peak receiver's posting about plans for redeployment of recovered funds for investors in abandoned projects and share implications with S. Uecker and E. Dreyfuss | 585.00 | 0.20 | 117.00 |
| 08/23/17 | RCD | [CS II] Review and respond to questions of E. Dreyfuss about CallSocket II LP further capitalization | 585.00 | 0.30 | 175.50 |
| 08/24/17 | RCD | [CS II] Conference with S. Uecker, E. Dreyfuss, Dan Lundy, and other investor counsel in SEC lawsuit about options, limitations, and strategies for facilitating investor additional investment | 585.00 | 1.00 | 585.00 |
| 08/26/17 | RCD | Review and prepare response to email of E. Dreyfuss about problems in obtaining case data from USCIS | 585.00 | 0.10 | 58.50 |
| 08/29/17 | MCW | Review FOIA requirements and documents in file; analysis with Kathleen Harrison regarding contents of request, supporting materials for expedite request, and action needed to follow up | 315.00 | 0.80 | 252.00 |
| 08/29/17 | KRH | Work on preparing documents for FOIA request (2.9); search for changes to FOIA/Privacy Act changes under current administration (.5) | 210.00 | 3.40 | 714.00 |

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 5 of 7

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/29/17 | RCD | Review SEC suggeston of FOIA request to get investor status information and prepare comments to client team about efficacy of same; instruct team about FOIA request to USCIS at SEC suggestion; review and prepare responses to emails of Andrew Hefty about prospects of a FOIA request for investor case data; coordinate with K. Harrison about FOIA effort; review and prepare response to email of investor Zhao declining representation, urging retention of other counsel | 585.00 | 0.70 | 409.50 |
| 08/30/17 | KRH | Research recent changes to procedure for FOIA/Privacy Act requests and email to Robert Divine regarding same | 210.00 | 0.40 | 84.00 |
| 08/30/17 | RCD | Coordinate with K. Harrison about FOIA effort; seek information from James Yang about scope of his charts | 585.00 | 0.40 | 234.00 |
| 09/01/17 | RCD | Go through various lists and prepare emails to each counsel for investors in the projects requesting documents from them to support status and process data for each investor to lead to admissible evidence of same (1.8); report to receiver and counsel (.2) | 585.00 | 2.00 | 1,170.00 |
| 09/05/17 | KRH | Analysis of FOIA request documents with Robert Divine (0.8); revise Receiver's cover letter for FOIA request and add finalized letter from Receiver for FOIA request to file (0.2); coordinate with Robert Divine on obtaining necessary investor from investors' counsel (0.4) | 210.00 | 1.40 | 294.00 |
| 09/05/17 | RCD | Work with K. Harrison on FOIA requests to USCIS per SEC request and S. Uecker direction (.3); review investor lists from Cyntha Gray (from USCIS/SEC) and share with K. Harrison; review various lists and prepare emails to counsels for groups of investors (copying receiver) and coordinate further efforts with K. Harrison (.4) | 585.00 | 0.70 | 409.50 |
| 09/06/17 | KRH | Work on FOIA request | 210.00 | 0.10 | 21.00 |

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 6 of 7

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/07/17 | MCW | Analysis with Kathleen Harrison and review of final FOIA submission | 315.00 | 0.20 | 63.00 |
| 09/07/17 | KRH | Finalize and submit FOIA request | 210.00 | 1.30 | 273.00 |
| 09/08/17 | KRH | Follow-up emails with James Yang requesting back-up documentation on investors' immigration statuses; email to Receiver and counsel regarding admissibility of investors' names and information; follow-up emails with Darren Silver representatives about investors' immigration statuses | 210.00 | 0.60 | 126.00 |
| 09/09/17 | KRH | Download and review investor information received from Darren Silver folks | 210.00 | 0.20 | 42.00 |
| 09/10/17 | KRH | Add back-up documentation received from Darren Silver folks to file; forward same to Receiver and Liz Dreyfuss | 210.00 | 0.20 | 42.00 |
| 09/12/17 | KRH | Follow-up email to Deborah Chew regarding investor information; emails with Chingfei Kong requesting investor information; add information received to file | 210.00 | 0.30 | 63.00 |
| 09/12/17 | RCD | Follow up about clients of Ms. Kong | 585.00 | 0.10 | 58.50 |
| 09/19/17 | KRH | Review letters received regarding FOIA response, add to file, and forward to receiver | 210.00 | 0.20 | 42.00 |
| 09/19/17 | RCD | Review USCIS refusal to expedite FOIA request; prepare email to S. Uecker re same and outlook for useful information | 585.00 | 0.10 | 58.50 |
| 09/26/17 | RCD | Emails with S. Uecker about I-924A filing obligations for regional center and implications for receivership | 585.00 | 0.20 | 117.00 |
| 09/27/17 | RCD | [NA3PL] Review and respond to requests from client team about Yang declaration (.3); review lists and prepare draft declaration for James Yang about case status for investors; send to Yang; follow up emails with E. Dreyfuss (1.2); prepare receiver-related questions to USCIS for upcoming stakeholder meeting; share same with S. Uecker (.4) | 585.00 | 1.90 | 1,111.50 |

Uecker, Susan L.  
Callsocket Receivership  
Client/Matter: 2937321.000001

October 9, 2017  
Bill No. 8412594  
Page 7 of 7

| DATE | TKPR | DESCRIPTION | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 09/28/17 | RCD | [NA3PL] Review comments from Susan Uecker about questions to USCIS; review and comment further on latest draft of James Yang for declaration about NA3PL, including brief research | 585.00 | 0.30 | 175.50 |
| | | TOTAL CURRENT FEES | | 27.90 | $ 12,976.50 |

## FEE RECAP

| INITIALS | NAME | BILLED RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| KRH | K R Harrison | 210.00 | 8.20 | 1,722.00 |
| MCW | M C Walker | 315.00 | 1.00 | 315.00 |
| RCD | R C Divine | 585.00 | 18.70 | 10,939.50 |
| | TOTAL CURRENT FEES | | 27.90 | $ 12,976.50 |

TOTAL CURRENT AMOUNT DUE   $   12,976.50

## PREVIOUSLY BILLED AND OUTSTANDING

| BILL NUMBER | BILL DATE | BALANCE |
|---|---|---|
| 8362926 | July 11, 2017 | 6,051.33 |
| 8362927 | July 11, 2017 | 819.00 |
| | TOTAL PREVIOUSLY BILLED AND OUTSTANDING | $ 6,870.33 |
| | TOTAL AMOUNT DUE | $ 19,846.83 |



**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

TAX NO. 62-1047356

633 CHESTNUT STREET
SUITE 1900
CHATTANOOGA, TENNESSEE 37450
PHONE: 423.756.2010
FAX: 423.756.3447

www.bakerdonelson.com

## REMITTANCE

Susan L. Uecker
1613 Lyon Street, Suite A
San Francisco, CA 94115

October 9, 2017
Bill No. 8412594
Client/Matter: 2937321.000001

RCD

**Client: Uecker, Susan L.**
**Matter: Callsocket Receivership**

| | | |
|---|---|---:|
| Current Professional Services Rendered | $ | 12,976.50 |
| Total Current Amount | $ | 12,976.50 |
| Previously Billed and Outstanding | $ | 6,870.33 |
| TOTAL AMOUNT DUE | $ | 19,846.83 |

**TO MAKE A PAYMENT WITH A CREDIT CARD PLEASE VISIT**
**WWW.BAKERDONELSON.COM/PAYMENT**

Exhibit A