AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____ Northern _____ District of _____ California _____

Securities and Exchange Commission
      Plaintiff (s),
V.
San Francisco Regional Center, LLC
      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-00223-RS

Notice is hereby given that, subject to approval by the court, __Thomas Henderson__ substitutes
                 (Party (s) Name)

__Joseph Farris__, State Bar No. __263405__ as counsel of record in
(Name of New Attorney)

place of __Marjory Gentry__.
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Arnold & Porter Kaye Scholer LLP
 Address:   Three Embarcadero Center, 10th Floor
 Telephone:  (415) 471-3100  Facsimile (415) 471-3400
 E-Mail (Optional):

I consent to the above substitution.
Date: 12/1/17
                (Signature of Party (s))

I consent to being substituted.
Date: 12/1/17
                (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12/1/17
                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]