# UNITED STATES DISTRICT COURT

Northern District of California

Securities and Exchange Commission
    Plaintiff(s),
V.
San Francisco Regional Center, LLC
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:17-cv-00223-RS

Notice is hereby given that, subject to approval by the court, __Thomas Henderson__ substitutes
(Party(s) Name)

__Joseph Farris__, State Bar No. __263405__ as counsel of record in
(Name of New Attorney)

place of __Marjory Gentry__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Arnold & Porter Kaye Scholer LLP
Address: Three Embarcadero Center, 10th Floor
Telephone: (415) 471-3100   Facsimile (415) 471-3400
E-Mail (Optional):

I consent to the above substitution.
Date: 12/1/17
(Signature of Party(s))

I consent to being substituted.
Date: 12/1/17
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12/1/17
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/4/17
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]