**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CHIEF MAGISTRATE JUDGE JOSEPH C. SPERO**

## CIVIL MINUTES

**Case No.**: 17-cv-00223-RS (JCS)

**Case Name:** Securities And Exchange Commission v. San Francisco Regional Center LLC

**Date:** December 21, 2017        **Time:** 2 H 30 M

**Deputy Clerk:** Karen Hom        **Court Reporter:** 1:30-1:35

**Attorney for Plaintiff:** Andrew Hefty, Susan LaMarca, Thomas Eme, Ellen Chen
**Attorney for Defendant:** Gil Serrota, Joseph Farris for Dft Henderson; Elizabeth Berke-Dreyfuss for Susan Uecker, Receiver

## PROCEEDINGS

( )   Settlement Conference

  ( ) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( X )   Further Settlement Conference - Held

  (X) Case Settled      ( ) Case Did Not Settle      ( ) Partial Settlement

( )   Telephonic Scheduling Conference to set Settlement Conference

( )   Further Telephonic Settlement Conference

( )   Discovery Conference – Lead Trial Counsel Meet and Confer

( )   Status Conference

( )   Other

**Notes:** Agreement reached in principle. Parties to draft Consent Decree. Telephone conference set for 2/1/18 at 9:00 AM. Conference call information was provided to the parties.

**cc:**

*Telephonic Appearance