UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SAN FRANCISCO REGIONAL CENTER LLC, et al.,

Defendants.

Case No. 17-cv-00223-RS

ORDER GRANTING MOTION RE REPURCHASE OF INTEREST IN COMPREHENSIVE CARE OF CALIFORNIA, LLC,

Pursuant to Civil Local Rule 7-1(b), the Receiver's motion seeking an order (l) authorizing her to exercise an option to repurchase the interest of San Francisco Regional, LLC ("SFRC") in Comprehensive Care of California, LLC ("CCOC"); and (2) directing that repurchase funds be held in an escrow account, is suitable for disposition without oral argument and the hearing set for January 26, 2018 is vacated. A hearing on the Receiver's motion related to North America 3PL, LLC and Berkeley Healthcare Dynamics, LLC remains on calendar for that date.

Good cause appearing, the present motion is granted. "Interested party" Shirley Ma expressly does not oppose the Receiver's request to exercise San Francisco Regional Center's right to repurchase an interest in CCOC. Ma requests than in lieu of a deposit of the repurchase funds into escrow, payment instead be made directly to her. The Receiver has shown, however, sufficient questions remain unresolved regarding the ultimate rights to the funds such that payment to Ma at this juncture is not appropriate, and Ma has not shown undue prejudice will result from maintaining the status quo in such a manner. The funds shall be held in escrow.

**IT IS SO ORDERED**.

Dated: January 23, 2018

_____
RICHARD SEEBORG
United States District Judge