1 | Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
2 | 1111 Broadway, 24th Floor
Oakland, California 94607-4036
3 | Telephone: (510) 834-6600
Fax: (510) 834-1928
4 | Email: edreyfuss@wendel.com

5 | Attorneys for Susan L. Uecker, Receiver

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE
COMMISSION, | Case No. 3:17-CV-00223-RS

13 | Plaintiff,

14 | vs.

15 | SAN FRANCISCO REGIONAL CENTER, LLC; | **ORDER GRANTING MOTION**
THOMAS M. HENDERSON; CALIFORNIA | **APPROVING SALE OF JL GATEWAY,**
16 | GOLD MEDAL, L.P.; CALLSOCKET, L.P.; | **LLC REAL PROPERTY AND**
CALLSOCKET II, L.P.; CALLSOCKET III, | **APPROVING OVERBIDDING**
17 | L.P.; COMPREHENSIVE CARE OF | **PROCEDURES AND AUCTION**
OAKLAND, L.P.; NA3PL, L.P.; WEST
18 | OAKLAND PLAZA, L.P.; CALLSOCKET,
LLC; CALLSOCKET II, LLC; CALLSOCKET
19 | III, LLC; COMPREHENSIVE CARE OF
CALIFORNIA, LLC; IMMEDIA, LLC; and
20 | NORTH AMERICA 3PL, LLC,

21 | Defendants,

22 | -and-

23 | CALLSOCKET HOLDING COMPANY, LLC;
CALLSOCKET III HOLDING COMPANY,
24 | LLC; BERKELEY HEALTHCARE
DYNAMICS, LLC; CENTRAL CALIFORNIA
25 | FARMS, LLC; and JL GATEWAY, LLC,

26 | Relief Defendants.

27

28

ORDER GRANTING MOTION FOR ORDER
APPROVING SALE | 3:17-CV-00223-RS

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1    The Motion for Order (1) Approving Sale of JL Gateway, LLC Real Property and (2)

2   Approving Overbidding and Auction Procedures for Sale, filed by Susan L. Uecker, Receiver for

3   Relief Defendant JL Gateway, LLC, and all entity Defendants and Relief Defendants, was granted

4   pursuant to this Court's Order Granting Motion Re Sale of Certain Real Property Owned By JL

5   Gateway, LLC, filed herein on February 26, 2018 (Dkt. No. 345).  Based upon the Court's Order,

6   and for good cause shown:

7        IT IS HEREBY ORDERED that:

8        1.    Pursuant to the terms of the Standard Offer, Agreement and Escrow Instructions for

9   Purchase of Real Estate (Non-Residential), dated November 17, 2017 (as amended, by Addendum

10   Two through Five. the collectively "Agreement"), the Receiver is authorized to proceed with the

11   Agreement with **RTV Capital, LLC and Kevin J. Louie and Brenda Wei-Lan Tsiang, as**

12   **Trustees of the of the Louie-Tsiang Trust UTA December 8, 2007, or their permitted assigns,**

13   **WoodRock Gateway Center, LLC** (as applicable, the "Buyer"), concerning the real property

14   commonly known as the 800-900 Market Street, Oakland, California and as more fully described

15   in the Agreement ("Property").

16        2.    The Receiver is hereby authorized to sell the Property to the Buyer for the sum of

17   $9,475,000, subject to the terms and conditions set forth in the Agreement.

18        3.    The sales price for the Property is fair and reasonable and represents fair market

19   value.

20        4.    The Buyer is purchasing the Property on an "as is, where is" basis, without any

21   representations or warranties whatsoever by anyone, including, without limitations, by the

22   Receiver, the Receiver's agents and/or attorneys, including, without limitation, any representations

23   or warranties as to physical condition of the Property.

24        5.    The Receiver is authorized to pay all costs payable by Seller under and in

25   connection with the sale of the Property pursuant to the Agreement, including, but not limited to,

26   amounts necessary to pay off any existing promissory notes or other debts secured by a deed of

27   trust or other security instrument against the Property, escrow fees, title insurance premiums,

28   transfer taxes, prorated real property taxes, brokerage commission, and any other associated costs.

6.      The Receiver shall hold all net proceeds received from the sale of the Property pending further order of the Court.

7.      The Receiver is authorized to take all actions to execute any documents necessary to carry out and effectuate the sale of the Property including, but not limited to, the Agreement and conveyance documents consistent with selling and conveying title to the Property, without further order of the Court.  The Receiver shall execute all documents necessary to carry out and effectuate the sale of the Property as Susan L. Uecker, in her sole capacity as the Court Appointed Receiver.

8.      By closing escrow and taking title to of the Property, the Buyer has no recourse against anyone, including, without limitation, the Receiver (or her agents) for any claim or cause of action relating to the Property, including, but not limited to, title-related claims, construction defect claims, claims regarding the condition of the Property, claims regarding permitted use or development of the Property, or claims regarding the terms of sale.

9.      The Agreement represents an arms-length transaction, and the Receiver and the Buyer acted in good faith in connection with the negotiation, execution, delivery and execution of the sale of the Property.

10.     Any licensed title insurer may rely on this Court Order as authorizing the Receiver to transfer legal title to the Property.

11.     A certified copy of this Order may be recorded concurrently with the Receiver's Deed or at any time before the close of Escrow of the Property, provided however that failure to record this Order will not affect the enforceability of this Order or , the validity of the Deed, or the transfer of title of the Property to the Buyer.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

ORDER GRANTING MOTION FOR ORDER APPROVING SALE

3

3:17-CV-00223-RS

12.     This Court retains jurisdiction over any dispute that may arise involving the Receiver with respect to the sale of the Property authorized by this Order.

**IT IS SO ORDERED.**

DATED:  3/6/18

RICHARD SEEBORG
United States District Judge

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036