Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**RECEIVER'S FIRST QUARTER 2018 REPORT (January 1, 2018- March 31, 2018)** |

## I. CASE BACKGROUND

This matter was initially brought before the Court pursuant to a Complaint filed on January 17, 2017, by the Securities and Exchange Commission (the "SEC"), alleging that the named Defendants had exploited a federal EB-5 visa program by defrauding investors seeking to invest in the job creation program, earn a return on their investments and obtain a permanent U.S. visa as a way toward United States residency. (Docket No. 1)

On January 20, 2017, the SEC filed a motion seeking an order appointing a receiver over the entity Defendants and Relief Defendants. (Docket No. 10)

On March 23, 2017, the Court entered the Order Granting Motion for Preliminary Injunction and to Appoint a Receiver, pursuant to which the Court, among other things, appointed Susan L. Uecker as a receiver over the Receivership Entities and monitor over the Monitor Entities (Docket No. 96). Pursuant to the terms of the Order Granting Motion for Preliminary Injunction and Motion to Appoint a Receiver, on March 29, 2017, the Court entered the Order Appointing Receiver and Monitor ("Appointment Order"). (Docket No. 100). On June 5, 2017, the Court entered the Order Extending Scope of Receivership. (Docket No. 171).

The Receiver's Quarterly Reports for First Quarter 2017, Second Quarter 2017, Third Quarter and Fourth Quarter 2017 were timely filed. (Docket No. 126, Docket No. 200, Docket No. 248, and Docket No. 328).

The Receiver engaged and the Court approved the retention of professionals. (Docket No. 103) All professionals filed their First and Second Applications for interim fees and costs which were approved and orders entered on October 3, 2017 and December 18, 2017 respectively. (Docket No. 234 and No. 284-288).[1]

---

[1] All professionals and Receiver's Third Applications were recently approved by the Court and an Order entered on April 9, 2018 (Docket No. 369), and will be more fully reported in the Receiver's Second Quarter Report.

## II. ACTIVITIES DURING FIRST QUARTER 2018

### A. Turnover Requests for Information and Compliance

The Receiver continues to request and receive turnover of documents from banks, individuals and other entities regarding requested case related information.

### B. Funds to Pay Property Expenses for California Gold Medal, LLC and Central California Farms, LLC

The Receiver required funding and requested to use receivership estate funds to continue paying property expenses for the Tipton property for the months of February and March 2018. The Receiver's 9th Administrative Motion for Order Authorizing Receiver to Use Funds from the Receivership estate was filed and the Order Granting Receiver's 9th Administrative Motion was granted. (Docket No. 334). The receivership will not be paying any property expenses including security after March 31, 2018 and accounts will be closed.

### C. Receivership Forensic Work

The Receiver had previously filed a Third Administrative Motion for Order Authorizing Receiver to Expend Funds for Forensic Accounting which was granted. (Docket No. 198). The Order expanded the scope of the Bachecki Crom & Co. LLP, CPA engagement. During the first quarter of 2018 the Receiver reviewed preliminary forensic reports for the following entities: Comprehensive Care of Oakland, LP, California Gold Medal, LP, and West Oakland Plaza, LP. The San Francisco Regional Center, LLC forensic report is pending.

### D. Receiver's Standardized Fund Accounting Report (SFAR)

The Standardized Fund Accounting Report (SFAR) for Consolidated SEC vs SFRC Receivership Entities for Reporting Periods: July 1, 2017 to September 30, 2017 was filed on October 17, 2017 and October 1, 2017 – December 31, 2017 was filed on January 30, 2018. (Docket No. 246 and Docket No. 329). The First Quarter 2018 SFAR covering January 1, 2018 – March 31, 2018 will be filed in April 2018.

E.  **Receiver's Motion to 1) Sell Personal Property; 2) Approve Agreement with Mid-Valley Services, Inc.; and 3) Authorize Retention of Broker and Listing of Property for Sale**

As reported in the Receiver's Second Quarter Report 2017, the Receiver filed the Receiver's Motion for Order 1) Authorizing Sale of Personal Property of Central California Farms, LLC; 2) Approving Agreement with Mid-Valley Financial Services, Inc; and 3) Authorizing Retention of Broker and Listing of JL Gateway, LLC Property for Sale. (Docket 205). The Order Granting Certain Pending Motions approved the sale of the personal property at 417 and 615 Burnett Road, Tipton, California ("Tipton Property")and retention of broker and listing of the JL Gateway property. (Docket No. 234).

1.  **Central California Farms, LLC**

As reported above, the Receiver filed her motion for authority to sell the remaining personal property equipment and approve an agreement with the lender, Mid-Valley Financial Services, Inc., to accept a deed in lieu of foreclosure for the real property located in Tipton, California . The equipment has been sold, however the approval of the deed in lieu of foreclosure for the Tipton Property was taken off calendar because the lender and guarantor were negotiating the terms of a separate transaction. During the First Quarter, the Receiver was advised that negotiations had ceased; however the lender and Receiver are back to discussing the terms of a deed in lieu agreement.

2.  **JL Gateway, LLC/West Oakland Plaza LLC**

As reported in the Third Quarter Report 2017, the Receiver retained a broker and the property, 800- 900 Market Street, Oakland, California ("Market Street Property") was marketed, and a Purchase and Sale Agreement was executed on November 17, 2017.  During the fourth quarter of 2017, the buyer's due diligence had been proceeding and all contingencies were removed on January 5, 2018.  The Order Granting Motion re Sale of Certain Real Property Owned by JL Gateway, LLC was entered on February 26, 2018 (Docket No. 345). The Sale Order was entered on March 6, 2018 (Docket No. 361). The sale is set to close on May 8, 2018, in the next quarter.

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

009589.0024\5081488.1

RECEIVER'S FIRST QUARTER REPORT (January 1, 2018- March 31, 2018)

4

3:17-CV-00223-RS

### F. Notice of Intent to Deny

The USCIS has issued a Notice of Intent to Deny (NOID) (I-526) to some of the EB-5 petitioners/investors for reasons stated in the notice. A copy was sent to the Receiver filed with the Court on February 7, 2018. (Docket No. 335). The Receiver has no information available that would be useful in refuting the NOIDs.

### G. Relief from Stay of State Court Litigation

The Receiver's 8th Administrative Motion for Order Granting Relief from Stay of State Court Litigation was filed and the Order Granting Receiver's 8th Administrative Motion was entered. (Docket No. 334). The Receiver requested relief in order to seek release and exoneration of the receivership bonds in the two state court actions, *Young v. Henderson et al,* Case No. RG15778891 ("*Young* Action"), and *Thorofare Asset Based Lending Fund III, L.P. v. JL Gateway, LLC,* Case No. RG17847232 (*"JL Gateway* Action") pending before the Superior Court of the State of California, County of Alameda (collectively, the "State Court Actions").

### H. Tax Review

The Receiver is working with the Bachecki Crom & Co., LLP, the CPA firm to obtain and compile the 2017 information in order to complete tax returns for all of the receivership estate entities.

### I. Closing of NA3PL, LLC and Retaining Broker for Listing and Sale of Berkeley Healthcare Dynamics, LLC Property

In the Fourth Quarter 2017, The Receiver filed a motion on December 15, 2017 (Docket No. 281) to wind-down and close Defendant North America 3PL, LLC ("NA3PL"), one of the EB-5 job creating entities. In the First Quarter 2018, on February 9, 2018 the Court entered an Order Granting Motion for Authorization to Close North America 3PL, LLC. (Docket No. 336).

By that same motion, the Receiver also sought to retain a broker and list for sale the 20th Street Warehouse, owned by Relief Defendant, Berkeley Healthcare Dynamics, LLC. On February 9, 2018, the Court entered an Order Denying Without Prejudice Motion to Retaining Broker and For Listing and Sale of Warehouse. The order indicated that "there may still be some dispute between the intervenors . . . and the Receiver and/or the SEC. . . as to how much money flowed

into BHD from other projects and SFRC. The parties were directed to meet and confer to determine if a consensus can be reached . . . .[¶] In the event no consensus can be reached on the figures, and/or if the Receiver offers other legitimate reasons for why the intervenors' proposal is unacceptable, . . . [the Receiver] may renew her motion for authority to list and sell the warehouse on the open market. The Receiver may also renew her motion if she and/or the SEC can demonstrate that it would be legal and appropriate to apply funds from the sale of the warehouse to unrelated losses suffered in connection with other EB-5 projects, despite full repayment of all funds paid into BHD and the Warehouse from those projects or other defendants. No motion shall be filed within the next 45 days, to ensure that there is sufficient time for the parties to meet and confer and for intervenors to crystalize their proposal." (February 9, 2018 Order, p. 3:8-6, Docket No. 336). A meet and confer session was held on March 5, 2018. The parties continue to negotiate.

**J.     Motion Authorizing Receiver to Exercise Option to Repurchase Interest in Comprehensive Care of California, LLC and Directing that Repurchase Funds be held in Escrow Account.**

During the Fourth Quarter 2017, on December 21, 2017, the Receiver filed a Motion for Order (1) Authorizing Receiver to Exercise Option to Repurchase Interest in Comprehensive Care of California, LLC, and (2) Directing that Repurchase Funds be held in Escrow in order to protect any ownership interests SFRC may have in Comprehensive Care of California, LLC. (Docket 290). The Receiver requested approval to exercise the repurchase option before it expired. The Receiver needed to reserve the Receiver's right to challenge the validity of the Assignment transaction while preserving the Receiver's right to repurchase SFRC's ownership interest if the transaction and contract are determined to be valid and not part of Defendants' fraudulent scheme. Additionally the Receiver sought an order directing that any sums owed as part of a timely exercise of the repurchase option be held in an escrow account until the validity of the assignment transaction can be determined. The hearing on the motion was scheduled to be heard on January 26, 2018, and was granted by order entered on January 23, 2018 (Docket No. 319). The Receiver has established a separate bank account with $1,100,000 titled in the name of Shirley Ma/Comprehensive Care of California escrow.

K.  **Motion Regarding Wendel Rosen's Disclosure of New Connection to Interested Parties and Motion for Order Approving Use of Ethical Wall and Authorizing Counsel's Continued Employment**

The Motion was filed on March 26, 2018 (Docket No. 365) and the hearing is scheduled for May 10, 2018.

L.  **Motion Regarding Central Escrow Turnover**

The Receiver and her counsel are working on a Motion regarding the funds turned over to the Receiver from Central Escrow and being held in reserve. The funds are from some limited partners in CallSocket, LP, NA3PL, LP and California Gold Medal, LP in the total amount of $16,854,345.

### III.  ASSET REVIEW

A.  **Cash**

The Standardized Fund Accounting Report includes the Consolidated report on a cash basis for the Receivership Entities. Attached to the consolidated report are the individual entity Reports with balance sheet and income statement. The individual reports are as follows:

1. CallSocket, LP
2. CallSocket II, LP
3. JL Gateway, LLC
4. California Gold Medal, LP
5. Berkeley Healthcare Dynamics
6. Comprehensive Care of Oakland, LP
7. San Francisco Regional Center, LLC
8. North America 3PL

The current cash at March 31, 2018 is $46,386,025.73 of which $16,854,345 is held in reserve from Central Escrow Funds and $1,100,000 in reserve for Shirley Ma/Comprehensive Care of California LLC escrow.

B.  **Real Estate**

There are two remaining real estate assets held by the estate as follows:

(a) Relief Defendant, Central California Farms, LLC holds title to a former dairy processing plant located at 615 N Burnett Road in Tipton, CA. The property has been valued at $1.1 million by Newark Grubb Knight & Frank. The title report shows a loan of approximately $1.5 million and delinquent taxes of approximately $160,000. There appears to be no equity in this property and the Receiver is again working to have the lender accept a deed in lieu of foreclosure.

2. Relief Defendant Berkeley Healthcare Dynamics, LLC holds title to the warehouse property located at 1700 20th Street in Oakland, CA. As reported above, the Receiver had filed a motion to retain a broker and sell the property. The hearing on that motion was held January 26, 2018, and the Order entered on February 9, 2018 (Docket No 336). Pursuant to the Order, the parties held a meet and confer session and continue to negotiate.

**C. Businesses**

The operating businesses are as follows:

1. North America 3PL, LLC – As reported above, the Receiver filed a motion to close the business after the revocation and termination of the CES Agreements by the Port of San Francisco/Oakland and Customs and Border Protection. The Order was entered on February 9, 2018. (Docket No. 336). Since entry of the Order an orderly wind down began at the warehouse. The required notice was given to the one remaining customer and staff was reduced. The wind down should be complete by the end of April 2018.

2. Comprehensive Care of Oakland LP/ Comprehensive Care of California, LLC– The Receiver engaged consultants and received a valuation report on the business and the real estate. However upon receipt of the year end 2017 financial information from the Receiver's CPA firm, it was determined that several cost adjustments that are necessary may affect the valuation. The information was sent on to the valuation consultant for review and any necessary revisions. The Receiver is responding to requests for additional information from the consultant.

3. San Francisco Regional Center, LLC and Other Affiliated Interests - This Is There Restaurant Group, LLC is a restaurant (Tribune Tavern) located in the Tribune Tower of

which SFRC owns a 75% interest. The other members had proposed a buy-out however due to non-payment of taxes, the business has no value. The Receiver negotiated a lease termination and release of claims with the landlord, which was approved by order of the Court entered on January 19, 2018 (Docket No. 313). The Receiver obtained court authority to sell the liquor license and is working with a consultant to market and sell the liquor license. (Docket No. 313) An offer was received and countered. A sale is pending and requires receipt of taxing authority payoff requests to escrow.

## IV.   INVESTOR UPDATE

The Receiver has responded to investor inquiries and has established a website at SFRC-EB5.com. The website has the court filings and reports available to the investors and is updated as information becomes available.

## V.   ASSET RECOVERY

The Receiver is investigating and reviewing numerous causes of action and claims against third parties and when appropriate, will seek Court authority to pursue those claims pursuant to Paragraphs 39 and 40 of the Order Appointing Receiver and Monitor. The Receiver continues to investigate claims against Aileen Yen and Leeds Disston and will be seeking Court approval to bring those claims at the appropriate time.

## VI.   ACCRUED PROFESSIONAL FEES

The accrued professional fees and costs at 100% for the period covering January 1, 2018 - March 31, 2018 are as follows:

| | |
|---|---|
| Uecker & Associates | $135,649.26 |
| Wendel Rosen Black & Dean | $267,713.01 |
| Bachecki, Crom and Co | $298,418.06 |
| Akawie & LaPietra | $ 3,578.50 |
| Baker, Donelson | $ 4,415.20 |

The fee applications have been completed and will be submitted to the SEC. They will be filed with the Court in May 2018.

DATED: April 18, 2018

By: _/s/ Susan L. Uecker_
Susan L. Uecker, Receiver