UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-00223-RS<br><br>**FURTHER CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on May 10, 2018.  After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, the case management schedule for this case is modified as follows:

    1.    AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be August 30, 2018.  After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

    2.    DISCOVERY.

On or before September 28, 2018 all non-expert discovery shall be completed by the parties.

    3.    EXPERT WITNESSES.

The disclosure and discovery of expert witnesses shall proceed as follows:

      a. On or before November 30, 2018, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

      b. On or before January 29, 2019, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. All pretrial motions shall be heard no later than December 13, 2018. The Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

5. PRETRIAL CONFERENCE.

The final pretrial conference will be held on **March 6, 2019 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE.

A jury trial shall commence on **March 18, 2019 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED**.

Dated: May 10, 2018

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER
CASE NO. 17-cv-00223-RS