# Exhibit 8

EASTWEST BANK

Business Signature Card Date 09/19/14

# BUSINESS ACCOUNT SIGNATURE CARD

| ACCOUNT TITLE and BUSINESS ADDRESS | ACCOUNT VESTING (BUSINESS TYPE) | TAX ID NUMBER |
|---|---|---|
| Berkeley Healthcare Dynamics, LLC.<br>409 13th St 8th Fl<br>Oakland CA 94612 | Limited Liability Company | 90-0905118 |

MAILING ADDRESS

409 13th St 8th Fl
Oakland CA 94612

## AGREEMENT

**By signing below**, I/we: (1) confirm that we have received and agree that the accounts and account services of the business named above ("Company") will be governed by the terms of the Bank's Deposit Agreement, Annual Percentage Yield and Account Terms Disclosure, and fee schedules; (2) acknowledge that the Deposit Agreement includes a provision for dispute resolution; (3) authorize the Bank to check our credit history from time to time; and (4) authorize the Bank to act on the oral, written or electronic instruction of any Authorized Signer listed below.

**TAX CERTIFICATION - By signing below,** I also certify under penalty of perjury that (1) the Taxpayer Identification Number set forth on this form is the correct TIN of the Company; and (2) the Company is not subject to backup withholding because: it is exempt from backup withholding; it has not been notified by the IRS that it is subject to backup withholding as a result of a failure to report all interest and dividends; or the IRS has notified it that it is no longer subject to backup withholding; (3) Company is a U.S. person (including a U.S. resident alien), and (4) the FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.
*Instruction*: You must cross out (2) if it is not correct. If the Company is a foreign company, check this box [ ] and do not complete this certification. Ask us, instead, for an appropriate IRS W-8 form. Indicate Exempt Payee Code (if any) [ ]

**The Internal Revenue Service does not require your consent to any provisions of this document other than the Tax Certifications required to avoid backup withholding.**

## AUTHORIZED SIGNERS

| Printed Name / Title | ID Type / ID Number | Signature | Funds Transfer Access |
|---|---|---|---|
| Thomas M Henderson<br>LLC - Manager | Driver's License | Thomas M Henderson [signature] | ☒ |
| Clement Ming Chin<br>LLC - Manager | Driver's License | Clement Ming Chin [signature] | ☒ |
| Kevin Yoshimi Shimamoto<br>LLC - Manager | Driver's License | Kevin Yoshimi Shimamoto [signature] | ☒ |
| | | XXXXXXXXXXXXXXXXXXXXX | ☐ |
| | | XXXXXXXXXXXXXXXXXXXXX | ☐ |
| | | XXXXXXXXXXXXXXXXXXXXX | ☐ |

Number of authorized signers required to act together to make withdrawals or transfers: [ 1 ]
*[**Note:** This information is for your own purposes. We may permit any authorized signer to act alone. See Deposit Agreement for details.]*

## RESOLUTION

**RESOLVED:** ☐ The President, any Vice President, the Secretary, Treasurer of the Company and/or ☒ LLC - Manager each is authorized to enter into deposit account, funds transfer, investment, and treasury management agreements with East West Bank, and to designate from time to time who is authorized to withdraw funds, initiate payment orders, execute service agreements, and otherwise give instructions on behalf of this Company with respect to its deposit accounts. This authorization is in addition to any other authorizations in effect and will remain in force until the Bank receives written notice of its revocation at the address(es) and in the manner designated by it.

**FICATION** – I/We certify that: (1) If the Company named above is a corporation, at least one of us is its Secretary or Assistant Secretary; if it is a partnership, we constitute all of its general partners or managing partners; or if it is a limited liability company, I am its Secretary or I/we are Member(s) and/or its only manager(s). (2) The foregoing resolution is a true copy of a resolution duly adopted by the Company's governing body and remains valid and effective. (3) The signatures and titles of the person(s) signing above as Authorized Signers are the genuine signatures and titles of those persons. (4) The person(s) listed as Authorized Signer(s) on this form are authorized to withdraw funds, initiate payment orders (if checked above), and otherwise give instructions on behalf of the Company with respect to its deposit accounts and services including to add or delete accounts to this signature card. No other person's signature or authorization is required to bind the Company with respect to the agreements or transactions mentioned in the resolution.

| Printed Name/Title (President, Secretary, Partner, Member, etc.) | Signature | Date |
|---|---|---|
| Thomas M Henderson.LLC Manager | [signature] | 09/19/14 |
| Clement Ming Chin/LLC Manager | [signature] | 09/19/14 |

Business Signature Card 081514

[ Card 1 of 1 ]



Berkeley Healthcare Dynamics, LLC.

## BUSINESS ACCOUNT SIGNATURE CARD (Continued)

**FUNDS TRANSFER DESIGNATION AND AUTHORIZATION**

East West Bank may honor fund transfer requests for the accounts and from the Authorized Signers designated on this form by the methods provided in the Bank's Deposit Agreement and by email. Please refer to the funds transfer provisions of your Deposit Agreement for information regarding the terms of the service.

☒ When the Bank confirms wire instructions through a call-back procedure, it generally calls an Authorized Signer other than the person who initiated the wire. If you check this box, you confirm that we may also call the Authorized Signer who initiated the wire to confirm the transaction.

**Wire Transfer Limits**

$ 500,000
Max. Dollar Limit
Single wire

**ACCOUNTS OPENED**

| | Account Subtitle (e.g. "Payroll Account") | Account Number | Product Code | Opened Date | Opened By | Reviewed By | Acct Officer Code |
|---|---|---|---|---|---|---|---|
| 1 | | | 178 | 09-19-14 | Nicole Hong | [signature] | 08116 |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |

BANK USE ONLY

☐ Superseding Card: ____________ By: ____________ Reason: ☐ Add Signer ☐ Other: ____________
Date Employee Printed Name

EASTWEST BANK

Berkeley Healthcare Dyna

## ACCOUNT OPENING INFORMATION



Prepared by: Nicole Hong    Contact: 510-451-5600    Date: 09/19/2014

**Authorized Signer 1** CIS Number: 317515

| Field | Value |
|---|---|
| Printed Name | Thomas M Henderson |
| Home Address (Street, City, State, Zip – Country if Non U.S.) | 420 3Rd St, Oakland CA 94607-3809 |
| Home Phone (Primary) | (510) 893-8822 |
| Work Phone (Secondary) | (510) 847-3518 |
| Tax ID Number | |
| Birthdate | 11/22/48 |
| Mother's Maiden Name | Pacewicz |
| Primary ID Type | Driver's License |
| ID Number | |
| ID Issuing Entity (U.S. State or Country) | CA = CALIFORNIA |
| ID Issue Date | 10/06/09 |
| ID Expiration Date | 11/22/14 |
| E-Mail Address | tom@sfeb5.com |
| Occupation | Admin/managerial |
| Specific Job Title | CEO/Investment |
| Birthplace (U.S. City or Country) | State = Ca |
| Bank Use Only – Account Relationship | LLC Manager - 112 |
| Cust-to-Acct Code | 112 |
| OLB | |

**Authorized Signer 2** CIS Number: 2060372

| Field | Value |
|---|---|
| Printed Name | Clement Ming Chin |
| Home Address (Street, City, State, Zip – Country if Non U.S.) | 26 Cotella St, Alameda CA 94502 |
| Home Phone (Primary) | (510) 523-5464 |
| Work Phone (Secondary) | (510) 501-1055 |
| Tax ID Number | |
| Birthdate | 12/25/56 |
| Mother's Maiden Name | Chung |
| Primary ID Type | Driver's License |
| ID Number | |
| ID Issuing Entity (U.S. State or Country) | CA = CALIFORNIA |
| ID Issue Date | 10/28/10 |
| ID Expiration Date | 12/25/15 |
| E-Mail Address | clementchin@sfeb5.com |
| Occupation | Admin/managerial |
| Specific Job Title | Partner/Sfrc |
| Birthplace (U.S. City or Country) | State = Ca |
| Bank Use Only – Account Relationship | LLC Manager - 112 |
| Cust-to-Acct Code | 112 |
| OLB | |



**Authorized Signer 3** CIS Number: 2065972

| Field | Value |
|---|---|
| Printed Name | Kevin Yoshimi Shimamoto |
| Home Address (Street, City, State, Zip – Country if Non U.S.) | 169 Bacigalupi Dr, Los Gatos CA 95032 |
| Home Phone (Primary) | (408) 356-2317 |
| Work Phone (Secondary) | (510) 715-4603 |
| Tax ID Number | |
| Birthdate | 04/17/56 |
| Mother's Maiden Name | Harada |
| Primary ID Type | Driver's License |
| ID Number | |
| ID Issuing Entity (U.S. State or Country) | CA = CALIFORNIA |
| ID Issue Date | 04/16/13 |
| ID Expiration Date | 04/17/18 |
| E-Mail Address | kevinshima@sfeb5.com |
| Occupation | Admin/managerial |
| Specific Job Title | Logistics |
| Birthplace (U.S. City or Country) | State = Ca |
| Bank Use Only – Account Relationship | LLC Manager - 112 |
| Cust-to-Acct Code | 112 |
| OLB | |

**Authorized Signer 4** CIS Number:

| Field | Value |
|---|---|
| Printed Name | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| Home Address (Street, City, State, Zip – Country if Non U.S.) | |
| Home Phone (Primary) | |
| Work Phone (Secondary) | |
| Tax ID Number | |
| Birthdate | |
| Mother's Maiden Name | |
| Primary ID Type | |
| ID Number | |
| ID Issuing Entity (U.S. State or Country) | |
| ID Issue Date | |
| ID Expiration Date | |
| E-Mail Address | |
| Occupation | |
| Specific Job Title | |
| Birthplace (U.S. City or Country) | |
| Bank Use Only – Account Relationship | |
| Cust-to-Acct Code | |
| OLB | |



[Card 1 of 1]

EASTWEST BANK

## ACCOUNT OPENING INFORMATION (Continued)

| **Authorized Signer 5** | CIS Number: | |
|---|---|---|
| Printed Name XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| Home Address *(Street, City, State, Zip – Country if Non U.S.)* | | |
| Home Phone (Primary) | Work Phone (Secondary) | |
| Tax ID Number | Birthdate | Mother's Maiden Name |
| Primary ID Type | ID Number | |
| ID Issuing Entity *(U.S. State or Country)* | ID Issue Date | ID Expiration Date |
| E-Mail Address | | |
| Occupation | Specific Job Title | |
| Birthplace *(U.S. City or Country)* | | |
| Bank Use Only – Account Relationship | Cust-to-Acct Code | OLB |

| **Authorized Signer 6** | CIS Number: | |
|---|---|---|
| Printed Name XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | | |
| Home Address *(Street, City, State, Zip – Country if Non U.S.)* | | |
| Home Phone (Primary) | Work Phone (Secondary) | |
| Tax ID Number | Birthdate | Mother's Maiden Name |
| Primary ID Type | ID Number | |
| ID Issuing Entity *(U.S. State or Country)* | ID Issue Date | ID Expiration Date |
| E-Mail Address | | |
| Occupation | Specific Job Title | |
| Birthplace *(U.S. City or Country)* | | |
| Bank Use Only – Account Relationship | Cust-to-Acct Code | OLB |





### BANK USE ONLY:

| Account # | Quoted CD Rate: (if applicable) | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks) |
|---|---|---|---|
| 8604008923 | Rate N/A % APY N/A % | 0.00 | If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order fee ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |
| Account # | Quoted CD Rate: (if applicable)<br>Rate _____% APY _____% | Opening Amount | CHECK ORDER (Harland EWBC East West Bank Image Checks)<br>If different than EWB Image Style # ________ Cover ☐ Yes ☐ No<br>Waive 1st check order ☐ Yes ☐ No |
| | Special Instructions or Additional Comments | | |