# Exhibit 10

# SFRC

Jennifer Bronson <jennifer@sfeb5.com>

## RE: BHD Bronson
1 message

**Jennifer Bronson** <jennifer@sfeb5.com>                    Fri, Oct 2, 2015 at 5:20 PM
To: Kevin Shimamoto <kevinshima@sfeb5.com>, Clement Chin <clementchin@sfeb5.com>, Tom Henderson <tom@sfeb5.com>
Cc: Marvin Tate <mtate@marvintatecpa.com>

By way of clarification...the written note to Marvin is for the partnership file.

**From:** Jennifer Bronson [mailto:jennifer@sfeb5.com]
**Sent:** Friday, October 2, 2015 4:57 PM
**To:** 'Marvin Tate'
**Cc:** Kevin Shimamoto; Clement Chin; Tom Henderson
**Subject:** RE: BHD k-1

Hey guys,

As follow up to this action referenced below, I did hire an attorney who has added me in the form of an addendum to the original operating agreement, as being associated with the liabilities connected to BHD. This agreement is attached. I will keep the doc in my office and would appreciate as due diligence each of us signing.

In addition, Marvin advised that although no one will see this, that each of you please email a brief note along the following lines:

Dear Marvin,

This is a written confirmation that I remember we agreed that we would add Jennifer Bronson as having liability on the note as of January 1, 2014.

Sincerely,

Xxx

Thank you all for the trouble. Appreciate your help in this matter. Have a great weekend everyone.

J.

**From:** Marvin Tate [mailto:mtate@marvintatecpa.com]
**Sent:** Sunday, August 30, 2015 7:50 PM
**To:** Jennifer Bronson (jennifer@sfeb5.com)
**Cc:** Kevin Shimamoto (kevinshima@sfeb5.com); 'clementchin@sfeb5.com'; 'tom@sfeb5.com'
**Subject:** BHD k-1

Hi Jen,

Following up from our conversation about two weeks ago about the use of your BHD K-1 on your personal tax return. Currently you are not at risk with any of the liabilities connected to BHD. Since you are not at risk, you are not allowed to deduct any of the BHD losses against your other active income on your personal tax return. I spoke with one of my lawyer colleagues and she is willing to create the document that will create liability for you in BHD. The document will allow you to offset some of your BHD losses against your other active income. I am going to need to give her the all the BHD debt agreements, operating agreement, and financial statements. The cost is approximately $2,000 to create and draft the agreement. Not sure who is paying for the document.

How do you want to proceed?