# Exhibit 11

# SFRC

Jennifer Bronson <jennifer@sfeb5.com>

## for the BHD files

1 message

**Jennifer Bronson** <jennifer@sfeb5.com>  
To: Marvin Tate <mtate@marvintatecpa.com>

Tue, Oct 6, 2015 at 11:03 AM

Should I also circulate to each member?

Jennifer Bronson / Business Development

SAN FRANCISCO REGIONAL CENTER

Oakland Tribune Tower / 409 13th Street, 8th Floor / Oakland, CA 94612

Direct Dial: (510) 893-9882 / Mobile: (415) 602-1146

jennifer@sfeb5.com / www.sfeb5.com

📎 **BHD Operating Agreement revised to add JB.pdf**  
658K

**AMENDMENT TO OPERATING AGREEMENT**

**FOR**

**BERKELEY HEALTHCARE DYNAMICS, LLC**

THIS AMENDMENT TO OPERATING AGREEMENT of Berkeley Healthcare Dynamics, LLC, a limited liability company organized under the laws of the state of California (the "Company"), is made on October 17, 2012, among Thomas M. Henderson, on behalf of SFRC, LLC; Clement Chin; Kevin Shimamoto (the "Original Members"); and Jennifer Bronson ("Additional Member"), having been admitted as a member of Company by that Resolution to Admit Additional Member, dated October 17, 2012, collectively referred to as the Members.

**RECITALS**

WHEREAS the Company was duly formed and organized under the laws of the state of California upon the filing of the Articles of Organization with the Secretary of State of California on October 17, 2012.

WHEREAS by agreement dated October 17, 2012 (referred to herein as the "Operating Agreement") the Original Members formed the Company.

WHEREAS the Operating Agreement was amended pursuant to the Resolution to Admit Additional Member, dated October 17, 2012, and the Additional Member became a member of Company.

WHEREAS the Members entered into an oral agreement for an amendment to the Operating Agreement on or around January 1, 2014 (the "Oral Agreement"), and by this instrument (the "Amendment") intend to memorialize said oral agreement in writing.

WHEREAS the Members desire that said Amendment be effective as of the date of the Oral Agreement.

In consideration of their mutual covenants, the parties agree that the Operating Agreement is amended as follows:

<u>Section 4.8 is amended to read as follows:</u>

<u>Limited Liability</u>.  Except as required under Act or this Agreement, no person who is a Manager or officer (or both) of the Company shall be personally liable under any judgment of a Court, or in any other manner, for any debt, obligation, or

liability of the Company, whether that liability or obligation arises in contract tort, or otherwise, solely by reason of being a Manager or officer or (or both) of the Company.

Section 5.3 is amended to read as follows:

Deficit Restoration Obligation. Notwithstanding any other provision in this Article V, if a Member has an Adjusted Capital Account Deficit in his or her capital account following the dissolution or liquidation of his or her interest in the Company, as determined after taking into account all capital account adjustments for the Partnership taxable year during which such liquidation occurs, he or she shall unconditionally restore the amount of such deficit balance to the Company by the end of such taxable year (or, if later, within 90 days after the date of such liquidation or dissolution), which amount shall, upon liquidation or dissolution of the Company, be paid to creditors of the Partnership or distributed to other Partners in accordance with their positive capital account balances.

Section 11.1 is amended to include subsection N. as follows:

N. Adjusted Capital Account Deficit shall mean the deficit balance, if any, in a Member's Capital Account at the time in question, after (i) reducing the amount of such deficit by the amount, if any, of such Member's Deficit Restoration Obligation and (ii) increasing the amount of such deficit by the amount, if any, of the items described in Section 1.704-1(b)(2)(ii)(b) and (c) of the Regulations. The determination of a Member's Adjusted Capital Account Deficit is made for purposes of Section 1.704-1(b)(2)(ii)(b) of the Regulations and shall be made consistently therewith.

//
//
//
//
//
//
//

Except as expressly amended and modified by this agreement, the Operating Agreement will continue in full force and effect.

WITNESS the execution of this Amendment at _____, California.

_____
Thomas M. Henderson
On behalf of SFRC, LLC

_____
Clement Chin

_____
Kevin Shimamoto

_____
Jennifer Bronson