# Exhibit 12

Berkeley Healthcare Dynamics LLC
Receiver's Estimated Operating Budget

| VENDOR | Monthly Estimated |
|---|---|
| Alhambra- water for guards | $30.00 |
| East Bay Municipal Utilities District-sewer water | $900.00 |
| LDR Site Services- portable toilet for guards | $145.00 |
| Overton Security (24/7) | $17,500.00 |
| PG&E - electricity | $1,600.00 |
| UnWired-security system access+ (Note: $3,300.00 deposit) | $550.00 |
| Waste Management - required trash | $45.47 |
| East West Mortgage- variable rate | $33,000.00 |
| Property Oversight | $3,000.00 |
| Misc-Other | $500.00 |
| **TOTAL ESTIMATED MONTHLY** | **$57,270.47** |
| **Other-Notes:** | |
| Premier Security Solutions- buglar fire alarm monitoring Paid 6 months in advance Due 9/1/18 | $1,674.00 |
| Insurance expires 11/09/2018  11/09/2017-11/09/2018 annual policy premium | $40,555.00 |
| 2018-2019 Secured Property Taxes Approximate First Installment will be due 12/1/2018 | $65,000.00 |
| **CASH** | |
| Cash Balance @ 05/31/2018 | $279,113.10 |
| Note: East West Bank Mortgage Requires $190,000.00 Reserve Balance | -$200,000.00 |
| AVAILABLE CASH @ 05/31/2018 | $79,113.10 |

FedRec/BHDMotion/Budget-1700 20th Street-2018-UPDATED-Motion-061818