# Exhibit 13



# North America 3PL
# Business Plan

April 2014



A Project Affiliated with the

**SFRC** SAN FRANCISCO
REGIONAL CENTER

# Contents

**NA3PL, LP: New Commercial Enterprise** .................. 1

**Executive Summary** .................................... 3

    Business Overview of NA3PL, LLC: The Job Creating Entity ............... 3

    Mission Statement ...................................... 4

    Range of Services...................................... 5

    Location & Building Overview.......................... 8

**Marketing & Sales Overview**......................... 10

    Current Opportunity................................... 10

        What is a 3PL? Who Does it Help? ................... 10

**Marketing Strategy**................................. 15

    North America 3PL's Strengths ....................... 16

    Market Demand...................................... 17

**Sales Strategy for NA3PL** .......................... 21

    The 3PL Business..................................... 21

    Sales Forecast....................................... 22

    3PL Competitive Analysis ............................ 22

**Operations** ........................................ 25

    Warehousing & 3PL Operations........................ 25

    Management Team.................................... 26

    Job Creation and Staffing Levels ..................... 28

        Staffing Timeline ................................. 28

    Job Descriptions .................................... 31

    About the Selected Warehousing Management System.................. 44

    Permits & Licenses .................................. 44

**Representative Financials** .......................... 46

**Appendix**.......................................... 49

    Letters of Support ................................... 50

    News Stories........................................ 57

Warehousing and 3PL Services

# NA3PL, LP: New Commercial Enterprise

| | |
|---|---|
| New Commercial Enterprise | NA3PL, LP |
| Date Formed | February 25, 2014 |
| Capitalization | $15 million from 30 EB-5 investors |
| Usage Of EB-5 Funds | Six year loan to NA3PL, LLC |
| Business Description of NA3PL, LLC | NA3PL offers premier warehousing, fulfillment and distribution systems for small, medium and large-sized companies specializing in imports to Northern California and the North American market or that export to the world via the Oakland gateway. |
| Location of NA3PL, LLC | 1700 20th Street, Oakland, CA 94607 |
| Usage of Loan Proceeds | The entire $15 million loan will be used by North America 3PL, LLC (hereafter NA3PL, LLC) to fund the startup expenses of the company, including the development and construction of a state of the art warehouse, purchase of equipment and furnishing, initial salary and wages, and working capital. |
| Market Feasibility | The proposed 3PL business is feasible based on industry-wide and local market demand analysis. The region, home to the Port of Oakland handled more than 2.3 million TEU (containers) in 2013, including a record-breaking amount of exports. |
| Staffing Requirement | The company is projected to directly hire 338 permanent full-time jobs by 2017. When considering indirect and induced jobs created by the company based on its economic impact, a total of 596.8 jobs will be created by 2017. |
| Financial Projections | The Company estimates total Supply Chain services in the first year of $18 million, and then doubling in the second year to $37 million. Earnings improve from 12% in the first year to 21% in the second year as a result of improved space and fixed asset utilization. |



NA3PL, LP will be the New Commercial Enterprise and will structure this project as a "Loan Model."

NA3PL, LP, is a California Limited Partnership legally established on February 25, 2014, and will seek $15 million from a total of 30 investors through a project offering by the federally designated San Francisco Regional Center. NA3PL, LP will be the New Commercial Enterprise and will structure this project as a "Loan Model." Investors will take an equity investment in the limited partnership created by the Regional Center, which then in turn makes a $15M loan to NA3PL, LLC, the EB-5 project and job-creating entity. Complete Loan documentation is supported in this NA3PL package submittal, however, here are some key points summarized in the partnership agreement for ease of review:

**Term of Partnership:** The term of the Partnership shall commence as of the filing of the Certificate in the office of the California Secretary of State (hereafter, the "Effective Date") and shall continue for a period of ten (10) years from said date, or until the Partnership is dissolved, wound up and terminated in accordance with the provisions of this Agreement; provided, however, that the Partners agree that notwithstanding any contrary provision contained in this Agreement, and to the

1



## NA3PL Timeline



**2014**

- **JAN**
- **FEB** — NA3PL, LP Formation
- **MAR** — NA3PL, LLC business license secured
- **APR** — I-526 Petition filing period
- **MAY** — North America 3PL, LP accepts EB-5 investors as Limited Partners. EB-5 capital deposited into escrow
- **JUN** — NA3PL, LP Loans $15 million to NA3PL, LLC for warehouse & logistics services
- **JUL**
- **AUG** — Building lease is executed for NA3PL
- **SEP** — Bidding, vendor selection for warehouse renovations
- **OCT** — Building renovations commence pending I-526 approval
- **NOV**
- **DEC**

**2015**
- I-526 Petitions approved (anticipated)
- NA3PL, LLC launches with 59 employees on Day One

**2016**
- NA3PL has hired 178 employees; $18.2 million in revenues

**2017**
- NA3PL EB-5 investors begins filing I-829 petition
- NA3PL has hired 338 employees; $37.8 million in revenues (anticipated)

**2020**
- General Partner may exercise option to buy out Limited Partners at fair market value

2

fullest extent permitted by the Partnership Act, the term of the Partnership shall not expire until all investments of the Partnership no longer remain outstanding and distribution of the proceeds thereof have been made in accordance with this Agreement.

**Contribution:** The initial Capital Contribution is Five Hundred Thousand Dollars ($500,000) paid by a Limited Partner

**Syndication Fees:** The Syndication Fee of Sixty Thousand Dollars ($60,000), together with any accrued interest, from the Subscription Price paid by a Limited Partner

**Annual Fees:** In addition to the Syndication Fee, the General Partner shall be paid an annual management fee equal to two percent (2.00%) of the Limited Partners' total initial Capital Contributions (the "Annual Management Fee") on a quarterly basis.

**Amount of Loan:** North America 3PL, LLC, a California Limited Liability Company, ("Maker"), promises to pay to NA3PL, LP, a California Limited Partnership ("Payee"), in lawful money of the United States of America, the principal sum of Fifteen Million Dollars ($15,000,000.00), together with interest in arrears on the unpaid principal balance at an annual rate equal to one percent per annum (1%)

**Project Term:** The partnership business and purpose is to invest in one project by making a $15 Million loan and/or by direct equity investment. The investment project will have a term of a minimum of six years.

**Interest Payments on Loan:** The interest payments on the unpaid principal balance of this Note shall be due and payable in consecutive quarterly installments of thirty-seven thousand five hundred dollars ($37,500.00) (or less if a partial payment has been made on principal) commencing on the first day of each calendar quarter. Interest will be paid until the principal amount has been paid in full.

Warehousing and 3PL Services

# Executive Summary

### Business Overview of NA3PL, LLC: The Job Creating Entity

NA3PL, LP (the New Commercial Enterprise), is a California Limited Partnership, that is being sponsored by the federally-approved San Francisco Regional Center. NA3PL, LP will raise $15M of equity from up to 30 EB-5 investors and loan the $15M to NA3PL, LLC (the Job Creating Entity), a California Limited Liability Company.

As the recipient of the $15M loan, NA3PL, LLC, will use the funds to support its development and operations of a warehousing/third-party logistics business that supports importers and exporters moving goods through the Port of Oakland. NA3PL, LLC, will primarily focus on providing premier third-party logistics (3PL) services for domestic and multinational companies.

The company will also capture other affiliated revenue-generating business opportunities including the export of California-grown agricultural products and the provision of value-added light manufacturing and order processing services in its warehouse.

As a third-party logistics (3PL) provider, NA3PL, LLC (hereafter NA3PL) can manage supply chain requirements for customers importing and/or exporting products through the Port of Oakland region. NA3PL services enable growing companies to focus on their core business, leaving the complexities of international commerce and handling to those with relevant expertise and relationships.

The Port of Oakland, located in the San Francisco Bay Area, is the fifth largest container port in the U.S. and the third largest on the U.S. West Coast, while the greater Bay Area economy, when measured on a GDP basis, comprises the 19th largest economy globally. Oakland also provides a comparatively cost-effective and uncongested gateway to important inland locations for importers and exporters of all profiles.

Logistics include planning, implementing and controlling the efficient flow and storage of goods, and management of information from the point of origin to the point of consumption. This visibility is no longer optional, but is requisite to conducting business internationally. The 3PL community, over the past few years, has made substantial headway in the Trans-Pacific Market, one that was traditionally dominated by "ocean carrier" direct relationships. This particular trade lane is vital to the Bay Area.



*The Port of Oakland, located in the San Francisco Bay Area, is the fifth-largest container port in the U.S. and the third-largest on the U.S. West Coast.*



*California is the largest agricultural producing state, with 400 different agricultural products creating $43.3 billion in farm value for 2011. It is also the largest agricultural exporting state, with $16.8 billion in export value for the same year. (Source: CDFA)*

3









North America 3PL's management team has extensive experience in the logistics and supply chain field with supporting relationships to build and implement cost effective and efficient distribution programs. In addition to inspection services, a variety of value-added cargo handling and logistics services will be available, including but not limited to the following:

- Container yard access for pickup and delivery of cargo, 24 hours a day, 7 days a week throughout the year
- Information Technology System provides web-based, real time tracking of current examination progress and status, 24/7/365
- Faster through-put because of facility size, configuration, staff experience
- Convenient electrical plug-in outlets protect the integrity of refrigerated products onsite

NA3PL will work closely with companies to facilitate a thorough understanding of their warehousing and fulfillment needs. A critical factor for importers and exporters using the Oakland gateway is the proximity of geographic services and in that regard, NA3PL will bundle some of the most superior turnkey solutions available. Highlights of NA3PL's business include:

- Strategically situated in Oakland's port region, the 3rd-largest U.S. West Coast container port
- Over 100,000 square feet of warehouse storage and fulfillment space—minutes away from all 6 major marine terminals and the primary rail terminals for the Union Pacific and BNSF railroads, providing intermodal double-stack service between Oakland and major markets in North America
- Superior port drayage services and transportation brokerage
- Transloading, warehousing and supply chain expertise
- Strong capitalization plan continually secures the latest equipment, trucking fleet, fulfillment and warehousing systems available on the market today
- Unwavering commitment from the NA3PL team to set the standard in the Oakland region to satisfy quality requirements and to enhance customer satisfaction in supplier-customer relationships

## Mission Statement

NA3PL offers premier warehousing, fulfillment and distribution systems for small, medium and large-sized companies specializing in imports to Northern California and the North American market or that export to the world via the Oakland gateway. NA3PL is committed to the highest standards in all relationships with customers, suppliers, environment and the community and distinguishes its company from existing 3PL competition doing business in the Oakland region.



4

Warehousing and 3PL Services

## Range of Services Provided by NA3PL, LLC

NA3PL will provide a range of value added fulfillment, pick & pack, warehousing, transportation and custom distribution services for importers and exporters accessing the strategic Oakland gateway. The general revenue streams are being defined by the following four categories:

| Warehousing and Distribution Management | Value Added Services | Transportation and Other Management Services | International Trade Services |
|---|---|---|---|

### 1. Warehouse and Distribution Management

**Inbound Logistics**

The movement of materials from suppliers and vendors into production processes or storage facilities.

**Manufacturing Support**

Scheduling movement requirements that are under the control of the manufacturing enterprise.

**Vendor-Managed Inventory**

Manage inventory on behalf of a supplier and also manage retailer requests for inventory replenishment.

**Consolidation and Deconsolidation**

Collect smaller shipments from multiple vendors and consolidate into single containerized shipment.

Breaking down a single shipment, which may consist of multiple containers, into several smaller shipments and processing those shipments for immediate delivery.

**Warehousing and Storage**

Managing stored customer inventory in standard, secured or temperature-controlled inventories. Services may also include palletization and shrink-wrapping.

### 2. Value-Added Services

**Product Management**

Services to enhance the retail product, to include light assembly, inspection, price marking, theft tagging, packaging, private label, pick and pack, and kitting.

*Light Assembly:* The staffing of assembly lines within a 3PL facility for components or parts into defined units. An assembly line is a manufacturing process (most of the time called a progressive assembly) in which parts (usually interchangeable parts) are added as the semi-finished assembly moves from work station to work station where the parts are added in sequence until the final assembly is produced.

NA3PL assembly lines are targeting assembly of things such as medical equipment, household appliances and electronic goods.



### A Golden Era for 3PL Services

*Armstrong & Associates estimates U.S. 3PL revenue will exceed $150 billion this year, which is five times higher than in 1996. Over the past 17 years, only once—in recession-wracked 2009—did the domestic sector report year-over-year declines in revenue.*

*Source: Armstrong & Associates*









*Anticipated Revenue Breakdown for NA3PL in Year Two.*

- Warehousing & Distribution Services
- Value-Add Services
- Other Transport & Logistics Services
- International Trade Services

### Order Fulfillment

Managing the selection and shipping of product to fulfill orders from distributors, retailers, or end consumer.

### Returns Management

Managing product returns from retailer or consumer for reasons such as warranty claims, product recalls, defective merchandise or money back guarantee. Products can then be refurbished and repackaged for resale, recycled, or disposed of according to manufacturer direction.

### SGS and Quality Assurance Inspections

Facilitate product inspection, verification, testing, and certification services supplied by SGS S.A. or other recognized inspection services companies. Activities include the inspection and verification of the quantity, weight and quality of traded goods, the testing of product quality and performance against various health, safety and regulatory standards, and to make sure that products, systems or services meet the requirements of standards set by governments, standardization bodies or by SGS customers.

### Claims Inspections and Management

Facilitate the inspection of products and shipments in which a damage or other failure claim has been filed by the buyer or seller or other party. Also includes the inspection of damaged transportation equipment (containers, chassis, etc.).

## 3. Transportation and Other Management Services

### Intermodal Drayage

Scheduling and managing the movement of cargo via rail or truck

### Cross-Docking

Receiving the product from an incoming ocean containers or semi-trailer trucks and loading the product directly into outbound trucks or trailers, with little or no storage in between.

### Transloading

Transferring product from ocean containers into domestic intermodal, or over-the-road trailers. This can speed product delivery and reduce transportation cost as the capacity of four ocean containers equals that of three domestic trailers.

### Multimodal Carrier Management

Broker and manage transportation contracts with over-the-road trucking firms, drayage companies, and rail providers on behalf of customer.

### Over-the-Road Services (LTL, FTL, temperature-controlled and bulk)

Contract with OTR service providers to transport product between ocean terminals, NA3PL facilities, retailer distribution centers, and rail ramps.

Warehousing and 3PL Services

### Product Sourcing

Identifying sources for bulk and processed agricultural products (e.g., soybeans, wheat, grains, DDGS) for the consideration of international buyers.

### Buyer and Seller Matchmaking

Connecting buyers looking for U.S. products with U.S. wholesalers and producers. Focused primarily on U.S. agricultural export market.

### Trade Documentation and Free Trade Agreement Compliance

Facilitate with customer's freight forwarder or broker the correct and timely submission of documentation, licenses, and other material required for import or export shipments. Provide HS coding, route and tariff analysis to take advantage of free trade agreement provisions and reduce costs.

### Humanitarian Aid & Response to Global Tenders

Work to secure contracts with the U.S. government to move volumes of California agriculture to the world through established programs such as the World Food Programme (WFP) and the Food and Agriculture Organization of the UN (FAO), to make food available to those who might otherwise starve.

Assist customers responding to global tenders for agricultural or industrial commodities. For bulk agricultural commodities, such as animal feed, soybeans, grains, rice, etc. foreign governments often release tenders for the purchase of government-owned and distributed inventory. NA3PL will assist U.S. producers in identifying and responding to these tenders with a competitive bid and supporting documentation.





In 2013, more than 2.3 million TEUs were shipped via the Port of Oakland. Of that, more than one million were loaded export TEUs, an all-time record for the Port.



The Port of Oakland, located in the San Francisco Bay Area, is the fifth largest container port in the U.S. and the third largest on the U.S. West Coast.

7



## Location & Building Overview



Oakland's well-established port region is a world-class international cargo transportation and distribution hub. Located on the mainland shore of San Francisco Bay, one of the great natural harbors of the world, Oakland was among the first ports globally to specialize in the containerized cargo operations, which have revolutionized international trade and greatly expanded the global economy. Today, 90 percent of the world's traded goods travel by ocean (*Source: World Shipping Council*). The Port of Oakland loads and discharges more than 99 percent of the containerized goods moving through Northern California (*Source: Port of Oakland*).

The Bay Area, comprising of Oakland, San Francisco and Silicon Valley, is a diverse metropolitan area. It is one of the largest import consumption markets in North America, and home to a base of leading edge manufacturing, technology, and logistics companies that facilitate trade between Asia and the United States.

California ranks number one among states in agricultural exports at $12.8 billion in 2012, and accounts for 12.4 percent based on total value of all U.S. agricultural exports (*Source: U.C. Davis, Agricultural Issues Center Data*). The state leads the country in exports of vegetables and preparations, fruits and preparations, tree nuts, dairy products, planting seeds, and "other products." California's exports of each of these commodities, except dairy products, are 2–3 times higher than any other West Coast state. Nearly half of California's "other product" exports comes from wine, with the rest primarily from essential oils and nursery and greenhouse products. Looking beyond the agricultural sector, in 2012 California exported $161.9



Warehousing and 3PL Services

billion worth of commodities to over 200 trading partners, with trade flows being highly dynamic (Source: *International Trade Administration*).

California's diversity of world class industries—as reflected in the Oakland area—provides a platform for economic growth and stability. NA3PL will be a superior full service option for companies new to, or well-established in, importing and exporting products through the region including industries related to Photovoltaic Technology, High Technology, General Department Store Merchandise, Apparel, Bedding and Linen, Footwear, Furniture, Giftware, Housewares, Food and Beverage.

The Port of Oakland enjoys access to five major freeways and intermodal rail connections. With a favorable climate and comparatively low congestion, Oakland is becoming an increasingly compelling alternative port for major importers and exporters who must contend with higher traffic and costs related to moving through alternative gateways such as Los Angeles/Long Beach.

## About the Building

The North American 3PL operations will be conducted from a leased 100,000 square-foot warehouse storage and fulfillment space located at 1700 20th Street in Oakland.

As the project goes to USCIS for review, a lease has been negotiated with a start date of August 1, 2014 for a term of five years, with three five-year options to extend. NA3PL anticipates making renovations to the leased space which are estimated by supporting lease agreements, preliminary analysis completed by subcontractors, engineers and summarized by Ronin Project Consulting in a separate report also being submitted along with this project. After renovations are complete, the warehouse will be fully ready by (approximately) February 2015.



The building is situated on approximately 4.71 acres of land and features:

93,000 Sq. Ft. Distribution Facility

Over 10,000 Sq. Ft. of Office Area on 2 floors

3 Drive-through Truck Door Entryways

9 High Truck Spots with Kelly Load Levelers (facility can accommodate up to 11 additional)

24' Vertical Clearance in a (28Ft. Concrete Tilt-up building)

Secure Parking for over 100 cars and trucks



# Marketing & Sales Overview

## Current Opportunity



The Port of Oakland's role in Northern California's 2014 economy, now booming with high-tech among other industry sectors in the region, has been challenged to keep up with super-sized global shipping strategies using ever-larger vessels to meet market demand. In the relentless search for lower costs and greater efficiencies, NA3PL has identified the following key market factors from which it can create new business opportunities:

- In 2013, more than 2.3 million TEU (twenty-foot equivalent units TEU are equal to that of a standard 20-foot shipping container: 20 feet long, 8 feet tall) were shipped via the Port of Oakland. Of that, more than one million were loaded export TEUs, an all-time record for the Port. (Source: Port of Oakland)

- More warehousing space and logistics services are needed to support the increasing cargo volume, yet Oakland and the surrounding area are experiencing a chronic shortage of warehousing space. See more information about Market Demand outlined later in this business plan to view the factors contributing to this situation.



- The Port just broke ground (August 2013) on the new Trade and Logistics Center, a $1.2 billion solution that will turn the former Oakland Army Base into an ultra-efficient gateway that links ships directly to trains, reducing truck traffic, expanding the port's cargo business and securing the Bay Area's role in the 21st-century global shipping economy.

- Limited number of "full-service" 3PLs that provide seamless port-to-door fulfillment and distribution.

- The Bay Area is an important engine for agricultural exports, but also an extremely attractive gateway to major importers of consumer goods. It's not uncommon for there to be volume variances year-on-year based on both consumer demand, as well as the services provided by international ocean carriers based on their asset utilization. In addition, companies with headquarters in the Bay Area who are dependent on international trade as part of their profit maximization strategy routinely work with major service providers to ensure efficient local operational coverage.

## What is a 3PL? Who Does It Help?



As a third-party logistics (3PL) provider, companies manage the part of the supply chain process that plans, implements and controls the efficient flow and storage of goods, services and related information from the point of origin to the point of consumption, in order to meet the customers' requirements. Any company of any size may derive enormous value from engaging a 3PL on many levels, including but not limited to avoidance of maintaining unnecessary tangible assets, allowing the 3PL to provide current best practices in Information Technology, and providing value-added and market knowledge.

*Opened new distribution centers in Northern California in 2010/2011*

Warehousing and 3PL Services

As the 3PL industry has evolved in the last decade, it has clearly become more global in nature. Many commercial establishments worldwide have turned to logistics outsourcing as a way to re-engineer their distribution networks in order to meet the global market demands and also gain competitive edge.

## The Role of 3PLs and Outsourcing Logistics

Much of today's retail, manufacturing and distribution success depends to a great extent on logistics and supply chain performance, which involves coordination of the multi-faceted process of moving goods from the factory floor (to retail door all the way through to market shelves). The role of supply chain management has never been more critical than it is today.

Supply chain speed and flexibility are key for competitive differentiation and for increased profitability. The role of globalization has opened many additional lucrative markets, while also posing resource and management challenges. One of the biggest challenges is the ability to manage seamless forward and backward flow of material and information. Faced with increasing global competition in the last two decades, many successful companies are addressing these challenges by outsourcing logistics and supply chain activities to third-party logistics companies and to focus on their "core competencies." These alliances are also known as Logistics or Supply Chain Outsourcing and Contract Logistics.





Non-Agricultural Exports          Agricultural Exports

*U.S. goods exports to the broader Asia-Pacific market, which totaled $895 billion in 2011, representing 60 percent of total U.S. goods exports. U.S. exports of agricultural products to the region totaled $98 billion in 2011, 72 percent of total U.S. agricultural exports.*

---

Transportation and logistics outsourcing has become a model for doing business—not just another way to move business. And 3PLs will continue to take shippers in new strategic directions...industry has come to recognize the value of long-term 3PL partnerships that provide latitude to grow or contract as demand dictates.

Source: *Inbound Logistics Magazine,* January 2014

---

The main objective of outsourcing is to reach markets faster, leverage economies of scale, to add flexibility to the supply chains, to increase global capabilities and to focus on core competencies. In order to be competitive in the marketplace and to improve return on investment to the shareholders, organizations have identified the non-core functions within the organization and outsourced it to reduce inventory stock and overall costs and to make supply chains more flexible and faster.

According to Armstrong & Associates, 3PL revenues in North America are growing 14.5% on a cumulative annual growth rate during the last decade. Armstrong & Associates estimates 3PL revenues for North America to be U.S. $104 billion. The services offered by NA3PL reflect the fastest-growing sectors of 3PL including domestic transportation (drayage to local points, intermodal carriage from port to rail for inland destinations) and value added warehousing and distribution.







## How Value Added Services are Growing 3PL Business

Gone are the days when companies simply asked their 3PLs to do the "pallet in-pallet out" drill. More and more, companies expect 3PLs to perform a host of sometimes complex, intricate, and even strategic tasks that were once performed by the companies themselves.



Interestingly, the new range of services are working out so well that not only are companies asking their 3PLs to handle more and more of these value-added tasks, but the 3PLs themselves are coming up with innovative value-added ideas that allow companies (their customers) to focus more on their core competencies. The increasing popularity in value-added services from 3PLs seems to be growing as a result of synergy between customers and 3PLs. Customers are telling 3PLs that they don't want to handle certain tasks anymore, and the 3PLs are happy to take these responsibilities on because they make money on labor. Then, as they get more involved, they start to see additional opportunities, which, in turn, they suggest to their customers.

## Oakland Trade Overview

The Port of Oakland is responsible for moving $39.3 billion in traded goods in 2012. This translates into approximately 44,000 jobs and $7 billion in direct and indirect annual economic impact.



The Port of Oakland exported almost $7 billion to China, Japan and South Korea combined in 2012, and imported almost $15 billion in goods from China, Taiwan and Japan. High-profile companies based in the Bay Area, including Apple Computer, Tesla Motors, Gap, Levi Strauss, Williams-Sonoma, and Logitech, are strongly linked to the Bay Area and play an active role in monitoring the environment for international trade.

## Some Major Companies Using Northern California as a Logistics Hub

### Retailers

Best Buy, Costco, Cost Plus World Market, Children's Place, Crate & Barrel, CVS, Dollar Tree Stores, Federated Stores, Gap Stores, Gymboree, H&M, Home Depot, JCPenney, Kohl's, Orchard Hardware, Restoration Hardware, Sears, Staples, Trader Joe's, Target Stores, Walgreens, Walmart

### Food/Agriculture

Allenberg Cotton, Blue Diamond Growers, Cellmark, Calcot (cotton), Del Monte, Diamond Foods, Dunavant Enterprises (cotton), Frito-Lay, Leprino Foods, Rice Growers Association of California, California Walnuts Growers Association, Safeway Stores, Sunmaid, Sunsweet, Sysco Foods

### Wine

Bronco, Constellation, Diageo, Gallo, Heineken, J.F. Hillebrand, The Wine Group, AB InBev (Anheuser-Busch), Skyy Vodka

### Miscellaneous

Apple Computer, Dynacraft, Logitech, Medline Industries, Pacific Cycle/Doral Industries, HP, Tesla Motors

Warehousing and 3PL Services

The need for outsourced logistics services continue to grow as more companies look to companies like NA3PL which can manage their logistics and enable companies to focus on their core competencies.

The Bay Area Council Economic Institute reports that with a GDP of $535 billion, this places the Bay Area as the 19th largest economy on the globe. With one of the highest levels of innovation, worker productivity, and concentration of patent creation as well as Fortune 500 companies, the Bay Area continues to grow as in important economic force.

*Port of Oakland TEUs Activity*

| Month | FULL | | EMPTY | | | |
| | Import | Export | Import | Export | Grand Total | Trend* |
|---|---|---|---|---|---|---|
| 2005 | 836,258 | 846,579 | 197,988 | 393,165 | 2,737,990 | 11.1% |
| 2006 | 877,778 | 840,145 | 192,455 | 481,367 | 2,392,745 | 5.2% |
| 2007 | 870,284 | 909,633 | 204,943 | 403,051 | 2,387,911 | -0.2% |
| 2008 | 796,404 | 910,706 | 192,569 | 333,860 | 2,233,533 | -6.5% |
| 2009 | 701,501 | 966,882 | 209,258 | 167,570 | 2,045,211 | -8.4% |
| 2010 | 802,657 | 955,579 | 209,878 | 362,343 | 2,330,457 | 13.9% |
| 2011 | 797,272 | 993,826 | 264,471 | 286,957 | 2,342,526 | 0.5% |
| 2012 | 791,624 | 986,760 | 271,212 | 294,796 | 2,344,392 | 0.1% |

*In 2013, more than 2.3 million TEUs were shipped via the Port of Oakland. Of that, more than one million were loaded export TEUs, an all-time record for the Port.*

*(Source: Port of Oakland)*







**GROWTH AT THE PORT:** *The Tioga Group estimates that by 2020, Port volumes will almost double to approximately 3.4 million TEU.*

*Port of Oakland Top Commodities by Value—Calendar Year 2012*

| Imports | USD (millions) | Exports | USD (millions) |
|---|---|---|---|
| Machinery | 3,782 | Fruits and Nuts | 2,581 |
| Electronics | 3,495 | Meats | 2,300 |
| Apparels | 2,657 | Machinery | 801 |
| Wine and Spirits | 1,539 | Wine and Spirits | 778 |
| Furniture and Bedding | 1,488 | Rare Earth Minerals | 548 |
| Coffee, Tea, Spices | 960 | Medical Instruments | 514 |
| Plastics | 886 | Vehicles | 412 |
| Toys/Sports Equipment | 847 | Cereals | 378 |
| Vehicles | 842 | Dairy Products | 373 |
| Medical Instruments | 585 | Foodstuffs | 334 |
| **Subtotal** | **17,081** | **Subtotal** | **9,019** |
| Other Commodities | 7,955 | Other Commodities | 5,221 |
| **Total** | **25,036** | **Total** | **14,240** |

*Source: Port of Oakland  *Denotes change versus same time period of previous year*









Warehousing and 3PL Services

# Marketing Strategy

The elements that make up third-party logistics (3PL) industry continue to evolve, as do the services that logistics providers offer. NA3PL's wide service offering is reflective of that industry expansion which continues to be accelerated by these dominant trends



- The outsourcing of specific logistics functions to ensure best practices—resulting in an increase in international trade. The Bay Area, with the Port of Oakland, is enjoying steady growth in volume throughput, and has caught the attention of business and political influencers who understand that international trade offers strong job creation potential (*Source: International Trade Administration*)

- The increasing globalization of manufacturing to manage cost and timeliness to market—married with the reality that companies need to have some local operational oversight. The result is that 3PLs can, and must, operate in all major markets. The 3PL market will always be somewhat dynamic in nature, with small, local players competing effectively with multinationals

- A broad acceptance which has become a "price of entry" relating to supply chain visibility—the transfer of production and shipment data

According to Armstrong & Associates, a supply chain management market research and consulting firm, in 2002 only 10% of companies worked with 3PLs, as of 2013 this increased to 21%—clearly the value proposition is becoming clearer to U.S. businesses. In particular, value-added warehousing services and distribution are starting to become crucial services that manufacturers are eager to hand over.

---

As of 2013, 21% of companies engaged with some form of manufacturing in the U.S. are using various value-added warehousing or distribution services in manage their supply chain needs.
Source: Armstrong & Associates

---

## Maximizing Shareholder Value by Managing Cost

Companies who outsource name cost savings as the number one reason to turn to a third-party logistics (3PL). In fact, there are numerous areas a company can leverage a logistics partner to gain efficiencies.



- No need for a warehouse to store goods, and thus no need for depreciating assets such as equipment

- Staffing and human resource cost are either greatly reduced, if not eliminated

- Shipping costs become cheaper by pooling greater volumes

## The Desire to Do It Better

Outsourced distribution and order fulfillment are performed by an expert in the field who has the experience and the resources not only to do it better, but also at lower cost. If you are not in the business to manage inventory, pick-and-pack, fulfill and process orders and manage returns, why not outsource to someone who is? Not only are costs reduced, but the level of customer service is increased.

15



NA3PL Business Plan

## The Need to Keep Up with Technology

It's difficult to keep up with the daily technology changes in today's distribution and order fulfillment. At its base, real-time visibility in inventory and order status has become a standard. Third-party logistics companies (3PLs) use cutting edge technology to reduce costs and streamline the order fulfillment process. It can be difficult and expensive to keep pace with the changing technological demands when it is not the primary function of the business.



## The Ability to Focus on Core Strengths

Business owners who have outsourced their logistics find that they can focus their company's efforts on activities in alignment with their core competencies. Simply put, outsourcing allows everyone to focus on what they do best.

## North America 3PL's Strengths

The timing for NA3PL, LLC's position in the market is supported by some compelling realities:

- The Port of Oakland remains a key gateway after Los Angeles/Long Beach and Seattle, particularly for exports. NA3PL's proximity to the Port of Oakland is a huge competitive advantage

- Of the top 20 ocean transportation carriers globally, 17 have port calls in Oakland—more than any other port on the U.S. West Coast—essentially connecting California exporters to the global network, and facilitating the movement of goods into the Western region. The Port also provides excellent rail service to inland destinations such as Reno/Sparks and Salt Lake City, both of which are enjoying growth as distribution hubs

- Noted U.S. economist Dr. Walter Kemmsies, chief economist for Moffatt & Nichol, has been quoted that transload facilities like NA3PL, can gain from steadily increasing demand for U.S. agricultural products abroad, which has risen dramatically and shows no sign of tapering off

- Growing demand for 3PLs to handle light assembly of a range of high tech and related medical equipment before domestic or international distribution. May carry the "Assembled in the USA" tag even if foreign components are involved.

- Increasing throughput via the Port of Oakland has the potential to create incremental employment in many sectors such as local drayage (trucking), materials handling and clerical services. These have traditionally been attractive entry-level jobs for a substantial part of the workforce that has faced employment pressure over time in a competitive labor market

- There has been a recent trend among ocean carriers to "turn equipment locally," which means that carriers are being encouraged to attract more local cargo so container utilization is maximized within a given region. If this continues, this will certainly boost demand for local 3PL services in the Oakland area, which assists shippers as well as providers to work together to optimize equipment management

Warehousing and 3PL Services

- NA3PL is winning support as a recipient for "work opportunity tax credit" from local communities in need of new employers in the midst of a disadvantaged economic environment
- NA3PL is projected to create new jobs for up to 338 people, including urban youth, government assistance recipients, veterans, and vocational rehabilitation referrals

## Market Demand

The Port of Oakland is the 3rd-largest (busiest) port on the U.S. West Coast, and 5th-busiest in the nation. Importantly, it is one of only three major U.S. ports that exports more cargo than it imports. This is due to its proximity and intermodal connections to the country's most productive agricultural regions.

In 2013, more than 2.3 million TEU were shipped via the Port of Oakland. Of that more than one million were loaded export TEUs, an all-time record for the Port. (Source: Port of Oakland.)

The Tioga Group estimates that by 2020, Port volumes will almost double to approximately 3.4 million TEU. By 2025, the estimate is 4.2 million TEU, with an average CAGR of 5.2 percent through 2019, and a CAGR of 4.1 percent from 2020 to 2025.

More warehousing space and logistics services are needed to support the increasing cargo volume, yet Oakland and the surrounding area are experiencing a chronic shortage of warehousing space. This is due to several factors:

1. First is the development of Oakland Global, a planned trade and logistics complex on the site of the former Oakland Army Base. Located adjacent to the port's terminal and rail yards, several warehouses on the property have been decommissioned and demolished to expand a rail operations facility. This has resulted in the loss of 750,000 square feet of warehousing space



*WAREHOUSING CRUNCH: More warehousing space and logistics services are needed to support the increasing cargo volume, yet Oakland and the surrounding area are experiencing a chronic shortage of warehousing space.*



Port of Oakland

Existing warehouses at the Port. Those shaded red are slated for demolition by mid-2015.

NA3PL



NA3PL Business Plan

in 2013. Another 770,000 square feet of space will be demolished by 2016. Only about 675,000 square feet of warehousing facilities will be built to replace this lost capacity, but that is not until 2017 or later.



2. The market is experiencing a surge in the conversion of warehousing and industrial properties to retail, commercial and residential units. As land prices increase dramatically in the city of San Francisco and other nearby dense urban areas, available warehouse space in and around Oakland is being purchased for the purpose of conversion.



3. As of December 2013, Oakland had approximately 24 million square feet of warehouse space. Only 1.8% of that is vacant and available for lease. That is the lowest percentage of any surrounding cities, which are averaging a 7.7 percent vacancy rate. (Source CBRE Q4 2013 Outlook.) According to Cassidy and Turley, the average asking rate has jumped 20 percent (from $.50 to $.60 psf) from 2012 to 2013.

4. Another trend is the pull back of ocean carriers offering their services into America's Midwest. Previously, carriers would offer rates and service to load a container of agricultural goods (e.g., soybeans, wheat, grain) to be delivered to a rail ramp in the Midwest. The ocean carrier's rate would include the rail transport, transfer to a vessel at a West Coast port, and the ocean voyage to a foreign port. However, fewer ocean carriers are offering this service, due to the very high cost of repositioning an empty container into the middle of the country. Instead, they are offering "port-to-port" service, basically making the container available from the port of loading.

This creates a demand for warehousing space close to a port so that rail cars and trailer loads of agricultural product arriving from the Midwest can be transloaded into the empty ocean container. These warehouses need to be located near a local rail ramp and close to major freeways to enable the efficient transfer of product from domestic units to ocean containers.

NA3PL estimates robust demand for the logistics services offered in its Oakland facility, due to the increasing cargo volume and resulting 3PL services needed, the lack of similar facilities within convenient proximity to the Port of Oakland, and the continuing growth of U.S. exports fueling growth in warehousing, logistics, and support services.

Warehousing and 3PL Services

### Leveraging California Exports to Asia

NA3PL intends to develop a portion of its revenues by working to facilitate the growth in California's exports. California is the second-largest export state after Texas. California's export shipments of goods (services excluded) in 2012 totaled $161.9 billion, a 1.7 increase from 2011. It also represents about 10.5 percent of the U.S. total of $1.5 trillion in goods exported (Source: U.S. International Trade Administration).

Importantly, of the 75,000 companies that exported from California locations, 96 percent of those were companies with fewer than 500 employees. These companies generated 44 percent of California's merchandise exports in 2011. It is these exporting companies that NA3PL will target as potential customers.





### 2012 Merchandise Exports
*Top 50 Metro Area Exporters*
- More than $50 billion (5)
- $25 billion to $50 billion (5)
- $10 billion to $25 billion (22)
- $5 billion to $10 billion (18)

*Source: U.S. Department of Commerce*

California is home to the 3rd, 9th, and 12th largest metro areas for merchandise exports in the United States.

California has strong transportation links to world markets. The 1st, 2nd and 5th largest U.S. ports are located in California, and collectively exported 4.7 million TEU of products in 2012. (Source: Port websites.) These ports have created an ecosystem of service providers (logistics, trucking, rail hubs, cold storage, warehousing, etc.) to support the volume of exports from these major ports.

Currently, there are more than 30 weekly vessel services linking California with virtually every country in the world.

California-grown agricultural commodities are globally recognized for their quality, diversity and safety. CEG's focus is on California-grown (or processed) agricultural products, which are globally identifiable, world-class products and brands in the minds of quality-focused international buyers. This is a result of an ideal



*California is the second-largest export state after Texas. California's export shipments of goods in 2012 totaled $161.9 billion, a 1.7 increase from 2011.*

19



growing climate, ample water supply, and innovative farming techniques. Further, highly regulated growing and production standards and rigorous testing ensure the quality of California-sourced agricultural products.



California continues to set the pace for the rest of the nation as the country's largest agricultural producer and exporter. According to the California Department of Food and Agriculture (CDFA), in 2011, California's farmers and ranchers exported about 25 percent of the state's agricultural production. In dollar terms, agricultural exports from California reached a record-breaking $16.8 billion in 2011. That is a 14.5 percent gain from 2010, and on average, the growth rate has been 9.25 percent per year for the past 10 years.



The top five agricultural exports from California by value in 2011 were:

### TOP FIVE COMMODITIES BY DOLLAR VALUE
2011 Dollar Value of CA Exports (billions)
Percent Increase/Decrease over 2010

| #1 | #2 | #3 | #4 | #5 |
|---|---|---|---|---|
| ALMONDS | DAIRY | WINE | WALNUTS | RICE |
| $2.8 | $1.4 | $1.23 | $1.0 | $0.88 |
| ▲ 18% | ▲ 24% | ▲ 22% | ▲ 29% | ▲ 10% |

*Source: CDFA*



Warehousing and 3PL Services

# Sales Strategy for NA3PL

### The 3PL Business

- There are numerous ways to attract customers, but one current trend that the management team is finding successful is to think one step beyond the current services and anticipate and address NEW value added needs. Industry experts approximate this to the 3PL becoming close to a "2PL" in the sense that the partnership is much stronger when the 3PL is viewed as being so crucial to the customer's operation.



- The current operation and management team is well positioned to recognize when services need to evolve into new offerings.

- Strong senior management team, each offering the team over 30 years of experience in their respective area of expertise.

- Local connections: NA3PL's Management Team will benefit from broad support from local industry points, potential customers, government agencies and municipalities during initial outreach stages regarding job creation, specialized services, team expertise.

- In the international supply chain industry, there is a natural "push/pull" process that takes place between suppliers and purchasers, and the management team is expert in this area.

*Key Promotional Strategies*

Fulfillment

- Business relationships
- Regional agencies in China, Korea, Japan and Taiwan
- National Sales Force
- Trade shows in U.S. and Asia
- Advertising



Transportation and Warehousing

- Business Relationships
- Regional agencies in China, Korea, Japan and Taiwan
- National Sales Force
- Promotion to Intermodal Marketing Companies, Freight Forwarders and Truckload carriers
- U.S. Trade Shows and Conferences
- Advertising

U.S. Trade Show Presence

- International Housewares Organization ...........................www.housewares.org
- The Gourmet Housewares Show ...........................www.thegourmetshow.com
- AmericasMart Atlanta ...........................................................www.americasmart.com
- Dallas Market Center ...........................................www.dallasmarketcenter.com
- The New York Home Textiles Show ...........................www.nyhometextiles.com

21







- Las Vegas Market ........................................................ www.lasvegasmarket.com
- Toy Industry Association ................................................................ www.toy-tia.org
- High Point Market (furniture) ............................... www.highpointmarket.org
- Travel Goods Association Show ............................................ www.travel-goods.org
- Furniture Showcase ...................................... www.furniture-showcase.com/
- Consumer Electronics Show ........................................................ www.cesweb.org
- Magic Apparel Show ........................................................... magiconline.com
- New York International Gift Fair ................................................ www.nyigf.com/
- Transpacific Maritime Conference ........................... www.joc.com/events
- Retail Industry Leaders Association ........................................... www.rila.org
- Intermodal Association of North America ........................... www.iana.org
- Warehousing Education and Research Council ........................... www.werc.org
- American Import Shippers Association ........................... www.aisaship.com
- Council for Supply Chain Management Professionals ................... cscmp.org/

## Sales Forecast

Each revenue service area is fully defined in the Range of Services section in the Executive Summary of this business plan. Sales are based on the various warehouse and fulfillment projects we anticipate acquiring in the various market segments. NA3PL also anticipates great opportunity to offer custom assembly lines designed to handle "light" assembly/manufacturing of a wide variety of products, test them and pack them into consumer packaging.

| Revenue Breakdown | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| Warehousing & Distribution Services | $8,770,156 | $18,071,424 | $18,615,744 | $20,238,876 | $21,939,120 |
| Value-Add Services | 7,254,576 | 14,972,832 | 17,168,256 | 18,182,304 | 19,857,600 |
| Other Transport & Logistics Services | 288,000 | 352,000 | 400,000 | 480,000 | 560,000 |
| International Trade Services | 1,965,600 | 4,501,728 | 4,777,920 | 5,225,472 | 5,856,480 |
| Total Revenue | $18,278,532 | $37,897,984 | $40,961,920 | $44,126,652 | $48,213,200 |

## 3PL Competitive Analysis

Imports and exports for the Bay Area are steadily increasing, and numerous programs and initiatives have generated an increase in the number of small- to medium-sized enterprises (SMEs) that are engaged in global trade. By their very nature, many of these SMEs do not have the resources or expertise and prefer to rely on 3PLs to handle their logistics.

Large entities also rely heavily on 3PL service providers, but for a different reason. The economic downturn in 2008 resulted in contraction for many Fortune 500 companies. Functions that could be easily outsourced include transportation, supply chain management and logistics. In many cases, corporate departments devoted to these functions were reduced in size or even eliminated, which has a direct benefit to the 3PL community in the Bay Area. While the economy is rebounding at a healthy pace in 2014, many companies realized the value in using "the experts" as opposed to maintaining in-house capability.

Warehousing and 3PL Services

The 3PL market is changing rapidly, and responds very nimbly to customer requirements. Now that importers and exporters know that their 3PL partners really do act in an integrated fashion, they are more likely to continue along a path of coordination and engagement, rather than viewing the 3PL service offering as being a commodity.

The following chart depicts the niche that NA3PL will have in Northern California. Only one other company shares the dual service capability of customs inspections and 3PL services.



**Small/Medium Sized 3PLs**
- Accu-Logistics LLC
- ADS Logistics
- California Multimodal
- GSC Logistics
- Pacific Coast Container Logistics
- Pacific Transload Systems



NA3PL
3PL
(includes light assembly and trade services)

**Large/Multinational 3PLs**
- API Logistics
- C.H. Robinson Worldwide
- Expeditors International
- Mitsubishi Logistics America Corporation
- Nippon Express Corporation
- UPS Professional Services

NA3PL's international trade services will approach the market with a focused strategy to engage key buyers and other traders in international markets.

NA3PL will use its comprehensive data mining and analysis tools to identify these buyers, their annual purchased volume, and from what countries they are currently sourcing their agricultural products. NA3PL will utilize databases of cargo shipments to capture buyer names and locations (consignees of the cargo shipments) and analyze their buying behavior and volume. Such databases include PIERS, Datamyne, Manifest Journals, CEIC Data, Xport Reporter, and Zepol with underlying information coming from bills of lading submitted to U.S. Customs and Border Protection. Other sources include import statistics from governmental trade office in the destination countries, such as China's Ministry of Commerce and National Bureau of Statistics, and trade statistics from the World Trade Organization, UN Food and Agriculture Organization (FAO), and the U.S. International Trade Agency.



*The growth of U.S. wine production, global exports, and in country consumption have all been on an upward trend. California wineries accounted for 44% of total U.S. wineries and 89.5% of total domestic wine production.*

*(Source: USDOC)*

NA3PL will also closely track commodity production and global pricing to manage exogenous risk. The former is often affected by weather patterns and the cost of transportation. Global pricing can be affected by the strength of the U.S. dollar compared to other currencies, government-sponsored incentives, trade barriers, and seasonal demand.

## Sales Strategy and Implementation

The NA3PL sales executives have deep experience in Asia, the primary market for its traded products. They will make regular visits to major Asian cities to uncover and cultivate sales leads. They will also utilize the services of both the U.S. Commercial Service (U.S. Department of Commerce) and U.S. Foreign Agricultural Service (U.S. Department of Agriculture) to assist in identifying matchmaking opportunities for its products. These in-person, on-the-ground assessments will



be supported by its data analytics and trade intelligence, to better target buyers in those markets.

NA3PL representatives will also participate in general business development and awareness activities, such as attending trade and commodity conferences, and establishing strong partnerships with the leading commodity trade associations. These would include the U.S. Dairy Export Council, U.S. Hay Association, U.S. Soybean Association, and the Wine Institute.



The revenues will come from successfully managing and brokering contracts between U.S. producers and international buyers. It will take an average commission of 10 percent, based on the value of the transaction, or the value of the cargo, whichever is higher. This is usually paid by the buyer, but can also be paid by the seller depending on terms of sale. NA3PL will engage both in "push" and "pull" marketing and business development.

NA3PL will not take title to the cargo, but rather create matchmaker deals between producers/wholesalers and international buyers, manage the transportation logistics, and take a resulting commission based on the value of the transaction.

By remaining asset-light, NA3PL will be able to quickly maneuver and capitalize on opportunities that it identifies through its data analysis, on-the-ground intelligence, and long-term relationships. It will also be able to leverage its relationships with NA3PL and with transportation providers to engineer value-added services as needed to ensure successful product movement.



Warehousing and 3PL Services

# Operations

## Warehousing & 3PL Operations

NA3PL will work closely with companies to facilitate a thorough understanding of their warehousing and fulfillment needs. A critical factor for importers and exporters using the Oakland gateway is the proximity of geographic services and in that regard NA3PL will bundle some of the most superior turnkey solutions available.



- Strategically situated within the inner Oakland harbor distribution region, the 3rd largest West Coast port

- Over 100,000 square feet of immediately-available warehouse storage and fulfillment space

- Minutes away from all 6 major marine terminals located with the port region and immediate access to the main rail line of the Union Pacific, which provides the best port coverage in North America

- Upgraded Union Pacific Donner Pass rail route (November 2009) opened to domestic double-stack intermodal container freight traffic. New route is 75 miles shorter and up to three hours faster than previous routes

- Superior port drayage services and brokerage

- Transloading and warehousing expertise

- NA3PL management team with comprehensive work experience in the region and supporting relationships to guarantee build and implement cost effective and efficient distribution plans

- Strong capitalization plan continually secures the latest equipment, trucking fleet, fulfillment and warehousing systems available on the market today

- Unwavering commitment from the NA3PL team to set the standard in the Oakland region for the ability to satisfy quality requirements and to enhance customer satisfaction in supplier-customer relationships

NA3PL's facility is located adjacent to the Port of Oakland ocean terminal and rail facilities. It is also adjacent to the Oakland Trade and Logistics Center, a planned 168-acre multi-use industrial hub that will be occupied by rail transfer, warehouse, transload, cold storage, light manufacturing, and free trade zone facilities, all to support international trade at the nation's 5th-largest port.



## Management Team

The NA3PL day-to-day management team is comprised of officers of the general partner who bring together a premium range of backgrounds in import/export, operations, warehousing and marketing fields. Limited partners will also be engaged in policy formulation activities in accordance with rights and duties outlined in the limited partnership agreement.

### Tom Henderson, Chief Executive Officer

Tom Henderson has a history of successful business ventures. He started Avalon Bay Foods, Inc. (ABF) as a import/export value added seafood company. Tom was President and CEO of ABF. He developed the business by leveraging overseas joint ventures in Korea (ABF), Japan (ABF), Singapore (ABF), Malaysia (ABF), Thailand (ABF), Indonesia (ABF) including export ventures with British Petroleum (BP Nutrition-N.V.). He grew the business to several thousand employees worldwide and then successfully marketed and sold the business to a multi-national strategic buyer. Tom has been involved in numerous ventures in China over the past 20 years traveling to more than 100 cities and has successfully created a multi-million dollar business in table linens, tabletop, gift and other China imported consumer goods. Tom has vast experience with hands on leveraging partnerships to create value. He has a strong background in real estate, international trade, imports/ exports, retail distribution, sales and marketing, merchandising and product development worldwide. As an entrepreneur, Tom has generated more than $1 billion in business revenues in his career. Tom holds a Bachelor of Science degree in Business Administration from the University of California, Berkeley.

### Clement Chin, Chief Commercial Officer

Clement Chin has over 31 years of management experience in domestic and international transportation and logistics with the last 10 years in senior manage-ment roles, including a senior marketing position at the Port of Oakland focused on the development of import/export programs. During that time, Mr. Chin has had significant accomplishments and involvement with leading organizations to successfully develop new services and create innovative supply chain solutions to meet the challenging needs of the customer.

Mr. Chin has a Bachelor of Arts in Business Economics from New York State University and a Master of Business Administration in Finance from Golden Gate University. His post-academic credentials include training in Quality Principles and Practices, Six Sigma, and ISO 9000. He is active in several national transpor-tation and logistics organizations including being on the board for Warehousing Education and Resource Council (WERC) and Council of Supply Chain Management Professionals (CSCMP).

### Kevin Shimamoto, Chief Operating Officer

Kevin has been involved in the logistics industry for over 30 years. He has estab-lished and operated businesses in both the transport and warehousing industries. On the transport side, some customers required unique operational solutions.

Warehousing and 3PL Services

This included a contract refrigerated transportation company where two clients shared the utilization of the fleet between Northern and Southern California, a intermodal refrigerated trucking company that offered value added services and transported produce shipments from growers in California, and a Northern California intermodal transportation company. Kevin was the CEO and founder of these businesses. On the warehousing side, Kevin was COO and co-founder of two specialty warehousing companies in Northern California. Each warehouse business developed special handling methods to increase shipping accuracy and reduce unloading and loading cost.



Kevin earned a Bachelor of Science in Chemical Engineering at the University of California, Davis and earned an MBA in Finance and Transportation from the Kellogg School of Management at Northwestern University. He has also served on the Executive Board of Directors of the California Trucking Association, Chairman of the Western States Health Insurance Trust, and President and Director of the Northern California chapter of the Warehousing Education and Research Council.

### Ben Martinez, Vice President, Warehouse Operations

Ben brings over 25 years of management experience in warehousing, loss prevention, shipping and logistics management. Ben has held various senior management roles with UPS spanning over 16 years as Hub Manager, Loss Prevention and Flow Control Manager, including logistics Management. He has vast experience in warehousing, shipping and logistics for Corporate Express (Staples) as Operations Manager. Ben also worked as an Operations Manager for a 3PL company in the Port of Oakland overseeing and managing high profile customers such as Walgreens, JC Penny, Medline, HP and Target through successful cross-dock deconsolidation and consolidated programs for imported and exported commodities. Ben is well versed in all aspects of C-TPAT (Customs-Trade Partnership Against Terrorism) programs, regulations and requirements, including all supporting Security protocol and staffing.

Ben has a Degree from University of Phoenix in Business Management. He attended California State University Hayward, studying philosophy and religious studies. His post-academic credentials include value and diversity practices and principles, including IIPP programs and development certifications.



# Job Creation and Staffing Levels



In the past, warehouses focused primarily on handling bulk shipments of goods in and out with little value-added work provided by the warehouse. The number of workers inside the "four walls" of a similar sized 100,000 square foot facility could be as few as 12-15 workers. But today's warehouses are frequently referred to as "customization centers" and/or "mini-manufacturing operations." Their focus is to prepare floor-ready merchandise so retail store associates don't have to spend valuable time in backrooms preparing products for shelves rather than assisting customers. It is common today to find a 100,000 to 150,000 sq. ft. warehouse operating with 24/7 shifts and between 150-200 workers handling a variety of sophisticated supply chain needs for its customers.

## Staffing Timeline

The hiring timetable over 5 years will result in the creation of full-time positions as follows:

| Administrative and Operations Staffing—5 Year Projection | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Day 1 | 30 Days | 6 Month | 9 Month | 12 Month | 18 Month | 2 Year | 3 Year | 4 Year | 5 Year |
| Positions | 1 Shift | 1 Shift | 1 Shift | 2 Shift | 2 Shift | 2 Shifts | 3 Shifts | 3 Shifts | 3 Shifts | 3 Shifts |
| Accounting Specialist | 1 | 1 | 2 | 2 | 2 | 4 | 4 | 6 | 6 | 6 |
| Administration | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 |
| Administrative Assistant | 0 | 0 | 0 | 0 | 1 | 1 | 3 | 3 | 3 | 4 |
| Business Development Analyst | 0 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 4 | 4 |
| Business Development Manager | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 3 | 4 |
| Customer Service | 3 | 3 | 5 | 5 | 7 | 9 | 11 | 12 | 13 | 14 |
| Data Analyst | 1 | 1 | 1 | 1 | 1 | 2 | 3 | 3 | 3 | 3 |
| Data Manager | 0 | 0 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 |
| Documentation Coordinator | 0 | 0 | 0 | 1 | 1 | 1 | 2 | 2 | 3 | 3 |
| Driver: Yard Truck | 1 | 1 | 1 | 1 | 2 | 2 | 3 | 3 | 3 | 3 |
| Equipment Maintenance | 0 | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| Executives | 5 | 7 | 8 | 8 | 8 | 9 | 9 | 9 | 9 | 9 |
| Facility Maintenance | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 |
| Finance Manager | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Forklift Operators (Warehouse/Fulfillment) | 3 | 4 | 5 | 5 | 9 | 14 | 18 | 18 | 19 | 20 |
| General Labor (Warehouse) | 14 | 26 | 37 | 56 | 82 | 125 | 181 | 188 | 197 | 201 |
| Human Resources | 2 | 2 | 2 | 2 | 3 | 3 | 3 | 3 | 4 | 4 |
| Humanitarian Aid and Contact Specialist | 0 | 0 | 0 | 0 | 1 | 1 | 2 | 2 | 2 | 2 |
| International Trade Specialist | 0 | 0 | 0 | 1 | 1 | 2 | 3 | 3 | 3 | 3 |
| IT Technician | 1 | 1 | 1 | 1 | 2 | 3 | 4 | 4 | 4 | 4 |
| Lead Hands (Warehouse/Fulfillment) | 4 | 5 | 6 | 7 | 12 | 18 | 24 | 25 | 26 | 28 |
| Logistics Coordinator | 1 | 1 | 2 | 3 | 4 | 5 | 6 | 6 | 6 | 6 |
| Sales | 3 | 3 | 5 | 6 | 8 | 8 | 11 | 11 | 13 | 13 |
| Security | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Sourcing Manager | 1 | 1 | 1 | 1 | 2 | 3 | 4 | 4 | 4 | 5 |
| Supervisors (Warehouse/Fulfillment) | 4 | 4 | 6 | 8 | 10 | 13 | 16 | 16 | 16 | 16 |
| Warehouse Managers | 3 | 3 | 3 | 3 | 3 | 5 | 7 | 8 | 8 | 9 |
| TOTAL | 59 | 77 | 101 | 128 | 178 | 248 | 338 | 350 | 367 | 380 |

Warehousing and 3PL Services

| Staffing by Shift at Year 2 | Shift 1 7A30-15:00 Hrs | Shift 2 15:00-23:00 Hrs | Shift 3 23:00-07:00 Hrs | Weekend | Total |
|---|---|---|---|---|---|
| **Administrative / Sales** | | | | | |
| Accounting Specialist | 3 | 1 | | | 4 |
| Administration | 3 | | | | 3 |
| Administrative Assistant | 3 | | | | 3 |
| Business Development Analyst | 3 | | | | 3 |
| Business Development Manager | 3 | | | | 3 |
| Customer Service | 6 | 3 | 2 | | 11 |
| Data Analyst | 3 | | | | 3 |
| Data Manager | 1 | | | | 1 |
| Documentation Coordinator | 2 | | | | 2 |
| Executives | 9 | | | | 9 |
| Finance Manager | 1 | | | | 1 |
| Human Resources | 2 | 1 | | | 3 |
| Humanitarian Aid and Contact Specialist | 1 | 1 | | | 2 |
| International Trade Specialist | 2 | 1 | | | 3 |
| IT Technician | 2 | 1 | 1 | | 4 |
| Logistics Coordinator | 4 | 2 | | | 6 |
| Sales | 11 | | | | 11 |
| Sourcing Manager | 2 | 2 | | | 4 |
| **Administrative Total** | 61 | 12 | 3 | 0 | 76 |
| **Facility Operations** | | | | | |
| Driver Yard Truck | 1 | 1 | 1 | | 3 |
| Equipment Maintenance | 1 | 1 | | | 2 |
| Facility Maintenance | 1 | 1 | 1 | | 3 |
| Forklift Operators (Warehouse/Fulfillment) | 6 | 6 | 6 | | 18 |
| General Labor (Warehouse) | 61 | 60 | 60 | | 181 |
| Lead Hands (Warehouse/Fulfillment) | 8 | 8 | 8 | | 24 |
| Supervisors (Warehouse/Fulfillment) | 6 | 5 | 5 | | 16 |
| Warehouse Managers | 3 | 2 | 2 | | 7 |
| **Facility Operations Total** | 87 | 84 | 83 | 0 | 254 |
| **Security** | | | | | |
| Security Total | 2 | 2 | 2 | 2 | 8 |
| **Security Total** | 2 | 2 | 2 | 2 | 8 |
| **TOTAL ADMINISTRATIVE AND FACILITY STAFF** | 150 | 98 | 88 | 2 | 338 |

NA3PL anticipates being fully operational within 24 months, with a customer base to be increased gradually over a five-year period in proportion to the growth of NA3PL efficiency and staffing. A new phase for job growth is emerging in the transportation sector generally, and a continuance of 3PL outsourcing is set to re-energize in 2014. Embracing the qualified talent in the unemployment pool in the Oakland/San Francisco region is a timely opportunity for the job development by NA3PL. The region's diversity is the means to a stronger, better—more sustainable—workplace.

NA3PL will recruit, hire and train 338 full-time individuals within 24 months of the start of its operation, with plans to add more staff as business expands. NA3PL commissioned an employment impact report based on the economic impact that the company has on the local economy. Based on the findings of the report, NA3PL



will create 596.8 jobs, including 338 direct hiring, 258.8 indirect and induced jobs from operations, and 14.8 indirect and induced jobs from the warehouse construction phase. Total economic impacts of the NA3PL project are as follows:

| Economic Activity | Construction Phase (NAICS 2362) | | | Operations Phase (NAICS 4931) | | | Total EB-5 Eligible Jobs | | |
|---|---|---|---|---|---|---|---|---|---|
| | Direct | Indirect and Induced | Total | Direct | Indirect and Induced | Total | Direct | Indirect and Induced | Total |
| Employment | 15.7 | 14.8 | 30.5 | 338.0 | 244.0 | 582.0 | 338.0 | 258.8 | 596.8 |
| Output ($ millions) | $2.61 | $2.59 | $5.20 | $37.90 | $37.68 | $75.58 | $40.51 | $40.27 | $80.78 |
| Value Added ($ millions) | $1.30 | $1.51 | $2.80 | $23.17 | $23.21 | $46.38 | $24.47 | $24.71 | $49.18 |
| Earnings ($ millions) | $0.93 | $0.72 | $1.65 | $15.52 | $10.51 | $26.03 | $16.45 | $11.22 | $27.67 |

*Source: Bureau of Economic Analysis, Performance Economics*

NA3PL seeks to hire urban youths, government assistance recipients, veterans, and vocational rehabilitation referrals. NA3PL is committed to working with the City of Oakland and other government agencies to embrace qualified talent in the unemployed pool.

Based on current and projected needs, NA3PL plans to hire and train a total of 338 full-time workers to fill a wide spectrum of positions including:



Accounting Specialist

Administration

Administrative Assistant

Business Development Analyst

Business Development Manager

Customer Service

Data Analyst

Data Division

Data Manager

Delivery

Documentation Coordinator

Driver—Yard Truck

Executives

Facility Maintenance

Finance Manager

Forklift Operators (Warehouse/



Fulfillment)

General Labor (Warehouse)

Human Resources

Humanitarian Aid and Contract Specialist

International Trade Specialist

IT Technician

Lead Hands (Warehouse/Fulfillment)

Logistics Coordinators

Order Pickers (Fulfillment Center)

Sales

Sourcing Manager

Supervisors (Warehouse/Fulfillment)

Warehouse Managers

Warehousing and 3PL Services

## NA3PL Organization



## 3PL & Warehousing Job Descriptions

*Accounting and Finance Specialist*

The administrative staff in this area will be supervised by the Chief Financial Officer. Payroll Accounting is the function of calculating and distributing wages, salaries, and withholdings to employees and certain agencies. Accounting for Payroll is generally done through different documents such as time sheets, paychecks, and a payroll ledger. Payroll Accounting also involves the process of issuing reports to upper management so that they are able to make informed decisions about the company's labor-cost data.

There are six major job functions that the payroll department must perform throughout the year. They are listed as follows:

1. Compute gross pay (hourly or salary)

2. Compute the total amount of deductions (FICA, taxes, etc.)

3. Compute the total amount due to employees i.e. the gross pay minus the amount of deductions.

4. Authorize the amount of payments due to employees.



31



NA3PL Business Plan

5. Distribute the payroll after it has been authorized.

6. Issue reports to upper management concerning labor-cost data.

*Administration & Administrative Assistant Positions*

Supports operations by supervising staff; planning, organizing, and implementing administrative systems.



- Maintains administrative staff by recruiting, selecting, orienting, and training employees; maintaining a safe and secure work environment; developing personal growth opportunities.

- Accomplishes staff results by communicating job expectations; planning, monitoring, and appraising job results; coaching, counseling, and disciplining employees; initiating, coordinating, and enforcing systems, policies, and procedures.

- Provides supplies by identifying needs for reception, switchboard, mailroom, and kitchen; establishing policies, procedures, and work schedules.

- Provides communication systems by identifying needs; evaluating options; maintaining equipment; approving invoices.

*Business Development Analyst*



- Responsible for the development, analysis and dissemination of all standard sales and productivity reports and customized analytics as required

- Understand the business challenges of the U.S. agricultural export sector, analyzes trends and data to identify sales opportunities

- Make recommendations to enhance marketing and sales strategies, procedures and promotional efforts based on sales and market research and emerging trends. Develops and implements internal and external surveys and reports results

- Monitor demand for agricultural products in Asia and Middle East, and makes recommendations on opportunities to pursue.

- Assist the Business Development Managers as needed

*Business Development Manager*

- Build and maintain key buyer relationships in respective global region (e.g., North Asia, Southeast Asia, Middle East)—will require frequent and extended travel to international locations

- Utilize syndicated research, government trade data, competitive intelligence and inhouse data analytics to uncover trade opportunities

- Maintain relationships with key government trade agencies, including the U.S. Foreign Agricultural Service and the U.S. Commercial Service, and the California Export Development Office (gobiz)

- Consummate large, complex trading contracts with international buyers and U.S. suppliers, to meet sales and revenue targets

- Upsell value-added transportation and logistics services as needed

Warehousing and 3PL Services

*Customer Service*
- Serves customers by providing product and service information; resolving product and service problems.
- Maintains customer records by updating account information.
- Resolves product or service problems by clarifying the customer's complaint; determining the cause of the problem; selecting and explaining the best solution to solve the problem; expediting correction or adjustment; following up to ensure resolution.



*Data Analyst*
- Perform complex data analysis and ensures export trading dashboards are accurate and relevant to trade team
- Coordinate sourcing of third-party data into analytics models
- Develop regional, seasonal, and commodity analysis to uncover commodity trading trends and patterns
- Synthesize data into information consumable by sourcing and business development teams; prepare visualizations

*Data Manager*
- Responsible for the sourcing and maintenance of database platforms of U.S. export and import data, international trade data, and intelligence data derived both internally and externally
- Purchase syndicated trade research reports, and contracts for such reports as necessary
- Develop analytic models to uncover export trade opportunities based on geography, commodity, buying country, seasonal production, market demand, and currency factors
- Maintain database relevancy, accessibility and security

*Documentation Coordinator*
- Ensure compliance with all local, state, federal and regulatory requirements for the trade of U.S. exports
- Manage documentation flow between CEG and all 3rd-party transportation and logistics providers, including railroads, truckers, warehouses, and ocean carriers
- Ensure any goods sent as manufacturer samples meet all export declaration requirements
- Maintain SOP (standard operating procedures) and customer profiles including key contacts, special requirements, contract rates and preferred routings/services/carrier



33



*Drivers / Yard Truck*

- Responsible for driving a tractor-trailer in compliance with applicable federal, state and local laws and regulations as well as company policies and procedures to transport various materials in a safe and timely manner.

- Responsible for proper loading and securing of freight to prevent movement and allow safe transport.

- Assist in loading and unloading as required.

- Maintain accurate records and logs.

- Perform vehicle inspections and preventative maintenance before, during and after trips, responsible for brake adjustments, tire chain-ups and minor repairs as needed while on the road.

- Keep the interior and exterior of cab clean

*Equipment Maintenance*

Heavy vehicle and mobile equipment service technicians inspect, maintain, and repair vehicles and machinery used in warehousing and yard management services.

Employment of heavy vehicle and mobile equipment service technicians is projected to grow 9 percent from 2012 to 2022, about as fast as the average for all occupations. Those with formal training should have very good job opportunities. Although a high school diploma is the typical education needed for entry, employers increasingly prefer to hire service technicians who have some postsecondary education. The median annual wage for heavy vehicle and mobile equipment service technicians was $43,820 in May 2012.

*Facility Maintenance, Security*

Managers of Facilities, Operations, Safety & Security oversee matters related to safety, security, performance, and warehouse plant operations. They work collaboratively with the Warehouse Manager and COO to plan and review strategic work protocols and assure professionally managed and maintained facilities. They conduct routine site safety reviews and plan, design, and coordinate safety and security projects with warehouse personnel and local government agencies.

*Finance Manager*

This position is focused on maximizing return on financial assets by establishing financial policies, procedures, controls, and reporting systems. The Finance Manager reports to the Chief Operating Officer with dotted line reporting to the Chief Executive Officer.

Finance Manager job duties:

- Guides financial decisions by establishing, monitoring, and enforcing policies and procedures

- Protects assets by establishing, monitoring, and enforcing internal controls

- Monitors and confirms financial condition by conducting audits; providing information to external auditors

Warehousing and 3PL Services

- Maximizes return, and limits risk, on cash by minimizing bank balances; making investments

- Prepares budgets by establishing schedules; collecting, analyzing, and consolidating financial data

- Achieves budget objectives by scheduling expenditures; analyzing variances; initiating corrective actions

- Provides status of financial condition by collecting, interpreting, and reporting financial data

- Complies with federal, state, and local legal requirements by studying existing and new legislation; anticipating future legislation; enforcing adherence to requirements;

- Ensures operation of equipment by establishing preventive maintenance requirements and service contracts; maintaining equipment inventories

*Forklift Operators (Warehouse/Fulfillment)*

**Job Purpose:** Forklift operators move heavy materials from one point to another at a job site. They might work in a warehouse moving pallets of material, or they might have a job moving building supplies on a construction site. In some instances, the forklift operator may operate other powered industrial trucks, such as a scissor lift truck. This entry-level position gives the employee the skills to move into other, higher-paid jobs as a material-moving machine operator.

**Training:** The U.S. Occupational Safety and Health Administration requires that anyone who operates a forklift or any powered industrial truck have training in the operation of the vehicle. OSHA also requires forklift operators to be at least 18 years old. Training involves either classroom or online lessons on the physics of lifting heavy weights safely, the parts of a lift truck, safe truck operation, maintenance and refueling. To complete his training, a forklift operator must pass a multiple-choice test and demonstrate safe use of a forklift truck.

**Duties:** The forklift operator is responsible for storing and retrieving goods in the warehouse or storage area of the workplace. As new goods come in, he rotates stock so the oldest materials are used first. The forklift operator should note any damaged cartons, crates or containers as he stores them so he can report them to his supervisor. As he retrieves materials for use or sale, the materials truck operator records items removed from inventory. Maintaining a safe, orderly work area is part of the job for a forklift operator, and he must always be watchful of individuals in his work zone and mindful of their safety.

**Skills:** To operate a forklift truck and maneuver heavy loads in tight spaces, the operator needs good eye-hand-foot coordination. Good coordination is also necessary to operate the forklift's controls. The forklift operator needs good eyesight so he can read packing labels on stacked materials. Good verbal communication skills are necessary so the forklift operator can communicate with his supervisors to know what materials to move and where to move them. Since the materials truck operator keeps track of the inventory he moves, he needs good organizational skills so he can keep good records.



**Job Outlook and Salary:** The U.S. Bureau of Labor Statistics expects the number of material moving machine operators to increase by 12 percent in 2020, which compares to the average growth rate of 14 percent expected for all U.S. occupations. As more warehouses become computerized, the demand for forklift drivers may decline. The demand for crane and tower operators, a similar job with similar training, is expected to increase by 16 percent. Working as a crane and tower operator is often the next step up the career ladder for forklift operators. The average salary for industrial forklift operators was $29,780 in 2010, while it was $46,230 for crane and tower operators.

*General Laborer*

A general laborer is simply a person whose job is to perform a variety of basic tasks, usually within an industrial or a construction environment. While this is an entry level role requiring little education, a candidate for a general laborer position must be in good physical condition as she will be required to perform manual labor. Supervised by Warehouse Manager.

**Duties of general laborer:**

- Loading and unloading trucks, order picking, wrapping products, packing, labeling shipping and receiving.

- Perform assembly of a wide range of products.

- Perform preventive maintenance (PMs) on forklift, truck, and/or railcar.

- Communicate with operators from other shifts.

- Clean and maintain work area.

- Turn off and lock out equipment when not in use.

- Move waste from assembly line to dumpsters.

- Operate within standard operating procedures (SOPs) and Job Safety Analysis (JSAs).

- Operate forklift, trucks, and/or railcars.

- Responsible for quality control. No damaged product is sent out. No damaged raw material is accepted in.

- Package finished product for shipping (shrink wrapping, boxing, labeling).

- Stage finished product for loading.

- Load finished product onto truck, aircraft, and/or railcar.

- Unload raw materials from truck, aircraft, and/or railcar.

- Move raw materials to warehouse storage.

*Human Resources*

Roles include recruit, screen, interview, and place workers in the warehouse and in the export services area. They may handle human resources activities in a variety of other areas, such as employee relations, payroll and benefits, and training. This position reports to the Warehouse Manager and the Chief Operations Officer.

Warehousing and 3PL Services

*Humanitarian Aid and Contract Specialist*

The Humanitarian Aid and Contract Specialist will oversee and manage application for contracts, grants and cooperative agreements to allow NA3PL to facilitate export of key California agricultural commodities to places of need in the world.

The Contracts and Grants Manager will provide administrative support which may include but is not limited to the review of proposals, budgets and agreement conditions in accordance with current regulations and policies and prepare documents and files for review and ultimate award by the designated government agency. A Bachelor's degree in finance, contracts administration, or business administration is preferred. At least ten years of grants management experience with international donor programs (at least five years as a contracting officer with USAID/OFDA preferred). Proven experience developing and implementing a large grants management program. Knowledge of Federal and Agency assistance and acquisition rules, regulations, policies and procedures is also preferred.

*International Trade Specialist*

Provide cost-benefit analysis on proposed trade deals. Assist with trade finance and letters of credit questions and submissions by U.S. sellers. Evaluate economic, market and other factors affecting trade within an agricultural sector or geographic area and contribute to development of trade strategies and positions. The IT specialist gathers research and provides other assistance to business development teams working on trade development programs or negotiating teams.

*IT Technician*

Information systems technicians operate and maintain information systems, facilitating system utilization. In many companies, these technicians assemble data sets and other details needed to build databases. This includes data management, procedure writing, writing job setup instructions, and performing program librarian functions. ITs assist in designing and coordinating the development of integrated information system databases. ITs also help maintain Internet and Intranet websites. They decide how information is presented and create digital multimedia and presentation using software and related equipment.

ITs install and maintain multi-platform networking computer environments, a variety of data networks, and a diverse set of telecommunications infrastructures. ITs schedule information gathering for content in a multiple system environment. ITs are responsible for the operation, programming, and configuration of many pieces of electronics, hardware and software. ITs also investigate, troubleshoot, and resolve end-user problems. ITs conduct ongoing assessments of short and long-term hardware and software needs for companies, developing, testing, and implementing new and revised programs.

*Lead Hand*

A Lead Hand, or Leading Hand, is an experienced worker in charge of a small group of employees in the same trade. The Lead Hand plays an intermediate role between workers and supervisors. Lead Hands coordinate with the Foreman to meet deadlines. Major construction sites might have a welding Lead Hand, a construction Lead Hand and an electrical Lead Hand—all reporting to the site supervisor. Lead Hands are also found in production facilities such as food or beverage processing plants. The Lead Hand is responsible for the smooth and safe

37



NA3PL Business Plan

operation of his team, helping the workers to meet goals and mediating concerns with upper management.

**Leadership:** The Lead Hand coordinates the team and is responsible for applying policies and procedures. She is involved with, and supportive of, disciplinary actions brought about by supervisors. Other duties might include arranging for extra workers, evaluating the quality of work of team members, organizing crew tasks, maintaining work standards, resolving issues between team members and mentoring apprentices.

**Safety:** The Lead Hand promotes a safe work environment and is responsible for the safety of his crew. The Lead Hand must understand the legal liability of this role and any related occupational and safety laws. He might also make certain his team members comply with safety regulations, identify a need for safety training, complete an initial safety and hazard assessment, participate in accident investigations and see to timely resolution of safety concerns.

**Scheduling:** The Lead Hand is accountable for her team's ability to meet production goals. She must identify requirements for specific materials or tools and communicate these requests to the appropriate person. The Lead Hand informs her supervisor of any scheduling conflicts and assists in resolving them. She understands the need to prioritize work schedules to meet goals.

**Experience and Salary:** According to the website "Payscale", a Lead Hand will have an average of 10 to 20 years of experience in their trade. Lead Hands with fewer than five years of experience are rare. Salary as of 2010 depends upon the specific trade, with a welder Lead Hand earning a yearly salary of $37,000 to $62,000 and carpenter Lead Hands earning a yearly salary of $36,000 to $58,000. Top yearly salary for all Lead Hand positions reported to Payscale was $79,000.

*Logistics Coordinator*

The Logistics Coordinator provides support to the operational, supply chain, procurement, and inventory staff by executing distribution, warehousing and transportation data and procedures to maximize efficiency and be cost conscience. The position interfaces and supports distribution center management teams (internal/external), vendors, carriers, and corporate and regional office departments to ensure operational success.

Must have:

- Practical work in the areas of manufacturing, transportation, demand planning, or other areas related to logistics and the supply chain required.

- Related Work Experience: Minimum of 5 - 7 years in working in a Logistics/Distribution function is a must; Supply Chain functions with emphasis on Warehouse management or roles in Distribution, Transportation or General Warehousing.

- Technical skills must include an understanding of basic supply chain principles

*Order Picker*

An order picker fills and delivers customers' orders to the delivery platform of a warehouse. This involves moving merchandise from the stock room and placing it on

Warehousing and 3PL Services

a delivery pallet. He is responsible for meeting company standards of safety, security and productivity. Order pickers hold a high school diploma. They earned an average annual salary of $27,096, as of November 2009, according to Salary.com.

Duties:  Order pickers place pallets at the delivery destination of the warehouse.

Filling:  An order picker selects and fills customer's orders for shipment. Filling an order includes having and recording the correct order number and product type, assembling merchandise for shipment if necessary and transporting items to correct shipping locations with accurate stencil tag or mark orders. Filling also includes repacking and weighing orders as needed.

Inventory:  In this position, the individual tracks inbound and outbound shipments for accuracy and damage. They conduct physical inventory of merchandise periodically. He notes and approves substitutions for out of item stock.

Operation:  In stocking and filling the order picker operates a forklift. When placing items for delivery an order picker operates a pallet jack to move completed orders in trucks for delivery and pull pallets through the warehouse. On a daily basis, this professional inspects equipment of operation and performs minor maintenance on equipment when needed.

*Sales*
Establishes and maintains business relationships with major account customers. Provides shipping solutions to support customers.

- Create and define value for customers by understanding their business model and specific needs.  Establish long term business relationships with major 3rd party logistics clients.

- Develop sales strategy to generate increased revenue from assigned corporate 3PL accounts.  Monitor account performance to ensure revenue and yield goals are achieved, making changes to strategy as necessary.

- Leverage and network with leadership and key field positions to increase knowledge of customer's business to enhance client relationships.

- Work with customer representatives to provide highest quality of service, meet customer expectations and jointly develop strategy to address customer's changing transportation needs.

*Security*
Responsible for maintaining the highest degree of security of the facility and perimeter, and actively observes and reports any potential losses of company property. Responsible for the enforcement of all company policies and procedures including state and federal laws pertaining to the safety work practices of the warehouse distribution center.

- Regularly patrols the distribution center and immediate surrounding areas to guard against fire, theft, vandalism, and illegal entry. Examines doors, windows, and gates to determine that they are secure.

- Monitors and ensures proper functioning and testing of all CCTV equipment, burglar and fire alarm panels, door annunciators, weather alert radios and is responsible for the notification of any type of emergencies to management



NA3PL Business Plan

and emergency services (police, fire and medical) by telephone. Acts as a first responder to fire alarms and burglar alarms at the distribution center during and after normal business hours.

- Monitors and reports irregularities, such as fire hazards, leaking water pipes, temperature devices and security doors left unlocked. Inspects security & safety equipment and machinery to ascertain if tampering has occurred.

*Sourcing Manager*
- Build and maintain key supplier relationships in the U.S. agricultural sector

- Keep abreast of domestic and international factors that affect commodity supply and shipping, such as global seasonality and production estimates, trade and tariff restrictions, domestic and ocean transportation pricing, and competition from international sources

- Maintain relationships with key agricultural supplier organizations, such as Specialty Crop Trade Council, the Wine Institute, and the U.S. Forage Export Council

- Develop and managing pricing models by commodity and transportation mode

*Warehouse Manager*
The warehouse manager provides materials, equipment, and supplies by directing receiving, warehousing, and distribution services; supervising staff.

Job Duties:
- Maintains receiving, warehousing, and distribution operations by initiating, coordinating, and enforcing program, operational, and personnel policies and procedures.

- Complies with federal, state, and local warehousing, material handling, and shipping requirements by studying existing and new legislation; enforcing adherence to requirements; advising management on needed actions.

- Safeguards warehouse operations and contents by establishing and monitoring security procedures and protocols.

- Controls inventory levels by conducting physical counts; reconciling with data storage system.

- Maintains physical condition of warehouse by planning and implementing new design layouts; inspecting equipment; issuing work orders for repair and requisitions for replacement.

- Achieves financial objectives by preparing an annual budget; scheduling expenditures; analyzing variances; initiating corrective actions.

- Completes warehouse operational requirements by scheduling and assigning employees; following up on work results.

- Maintains warehouse staff by recruiting, selecting, orienting, and training employees.

- Maintains warehouse staff job results by coaching, counseling, and disciplining employees; planning, monitoring, and appraising job results.

Warehousing and 3PL Services

- Maintains professional and technical knowledge by attending educational workshops; reviewing professional publications; establishing personal networks; participating in professional societies.
- Contributes to team effort by accomplishing related results as needed.

Skills/Qualifications: Supervision, Developing Budgets, Safety Management, Developing Standards, Managing Processes, Surveillance Skills, Inventory Control, Reporting Skills, Analyzing Information , Equipment Maintenance, Judgment

*Warehouse Packer*

Packers, also called picker packers, work for businesses across the United States. Some positions require training, education or experience in the industry in order to conform to regulations or use specialized equipment. Other positions may focus on an employee's strength or endurance, while others suit people from all educational and physical backgrounds.

Function: Before packing products, warehouse workers must clean and prepare containers and evaluate all shipping materials for damages or defects. Packers count inventory and place products into appropriate boxes and shipping containers. Labels affixed to the containers show product counts, destination, model numbers and other important information. Employees verify, record and sign off on this information before transporting it to a quality control or loading area. Some packers may assist with loading trucks or other transportation vehicles or by filling out additional paperwork.

Types: Warehouse packers work in many different industries. Packers at food and vegetable preserving warehouses prepare and preserve foods, can the finished product and package cans into large containers for shipping. Pharmaceutical packers may package medicines or medical products used in hospitals, clinics and laboratories. Paper mills create a variety of pulp, paper and paperboard products that require packaging by hand as well as with specialized machinery. Other industries that employ picker packers include the beverage and processed food, tobacco and iron or steel industries.

Considerations: Warehouse packers should be physically fit. Packing jobs may require heavy lifting and long hours standing on your feet. Spatial organization and basic math as well as good reading and writing skills are also required. Food service workers follow stringent health code laws and may wash fruit or sanitize equipment during preparation. General product packers may assemble portions of the product before packaging. Some warehouse packer jobs require the use of specialized machinery that requires additional training or expertise.

Income: According the Bureau of Labor Statistics, in May 2009 the hourly income for warehouse packers averaged $13.13. The average annual income totaled $27,320. The tobacco industry employs the highest paid warehouse packers. These packers make, on average, $20.25 an hour, or $42,110 a year. Income varies with experience, with high paying jobs naturally assigned to more experienced workers. Knowledge of the equipment used to package products also helps workers achieve higher paying positions.



*Warehouse Worker*

Warehouse workers are essential to the shipment of goods. They typically work as part of a team to help get the goods to where they need to go.

**Function:** Warehouse workers handle goods in a variety of ways within the distribution facility. They load and unload the goods from trucks and prepare orders for shipment. Heavy lifting is often required.

**Significance:** Because of the importance of products getting to their destination as quickly and efficiently as possible, the role of the warehouse worker is invaluable. The physical nature of the job requires a worker possessing strength and stamina.

**Education/Training:** No special educational requirements are needed to be a warehouse worker, although a high school diploma is often necessary. Training is typically conducted on the job, with additional training to workers such as forklift operators.

**Earnings:** According to the Bureau of Labor Statistics, the average warehouse worker earned $15.43 per hour as of August 2009. Factors that influence income include the location of the company and the amount of experience.

**Warning:** Working in a warehouse can be a dangerous occupation. Back injuries occur frequently due to the heavy lifting, and injuries from falling merchandise can also occur.

*Warehouse Supervisor*

Warehousing facilities provide storage for merchandise, control inventory, deliver materials and may repackage products for distribution. Warehouse supervisors must be familiar with material handling procedures. The warehouse supervisor directs the activities of the workers performing duties in the warehouse. According to PayScale, the average salary for a warehouse supervisor is between $32,887 and $48,775 as of December 2010.

**Education:** Warehousing supervisors may be required to hold a minimum of a bachelor's degree in business, supply chain management or a logistics related field. Companies may hire a supervisor with a high school education and experience in warehousing. Supervisors may be required to plan budgets for the warehouse, create work schedules, give performance evaluations and prepare reports for management.

**Experience:** Employers may require warehouse supervisors to have years of experience in logistics, inventory control, supply chain management and material handling to supervise others in the organization. Supervisory experience preparing reports, budgeting and managing employees may also be required for a warehouse supervisor position. Warehouse supervisors must have experience with moving equipment and safe working procedures in a material handling environment.

**Skills:** Warehouse supervisors must have good written and verbal communication skills to manage employees and to provide information to upper management. Supervisors must have the ability to direct the activities of others and the ability to evaluate employees and deliver performance reviews. A supervisor must have the physical skills to perform the duties in a warehouse, such as operating a forklift, performing cycle counts, stocking shelves, and unloading and loading trucks. Supervisors may provide training to warehouse workers. Warehouse supervisors

must have computer skills to prepare reports, budgets, cycle counts and schedules for management staff.

**Safety Training:** Safety is an important part of the training for warehouse workers. The supervisor must adhere to safety regulations and ensure that workers receive the proper training. Safe lifting and material handling prevents workplace injuries, and supervisors must ensure workers receive the training on an ongoing basis. The supervisor may deliver regular training on the proper use of material moving equipment.

## Vendor Selection

The NA3PL organization recognizes that its success is linked with solid vendor selection for partners that provide interconnected transport and IT services and seeks to establish integrated relationships with suppliers to design and support the highest performance possible for each process including:

- Pursuit of new 'green' products to integrate into the business systems wherever possible
- Partner with the EPA approved SmartWay Truck and Rail Carriers

## Information Technology Support Systems

Leveraging information technology systems is a core component of NA3PL, LLC's value proposition. Continuous developments in technology have produced supply chain solutions that simplify, speed up and improve the accuracy and efficiency of everything from production planning right through to final delivery—and the processes in between.

Strategic success however for NA3PL, LLC's well capitalized IT initiatives, is predicated on organizational alignment, process excellence and forward thinking. Building and maintaining mission critical supply chain systems means support from a myriad of flexible, yet integrated IT systems to manage complex supply chains. Therefore, integrated systems are a core component of an overall 3PL solution.

Acquisition of IT platforms include WMS systems (warehouse management systems), TMS (transportation management systems), yard management and CIS interface packages with ISO 9000, along with various fulfillment platforms for inventory visibility, pick and pack, mode optimization and metrics require a convergence of functional competence that NA3PL will provide. Technology is one spoke in a wheel of capabilities that enable NA3PL and customers to collaborate on solutions and performance improvements.

- **Warehouse management**—With supplies from so many different customers moving through a public warehouse, customer profiling and lot number recording is absolutely critical. 3PL software helps managers monitor picking and put away through radio-frequency identification (RFID) capabilities.

- **Shipping & receiving**—3PL software has transportation management capabilities that automate the printing of shipping and receiving labels. Bills of lading inform the supplier that supplies have been loaded onto the 3PL provider's carrier and are ready for delivery, and inbound receipts help warehouse managers monitor the arrival of new supplies.



- Order fulfillment—One of the primary functions of a 3PL company is to fulfill orders that have been sold by someone else's business. This means being able to handle all of the MTS, BTO and ATO capabilities typical of order fulfillment software.

- 3PL billing—Billing is typically completed on two schedules: a monthly service/storage fee, with some kind of variable fulfillment cost. The billing needs to match these services, so the 3PL can bill easily based on orders and storage use.

## About the Selected WMS System

Descartes offers solid optimized planning, consolidation and tendering capabilities based upon over 25 years of proven experience. Descartes has used this expertise to develop our proprietary multi-stop, aggregation, and pooling optimization functionality to help you determine the right consolidation options to reduce freight spend while meeting service requirements. Our fast and efficient planning algorithms in our software take minutes, not hours, to run, keeping your logistics operations focused on keeping the warehouse picking and the freight moving. Using a settings-based approach, optimization and consolidation configuration are straightforward to understand and adjust. In addition, because of its integration to the Descartes Global Logistics Network™ (Descartes GLN™), the connectivity to carriers and trading partners required to electronically execute shipments can be readily available through pre-existing network connections.

Logistics Flow Control is the next generation retail inbound logistics transportation management solution designed for rapid return-on-investment. It is a multi-party Microsoft-based cloud solution that breaks the paradigm of having to coordinate multiple parties with multiple systems that have historically made inbound retail supply chains inefficient and hard to manage. With Logistics Flow Control, retailers, suppliers, carriers and brokers can use the same solution to manage the "purchase order to warehouse receipt" process, helping retailers to:

- Improve control of inventory in motion;

- Reduce purchase order cycle time, transportation costs, inventory carrying costs, and custom filing fines; and

- Measure supplier and carrier performance.

## Permits and Licenses

- City of Oakland business license (completed)

- California Alcohol and Beverage Control License (Type 14 Warehouse) (NA3PL has secured this license)

- Motor Carrier Authority Common Carrier and Brokerage:  North America 3PL, has a Federal Brokerage Authority

- Export Trade Certificate from the U.S. International Trade Agency. The ITA states: "The Export Trade Certificate of Review provides substantive federal antitrust protection and procedural benefits to U.S. firms interested in collaborating on export activities.

Warehousing and 3PL Services

### About E-Verify

NA3PL is an E-Verify employer. E-Verify is an Internet-based system operated by USCIS since March 2011. E-Verify compares information from an employee's Form I-9 to data from U.S. government records. If the information matches, that employee is eligible to work in the United States. If there's a mismatch, E-Verify alerts the employer and the employee is allowed to stay in the U.S. until he or she resolves the problem

E-Verify



# Representative Financials

NA3PL seeks to build a premier third-party logistics services company from the ground up. The management team of NA3PL combines over 75 years of global logistics experience to the proposed project. Start-up assets required are shown in the tables accompanying the Start-up Summary below.

## Start-up Summary Budget

1700 20th Street, Oakland

| Design and Engineering | |
|---|---|
| Structural Engineering | $75,000 |
| Electrical Engineering | 30,000 |
| Mechanical Engineering | 50,000 |
| Engineering Software | 35,000 |
| **Total Design and Engineering** | **$190,000** |
| **City Permits** | |
| Oakland Planning Dept | $55,000 |
| **Total Permits** | **$55,000** |
| **Construction Costs** | |
| Seismic upgrades | $350,000 |
| Roof replacement | 150,000 |
| Underground storage tank removal | 125,000 |
| Warehouse doors | 500,000 |
| Electrical upgrade for refrigerated containers | 60,000 |
| Electrical for workstations | 25,000 |
| Fencing—perimeter | 100,000 |
| Offices—2 floors | 250,000 |
| Air Conditioning/upgrades | 100,000 |
| Repave truck yard | 175,000 |
| Remove/Replace Low voltage cabling | 65,000 |
| Window coverings | 35,000 |
| **Total Construction** | **$1,935,000** |
| **Equipment and Furnishings** | |
| VOIP, Computers & Other IT Equipment | $335,000 |
| Security Systems | 250,000 |
| Server room upgrade | 50,000 |
| Office furniture | 193,000 |
| Forklift & Other powered warehouse equipment | 580,000 |
| Other material handling equipment | 150,000 |
| Yard Tractor | 250,000 |
| Pallet Racks | 150,000 |
| Warehouse Management System | 500,000 |
| Light Assembly Workstations | 30,000 |
| Light Assembly Equipment | 209,500 |
| Software | 75,000 |
| **Total Equipment and Furnishings** | **$2,772,500** |

*continues on following page*

Warehousing and 3PL Services

| Office Startup Expenses | |
|---|---|
| Legal (HR contracts, vendor contracts, etc) | $40,000 |
| Insurance | 145,377 |
| Accounting Fees | 35,000 |
| Software | 20,000 |
| Miscellaneous Startup Expenses | 35,000 |
| Rent at 1700 20th Street, Oakland | 1,380,000 |
| Total Startup Expenses | $1,655,377 |
| **Labor & Payroll Expenses (First year)** | |
| Accounting Specialist (2) | $74,880 |
| Administration (3) | 99,840 |
| Administrative Assistant (1) | 41,600 |
| Business Development Analyst (1) | 49,920 |
| Business Development Manager (2) | 174,000 |
| Customer Service (7) | 247,520 |
| Data Analyst (1) | 49,920 |
| Data Manager (1) | 80,000 |
| Documentation Coordinator (1) | 41,600 |
| Driver - Yard Truck (2) | 74,880 |
| Equipment Maintenance (1) | 41,683 |
| Executives (8) | 905,000 |
| Facility Maintenance (2) | 58,240 |
| Finance Manager (1) | 70,000 |
| Forklift Operators (Warehouse/Fulfillment) (9) | 299,520 |
| General Labor (Warehouse) (82) | 2,387,840 |
| Human Resources (3) | 168,000 |
| Humanitarian Aid and Contact Specialist (1) | 60,000 |
| International Trade Specialist (1) | 60,000 |
| IT Technician (2) | 160,000 |
| Lead Hands (Warehouse/Fulfillment) (12) | 449,280 |
| Logistics Coordinator (4) | 158,080 |
| Sales (8) | 696,000 |
| Security (8) | 216,320 |
| Sourcing Manager (2) | 160,000 |
| Supervisors (Warehouse/Fulfillment) (10) | 560,000 |
| Warehouse Managers (3) | 258,000 |
| Total Labor Expense | $7,642,123 |
| | |
| Working Capital Requirements | $750,000 |
| | |
| **TOTAL** | **$15,000,000** |



NA3PL Business Plan



## Pro Forma Profit and Loss

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
| Warehousing & Distribution Services | $8,770,356 | $18,071,424 | $18,615,744 | $20,238,876 | $21,939,120 |
| Value-Add Services | 7,254,576 | 14,972,832 | 17,168,256 | 18,182,304 | 19,857,600 |
| Other Transport & Logistics Services | 288,000 | 352,000 | 400,000 | 480,000 | 560,000 |
| International Trade Services | 1,965,600 | 4,501,728 | 4,777,920 | 5,225,472 | 5,856,480 |
| Total Revenue | $18,278,532 | $37,897,984 | $40,961,920 | $44,126,652 | $48,213,200 |
| **Payroll Expenses** | | | | | |
| Total Payroll | $7,642,123 | $14,038,785 | $14,924,110 | $16,125,465 | $17,270,895 |
| Payroll Taxes | 714,539 | 1,312,626 | 1,395,404 | 1,507,731 | 1,614,829 |
| Workers Comp Insurance | 521,812 | 1,088,656 | 1,155,443 | 1,239,488 | 1,311,818 |
| Health Insurance | 1,602,000 | 3,042,000 | 3,150,000 | 3,303,000 | 3,420,000 |
| Other Benefits | 458,527 | 842,327 | 895,447 | 967,528 | 1,036,254 |
| Total Payroll Expense | $10,939,001 | $20,324,394 | $21,520,404 | $23,143,212 | $24,653,796 |
| **Occupancy Expenses** | | | | | |
| Warehouse Lease | $1,380,000 | $1,421,400 | $1,782,312 | $1,835,781 | $1,890,854 |
| Utilities | 144,000 | 192,000 | 215,760 | 222,233 | 228,900 |
| Property Taxes | 120,000 | 123,600 | 147,308 | 151,727 | 156,279 |
| Repairs & Maintenance | 36,000 | 37,080 | 44,192 | 45,518 | 46,884 |
| Office Lease | 86,400 | 88,992 | 91,662 | 94,412 | 97,244 |
| Total Occupancy Expense | $1,766,400 | $1,863,072 | $2,281,234 | $2,349,671 | $2,420,161 |
| **Administrative Expenses** | | | | | |
| Sales & Marketing | $90,000 | $105,000 | $150,000 | $150,000 | $165,000 |
| Travel & Entertainment | 288,000 | 456,000 | 456,000 | 492,000 | 564,000 |
| Liability Insurance | 31,170 | 39,846 | 41,042 | 43,272 | 46,918 |
| Communications | 72,000 | 74,160 | 76,385 | 78,677 | 81,037 |
| Other G&A Expenses | 114,000 | 117,420 | 120,943 | 124,571 | 128,308 |
| Total Administrative Expense | $595,170 | $792,426 | $844,370 | $888,520 | $985,263 |
| **Operations Expenses** | | | | | |
| Other Insurance | $41,000 | $42,230 | $43,497 | $44,802 | $46,146 |
| Depreciation | 575,500 | 678,900 | 738,900 | 749,700 | 760,300 |
| Other Operating Expenses | 1,013,927 | 1,994,899 | 2,148,096 | 2,306,333 | 2,510,660 |
| Total Operations Expense | $1,630,427 | $2,716,029 | $2,930,493 | $3,100,835 | $3,317,106 |
| **TOTAL OPERATING EXPENSES** | $14,930,998 | $25,695,921 | $27,576,500 | $29,482,238 | $31,376,327 |
| **PROFIT BEFORE TAXES** | $3,347,534 | $12,202,063 | $13,385,420 | $14,644,414 | $16,836,873 |
| Provision for Taxes | (1,104,686) | (4,026,681) | (4,417,189) | (4,832,656) | (5,556,168) |
| **NET PROFIT AFTER TAXES** | $2,242,848 | $8,175,382 | $8,968,231 | $9,811,758 | $11,280,705 |
| | 12.3% | 21.6% | 21.9% | 22.2% | 23.4% |

Warehousing and 3PL Services

# Appendix

## Letters of Support

Magic Ear
CBRE
Matson Logistics
DB Shenker
Port of Oakland

## News Stories

ProLogistix
McClatchy DC
Inbound Logistics
Logistics Management
The New York Times
San Jose Mercury News



NA3PL Business Plan

Letters of Support

# MagicEar

April 8, 2014

Clement Chin
North America 3PL, LLC
1700 20th Street
Oakland, CA 94607

Dear Clement,

As discussed, Magic Ear is seeking to expand our light manufacturing capabilities to the West Coast to further our growth and distribution processes in the U.S. and to overseas markets. Our product line is expanding and we anticipate a 15-20% growth over current production capabilities, forcing us to look for a company with warehousing, fulfillment, and in particular, assembly capabilities that are planned for the NA3PL facility.

Magic Ear specializes in the design, manufacturing, marketing and distribution of Personal Sound Amplification Products (PSAPs) in both custom products and Behind-the-Ear designs. Fabricating a hearing aid takes about two hours and Magic Ear is interested in the light assembly and distribution services that will be available after NA3PL opens its operation. Making hearing aids is a customized process requiring skilled labor that we will train to use magnification glasses and microscopes in a micro-miniature manufacturing environment. Magic Ear products are engineered and designed in the USA. Product molds will be manufactured in China and we would like to discuss an import supply chain that involves moving goods through the NA3PL facility.

Please keep us abreast of the development and service offerings as they become available.

Best regards,

Chuck Ottaviano
President
chuck.magicear@gmail.com

22069 US Highway 19 North
Clearwater, Florida 33765
(727) 286-6214
www.magicear.com

Warehousing and 3PL Services

COMMERCIAL REAL ESTATE SERVICES

Colin Yasukochi
Director, Research and Analysis
CBRE Global Research and Consulting

CBRE
Brokerage Services
Broker Lic 00403987

# CBRE
## CB RICHARD ELLIS

101 California Street, 44th Floor
San Francisco, CA 94111-3305

415 772 0123 Main
415 772 0459 Fax

www.cbre.com

March 11, 2014

Clement Chin
North America 3PL LLC
1700 20th Street
Oakland, CA 94607

Dear Mr. Chin,

In our research of the Oakland, CA warehouse market, we find that the market demand for warehouse capacity in Oakland, CA, particularly near the Port of Oakland, is extremely high. This is due to the limited availability of quality facilities and the recent loss of warehouse space at the Port of Oakland and in nearby Emeryville.

The contributing factors causing this shortage are as follows

1. Continued cargo growth at the Port of Oakland
2. Robust S.F. Bay area economy creates greater consumption demand
3. Long-term lack of investment in new warehouse capacity around the Port of Oakland
4. Recent loss of over 800,000 sq ft of warehouse in Oakland and Emeryville

As our 4th Quarter Industrial Real Estate report indicates, available warehouse capacity is at an all-time low at 1.3% vacancy (see attached Q4 2013 CBRE Industrial Report) - essentially indicating that the warehouses in the Oakland area are full and a need for additional warehouse capacity to meet current and future needs.

Based on our current assessment for warehousing in Oakland and with the forecasted long-term growth in demand, we feel comfortable that any new warehousing capacity in Oakland will be successful and welcomed by industry

Regards,

*Colin Yasukochi*

Colin Yasukochi
Director, Research and Analysis
CBRE Global Research and Consulting



# Oakland/East Bay, Industrial
## Statistics & Transactions



| Submarket | NRA | Total Vacancy % | Total Vacant SF | Total Availability % | Total Direct Available | Total Sublease Available | Average Asking Rate[1] | Q4 Net Absorption | YTD Net Absorption |
|---|---|---|---|---|---|---|---|---|---|
| Richmond | 13,338,712 | 4.9% | 659,270 | 6.7% | 808,845 | 84,424 | | 13,292 | 51,911 |
| Warehouse | 4,232,571 | 5.5% | 233,868 | 7.7% | 213,546 | 84,424 | $0.45 | (51,502) | 208,456 |
| Manufacturing | 7,115,269 | 4.0% | 283,562 | 5.4% | 387,205 | 0 | $0.55 | 19,397 | (172,399) |
| R&D/Flex | 1,992,872 | 7.1% | 141,840 | 8.9% | 178,094 | 0 | $0.75 | 45,487 | 15,854 |
| Berkeley | 8,382,146 | 4.9% | 412,997 | 5.2% | 473,231 | 14,461 | | (73,131) | (42,551) |
| Warehouse | 2,449,987 | 1.6% | 38,866 | 1.6% | 38,866 | 0 | $0.50 | 0 | (5,000) |
| Manufacturing | 4,170,544 | 0.0% | 0 | 0.6% | 24,695 | 0 | $0.55 | 0 | 17,380 |
| R&D/Flex | 1,761,615 | 21.2% | 374,131 | 2?.2% | 359,670 | 14,461 | $0.95 | (73,131) | (54,131) |
| Emeryville | 3,307,189 | 2.9% | 96,609 | 5.2% | 123,438 | 47,087 | | (7,000) | 48,747 |
| Warehouse | 2,051,003 | 4.2% | 86,329 | 6.9% | 113,158 | 27,741 | $0.50 | 0 | 50,257 |
| Manufacturing | 894,269 | 1.1% | 10,280 | 3.3% | 10,280 | 19,346 | $0.55 | (7,000) | (1,510) |
| R&D/Flex | 361,917 | 0.0% | 0 | 0.0% | 0 | 0 | $0.95 | 0 | 0 |
| Oakland | 34,944,620 | 2.6% | 917,156 | 3.7% | 1,261,538 | 17,500 | | (58,696) | (20,274) |
| Warehouse | 24,263,630 | 1.3% | 304,284 | 3.8% | 427,185 | 17,500 | $0.42 | (47,010) | 8,037 |
| Manufacturing | 9,582,485 | 5.7% | 548,460 | 7.8% | 751,660 | 0 | $0.50 | (11,686) | (38,211) |
| R&D/Flex | 1,098,507 | 5.9% | 64,412 | 7.5% | 87,693 | 0 | $0.65 | 0 | 9,900 |
| Alameda | 4,479,195 | 6.4% | 287,000 | 7.8% | 351,000 | 0 | | 0 | 80,557 |
| Warehouse | 3,655,878 | 6.6% | 243,000 | 8.4% | 307,000 | 0 | $0.40 | 0 | (39,060) |
| Manufacturing | 544,205 | 8.1% | 44,000 | 8.1% | 44,000 | 0 | $0.45 | 0 | (14,600) |
| R&D/Flex | 279,112 | 0.0% | 0 | 0.0% | 0 | 0 | $0.95 | 0 | 163,617 |
| San Leandro | 22,080,471 | 2.8% | 625,348 | 5.7% | 942,465 | 326,701 | | 316,936 | 697,729 |
| Warehouse | 13,922,287 | 2.8% | 394,799 | 7.3% | 693,012 | 326,701 | $0.45 | 180,576 | 435,503 |
| Manufacturing | 5,668,314 | 2.5% | 143,982 | 2.8% | 158,993 | 0 | $0.65 | 130,180 | 158,862 |
| R&D/Flex | 2,489,375 | 3.5% | 86,566 | 3.8% | 93,460 | 0 | $0.75 | 6,180 | 103,364 |
| San Lorenzo | 1,174,587 | 3.4% | 40,000 | 3.4% | 40,000 | 0 | | 0 | 0 |
| Warehouse | 561,500 | 7.1% | 40,000 | 7.1% | 40,000 | 0 | $0.40 | 0 | 0 |
| Manufacturing | 613,087 | 0.0% | 0 | 0.0% | 0 | 0 | $0.45 | 0 | 0 |
| Hayward | 41,364,673 | 4.7% | 1,938,440 | 9.2% | 3,078,815 | 747,048 | | 177,026 | 549,237 |
| Warehouse | 26,697,718 | 4.2% | 1,111,368 | 9.0% | 1,840,555 | 556,668 | $0.45 | 252,469 | 168,090 |
| Manufacturing | 9,150,792 | 3.3% | 299,121 | 7.4% | 541,067 | 139,980 | $0.65 | (81,865) | 372,859 |
| R&D/Flex | 5,516,113 | 9.6% | 527,901 | 13.0% | 697,193 | 50,400 | $0.70 | 6,422 | 8,288 |
| Union City | 14,066,490 | 3.3% | 458,838 | 5.7% | 659,238 | 65,249 | | 15,410 | 431,484 |
| Warehouse | 9,775,290 | 2.3% | 223,446 | 3.8% | 294,246 | 60,933 | $0.45 | (45,471) | 240,251 |
| Manufacturing | 2,887,488 | 1.5% | 42,950 | 5.7% | 165,950 | 0 | $0.50 | 31,550 | 21,900 |
| R&D/Flex | 1,403,711 | 13.2% | 192,442 | 14.2% | 199,042 | 4,316 | $0.70 | 29,291 | 99,335 |
| Fremont | 43,310,384 | 12.1% | 5,248,057 | 14.0% | 5,543,083 | 505,409 | | 204,165 | 1,026,513 |
| Warehouse | 8,643,844 | 5.9% | 511,775 | 8.5% | 735,924 | 0 | $0.47 | 158,026 | 217,829 |
| Manufacturing | 14,543,273 | 6.4% | 933,353 | 7.7% | 932,250 | 112,317 | $0.65 | 66,071 | 545,519 |
| R&D/Flex | 20,123,267 | 18.9% | 3,802,929 | 21.7% | 3,874,909 | 393,098 | $0.80 | (20,782) | 263,165 |
| Newark | 10,665,077 | 10.5% | 1,122,683 | 14.1% | 1,241,530 | 259,009 | | 183,729 | 613,909 |
| Warehouse | 2,978,529 | 14.8% | 442,265 | 17.1% | 358,165 | 152,648 | $0.45 | 69,193 | 99,134 |
| Manufacturing | 4,315,266 | 2.1% | 89,466 | 5.8% | 251,013 | 0 | $0.40 | 64,536 | 294,601 |
| R&D/Flex | 3,371,282 | 17.5% | 590,452 | 21.9% | 631,652 | 106,361 | $0.60 | 0 | 227,174 |
| **East Bay Industrial Market** | **197,113,504** | **6.0%** | **11,806,398** | **8.4%** | **14,473,183** | **2,066,873** | | **721,781** | **3,437,714** |
| Warehouse | 99,237,760 | 3.7% | 3,631,000 | 6.4% | 5,088,657 | 1,276,615 | $0.46 | 537,081 | 1,375,697 |
| Manufacturing | 59,482,933 | 4.0% | 2,394,925 | 6.0% | 3,768,013 | 771,638 | $0.60 | 211,183 | 1,225,001 |
| R&D/Flex | 38,392,811 | 15.1% | 5,780,673 | 17.4% | 6,116,513 | 588,676 | $0.76 | (6,533) | 836,564 |

[1] Direct Asking Lease Rates, Triple Net



© 2014, CBRE, Inc.

Warehousing and 3PL Services



### Chart #1: Average Asking Lease Rates

Warehouse    $0.48 NNN
Manufacturing $0.45 NNN
R&D          $0.74 NNN

### Chart #2: Net Absorption & Total Vacancy

Net Absorption  721,721
Total Vacancy   6.0%

## Table 1: Significant Lease Transactions of the Quarter

| Lessee | Address | Total SF | Product Type | Type |
|---|---|---|---|---|
| Hoy-Col Moving & Storage | 3129 Corporate Place, Hayward | 333,302 | Warehouse | New Lease |
| Airport Appliance | 3525 Arden Road, Hayward | 151,382 | Warehouse | New Lease Renewal |
| ThreadUp, Inc | 2984-2998 Alvarado Street, San Leandro | 108,000 | Warehouse | /Expansion |
| GMG/Lancaster | 1995-1999 Davis Street, San Leandro | 104,000 | Warehouse | Renewal |
| Innovated Packaging | 38505 Cherry Street, Newark | 101,116 | Manufacturing | Renewal |
| Zinus Inc | 2350 Williams Street, San Leandro | 94,275 | Warehouse | New Lease |
| First Amendment | 2010 Williams Street, San Leandro | 89,000 | Manufacturing | New Lease |
| Induspac, Inc | 21062 Forbes Street, Hayward | 87,416 | Warehouse | New Lease |

## Table 2: Significant Sale Transactions of the Quarter

| Buyer | Address | Total SF | Product Type | Type |
|---|---|---|---|---|
| KTR Capital | 1788 Fairway Drive, San Leandro | 514,000 | Warehouse | Investor Sale |
| CW Kato Investors | 47550 Kato Road, Fremont | 254,737 | Warehouse | User Sale |
| KTR Capital | 31775 Hayman Street, Hayward | 211,845 | Manufacturing | Investor Sale |
| Brad Management | 30526 San Antonio Street, Hayward | 148,854 | Manufacturing | Investor Sale |
| Dutra Enterprises | 5020 Brandin Court, Fremont | 132,856 | Manufacturing | Investor Sale |
| Genmark Automation | 46723 Lakeview Blvd, Fremont | 86,118 | R&D | User Sale |
| Synnex Corporation | 44217 Nobel Drive, Fremont | 65,332 | R&D | User Sale |

## Table 3: Significant Construction

| Project | City | Total SF | % Pre-Committed |
|---|---|---|---|
| Cherry Logistics Center | Newark | 574,640 | 0% |
| Goodman Logistics Center | Oakland | 374,725 | 0% |
| Thermo Fisher Scientific Campus | Fremont | 275,000 | 100% |
| Preferred Freezer | San Leandro | 240,000 | 100% |
| Homelegance | Fremont | 94,500 | 100% |
| Wong Global | Hayward | 50,000 | 100% |

Information contained herein, including projections, has been obtained from sources believed to be reliable. While we do not doubt its accuracy, we have not verified it and make no guarantee, warranty or representation about it. It is your responsibility to confirm independently its accuracy and completeness. This information is presented exclusively for use by CBRE clients and professionals and all rights to the material are reserved and cannot be reproduced without prior written permission of the CBRE Global Chief Economist.

© 2014, CBRE, Inc.

CBRE





March 8, 2014

Clement Chin
North America 3PL LLC
1700 20th Street
Oakland, CA 94607

Dear Mr. Chin,

Matson Logistics, Inc. is a publicly traded company listed on the NYSE. We have had a long history at the Port Oakland serving the United States mainland to Hawaii/ South Pacific market.

At the Port of Oakland, we operate a marine terminal to service our ships and provide our customers with shipping, transportation and warehousing services. As our business continues to grow, we continue to experience extreme shortages of quality warehouse capacity to support the flow of cargo through the Port.

This shortage has been compounded by the lack of new warehouse capacity in Oakland coupled with the demolition of older warehouses for development or conversion to commercial / residential uses. As a result, we see strong demand for warehouse space near the Port of Oakland and will work with you utilize your service and capacity when it is established.

Regards,

Bill Whelan
Director of Business Development
Matson Logistics

54

Warehousing and 3PL Services

 **SCHENKER**

Schenker, Inc
SFO/Ocean Import
380 Littlefield
South San Francisco, CA 94080
USA
www.dbschenkerusa.com

Clement Chin

Janet Pak
Import Manager
Phone +1 650 745-3024
Janet.pak@dbschenker.com

North America 3PL LLC

1700 20th Street

Oakland, CA 94607

03/07/2014

Dear Mr Chin,

DB Schenker is the world's second largest transportation and logistics company with over 91,000 employees in 130 countries   We provide service to many of the well known international companies such as Apple, Boeing, GAP, Louis Vutton, Tiffany, and others

The Port of Oakland is the gateway for our ocean shipments serving Northern California and the San Francisco Bay region. Given the growth at the Port and the strength of the California economy, there is a critical shortage of usable warehouse space within a short radius of Port of Oakland to service our current and projected growth needs

With the recent demolition of over 700,000 sq ft of warehouse space at the Port due to infrastructure redevelopment, our company and customers continue to struggle with finding adequate warehouse space near the Port.

As a result, we would welcome and support your efforts to establish a warehouse and logistics company to serve the Port and the growing Bay Area market. We see a long-term need for this additional capacity and look forward to using your services when it is established.

Sincerely,

Janet Pak
Manager - San Francisco Regional Office
DB Schenker

FMC No.911F All business undertaken subject to the terms and conditions of Schenker, Inc.



NA3PL Business Plan



PORT OF OAKLAND

March 10, 2014

Mr. Clement Chin
North America 3PL LLC
1700 20th Street
Oakland, CA 94607

Dear Mr. Chin,

The Port of Oakland is the fifth busiest container port in the U.S. handling over 2.3 million twenty foot equivalent container units. We operate as the primary container port serving the San Francisco Bay area and Northern California. Our continued growth, along with a booming Bay Area economy has created strong need and demand for efficient warehouse capacity to support cargo moving through the Port.

In and around the Port area, most of the existing warehouses are older and were not built for modern logistics operations. Many of these warehouses are small and becoming obsolete. Compounding this issue is our redevelopment project at the Oakland Army Base which has recently decommissioned over 700,000 sq ft of warehouse capacity and we expect to remove another 770,000 sq ft by the beginning of 2016. All of this unfortunately comes at a time when warehouse demand is increasing due to our growth in cargo volumes.

With warehouse space around the Port of Oakland at an all time low, we fully support and welcome any effort to add more warehousing capacity to support our customers

Regards,

Ron Brown

Maritime Division

Port of Oakland

530 Water Street ■ Jack London Square ■ P.O. Box 2064 ■ Oakland California 94604-2064
Telephone: (510) 627-1100 ■ Facsimile: (510) 627-1826 ■ Web Page: www.portofoakland.com

Warehousing and 3PL Services

## News Stories



First in Logistics Talent

04/04/14 - Warehouse jobs, broader economy show growth in latest BLS release

Those in logistics jobs and the broader economy had reason to be excited, as the latest release from the Bureau of Labor Statistics surveying the jobs landscape has some good news.

Those in logistics jobs and the broader economy had reason to be excited, as the latest release from the Bureau of Labor Statistics surveying the jobs landscape has some good news. Unemployed persons and the unemployment rate both ticked down as the economy continues its steady recovery from the difficult recession of the last decade.

Among the greatest gains came in areas such as warehouse employment. Transportation and warehousing added almost 8,000 jobs on the month, a strong increase for the industry. Almost 2,500 warehouse jobs alone were added during the period.

One of the best notes is the resilience the economy has showed in the recent months, despite the country being battered by difficult winter storms, according to Forbes. Joseph Lake, United States Analyst at The Economist Intelligence Unit, was especially excited about the potential for a coming change as the spring thaw approaches.

"Job growth gained momentum in February and March as the weather improved," he said, according to the source. "Firms and consumers are making investments they deferred in January."

Now, as the Spring has arrived, many are excited to see the changes the warmer weather will bring.

- See more at: http://www.prologistix.com/news/2014/4/603992/Warehouse-jobs.



# U.S. exports on record pace

## Pritzker calls exports 'a bright spot' in economy

By Rob Hotakainen

McClatchy Washington Bureau   January 7, 2014

U.S exports hit an all-time monthly high of $194.9 billion in November, with record levels in petroleum and services, Commerce Secretary Penny Pritzker said today.

Exports through the first 11 months of the year totaled $2.1 trillion, with the U.S. on track for a record-setting year, the department said.

"Today's data show that U.S. exports continue to be a bright spot in our economic recovery," Pritzker said, adding that they now support nearly 10 million American jobs.

Read more here: http://www.mcclatchydc.com/2014/01/07/213751/us-exports-on-record-pace-but.html#storylink=cpy

Warehousing and 3PL Services



Feature Story

# The New 3PL Partnership: More Bang for Your Buck

By Joseph O'Reilly

Sure, third-party logistics providers will tune your transportation transactions. But their real value lies in strategic relationships that optimize your entire enterprise.

Manufacturers and retailers used to value third-party logistics (3PL) providers for their physical assets. The very idea of outsourcing transportation and logistics functions evolved as a procured means to a fundamental fix. Pricing was king. Contracts were short. Performance was measured in three-year bids.

That has all changed. Today, companies appreciate 3PLs as much for their cerebral approach to the mundane as their ability to perform the exceptional.

Transactional relationships have given way to strategic partnerships. Trust trumps cost—at least in the short term. And long-term gainsharing has become the hook shippers and their third-party logistics providers hang their hats on.

The idea of a 3PL as some overarching seer is by no means new. Consultants have long touted their neutrality, as well as human and IT intelligence capabilities, thus paving the way for non-asset intermediaries beholden to no one but the customer.

Given the manner in which economic uncertainties have pressed companies to analyze all business functions more frequently, 3PLs provide the variable-cost flexibility to actually act on these urges. Moreover, growing recognition that outsourcing is seldom a one-stop solution provides shippers with even more incentive to consider multiple options for different situations. This forces service providers that want long-term partnerships to check their self-interest at the door, and embrace a more altruistic approach.

At the same time, it also provides 3PLs with new opportunities to assume a more consultative role with customers, stretching beyond simply execution to more strategic designs.

"If 3PLs only focus within a transaction tactical activity, they will always only be transactional tactical providers," says Sean Coakley, senior vice president at Kenco Group, a 3PL based in Chattanooga, Tenn. "The question is, how do 3PLs focus on a bigger picture value for their customers?"

59



### IT'S ABOUT TIME

Kenco measures success in years—which provides a good indication of how the 3PL has gradually grown its business from one 100,000-square-foot warehouse in 1950 to more than 100 facilities and 30 million square feet across 25 states and Canada.

Kenco's client roster includes Whirlpool, Cummins, DuPont, Kohler, Green Mountain Coffee Roasters, and GlaxoSmithKline. The average customer relationship spans 17 years, a remarkable achievement any way you look at it.

But that number is even more telling when you consider the three-year itch many purchasing organizations get when they have to re-bid business. Demonstrating consistent value, year in and year out, lays the foundation for long-term success.

"The 3PL's responsibility is to look outside the four walls, and find creative ways to drive unique value," Coakley explains. He believes the difference between transactional relationships and strategic partnerships is trust. Ultimately that only comes with time.

For example, for 30 years, Kenco has been managing a variety of transportation and warehousing functions for one customer. Recently the 3PL's materials handling organization got involved with the client's manufacturing and warehousing operations.

In so doing, Kenco wound up creating a national project to manage the company's materials handling fleet across much of its network, providing guaranteed rates for service, service parts, and maintenance. The company previously partnered with small mom-and-pop shops across the country to source those needs.

"Now the company uses one service provider, saving more than $10 million over the life of the initial contract," says Coakley. "That's one value it never considered part of a 3PL relationship."

The impetus for such change is often 3PL-driven. That's the value-added sell. Still, shippers have to be receptive to such entreaties. In a true partnership, they know the 3PL is looking out for their best interests. Building this level of trust often takes time. But even shorter-term engagements offer ways to grow collaboration to a point where it becomes almost symbiotic.

### ALL 4 ONE

Partnerships in today's environment are growing more transformative, especially within the realm of fourth-party logistics (4PL), according to Paul Mooney, senior director of operations for San Mateo, Calif.-based                          . The 4PL model offers a platform to get companies thinking about long-term strategy; developing an idea of what they want their future supply chain state to look like; and creating incremental projects that work toward what Mooney calls a "true north vision."

"We try to work from the inside out, and hang wins on the board," he explains. "Once we start showing customers this methodology works—and that we can deliver—we are able to get into radically bigger projects."

The process might begin with an effort to fix truckload rate anomalies, for example, and progress toward a larger project, such as network rationalization. "The strategy or transformation will never sustain itself, nor will it be implemented, if the 3PL can't deliver quick wins and demonstrate that its methodology actually works," Mooney says.

Warehousing and 3PL Services

Over time, the customer usually becomes empowered to take control over some original projects, and the service provider moves on to bigger things.

As a transformative force, the 4PL model actually drives 3PL outsourcing. The difference between the two activities ultimately comes down to scope. In a traditional transactional role, the 3PL will hold on to scope—managing a warehouse, for example. With a 4PL model, the scope ebbs and flows. The service provider scales resources depending on different skill set requirements that materialize.

"In all its 4PL arrangements, Menlo always migrates to execute; we just don't execute everything," says Mooney.

He cites one example where Menlo acts as a 4PL to manage a customer's global freight. It also serves as a 3PL for one warehouse in the network. Different service providers—all of whom interface with Menlo—manage the seven other DCs. When the customer decided to outsource warehousing, it did so competitively. Menlo didn't win all the bids—either because of geographic considerations or because it wasn't the best solution for that need.

"It becomes more of a strategic partnership," says Mooney. "The 3PL is less concerned with committed revenue and more concerned about providing value to the customer. If the 3PL offers value and an opportunity for savings, the partnership just grows.

. . . , a Byron Center, Mich.-based manufacturer and distributor of foam, hardware, upholstery, and wall coverings, has a long relationship with Ryder's Fleet Management Solutions (FMS) division. G&T leased tractors from the Jacksonville, Fla.-based 3PL and used its own drivers to transport product.

## IN DEDICATED WE TRUST

In 2010, G&T consolidated three Pennsylvania warehouses into one facility in Reading. At the time, the manufacturer and Ryder held discussions about growing the lease agreement into a dedicated operation, but plans fell through. In 2013, G&T decided to make the move.

"G&T was trying to establish a stronger foothold with its customer base in Pennsylvania and the eastern United States," explains Gregory Olshefski, logistics manager for Ryder Dedicated. "It wanted to get out of the transportation business because it recognized that managing drivers and DOT compliance wasn't its strong suit. That's not the business it's in."

With new Hours-of-Service rules and CSA requirements, and countless challenges and costs associated with recruiting and retaining qualified drivers, G&T no longer wanted to deal with labor issues. It wanted to concentrate on servicing customers. So the company decided to lift the labor burden and go with a dedicated operation. After an RFP bid, Ryder won the business.

The transition was seamless. "G&T is leasing the same type of equipment, but now Ryder provides drivers, management, and DOT compliance," explains Olshefski. "We're also working closely with G&T to develop metrics and key performance indicators to analyze potential areas for service and cost improvements."

G&T had always lacked the flexibility to react to emerging customer requirements. By leveraging Ryder's assets to meet its needs, the manufacturer has been able to free up resources and concentrate on serving its own customers better—which offsets the added cost of outsourcing a dedicated operation.



"The biggest benefit G&T gains by moving to dedicated is that we don't pass on any liability," Olshefski notes. "As an FMS customer, if G&T had an accident, it was on the hook."

With the dedicated operation up and running, G&T is looking to grow with Ryder. The company maintains a considerable presence in Michigan, where it manufactures product, and Olshefski believes Ryder will find opportunities to expand.

### A CHANGING PARADIGM

Shippers today look at 3PL partners differently than they have in the past. Cookley believes the economic downturn played a big part in this change of perception.

"During the recession, companies suddenly began laying off large groups of people within their supply chain organizations," he says. "They also took a hard look at assets—buildings, equipment, and IT systems. The recession forced companies to start searching outside typical boundaries, to find more fluid and more flexible processes."

In effect, industry has come to recognize the value of trading fixed investments in infrastructure and resources for long-term 3PL partnerships that provide latitude to grow or contract as demand dictates. When uncertainties abound, outsourcing is a sure thing.

3PLs have a vested interest in long-term agreements. They want customers to steer away from the procurement mentality, where transportation and logistics is bought, sold, and negotiated like any commodity. During the recession, as trade volume and capacity softened, many shippers saw this as an opportunity to cost-compare transportation options. That usually comes at a price—namely service.

The manner in which 3PLs such as Kenco, Menlo, and Ryder are working collaboratively with customers speaks volumes about how outsourcing is evolving. As service providers take on a more consultative role, the idea of partnership will only grow. 3PLs are also more willing to be part of a solution—not the entire solution.

The 3PL space will continue to be collaborative and competitive. Opportunities will grow for transformative 4PL-type partnerships—or, in some cases, outsourcers assuming that mantle.

Logistics providers will look to grow their value proposition by cross-selling services and capabilities across functions, as well as through the value chain. And shippers will seek partners that can take tactical problems and lead them toward strategic fixes.

Transportation and logistics outsourcing has become a model for doing business—not just another way to move business. And 3PLs will continue to take shippers in new strategic directions.

"The path toward true north is never a straight line," says Mooney. "It always changes, because business changes."

Warehousing and 3PL Services



## Armstrong & Associates report cites 6.6 annual gain percent in 2012 3PL revenue

By Jeff Berman, Group News Editor
May 23, 2013

Supply chain consultancy Armstrong & Associates said this week that total United States' 2012 third-party logistics (3PL) gross revenue—at $141.8 billion—were up 6 percent over 2011.

The fact that 3PL revenue saw a modest increase in 2012 resembling the slow growth noted in 2011 are confident of the U.S. Armstrong noted that 2012 results reflected a trend running its calculation with most of net results in Asia.

Relevant annual segments of revenue:

—domestic transportation management gross revenue at $41.4 billion was up 9.2 percent year-over-year, and net revenue at $6.4 billion was up 5.4 percent year-over-year;

—international transportation management gross revenue at $46.7 billion was up 0.4 percent year-over-year, and net revenue at $11.9 billion was up 1.0 percent year-over-year;

—dedicated contract carriage (DCC) gross revenue at $11.6 billion was up 4.5 percent year-over-year, and net revenue at $11.1 billion was up 4.7 percent year-over-year;

—value-added warehousing and distribution (VAWD) gross revenue at $39.8 billion was up 5.5 percent year-over-year, and net revenue at $27.6 billion was up 3.8 percent year-over-year; and

—total 2012 3PL revenue at $138.8 billion was up 6.6 percent, with net revenue at $63.5 billion up 4.1 percent (this figure includes $3 billion for contract logistics software)

In an interview, Armstrong & Associates Chairman Dick Armstrong said that current growth patterns are likely to remain in the single-digit range until the European economy recovers and the U.S. economy truly picks up some momentum.

"That government cutbacks have dampened growth pretty significantly," he said. "In the U.S., some of those cuts have been made up in the private sector but it has been a very uneven pace on. The situation in Europe is much worse. It is obvious we need to do something for the long-term, which addresses long-term debt as part of the solution. But more needs to be a situation where there is enough stimulus to keep the economy



moving along at a good level while long-term plans are worked out in terms of cuts to Medicare and Medicaid that make sense as well as adjustments to Social Security."

Areas which continue to show promise as a driver for U.S. logistics growth, according to Armstrong, include the consequences of fracking the Bakken & Marcellus shale as well as exporting natural gas, coupled with the decline of foreign oil imports.

One of the real positive, he said, is that the U.S. has an abundance of natural gas and petroleum, although they are not leading to "better results" at the gas pump, whereas if prices at the pump were lower they could serve as a stimulus to the economy.

Armstrong & Associates reported that for the U.S. 3PL market the compound annual growth rate (CAGR) from 1996 to 2012 dipped 0.3 percent to 10 percent compared to last year. With a relatively slight decline, Armstrong said it still speaks to the fact that the outsourcing of logistics & supply chain management will continue as customers seek the most effective ways to control inventory and its costs effectively.

"Growth rates are still a multiple of what is happening with GDP in the U.S.," he said. "What we had this year a growth rate that was two-to-two and a half times what the increase in GDP was. We can expect that these trends will continue at some multiple of whatever the growth is in GDP. The problem is when we have anemic global economic growth, trade and 3PL numbers follow suite and that force down the annual growth rate."

In terms of how 2013 is shaping up to 2012, Armstrong presented the following estimates in terms of net revenue: 4 percent annual growth for the U.S. 3PL market; up 7-to-8 percent globally; up 9 percent for Domestic Transportation Management; flat to 1 percent for International; and value-added warehousing and distribution up 4 percent.

Armstrong cautioned there is no apparent "magnificent solution" to drive growth, due to federal cuts, but he acknowledged that the expanding activity in e-commerce continues to serve as a source of increasing traction in the 3PL market, not just for business-to-consumer (B2C) but also business-to-business. What's more, growth in e-commerce, he said, can lead to increased warehousing activity, which can help to drive 3PL revenues up.

## About the Author



Jeff Berman
Group News Editor
Jeff Berman is Group News Editor for Logistics Management, Modern Materials Handling and Supply Chain Management Review... with Josh and Jeff's Guys Elizabeth, Marie, where he covers all aspects in the supply chain solution, freight transportation and materials handling technology and trends.

Warehousing and 3PL Services

# The New York Times

## U.S. Trade Deficit Falls as Exports Rise Sharply

By THE ASSOCIATED PRESS

Published: April 5, 2013

The nation's trade deficit unexpectedly narrowed in February, the government reported Friday, as exports climbed near a record and the volume of imported crude oil fell to the lowest level in 17 years.

The gap between exports and imports shrank to $43 billion in February, down 3.4 percent from a revised $44.5 billion in January, the Commerce Department said on Friday. It was the smallest trade imbalance since December, when the gap had declined to $38.1 billion, the lowest point in nearly three years.

Exports rose 0.8 percent, to $186 billion, close to the record set in December. Stronger exports of energy products and autos offset declines in sales of airplanes and farm equipment.

Imports were flat at $228.9 billion, with the volume of crude oil falling to the lowest point since March 1996.

The deficit with China shrank to $23.4 billion, the lowest point in 11 months. Exports to the European Union were down 0.9 percent in February, compared with January.

Through the first two months of this year, the United States deficit is running at an annual rate of $524.5 billion, down slightly from the $539.5 billion imbalance last year.

Economists expect the deficit this year will narrow slightly, in part because of continued gains in energy exports. A narrower trade gap lifts growth because it means American companies are earning more from overseas sales while domestic consumers and businesses are spending less on foreign products.

The economy as measured by the gross domestic product grew at an annual rate of 0.4 percent in the October-December quarter. Economists say they believe economic growth strengthened in the January-March quarter to around 3 percent.

In addition to increases in energy exports, economists are hopeful that exports of other products will rise this year as well, helped by stronger growth in some major export markets.

That forecast is based on an assumption that the European debt crisis will stabilize, helping lift exports to that region, and that growth in Asia will rebound further. The outlook for Europe has been clouded recently by problems in Cyprus and new worries that the debt troubles could destabilize more countries.

**Consumer Borrowing**

Net change in total consumer debt, excluding mortgages, seasonally adjusted.



Annual pace of change — Feb. +7.8%; Jan. +5.5; Dec. +6.3

Source: Federal Reserve

**Balance of Trade**

The deficit is the excess of imports over exports for goods and services. Amounts are rounded, in billions of dollars, seasonally adjusted.

February 2013
Imports   $228.92 billion
Exports   185.96
**Balance  –$ 42.96 billion**



12-month moving average

Source: Commerce Department



