# Exhibit 18

# DIAMOND McCARTHY LLP
### Attorneys & Counselors
150 California Street, Suite 2200 | San Francisco, CA 94111 | Telephone: 415.692.5200 | Fax: 415.263.9200

Writer's Direct Dial:  
415.692.5200

Christopher D. Sullivan, Partner  
Email: csullivan@diamondmccarthy.com

February 15, 2017

**VIA MAIL & EMAIL**

James J. Ficenec, Esq.  
Archer Norris, a Professional Law Corporation  
2033 North Main Street, Suite 800  
Walnut Creek, CA 94596  
Email: jficenec@archernorris.com

RE:   NOTICE OF LATE PAYMENT

Dear Mr. Ficenec,

      I writing to you as counsel for North America 3 PL, LLC ("NA3PL, LLC") on behalf of Randy Sugarman, managing member of San Francisco Regional Center. Our information indicates NA3PL, LLC has failed to make interest and principal payments required by that certain Promissory Note in the principal amount of $15,000,000.00, executed between NA3PL, LLC and North America 3 PL, LP ("NA3PL, LP"). For your reference the Promissory Note is attached.

      Please note that pursuant to Section 2 of the Promissory Note, if NA3PL, LLC fails to make the required payments within fifteen days (15) of this notification letter, it will be in default of the Promissory Note. Upon occurrence of said default, NA3PL, LP may, at its option declare the entire unpaid principal balance of the Promissory Note, together with all accrued interest thereon, immediately due and payable.

      If you have any questions or concerns, please do not hesitate to contact me.

Very Truly Yours,

Christopher Sullivan

cc. Randy Sugarman