**Exhibit 19**



# EXCLUSIVE AUTHORIZATION TO SELL

Pursuant to this Exclusive Authorization to Sell ("Agreement"), the undersigned Susan L. Uecker, as Court-appointed Receiver, SEC vs SFRC, Case No. 3:17-cv-00223-RS ("Court") ("Client") hereby irrevocably grants to COLLIERS INTERNATIONAL ("Broker"), and its authorized agents, the exclusive right to negotiate a Sale of that certain real property hereinafter described ("Property"), subject to Court approval. The exclusive agency hereby created ("Agency") shall be for a period commencing on January 1, 2018 ("start date") and ending at midnight on March 31, 2018 ("end date") ("Initial Agency Period").

### A. PROPERTY

The Property is located at 1700 20th Street, in the City of Oakland, County of Alameda, State of California and further described as approximately a ±92,000 square foot industrial building on a ±4.71 acre parcel.

### B. PRICE AND TERMS

The price and terms of the Sale of the Property shall be as follows: $16,700,000.00 or as negotiated by Client and the prospective purchaser of the Property with the assistance of Broker.

### C. COMMISSION SCHEDULE AND PAYMENT

1. **AMOUNT OF COMMISSION:** The parties agree that the commission due to Broker under this Agreement shall be three percent (3%) of the gross sales price of the interest to be transferred.

2. **OBLIGATION TO PAY COMMISSION.**

    **2.1 During the Agency Period.** During the Agency Period, Broker shall have earned and Client shall pay the commission to Broker if, during the Agency Period either (a) the Property or any interest therein is sold, transferred or conveyed by Client; or (b) any contract for the sale, transfer or conveyance of the Property or any interest therein is made directly or indirectly with Client, pursuant to Court approval and sale closes. For purposes of this Agreement, references to a "Sale" of the Property shall include any transaction involving a transfer of an interest in the Property, excepting a security interest in support of financing.

3. **TIME AND MANNER OF PAYMENT:** A commission that has been earned by Broker shall be payable in accordance with the following provisions and pursuant to Court approval.

    3.1 For sales or exchanges: (a) if such transaction is closed through an escrow, upon the closing of said escrow; (b) if such transaction is closed without an escrow, upon the earlier of (i) recordation of a deed; or (ii) delivery of a deed or other instrument of conveyance.

    3.2 For a contract or agreement of sale, joint venture agreement, business opportunity or other transaction not involving the delivery of a deed, upon the mutual execution of the agreement evidencing the transaction.

### D. CLIENT COOPERATION

Broker agrees to use all reasonable efforts to find a purchaser for the Property, and Client agrees to cooperate with Broker in causing a Sale of the Property to occur. Client shall immediately refer to Broker all inquiries of any party interested in purchasing the Property, a portion thereof or an interest therein and Broker shall diligently pursue all such referrals. All negotiations regarding the Sale of the Property shall be pursued through Broker or with Broker's knowledge as to the terms and parties. Client hereby authorizes Broker to accept a deposit from any prospective purchaser and to transfer such deposit to an escrow agent for the account of the purchaser for the purpose of consummating a Sale of the Property. All written offers received by Broker for the purchase of the Property shall be promptly reviewed and responded to by Client and Broker.

# EXHIBIT I



### E. COOPERATING BROKERS
Client acknowledges that Broker is entitled and encouraged to solicit the cooperation of other real estate brokers. However, Broker may not enter into any commission arrangements with other brokers that would be inconsistent with the terms of this Agreement or which would increase the total amount of Client's liability hereunder, and Client's sole liability for commissions shall be as provided in this Agreement. Broker has no responsibility to pay a fee or commission to a cooperating broker.

### F. NON-DISCRIMINATION
Both Client and Broker hereby acknowledge their understanding that it is illegal to refuse to present, sell or lease real property to any person because of race, color, religion, national origin, sex, marital status, age or physical disability.

### G. DISCLOSURES, EXPERT MATTERS AND RESPONSIBILITIES OF CLIENT AND BROKER

1. **DISCLOSURES:** Owners of real estate must comply with California law for the disclosure of any and all known material facts concerning their property to prospective tenants or buyers as well as any other items required by California law. To meet this requirement, Broker recommends that Owners of real estate obtain legal advice from a qualified legal professional. Broker shall have no responsibility for property disclosures beyond the delivery and/or disclosure of information provided by the Owner or known to the Broker. Parties to a sale or lease transaction should not and will not rely on Broker with regard to matters of disclosure required by Owners, but instead will rely entirely on their own investigation and that of qualified professionals and experts.

   Matters requiring disclosure may include, but are not limited to, the following: Natural Hazard Disclosures (including whether or not the property is located in a flood hazard area, fire hazard severity zone, forest fire risk area, earthquake fault zone, or a seismic hazard zone), toxic mold disclosures, known material defects, presence or proximity to hazardous materials, compliance with the Americans with Disabilities Act (ADA), compliance with zoning laws, whether or not the property is located in a special tax zone (such as a Mello-Roos Community Facilities District) or a special assessment district, as well as historic energy use and the existence and results of Certified Access Specialist (CASp) inspections.

2. **DEFENSE, INDEMNITY AND HOLD HARMLESS**

   **2.2 Broker:** Broker shall defend, indemnify, and hold harmless Client and each of its agents, employees, directors, shareholders, contractors and representatives against all losses, claims, allegations, liabilities, damages, costs and expenses, including, without limitation, reasonable attorneys' and experts' fees, to the extent they arise out of either (i) Broker's representation to a prospective purchaser of information which is false and material regarding the Property, which material information Broker knew or should have known, to be false, or (ii) Broker's failure to provide a prospective purchaser with information known to Broker regarding a material defect concerning the Property, unless such representation or failure arises directly or indirectly from Client's representation or failure to disclose information to Broker. Notwithstanding this provision, Broker's obligation shall not extend to protect Client against Client's sole negligence or willful misconduct.

3. **EXPERT MATTERS**

   3.1 There are a number of potentially significant matters related to commercial properties, which may be material to a particular transaction, the evaluation of which would require specialized expertise which is beyond the expertise and/or responsibility of the Broker ("Expert Matters"). Broker recommends that parties to a potential lease or sale transaction obtain the advice of qualified professionals and experts prior to the consummation of any transaction. Parties to a sale or lease transaction should not and will not rely on Broker with regard to Expert Matters, but instead will rely entirely on their own investigation and those of qualified professionals and experts.

**Colliers**
INTERNATIONAL

**3.2** Expert Matters may include, but are not limited to, the following: the use, generation, storage or presence of hazardous or toxic substances and underground storage tanks; natural hazards, such as fire, flood, or earthquake; building safety and structural integrity of roof, walls, and foundations or any improvements located on the Property; operation or condition of mechanical, plumbing, utility or life safety systems; "clean rooms" (including, but not limited to, classification, operation and/or condition); mold, fungus, water damage, or effects of moisture; compliance with Americans with Disabilities Act (ADA); compliance with building, zoning and fire codes; tax, accounting, or legal effects or consequences of the proposed transaction; survey, linear or area measurements of the Property; availability and/or adequacy of utilities and utility connections and panels, adequacy, availability and condition of sewer lines and/or connections, public transportation, or other infrastructure; zoning and permitted land uses; insurance policies and premiums; architectural design or engineering; geotechnical/soil condition; termites or other pests or rodents; statements of income and expense or other financial statements; the financial soundness of a prospective tenant or subtenant; condition of title; or existing taxes, assessments or liens.

**3.3** Broker has no responsibility to, has not made and will not make an independent investigation or determination with respect to any Expert Matters. Any information communicated by Broker regarding any of the Expert Matters arises from third party sources and has not been and will not be independently verified by Broker.

4. All of the provisions of this Section (I) shall survive the expiration or earlier termination of this Agreement.



### H. GENERAL PROVISIONS

1. **BINDING ON SUCCESSORS:** The parties intend for and agree that, subject to Court approval, their respective successors, assigns, heirs and transferees shall be bound by this Agreement.

2. **INTEREST:** If there is a failure to make any payment to Broker at the time required herein, the delinquent sum(s) shall bear interest at the rate of twelve percent (12%) per year or the maximum non-usurious interest rate for loans permitted by law, whichever is lower.

3. **ENTIRE AGREEMENT OF PARTIES:** This Agreement supersedes any and all agreements, either oral or written, between the parties hereto with respect to the Property. Both parties to this Agreement acknowledge that no representations, inducements, promises, or agreements, oral or otherwise, have been made by any party, or anyone acting on behalf of any party, that are not embodied herein, and that no other agreement, statement, or promise not contained in this Agreement shall be valid or binding.

4. **PARTIAL INVALIDITY:** If any provision in this Agreement is held by a court of competent jurisdiction to be invalid, void, or unenforceable, the remaining provisions will nevertheless continue in full force and effect without being impaired or invalidated in any way.

5. **GOVERNING LAW:** This Agreement will be governed by and construed in accordance with the laws of the State of California. In the event of any legal action, jurisdiction and venue shall be in the United States District Court for the Northern District of California.

6. **NOTICES:** Notices under this Agreement shall be provided to the other party by regular U.S. mail addressed to the last known address of the party.

7. **TIME:** The parties agree that time is of the essence with regard to the matters provided for in this Agreement.

### I. OTHER TERMS AND CONDITIONS

1) Any Sale is subject to Court approval, and 2) Seller/Client is a court appointed Receiver, Case #3:17-cv-00223-RS, and 3) a sale is on an "as-is" basis.

The undersigned Client has read and understood and hereby agrees to be bound by the foregoing.

**BROKER: Colliers Parrish International, Inc., dba Colliers International**          **Client: Susan L. Uecker, Receiver**

By: *Aileen Dolby*
Aileen Dolby, Executive Vice President          Date
Email: aileen.dolby@colliers.com

By: _____
                                                                                 Date
Email:

By: _____
Its: Susan L. Uecker          Date
      Receiver

By: _____
Its: _____          Date

Phone: _____  Fax: _____
Email: _____