# Exhibit 20

9:45 AM
06/14/18
Accrual Basis

# San Francisco Regional Center LLC
## Summary Balance Sheet
### As of October 31, 2015

|  | Oct 31, 15 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| Checking/Savings | 33,443.10 |
| Other Current Assets | 68,733,285.73 |
| **Total Current Assets** | 68,766,728.83 |
| Fixed Assets | 159,729.84 |
| Other Assets | -2,937,526.49 |
| **TOTAL ASSETS** | **65,988,932.18** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| Credit Cards | -21,190.59 |
| Other Current Liabilities | 88,134,607.46 |
| **Total Current Liabilities** | 88,113,416.87 |
| Long Term Liabilities | 1,054,089.83 |
| **Total Liabilities** | 89,167,506.70 |
| Equity | -23,178,574.52 |
| **TOTAL LIABILITIES & EQUITY** | **65,988,932.18** |