# Exhibit 21

**SFRC** SAN FRANCISCO REGIONAL CENTER

# HAND BOOK

## How to Use this Book

The SFRC, LP Employee Handbook introduces you to the policies and practices that guide us in our daily work together. We'd like you to know what to expect from us, and what we will expect from you.

Throughout this Handbook SFRC, LP is referred to as the Company, we, us, and our Employees are also referred to as staff members, you, and your.

Please read this Handbook carefully and be sure that you understand each policy. We encourage you to speak with your supervisor and/or Human Resources about any questions you might have. It is your responsibility to understand and follow these policies and practices. As a condition of your employment, you are required to sign the attached acknowledgement form and return it to Human Resources.

No employee Handbook can answer every question or anticipate every situation and need. Nothing contained in this Handbook should be perceived as stating or implying a contract of employment. If there is a discrepancy between any of the information in this Handbook and any official benefit plan documents, the provisions of the official summary plan documents will prevail.

On September 1, 2014 this Employee Handbook became effective as the set of employment policies, practices, and guidelines for the entire Company. This means that if you sign the acknowledgement form or continue your employment, you understand that you are expected to comply with and be bound by these guidelines.

There may be situations where the need arises for us to revise, add, or cancel policies. Therefore, we reserve the right to add new policies, and to change or cancel existing policies at any time with or without notice. The only exception is that our employment-at-will policy will not be changed or cancelled.

The Company will comply with all laws to the extent required by each law. Throughout this Handbook we have provided information to help you understand your rights. Of course, as those rights change due to revisions in applicable laws, we will comply with those changes whenever they become effective, even though the language in this Handbook may not have changed. Generally, we will notify you of changes or revisions to the Handbook as they occur.

The Company's Employee Handbook is confidential and proprietary and cannot be reproduced without permission. When your employment ends for any reason, this Handbook must be returned to Human Resources.

## Employment

### At-Will Employment

All employees at SFRC, LP are at-will, meaning that they are employed for no particular time or duration. Either you or the Company may terminate the employment relationship at any time with or without cause, with or without notice, and at its discretion. Additionally, the Company may modify your employment, including demotion, at any time with our without cause or advance notice.

No one other than the President of the Company has the authority to make any agreement contrary to this policy. Any alternative agreement can only be made in writing and signed by both you and the President of the Company.

Nothing in this Handbook or in any supplemental materials distributed to you or posted on the premises are intended to create a contract, guarantee continued employment, or to alter or modify your at-will employment relationship with SFRC, LP.

### Equal Employment Practices

The Company provides equal employment opportunity for all staff members and job applicants. This means that we base our employment decisions on qualifications, abilities, and work performance. Equal opportunity is not only the law; it is a fundamental value of the Company. The Company's Diversity Policy is located in the Appendix to this Handbook.

The Company does not discriminate in employment opportunities or practices on the basis of race, color, national origin, ancestry, sex, (including pregnancy, childbirth, or related medical conditions), gender, sexual orientation, gender identity, gender expression, age, religion, creed, physical or mental disability, medical condition, genetic information, family care or medical leave status, marital status, domestic partnership status, citizenship, military service status, or any other characteristic protected by state or federal law or local ordinance.

Equal employment opportunity applies to all aspects of employment, including, but not limited to, recruitment, hiring, job assignment, compensation, promotion, transfer, performance management, and access to benefits and training.

The Company is committed to complying with all applicable laws providing equal employment opportunities. This commitment applies to all person involved in the operations of the Company and strictly prohibits unlawful discrimination.

***Making Accommodations:*** To comply with applicable laws ensuring equal employment opportunities for qualified individuals with disabilities, the Company will make reasonable accommodations for the known physical and mental disabilities of an otherwise qualified applicant or staff member unless doing so would create an undue hardship for the Company. If you require an accommodation in order to perform the essential functions of your job, you should contact Human Resources with your request specifying what is needed to perform your job. We will engage in process to help identify possible accommodations, if any, which will help to eliminate the limitation or barrier. We may require written certification of your needs from your healthcare provider. If the accommodation is reasonable and will not impose and undue hardship, the Company will make the accommodation. We may also propose an alternative accommodation.

**Making a Complaint:** If you have a question or concern about any type of discrimination, or believe you have been subject to any form of unlawful discrimination, or witness or receive information about unlawful discrimination, report it immediately to your supervisor. If you supervisor is unavailable or you believe it would be inappropriate to contact that person, you should immediately contact Human Resources. Your report should be as specific as possible and include the names of those involved and the names of any witnesses. We may ask you to put your complaint in writing.

**Investigating a Complaint:** All complaints will be referred to the Vice President of Human Resources who will promptly conduct an effective, thorough, and objective investigation in an attempt to resolve the situation or delegate such an investigation. When the investigation is complete a report will be provided to the Company's President and a determination made and communicated to you as soon as practical.

To the extent possible, your confidentiality and that of others involved in the investigation will be protected against unnecessary disclosure consistent with a thorough investigation.

**Taking Action:** If it is determined that unlawful discrimination has occurred, appropriate and effective remedial action will be taken. Any staff member determined by the Company to be responsible for discrimination will be subject to appropriate disciplinary action, up to and including termination.

**Protection against Retaliation:** When you raise concerns and make reports in good faith about any form of discrimination the law protects you from reprisal or retaliation. The Company will not retaliate against you for filing a complaint, participating in an investigation or filing a complaint with the Equal Employment Opportunity Commission or the Department of Fair Employment and Housing, nor will it permit retaliation by management, employees, or co-workers. If you think you have been subjected to retaliation, please report it to your supervisor or Human Resources immediately.

## Unlawful Harassment & Sexual Harassment

SFRC, LP is committed to providing a work environment that is free from all forms of unlawful harassment and discrimination. We strongly disapprove of and will not tolerate harassment of employees by managers, supervisors, or co-workers. Similarly, we will not tolerate harassment by its employees of non-employees with whom our employees have a business, service, or professional relationship. We also will attempt to protect employees from harassment by non-employees in the workplace. Actions, words, or comments based on an individual's race, color national origin, ancestry, sex (including pregnancy, childbirth, or related medical conditions), gender, sexual orientation, gender identity, gender expression, age, religion, creed, physical or mental disability, medical condition, genetic information, family care or medical leave status, marital status, domestic partnership status, citizenship, military service status, or any other characteristics protected by state or federal law or local ordinance are against the law and will not be tolerated. This policy applies to all persons involved in the operations of the Company.

Harassment includes, but is not limited to, the following (when based upon a staff member's protected status as noted above: slurs, jokes, statements, gestures, assault, impeding or blocking another's movement or otherwise physically interfering with normal work, pictures, drawings, or cartoons, violating someone's "personal space," foul or obscene language, leering, stalking, staring, unwanted or offensive letters or poems, offensive email or voicemail messages.

**Definition of Sexual Harassment:** Sexual harassment is among the types of prohibited harassment and can often be difficult to identify. The Company wants to ensure that you understand that the definition of sexual harassment can contain many forms of offensive behavior, including gender-based harassment of a person of the same sex. To help you recognize some forms of sexual harassment, the following is a partial list of examples:

- Unwanted sexual advances or conduct.
- Offering employment benefits in exchange for sexual favors.
- Making or threatening reprisals after a negative response to sexual advances.
- Visual conduct that includes leering making sexual gestures, or displaying of sexually suggestive objects, pictures, cartoons, or posters.
- Verbal conduct or the use of electronic equipment that includes using, making, or transmitting derogatory comments, epithets, slurs, pictures, jokes, or other sexual comments.
- Verbal sexual advances or propositions.
- Verbal abuse of a sexual nature, graphic verbal commentaries about an individual's body, sexually degrading words used to describe an individual, or suggestive or obscene letters, notes, or invitations.
- Physical conduct that includes inappropriate touching, assaulting, or impeding or blocking movements.

This behavior is unacceptable in the workplace itself and in other work-related settings such as business trips and business related social events.

**Making a Complaint:** The Company is committed to the protection of all staff members from any unlawful harassment, and wants to know of any potential unlawful harassment occurring in our workplace. If you should experience, witness, or receive information about sexual or any other unlawful harassment including work-related harassment by any SFRC, LP personnel, or any other person, report it immediately to your supervisor. If your supervisor is unavailable or you believe it would be inappropriate to contact that person, you should immediately contact Human Resources. You should report all incidences you believe to be unlawful harassment, even if you were not the subject of the alleged harassment. Supervisors and managers who receive complaints or who observe harassing conduct should immediately inform Human Resources, or another appropriate SFRC, LP official, so that an investigation may be initiated.

The Company will treat all allegations of any type of harassment seriously. Your complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. We may ask you to put your complaint in writing.

To the extent possible, your confidentiality and that of others involved in any investigation will be protected against unnecessary disclosure consistent with a thorough investigation.

**Investigating a Complaint:** All complaints will be referred to the VP of Human Resources who will promptly conduct a discreet, effective, thorough, and objective investigation of the harassment allegations or delegate such an investigation. You will be advised of the names of persons conducting the investigation. The person against whom your complaint is ledged will not be among the persons investigating your complaint. When the investigation is complete a report will be provided to the Company's president.

**Taking Action:** Harassment, overt or subtle, will undermine the integrity of the Company, our employment relationships, and overall work environment. If it is determined that unlawful harassment has occurred, appropriate and effective remedial action will be taken. Any staff member determined by the Company to be responsible for unlawful harassment will be subject to appropriate disciplinary action, up to and including termination. In appropriate circumstances, whatever action is taken against the harasser will be made known to the employee lodging the complaint.

**Protection against Retaliation:** When you raise concerns and make reports in good faith about any form of harassment the law protects you from reprisal or retaliation. The Company will not retaliate against you for filing a complaint, participating in an investigation, or filing a complaint with the Equal Employment Opportunity Commission or the Department of Fair Employment and Housing, nor will it permit retaliation by management, Employees, or co-workers. If you think you have been subjected to retaliation, please report it to your supervisor or the VP of Human Resources immediately.

SFRC, LP, encourages all Employees to report any incidents of harassment forbidden by this policy immediately so that complaints can be quickly and fairly resolved. You should also be aware that the Federal Equal Employment Opportunity Commission and the California Department of Fair Employment and Housing investigate and prosecute complaints of prohibited harassment in employment. If you think you have been harassed, or that you have been retaliated against for resisting or complaining, you may file a complaint with the appropriate agency. The Department of Fair Employment and Housing can be reached at (800) 884-1684; the Equal Employment Opportunity Commission can be reached at (415) 356-5100 or (800) 669-4000.

## Drug Free Workplace

SFRC, LP is committed to protecting the safety, health, and well-being of our staff members and guests. We recognize that alcohol abuse and drug use pose a significant threat to the achievement of our mission and goals. We expect all staff members to ensure our work environment is free from the effects of alcohol, drugs, and other intoxicating substances.

This policy applies while you are on SFRC, LP, property, on duty, working at an off-site location and anytime you represent the Company. Compliance with this substance abuse policy is a condition of your on-going employment.

The following are prohibited by the Company:

- Unauthorized use, possession, purchase, sale distribution, or transportation of alcohol.
- Working under the influence of alcohol, illegal drugs, or controlled substances while on the job.
- Driving a vehicle on Company business while impaired due to drugs or alcohol.
- The unlawful manufacture, possession, use, distribution, sale, or purchase of non-prescribed drugs and intoxicants on Company premises.

During Company authorized events where alcohol is served, your behavior must always remain professional and never under any circumstance jeopardize safety or the Company's reputation. Depending on your role and responsibilities, there may be times when drinking alcohol at Company authorized events would not be appropriate. If you have any questions check with your supervisor.

You should not report to work while taking prescription or over the counter drugs that might impair your ability to safely perform your job or the safety and well-being of others. If you have any doubts

about your ability to safely perform your job, please discuss it with your supervisor or Human Resources before starting work that day.

Staff members who have substance abuse problems are strongly encourages to contact Human Resources for referrals to outside resources in the community which may be of assistance. Participation in such programs is voluntary and completely confidential. When work performance is impaired, however, use of referred services does not preclude appropriate action by the Company. The Company retains full and final discretion on whether, when, and under what conditions employment may continue after an instance of substance abuse.

The Company will reasonably accommodate an employee's voluntary participation in an alcohol and/or drug rehabilitation program, provided that this reasonable accommodation does not impose and undue hardship on the Company.

As a part of our recruiting and hiring practices, the Company requires pre-employment drug screening. The Company may also require a drug or alcohol screening after an on duty accident or if there is a reasonable suspicion of drug or alcohol use while on duty. *(Note: See Recruitment & Hiring)*

## Whistleblower

When you report concerns about the Company's financial or management practices which you believe are illegal or dishonest our whistleblower policy provides protection in two important areas: Confidentiality and against retaliation.

**Definition:** A whistleblower as defined by this policy is a Company staff member who reports a financial or management activity that they consider to be illegal or dishonest such as: violations of local, state, or federal law; misappropriation or other improper or unauthorized use of the Company's resources; unsafe conditions or work prates; approving payment for services not performed or for goods not delivered; or other dishonest or fraudulent conduct. The whistleblower is not responsible for investigating the activity or for determining fault or corrective measures; the President or the appropriate delegated authorities are responsible for those activities.

**Reporting a Concern:** If you have knowledge of or a concern about an illegal or dishonest financial or management activity, you should report it to your supervisor, Human Resources, or the President. We may ask you to put your complaint in writing. In most cases, you immediate supervisor will be in the best position to address such concerns. However, if you are not comfortable speaking with your supervisor or if you are not satisfied with the response, you should speak with a member of the Human Resources staff. If Human Resources is the subject of the concern or has not appropriately addressed the concern, you can speak with the Company's president.

**Confidentiality Protection:** To the extent possible, your confidentiality will be protected against unnecessary disclosure. However, your identity may have to be disclosed to conduct a thorough investigation, to comply with the law, or to provide accused individuals their legal rights of defense.

**Protection against Retaliation:** The Company will not retaliate against a whistleblower who reports concerns in good faith. If you believe you are being retaliated against, contact the VP of Human Resources immediately. The right of a whistleblower for protection against retaliation does not include immunity for any personal wrongdoing that is alleged and investigated.

***Investigating a Concern:*** All concerns will be referred to Human Resources who will forward them to the President.

## Employment Classifications

Understanding the definitions of the employment classifications at the Company is important because your classification is one of the factors that determine how you are paid and your benefits eligibility. Employment classifications are based on job descriptions and the nature of the position. These classifications do not guarantee employment for any special time, nor do they change the at-will nature of the employment relationship. Your employment offer letter includes your employment classification.

All employees are classified as either *exempt* or *nonexempt.*

***Exempt:*** Employees are excluded from federal and state wage and hour laws because his/her position meets specific exemption tests established by the California Industrial Welfare Commission and the Federal Fair Labor Standards Act.

In addition to the *exempt* and *nonexempt* classification you also belong to one of the following employment categories:

***Full-time:*** Employees are regularly scheduled to work the Company's full-time schedule of 40 hours per week. Generally, they are eligible for the Company's full benefits package, subject to the terms, conditions, and limitations of each benefit program. *(Note: See Benefits)*

***Part-time:*** Employees are regularly scheduled to work less than the full-time work schedule of 40 hours per week. Part-time employees **are not eligible for health benefits, with the exception of those covered under local ordinances.**

Performance

## Business Conduct and Ethics

We are committed to providing the highest quality customer service; conducting our business in a fair, ethical, and proper manner. To do this, integrity must serve as one of our key values. We believe personal and professional integrity must serve as the foundation for all of our internal and external business relationships and interactions.

We expect you to follow the highest standards of ethical business conduct and always remain mindful of your impact on others while carrying out our mission.

*Confidentiality:* As a member of the SFRC, LP staff, you are responsible for safeguarding all of the Company's confidential information. In the course of your employment, you may have access to confidential information regarding Company clients, Employees, operations, and programs. If there is any question of whether certain information is considered confidential, check with your supervisor. If is your responsibility to in no way reveal or disclose any confidential information.

Improper disclosure of confidential Company information can occur purposely, or thorough a failure to exercise reasonable care, such as through indiscreet conversations or the careless handling of sensitive documents.

*Proprietary Information:* We produce and distribute a wide array of public documents such as brochures, newsletters, information sheets, and the content on our website. However, our internal documents such as records, data, plans, and business information are our property and must not be given out to an organization or individual, except through normal procedures and with appropriate authorization. If you have any questions about the proper distribution of SFRC, LP materials please consult with your supervisor.

## Conflicts of Interest

We expect you to use good judgment, to adhere to the high ethical standards, and to avoid situations that create an actual or potential conflict of interest. A conflict of interest may exist when your loyalties or actions are contrary to the Company's interests, or are divided between our interests and those of another.

This policy was developed to help staff members prevent conflicts of interest. The list that follows illustrates some of the most common conflicts of interest, but it is not intended to be all-inclusive:

- Engaging in self-employment in competition with the Company.
- Using proprietary or confidential Company information or your affiliation with the Company for personal gain.
- Failing to disclose a direct or indirect financial interest or relationship with a vendor, consultant, donor, reporter, editor, or service provider that is relevant to the Company's business.
- Using our facilities, equipment, material, or labor for personal use without prior management approval.
- Developing a personal relationship with another Employee that interferes, or appears to interfere, with the exercise of impartial judgment in decisions affecting the Company or any of

its employees, or that might cause morale problems, disputes, misunderstandings, or potential sexual harassment claims.

Both the fact and the appearance of a conflict of interest should be avoided. If you are uncertain whether certain transactions, activates, or relationships are, or might be considered a conflict of interest, please discuss them with your supervisor, the VP of Human Resources or the President. The President must approve any exceptions to this policy in a signed document.

## Standards of Conduct

Our staff members are a reflection of the Company. While it is impossible to describe all of the positive behaviors we seek or the negative behaviors we discourage, the following examples of behavior are definitely inappropriate and may result in disciplinary action, including the possible termination of employment. This list is illustrative only and is not intended to be exhaustive.

1. Falsification of employment records, employment information, financial documents, or any other record.
2. Reporting to work under the influence of alcohol or illegal drugs.
3. Theft, deliberate, or careless damage or destruction of any Company property or the property of any employee or individual associated with the Company.
4. Engaging in any activity that may harm the reputation of the Company.
5. Use of the Company's communication systems to access inappropriate material, including sexually explicit or violent material.
6. Provoking a fight or fighting while representing the Company in any capacity.
7. Carrying firearms or other dangerous weapons on Company premises at any time.
8. Excessive tardiness or absenteeism, or unauthorized absence from your job during the work day.
9. Failure to provide a physician's certificate when requested.
10. Felony criminal conduct whether or not related to job performance.
11. Insubordination, including but not limited to failure or refusal to obey the legitimate work-related requests, orders or instructions of a supervisor or a member of management, or the use of abusive or threatening language toward a supervisor or a member of management.
12. Using abusive language at any time while representing the Company in any capacity.
13. Violation of any Company policy.
14. Committing a fraudulent act or a breach of trust under any circumstances.
15. Any type of harassment.
16. Providing Company programs or products at an unauthorized discount.

This list is illustrative only; it does not exclude other types of conduct harmful to security, personal safety, the welfare of other staff members, our operations, or otherwise unacceptable in the workplace. In addition, nothing in this policy changes the at-will nature of employment at the Company. The Company reserves the right to discipline Employees, up to and including termination, with or without cause or prior notice.

## Resolving Problems

The Company wants to create an environment of mutual respect where ideas can grow and our staff members can flourish. We believe that open and honest communications are two of the best resources we have to enhance and improve all aspects of our work. We invite you to talk to us. We will listen.

## Punctuation and Reliability

The Company runs most effectively and efficiently when we can rely on regular attendance from everyone. We realize that some absences are unavoidable and in cases of illness, even well justified. We expect staff members to keep unplanned absences to a minimum, because unplanned absences place additional burden on your colleagues to fill-in for you and jeopardize our ability to run our business.

***Tardiness:*** "Tardiness" is failing to report to work at he agreed upon starting time or to return promptly from a scheduled break or errand. If you are going to be late to work or delayed in returning to work you must call your supervisor and follow protocols before the start of your shift.

Staff members should be at their job and ready to go to work at the beginning of their shift. You should remain at work for your entire work schedule, except for meal periods and rest breaks or when required to leave on Company business. Late arrival, early departure, or other absences from scheduled hours are disruptive and, unless there is an emergency, must receive prior approval.

***Absence:*** "Absence" is failing to report to work or leaving work for reasons other than planned paid or unpaid time off.

## PERSONAL APPEARANCE

The Company's personal appearance policy was created to help each staff member present a positive public image, lower safety and health risks, reflect employee pride, and inspire customer confidence.

Because the Company wishes to provide a work environment that is free of safety hazards and harassment of any kind, clothing, hats and tattoos with offensive graphics, words, or saying are not permitted. Dirty or damaged clothing; tight, revealing or provocative clothing that does not adequately cover the body should not be worn.

Dress code: Based on individual job functions and customer service requirements some departments have specific dress codes. You will be provided with the appropriate dress code protocols during your department orientation.

## MEDIA RELATIONS

Our goal is to give the media clear, consistent and up-to-date messages about the SFRC. Information regarding our programs, services, and events can change rapidly. Some information you may be privy to is confidential and it is important that only public information is released to the press. Our website is the best source of up-to-date information about the Company.

Refer all media inquiries (such as newspaper, magazine, radio, and television reporters) to the Marketing and Communications department and if they are not available, contact the President's office.

If you are asked to do an interview of any kind regarding the Company, politely decline and immediately refer the request to your supervisor.

## SOCIAL MEDIA

As a staff member you are an ambassador for the Company, which may include use of social media. When used appropriately we believe social networking can be a valuable business tool to assist with adoptions, advertising our services and programs, promoting opportunities, and fundraising. The following policy was created to promote appropriate online activity in alignment with our mission, and business conduct, and values.  We fully respect your legal rights and it is not our intention to restrict your online presence during non-work time or to dictate what you must say.

Social media can take many different forms, including (but not limited to) online forums and chatrooms, blogs, online profiles, wikis, podcasts, pictures and video, email, instant messaging, music-sharing, and voice over IP. Examples of social media applications include LinkedIn, Facebook, Wikipedia, YouTube, Twitter, Yelp, Flickr, Yahoo groups, WordPress, Instagram, Pinterest, Google+, and Zoom Info. Postings on Craigslist are included in this policy.

We encourage you to use social media to:

- Link to any SFRC webpage to promote an event or job opening.
- Share photos or videos from any of our social media sites or our website.
- Share any posting from our social media sites or web blogs.
- Indicate your position and responsibilities on LinkedIn.

If you choose to link or discuss the SFRC while using any form of social media, you must identify yourself as an employee of the SFRC and make it absolutely clear to readers that the views expressed are yours alone and that they do not necessarily reflect the views of the Company. Whenever you identify or associate yourself with the Company, you must remain professional. If you make specific claims pertaining to the Company, be sure to confirm they are accurate. Do not mislead, speculate, or guess, and act quickly to correct any misstatements. Use care not to disclose confidential information, and comply with laws that govern copyright and fair use of third-party material. If you quote, paraphrase or borrow ideas from someone else's work, be very brief and credit the original source.

There are situations where your use of social media could conflict with your obligations as an employee. Examples of this include: unauthorized use during work time; use that has the effect of harassing or discriminating against co-workers, or clients; creating a hostile work environment; divulging confidential information about the Company or our clients; using our logo without permission; or harming the goodwill, brand or reputation of the SFRC. (Note: See Conflicts of Interest, Standards of Conduct, Technical Resources, and Confidentiality).

If your use of any type of social media in violation of this policy is seen as compromising the organization in any way, the Company may counsel you on the risks involved, request that you stop, or take disciplinary action including the possibility of job termination. This policy in no way is meant to limit an employee's right to communicate with co-workers about the terms and conditions of employment.

If you have questions about the use of social media we encourage you to talk with the Communications & Marketing Department, your supervisor, or Human Resources.


## PERFORMANCE REVIEWS

Performance reviews are an on-going process of establishing goals and accountability in support of the Company's mission and strategic direction. We encourage you to discuss your performance and goals with your supervisor on an on-going basis.


## SAFETY AND SECURITY

### SAFETY

Safety is a very high priority at the SFRC. We intend to provide the safest possible work environment and to take the practical steps necessary to prevent workplace injuries. We recognize that our staff members are our greatest resource and that their well-being is directly tied to our ability to focus on our mission.

Most injuries are preventable. Everyone, regardless of individual job descriptions, is responsible for their own safety and that of their co-workers. The success of our safety program depends on your alertness and personal commitment. Remember the negligence of even one person can result in injury. If you need additional training to do your job safely, please ask.

The VP of Human Resources is the Company's Chief Safety Officer and together with the Safety Committee is responsible for implementing, administering, monitoring, and evaluating our Illness and Injury Prevention Program. Throughout the year we provide information to staff members about workplace safety and health issues using email, memos, flyers, postings, or other written and verbal communications. New staff members receive a safety briefing as part of their orientation and all staff members are required to attend annual emergency and safety training.

You are required to follow all safety procedures outlined in this policy and those that are specific to your position. Failure to use common sense while working, and follow safety procedures, may result in disciplinary action, up to and possibly termination of employment.

Reporting Unsafe Conditions: If you observe an unsafe working condition, your first responsibility is to take care of it without putting yourself at risk and/or report it immediately to your supervisor, Facilities, Human Resources, or the presidents. If you observe unsafe work practices, your first responsibility, if possible, is to offer assistance and/or training to immediately discuss the situation with your supervisor.

Safety throughout each campus is a priority; you can help by not walking past a safety concern without taking action.

## ILLNESS AND INJURY

First Aid at Work: For serious illnesses and injuries, call for professional assistance by dialing 911. For non-emergency injuries requiring medical treatment, staff members (unless you have pre-designated your personal physician) are required to go to Concentra during business hours and St. Luke's Hospital during non-business hours. If you are working remotely, please seek emergency treatment at the nearest hospital.

For minor injuries first aid supplies are located throughout the campus. You may pre-designate your personal physician for treatment of workplace injuries by completing the appropriate form, prior to the injury, in Human Resources.

Reporting illnesses and injuries: State and federal laws require that any illnesses or injuries caused by the workplace be reported immediately. If you become ill or are injured at work, even if you think it is minor, notify your supervisor and Human Resources immediately and complete a written illness/injury report (Note: See Worker's Compensation Insurance).

Temporary Contagious Illnesses: Contagious, temporary illnesses, such as influenza, colds, and other viruses, are usually spread from person to person and can quickly impact numerous staff members at the same time. The following guidelines were developed to help keep staff members healthy and stop the spread of these illnesses.

Off)

## ERGONOMICS

Reporting Responsibility: We encourage you to immediately notify Human Resources of any suspected symptoms, or other concerns about the design of your workspace.

## WORKPLACE VIOLENCE

The Company recognizes that workplace violence is a concern among employers and employees across the country. We are committed to providing a safe, violence-free workplace. As a result, the Company has established this zero-tolerance policy that strictly prohibits employees, visitors, or anyone else on our premises or engaging in a Company related activity, from behaving in a violent or threatening manner. We want to prevent workplace violence before it begins and we reserve the right to deal with behavior that suggests a tendency towards violence even prior to violent behavior occurring.

The prevention of workplace violence begins with recognizing and being aware of potential early signs.

Definition of Workplace Violence: Workplace violence includes, but is not limited to, the following:

- Threats of any kind.
- Threatening, physically aggressive, or violent behavior such as intimidation or attempts to instill fear in others.
- Other behavior that suggests a tendency towards violence, which can include belligerent speech, excessive arguing or swearing, sabotage, or threats of sabotage of Company property, or demonstrated pattern of refusal to follow our polies and procedures.
- Defacing Company property or causing physical damage to the facilities.
- Bringing weapons or firearms of any kind into Company premises or while conducting Company business.

Reporting Potential Violence: If you observe or become aware of the above listed actions or behavior by a staff member, internal or external constituent, or anyone else, you should notify a member of senior management, Human Resources, or the president immediately. In an emergency situation, your first step should always be to call 911. We also want you to notify the Human Resources if you have a restraining order affecting our property that is in effect, or if a potentially violent non-work related situation exists that could result in violence in the workplace.

Investigation & Action: All reports of workplace violence will be taken seriously. The Company and/or the appropriate law enforcement agency will promptly and thoroughly investigate reports of workplace violence. In appropriate circumstances, the Company will inform the reporting individual of the results of the investigation. To the extent possible, we will maintain the confidentiality of the reporting staff member and of the investigation unless doing so jeopardizes safety. We will not tolerate the retaliation against any staff member who reports workplace violence.

If we determine that unlawful workplace violence has occurred, we will take appropriate corrective action with may include the possibility of termination. If the violent behavior is that of a non-employee, we will take all appropriate corrective actions to ensure that behavior is not repeated.

## EMERGENCY PREPAREDNESS

Communications: The ability to communicate and access information during a major disaster is critical. It is your responsibility to keep your emergency contact information up to date with Human Resources.

# SECURITY

Not only is personal safety a priority, we also want to keep the campuses and our property safe and secure at all times. To do this, we need your commitment and expect you to follow all security procedures.

# STAFF IDENTIFICATION

Security Identification Badges: As a vital part of our security system the SFRC identification badge with your name, photo, and department will be issued to you on your first day of employment – if you are working in any of the secured buildings. Your badge is also your swipe key and provides you with access to the public restricted areas. To identify you as a member of the SFRC staff you are required to wear your picture ID badge in plain view while on campus.

If you see someone in a restricted area without a picture ID badge or volunteer ID badge it is your responsibility to either 1) find out who they are here to see and if you can assist them or 2) report them to the nearest supervisor.

If your identification badge is lost or stolen, you must report it immediately to the IT department and obtain a replacement. There will be a fee for all replacement badges.

Upon termination, staff members are required to return picture ID badges and nametags to Human Resources as part of the exit interview.

# FAIR LABOR STANDARDS ACT

The Company compensates staff members in compliance with Federal Fair Labor Standards Act (FLSA) as well as applicable state and local laws.

Nonexempt Employees: If you are classified as a nonexempt employee, you will receive overtime pay as required by law. (Note: see Overtime)

Exempt Employees: If you are classified as an exempt employee, you receive a predetermined salary each pay period, regardless of how many hours you work. This policy confirms the commitment of the Company to maintain full salary payments without reduction or "docking" except as stated below.

Deductions from Exempt Employees' Salaries:

- If you miss one or more full days of work due to sickness, injury, disability, or personal reasons (including vacation), the Company may substitute or reduce your available paid time off benefits. If PTO has been exhausted, the Company may make full-day salary deductions for each full day of absence.
- If you miss one or more full days of work in connection with approved Family Medical Leave Act (FMLA) leave, the Company may substitute or reduce your available paid time off. If PTO has been exhausted, the Company may make full day salary deductions for such absences.

- If you serve on a jury or appear as a witness in a legal proceeding, the Company may offset any jury or witness fees against your salary for the week.
- If the Company suspends you without pay for a day or more for violating an established rule or policy, the Company may dock your salary in full-day increments.
- If you work only part of a workweek in your first or last week of employment, the Company will pay you for the portion of the week that you worked, deducting a proportionate amount of your salary for the unworked days.
- If you do not perform any work in a particular workweek, the Company may decline to pay your salary for that week.

The Company does not permit salary deductions other than those listed. If you believe that the Company has made an improper salary deduction, or have any questions or concerns about the calculation of your pay, you should contact Human Resources. The Company will investigate and respond to all inquiries. If we discover that we have made an improper salary deduction, we will promptly correct it by providing reimbursement and taking steps to prevent recurrences. We also will follow any state law salary docking rules that are more restrictive than those listed above.

## WORK HOURS

Workweek and Workday: We define our workday and workweek for the purpose of being able to accurately calculate overtime for staff members in nonexempt positions. These definitions of workday and work week do not necessarily correspond to established schedules or your own schedule. The official payroll worksheet begins each Sunday at 12:01 am and continues through the following Saturday at midnight. Similarly, the workday begins each day at 12:01am and continues through midnight.

Daily Schedule: Various factors, such as workloads, operational efficiency, and staffing needs determine your schedule and total hours worked each day or each workweek. The Company may require you to work overtime or hours other than those normally scheduled whenever necessary. It is your responsibility to regularly check the schedule for changes and updates. Your supervisor must pre-approve all changes. (Note: See Overtime).

Meal and Rest Periods: The Company provides non-exempt employees who work more than five hours in a day with an unpaid 30-minute, uninterrupted meal period starting no later than the end of the 5th hour of work. The Company provides non-exempt employees who work more than 10 hours in a day with a second unpaid 30-minute, uninterrupted meal period starting no later than the end of the 10th hour of work.

Employees who work no more than six hours in a day may waive the first meal period. Employees who work no more than 12 hours in a day may waive the second meal period if they took their first meal periods. Written meal period waivers must be voluntarily signed by both you and the Company. You may revoke a meal period waiver at any time by informing your supervisor and Human Resources.

Typically, non-exempt employees on alternative workweek schedules who regularly work a 10 hour shift voluntarily waive their second meal period to take a one-hour unpaid meal period.

You are entitled, encourage, and expected to take all meal periods provided under this policy and not waived. During meal periods, you will be relieved of all duty and the Company will not exercise control over your activities. You are free to spend meal period time as you choose. If you feel that you were not provided a meal period that complies with this policy, you should inform your supervisor or manager, and (if not corrected) Human Resources immediately.

You must clock out at the beginning of your unpaid meal break and clock in at the end of your unpaid meal break.

The Company also encourages non-exempt employees to take a 15-minute off-duty rest period during every work period of four hours or major portion thereof. Employees who work up to six hours in a day are authorized and permitted to take one rest period. Employees who work more than six hours in a day are encouraged to take a second rest period. Employees who work more than 10 hours in a day are encouraged to take a third rest period. If you feel that you were not provided a rest period that complies with this policy, you should inform your supervisor or manager, and (if not corrected) Human Resources immediately.

Rest breaks may not be added to meal periods or skipped to shorten the workday.

## TIME KEEPING

Various laws require that we maintain accurate records of the time you work.

Nonexempt Staff: All nonexempt staff members are required to track their hours each day. At the end of the pay period you are responsible for producing an accurate report for that pay period. Your timesheet must note any time off due to any type of available paid time off (PTO, jury duty, bereavement, etc.) If you miss an entry into the timekeeping system, notify your supervisor as soon as possible. Your supervisor will make the appropriate corrections.

Time records are legal documents and must accurately reflect the hours you work. Staff members are expected to accurately record all time worked and may not work "off-the-clock." You may not alter, falsify, tamper with or record time on another staff member's time record. (Note: see Standards of Conduct)

Exempt Staff: Although exempt staff members are not required to track their hours each day, the Company does expect exempt staff members to be at work during normal business hours, and to work the hours required to complete their job duties. Exempt staff members are responsible for entering all paid time off requests and paid time off used during that pay period in the attendance system. Paid time off should be requested and reported in full day increments.

## PAY DAYS

Regular paydays are every other Friday. If a regular pay day falls on a weekend or holiday, you will be paid on the last regular business day preceding the weekend or holiday.

Federal and state laws require the Company to make certain deductions from your gross earnings such as Federal Income Tax; California State Income Tax; Federal Insurance Contribution Act (FICA) which

includes Social Security and Medicare contributions; and State Disability Insurance contributions (SDI); State Paid Family Leave, and other legally mandated taxes or deductions. There may also be additional deductions which you have authorized in writing such as insurance premiums. Your pay stub itemizes these deductions.

The Company will immediately comply with all orders garnishing wages for payment of child support, taxes, or other debts.

Direct Deposit: We encourage you to have your pay check directly deposited into your checking and/or savings accounts. This is the fastest and safest way to receive your pay. (Note: see Direct Deposit)

Pay Corrections and Adjustments: If you believe there is an error on your paycheck, or you have questions about deductions from your salary you should contact Payroll in the Finance Department. We will fully investigate your concerns and if an error is found, adjustments or corrections will be made in the following pay period.

## OVERTIME

The Company does its best to avoid asking staff members to work overtime. Sometimes special circumstances arise that require overtime. At such times, our ability to function, respond to emergencies, or meet critical deadlines depends on our staff members' willingness to work an extended schedule. You are expected to comply with these requests whenever possible.

Nonexempt Staff: The Company provides compensation for all overtimes hours worked by nonexempt employees in accordance with state and federal law. In order to minimize and/or eliminate the need for overtime, your supervisor can make changes to your schedule such as modifying your days off or reducing scheduled hours to not exceed 40 hours per week or 8 hours per day or 10 hours per day for nonexempt staff members on an alternative workweek schedule.

Nonexempt staff members may not work extra hours beyond their regularly scheduled work hours without prior approval of their supervisor.

For purposes of determining which hours constitute overtime, only actual hours worked in a given workday or workweek will be counted. Hours away from work due to paid time off, even when these days are compensated, unpaid leave or any other time away from work are not considered hours worked.

Overtime pay is calculated at one and one-half (1.5) times the staff member's regular rate of pay for all hours worked in excess of 8 hours in a work day up to 12 hours, forty (40) hours in one workweek, or the first 8 hours worked on the seventh consecutive day of work in the workweek. Nonexempt staff members are paid double (2 times) their regular rate for each for each hour over 12 hours in one day, or more than 8 hours on the seventh consecutive day of work in the workweek.

Weekend work does not automatically qualify for compensation at an overtime rate of pay. Hours worked on Saturdays and/or Sundays qualify as overtime hours under the standards noted above.

Whenever possible, overtime pay will be included in the paycheck covering the time period in which the time was worked.

## SHOW UP PAY

Sometimes we may ask you to come in for mandatory special meetings on your days off. In this situation, nonexempt staff members will be compensated at their regular rate of pay for actual time

# BENEFITS

## BENEFITS OVERVIEW

Through our competitive benefits program he Company makes a significant investment in our current staff and in our ability to attract talented new staff members. Benefits are the non-cash compensation you receive and they are a significant part of your earnings. The cost in providing benefits, added to your wages, equals your total compensation package. (Note: see Compensation)

This Handbook contains brief summaries of each benefit the Company currently provides for eligible staff members. The purpose of the summaries is to acquaint you with general information the plans, not to fully state their terms, conditions, and limitations. This summary information is subject to change and the Company reserves the right to add new benefits, and to change or cancel existing benefits at any time with our without notice.

Additionally, some plans are governed by federal, state, and/or local laws, which may change with or without notice. The more detailed information on your benefits coverage, refer to the summary plan descriptions available in Human Resources or the information provided by the insurance companies when you enrolled. If any statement made in this Handbook or by a Company staff member contradicts the summary plan description, the official plan documents, or an applicable law or regulation, then the summary plan description, the official plan document, or applicable law or regulation will be considered the correct information.

For the purposes of this Handbook, we have divided our benefits into three sections: Time-Off Benefits; Company Sponsored Benefits; and Legally Mandated Benefits. The following list of general terms and definitions may help you understand your benefits. We expect that you will take the time to learn about each one of the Company's benefits. If you have questions or need assistance with your benefits you can contact Human Resources.

Eligibility: Eligibility for benefits depends on a variety of factors including: the type of benefit; local, state, and federal laws; your employment classification; regularly scheduled hours per week, and the length of time you have been employed by the Company.

Dependents: Except when individually identified for a specific policy, the Company defines dependents as your spouse, domestic partner, children, and the children of your domestic partner. These relationships include not only biological and step relationships but also relationships resulting from adoption, foster care, and IRS dependents.

Domestic Partners: The Company recognizes two types of domestic partner status: 1) Registered Domestic Partners with the State of California or 2) couples living at the same address, jointly responsible for each other's common welfare, sharing financial obligations, and intending to continue the domestic partner relationship indefinitely.

Integrated Benefits: Many of the income replacement benefits, such as Worker's Compensation, California State Disability and Sate Paid Family Leave Insurances can be integrated benefits which means

those benefits may be combined with your PTO, so that they add up to a maximum of 100% of your monthly base salary.

Qualifying Life Events: When you experience a qualifying life event such as: marriage, divorce, legal separation, birth, adoption or placement of a foster child; death; significant change in coverage for family member attributable their employment; registering as a domestic partner with the State; or a family member becoming ineligible for dependent coverage, you are allowed to make changes to your insurance coverage. All other changes must wait until open enrollment. You will need to provide legal documentation verifying the date of your qualifying event.

## TIME-OFF BENEFITS

### PAID TIME OFF (PTO) –FULL TIME EMPLOYEES

The Company works to create a culture where staff members have numerous opportunities to enjoy time away from work and can maintain a healthy and supportive work-life balance. We recognize that staff members have diverse needs for time off from work and have established a paid time off (PTO) policy to meet those needs.

PTO is a combined bank of time for vacation, sickness, and other personal time, (e.g. doctors' appointments; participation in social, religious, or sporting events; activities with family members, etc.) PTO offers staff members flexibility and privacy to schedule non-work events. We expect staff members to be accountable and responsible for managing their own PTO to allow for adequate reserves if there is a need to cover vacation; illness or disability; appointments; emergencies; or other needs that require time off from work.

Eligibility and Accruals: Full time regular staff members begin accruing PTO benefits in the first pay period of regular employment or transfer into a benefit-eligible position. Regular part-time staff members working a minimum of 20 hours per week, begin accruing pro-rated PTO benefits in the first pay period of regular employment or transfer into a benefit-eligible position. Pro-rated PTO accruals are based on hours worked.

End of employment payout: At the end of your employment as a regular staff member you will be paid-out for all accrued and unused PTO.

## SAN FRANCISCO ORDINANCES – SAN FRANCISCO EMPLOYEES ONLY

Required sick leave accrual: After 90 days of employment, staff members who are not eligible for PTO, including part-time staff members working less than 20 hours per week, and temporary, on-call and seasonal staff members, accrue paid sick leave at the rate of 1 hour for every 30 hours worked. Sick leave may be used for illness, injury or approved leaves of absence, but may not be used for vacation. Unused accrued sick leave is not paid out at the end of employment. Unused accrued sick leave carries over from year to year, but there is a cap of 72 hours on accrued sick leave. After a staff member accrues 72 hours of sick leave under this ordinance, the staff member will not accrue any more sick leave until the amount of accrued sick leave drops below 72 hours.

If you status changes to a regular, benefits eligible staff member, your accrued and unused sick hours will roll into a sick leave bank.

Designated person: If you do not have a spouse or registered domestic partner you may designate another person you might need to care for. You have ten work days from your date of hire to make your designation and you may change your designation once a year during the annual open enrollment period. A designation form must be completed and in your personnel file prior to taking sick leave to care for your designated person.

Family Friendly Workplace Ordinance: After 6 months of employment, staff members who regularly work at least 8 hours per week may request a flexible or predictable working arrangement to assist with caregiving responsibilities. The staff member may request the flexible or predictable working arrangement to assist with care for a child or children under the age of eighteen; a person or persons with a serious health condition in a family relationship with the employee; or a parent (age 65 or older) of the employee. The Company will meet with the staff member regarding the request within 21 days of the request. After the meeting, the Company will respond to the request in writing within 21 days of the date of the meeting. If the Company is unable to accommodate a staff member's request for a flexible or predictable working arrangement, it will explain the business reasons for the denial of the request in the written response.

## HOLIDAYS

The Company annually observes a total of seven (7) holidays;

- New Year's Day
- Dr. Martin Luther King, Jr. Day
- Memorial Day
- Independence Day
- Labor Day
- Thanksgiving Day
- Christmas Day

Unless otherwise provided in this policy, all full-time staff members receive holiday paid time off at their normal base rate for each Company observed holiday. Part-time, temporary, on-call, and seasonal staff members and staff members on leave of absence are not eligible for holiday paid time off.

When a holiday falls on a Saturday, we usually observe the holiday on the preceding Friday. When a holiday falls on a Sunday, we usually observe it on the following Monday. However, we may choose to observe a holiday on another day. An annual holiday schedule is posted on the intranet.

If a Company holiday falls on your scheduled day off you will receive a substitute day off with pay, to be arranged with your supervisor. Non-exempt staff members must take the substitute day off within the same week in which the holiday falls. If a holiday falls during your scheduled paid time off, you will receive holiday pay, not paid time off.

Exempt staff members who, because of the essential nature of their position, must work a Company holiday may receive one substitute day off to be scheduled with their supervisor and taken during the next 2 pay periods.

## LEAVES OF ABSENCE

Depending on your eligibility and the circumstances, there are numerous different types of leaves of absence that allow for time away from work. Taking a leave of absence can be complicated and you will need to work closely with Human Resources regarding the use of leave of absence benefits.

## FAMILY MEDICAL AND MILITARY FAMILY LEAVE (UNPAID)

Two laws, the federal Family Medical Leave Act (FMLA) and the California Family Rights Act (CFRA), provide eligible staff members with up to 12 weeks leave per year for the following medical issues or circumstances related to their family:

- Baby bonding including the birth of a child, or placement of a child in connection with adoption or foster care;
- Family medical care including care of a biological, adopted, foster or step-child, parent, step-aren't, spouse or registered domestic partner with a serious health condition;
- Service member leave for a staff member who is the spouse, son, daughter, parent, or next of kin of a covered service member; and
- Personal medical leave for a staff member with a serious health condition for which they are unable to work at all or requiring intermittent time off.

A serous health condition is an illness, injury, impairment, or physical or mental condition that involves either ran overnight stay in a medical care facility, or continuing treatment by a health care provider for a condition that either prevents you from performing your job functions, or prevents the qualified family member from participating in school or other daily activities.

Subject to certain conditions, the continuing treatment requirement usually means a period of incapacity of more than three consecutive calendar days combined with at least two visits to a health care provider or one visit and a regimen of continuing treatment, or incapacity due to pregnancy, or incapacity due to chronic condition. Other conditions may meet the definition of continuing treatment.

Military Family Leave: In addition to leave for medical issues, the Company also provides leave to military families in the following situations:

- Military exigency leave may be requested when there is a qualifying military exigency as defined by the U.S. Department of Labor. Qualifying military exigencies include the following: short-notice deployment; attendance at official ceremonies; attending to urgent childcare, school, or parent-teacher needs; making financial and legal arrangements; attending counseling; rest and recuperation; and post deployment activities.
- Military caregiver leave may be requested to care for a covered service member if the staff member is the covered service member's spouse, child, parent, or next of kin.

Provided all the conditions of this policy are met, you may take a maximum of 26 weeks of military caregiver leave in a single 12-month period, inclusive of the time you take for a family care, medical, or military exigency leave during that period. This 12-month period will be measured forward from the first day leave is taken.

Eligibility: To qualify for Family Medical or Military Family Leave, you must:

- Have been employed by the Company for at least 12 months; and

- Have worked at least 1,250 hours in the previous 12 months; and
- Need the unpaid leave for one of the above listed reasons.

A staff member returning from fulfilling his or her National Guard or Reserve military obligation will be credited with the hours of service that would have been performed but for the period of military services in determining the 1,250 hours of service.

Requesting Family Medical or Military Family Leave: To the extent that your need to take leave is sufficiently foreseeable, we require thirty (30) days advance written notice; otherwise, inform us as soon as you know you need to take a leave. If you fail to provide the requisite 30-day advance notice for foreseeable events without reasonable excuse for the delay, based on business needs, the Company reserves the right to delay the taking of leave until at least 30 days after the date you provide notice of the need for leave.

You will need to submit a completed Request for Leave of Absence and a Personnel Action Form to Human Resources, with a copy to your supervisor, as soon as possible. A leave of absence is not considered approved until your request has been sighed by the VP of Human Resources.

Required Documentation: The Company requires certification of the serious health condition. Failure to provide certification may result in a denial of continuation of leave. For military caregiver leave, you must also provide confirmation of a family relationship to the seriously ill or injured service member. Certification of a serious health condition must include: 1) the date when the serious health condition began, 2) the expected duration, and 3) a statement that the staff member is unable to perform any one or more essential functions of their position. Where permitted by law, if the Company has reason to doubt the validity of the medical certification provided by the employee, we may require you to obtain a second opinion from a doctor of the Company's choosing and at our expense.

For a family member who is seriously ill, the certification must include 1) the date when the condition began, 2) the expected duration, and 3) a statement that the condition warrants the participation of the staff member.

Staff members generally must provide the required certification within 15 calendar days after the Company's request for certification. For foreseeable leaves, you must provide the required medical certification before leave beings. When this is not possible, you must provide the required certification within 15 calendar days after the request for certification, unless it is not practicable under the circumstances to do so, despite your good faith efforts.

If you plan to take intermittent leave or work a reduced schedule, the certification must also include dates and the duration as well as a statement of the medical necessity for taking intermittent leave or working a reduced schedule.

Medical certifications are private and confidential documents and are kept separate from your personnel file.

Leave Duration: The maximum time you will be allowed to take Family Medical Leave, if you are eligible, is 12 workweeks (or 26 weeks in the case of a military caregiver leave) in a 12-month period. The Company uses a "rolling" 12-month period measured backward from the date you begin a leave to determine how much leave time is available.

Integration with Other Pay Benefits: Family Medical and Military Family Leave is an unpaid leave. You may use your accrued paid time off to cover your leave. Depending on the circumstances you may qualify for State Disability Insurance (SDI) benefits. You may also be entitled to Paid Family Leave (PFL) for up to six (6) weeks in any twelve month period during leaves to care for qualifying family members. PFL provides a partial wage replacement for absences from work to care for a seriously ill or injured family member or for bonding with a minor child within one year of birth or placement of the child in connection with foster care or adoption. SDI and PFL benefits can be combined with your paid time off or other paid benefits so that they add up to a maximum of 100% of your monthly base salary. (Note: see State Disability Insurance and California State Paid Family Leave Insurance)

Limited Continuation of Benefits: The Company will continue contributions for your health-care coverage, if any, during a Family Medical and Family Military Leave. You must continue to make any premium payments for health-care coverage for you and/or your dependents if you want the coverage to continue during your leave. Failure to make your required contributions on time might result in loss of coverage. When necessary, you may self-pay the premiums under the provisions of the federal law known as COBRA. If you choose not to return to work from a leave allowed by this policy, you will be required to repay to the Company for the premium amounts paid on your behalf.

Accruing Paid Time Off: PTO benefits do not accrue while on Family Medical Leave unless you are on a paid status, using PTO.

Intermittent Leave: Family Medical Leave taken for a serious health condition and military caregiver leave may be taken on an intermittent or reduced schedule basis with the minimum duration of one hour for nonexempt staff members and one full day for exempt staff members. Baby bonding leave must be taken within one year of the baby's birth or the start of adoption or foster care placement and is usually taken in two week increments. All absences related to leave granted under this policy will count toward the 12 workweek maximum.

Returning to Work: When a Family Medical Leave is taken for your own serious health condition, a written certification from your treating physician that you are able to return to work is required. This certification should be sent to Human Resources one week prior to your planned date of return to active status.

Staff members who take Family Medical Leave will normally be restored to their original or equivalent position with equivalent pay, benefits, and other employment terms when they return by the agreed upon date. Using leave allowed by this policy will not result in loss of employment benefits that accrued prior to the start of the leave.

If you fail to return from a Family Medical Leave on the date that you are released by your treating physician without providing an updated report from your health care provider, we will assume you have resigned and will process your voluntary separation. (Note: see Punctuality and Reliability)

If you have questions, or would like further clarification about your rights under FMLA or other types of leave, please contact Human Resources.

PREGNANCY DISABILITY LEAVE (UNPAID)

If you are disabled due to pregnancy, childbirth, or related medical conditions, you may take an unpaid Pregnancy Disability Leave for the period of actual disability, up to a maximum of four months. Pregnancy Disability Leave and Family Medical leave run simultaneously, except for any Family Medical Leave taken for disability on account of pregnancy, childbirth, or related medical conditions.

In addition, you are entitled to a reasonable accommodation for pregnancy, childbirth, or related medical conditions if you request an accommodation and provide the Company with medical certification from your health care provider. In addition to other forms of reasonable accommodation, as a pregnant staff member you are entitled to request a temporary transfer to a less strenuous or hazardous position if the transfer is supported by proper medical certification and can be reasonably accommodated.

Eligibility: Any employee who is temporarily disables by pregnancy, childbirth, or a related medical condition may request a Pregnancy Disability Leave.

Requesting Pregnancy Disability Leave: We ask that you request a pregnancy-related leave of absence as soon as you know, with reasonable certainty, the expected date on which your leave will begin. You will need to submit a completed Request for Leave of Absence and a Personnel Action Form to Human Resources, with a copy to your supervisor, as soon as possible. A leave of absence is not considered approved until it is signed by the VP of Human Resources.

Required Documentation: Medical certification from your health care provider should provide the following information: 1) the date on which you became disabled or need to be transferred due to pregnancy, 2) the probably duration other period or periods of disability or transfer, and 3) statement that, due to your pregnancy, the transfer is medically advisable or, due to the disability you are unable to work at all or perform any one or more of the essential functions of your position without undue risk to yourself, your pregnancy, or to other persons.

Medical certifications are private and confidential document and are kept separate from your personnel file.

Leave Duration: Pregnancy Disability Leave begins on the first day your health care provider certifies that you are unable to work and ends when your health care provider certifies you are able to return to work, or after a total of four months of leave, whichever comes first.

Integration with Other Pay Benefits: Pregnancy Disability Leave is an unpaid leave. You may use your accrued paid time off to cover your leave. Staff members on the pregnancy disability leave may be eligible for State Disability Insurance benefits. These benefits will be combined with your PTO, and/or other paid benefits so that they add up to a maximum of 100% of your monthly base salary. (Note: see State Disability Insurance).

The substitution of paid leave for pregnancy-related disability leave does not extend the total duration of the leave to which the employee is entitled.

Limited Continuation of Benefits: Staff members on approved Pregnancy Disability Leave will be eligible for Company provided premium payments for continued group medical, dental, and vision insurance

coverage if 1) you have been employed with the Company for at least 12 months, 2) have worked at least 1,250 hours in the previous12 months, and 3) have taken fewer than 12 workweeks of premium paid leave in the previous 12 month period.

You must continue to make any premium payments for health care coverage for you and/or your dependents if you want the coverage to continue during your leave. Failure to make you required contributions on time might result in loss of coverage. When necessary, you may self-pay the premiums under the provisions of the federal law known as COBRA. If you choose not to return to work from a leave allowed by this policy, you will be required to repay the Company for the premium amounts paid on your behalf.

Accruing Paid Time Off: PTO benefits do not accrue while on Pregnancy Disability Leave unless you are on a paid status, using PTO.

Intermittent Leave: Pregnancy Disability Leave may be taken on an intermittent or reduced schedule basis with the minimum duration of one hour for nonexempt staff members and one full day for exempt staff members. All absences related to your pregnancy disability will count toward the four month maximum.

Returning to Work: Before you return to work or to full duty status, written certification from your treating physician that you are able to work is required. This certification should be sent to Human Resources one week prior to your planned date of return to active status.

Staff members who take a Pregnancy Disability Leave will normally be restored to their original or equivalent position with equivalent pay, benefits and other employment terms when they return by the agreed upon date.

If you fail to return from a Pregnancy Disability Leave on the date that you are released by your treating physician without providing an updated report from your health care provider, we will assume you have resigned and will process your voluntary separation. (Note: see Punctuality and Reliability)

Lactation Accommodation: If you are breastfeeding when you return to work the Company will provide you with a private room and additional break time if you wish to express milk during the work day. Prior

## BEREAVEMENT LEAVE (PAID)

The Company wants to help support our regular FULL TIME staff members during the difficult time of bereavement. In the event that you need take time off following the death of a family member, you will be granted up to 3 days or twenty-four (24) hours, whichever is less, of paid leave each calendar year. Family member is defined as a spouse or domestic partner, parent, step-parent, parent-in-law, legal guardian, child, step-child, foster child, brother, sister, brother/sister in-law, grandparent, or spouse's/domestic partner's parents, grandparents, siblings, and children. Should you need to travel more than 200 miles to attend the funeral of a family member you will be allowed up to 5 days or forty (40) hours, whichever is less, paid leave each calendar year. For other relatives and close friends, the Company will provide one day or eight (8) hours, whichever is less, of paid bereavement per calendar year.

## JURY DUTY AND WITNESS LEAVE (PAID)

The Company recognizes the importance of fulfilling your civic responsibilities by serving jury duty or appearing as a witness when required. After six months of regular employment full time staff members are eligible for up to 20 days or 160 hours, whichever is less, in a twelve month period to serve on a jury or as a subpoenaed witness in a public matter.

Since the Company is paying you for your jury duty or witness service, you should refuse payment from the court. Any pay or reimbursement for jury duty or witness service received from the court must be endorsed by the Company and given to Finance.

There may be days when the court convenes for part of the day, or not at all. You are expected to report to work for any full or partial day that your services are not required as a juror or a witness.

Give a copy of your jury or witness summons to your supervisor as soon as possible before taking Jury Duty or Witness Leave so that arrangements can be made to accommodate your possible absence from work. When you return from Jury Duty, you will need to use the time and attendance system to record your jury service and give your court verification of time served to your supervisor.

## VOTING TIME (PAID)

We encourage you to exercise your right to vote in public elections. Since polling places are generally open before and after our regular hours, if possible, we ask you to vote outside your normal working hours or by mail.

Regular full time staff members who are unable to vote outside of their work hours may request up to two (20) hours of paid time off to vote in an official public election. If you are a part time staff member with a second part time job and are unable to get to the polls before or after your shift, you may request up to one hour paid time off to vote.

Your request must be made to your supervisor at least two working days before an official public election day, and the time must be taken either at the beginning or at the end of your work shift.

## MILITARY LEAVE (UNPAID)

We will make every reasonable effort, as required by the Uniformed Services Employment and Re-Employment Rights Act of 1994, to cooperate with the US military services and our staff members in the event a conflict arises between our work schedules and your temporary military duties.

## SAFETY PERSONNEL LEAVE (UNPAID)

If you qualify as a volunteer firefighter, reserve police officer or emergency rescue personnel you may be eligible to take unpaid safety personnel leave during emergencies. You may use accrued PTO during a safety personnel leave. I you do not use accrued PTO your time off will be unpaid.

Volunteer firefighters include any person registered as a volunteer member of a regularly organized fire department that is officially recognized by the local government in which the department is located. Emergency rescue personnel include any person who is an officer, employee, or member of a fire department or fire protection or firefighting agency of the federal government, the State of California, a city, county, city and county, district, or other public or municipal corporation or political subdivision of this state, or of a sheriff's department, police department, or a private fire department, whether that

person is a volunteer or partly paid or fully paid, while s/he is actually engaged in providing emergency services.

Volunteer firefighters, reserve police officers, and emergency rescue personnel may take leave only for emergency duty. There is no limit on the amount of time they may take off to perform emergency duties.

Volunteer firefighters are also entitled to take up to 14 days each calendar year for fire or law enforcement training.

## TIME OF FOR LITERACY PROGRAMS (UNPAID)

The Company will make every reasonable effort to accommodate a request for unpaid time off during the work day to attend an adult literacy program. However, we may decline your request if your absence from work would create an undue hardship. We will also take steps to protect the privacy of staff members who disclose illiteracy issues and such disclosure will not be grounds for termination.

## SCHOOL ACTIVITIES LEAVE (UNPAID)

We encourage our full and part time staff members who are parents or guardians to participate in activities at their child's school. Parents or guardians of school children from kindergarten through grade twelve are provided up to forty (40) hours of unpaid time off per child per school year to attend school activities. You are limited to no more than eight (8) hours in any calendar month of the school year.

If you take time off for your child's school activities you must give your supervisor reasonable advance notice of your planned absence. You may use accrued PTO during a school activities leave. If you do not use accrued PTO your time of will be unpaid. Parents or guardians of suspended pupils may take unpaid time off to appear at the pupil's school, according to the California Education Code provided you give as much notice as possible that you are requested to appear.

You will need to provide documentation of your participation or necessary appearance at your child's school.

## DOMESTIC VIOLENCE LEAVE (UNPAID)

The Company recognizes that our staff members who are victims of domestic or sexual assault have multiple and serious needs. Sometimes time away from work may be needed to seek medical attention; obtain services from a domestic violence shelter, program, or rape crisis center; obtain psychological counseling; participate in safety planning; obtain a temporary restraining order, restraining order or other court assistance to help ensure your health, safety, or welfare, or that of your children. We will work with staff members who are victims of abuse to assess how existing paid and unpaid leave options may be used to help meet their needs.

The Company will not discriminate against, or retaliate against a staff member who is a victim of domestic violence or sexual assault and will take every measure possible to protect confidentiality.

Unless the circumstances render it impossible we ask that you give us as much advance notice as possible of you need take time off from work. On your first day back you will need to provide written documentation of the need for this leave. Documentation includes any written statement evidencing the use of victims' services, medical or professional treatment or services, social or faith-based services, law enforcement or legal proceedings, or other actions or use of resources required to increase

immediate safety. All written documentation will be kept strictly confidential and in a secured file separate from a staff member's personnel file.

## CRIME VICTIM LEAVE (UNPAID)

If you or a member of your immediate family (e.g. parent, stepparent, in-law, grandparent, child, stepchild, foster child, or child of your domestic partner, brother or stepbrother, sister or stepsister, spouse or domestic partner) become a victim of a serious crime you will be able to take unpaid time off to attend judicial proceedings. You may substitute accrued PTO in order to be paid for your absence. For purposes of this policy a serious crime is defined as a violent or serious felony or felony theft or embezzlement.

Unless it is not feasible, we ask that you give as much advance notice as possible so that arrangements can be made to accommodate your absence from work. Before taking the time off, you must provide a copy of the notice of each scheduled judicial proceeding, as provided to the victim by the scheduling agency, such as a court.

The Company will not terminate, discriminate against, or retaliate against an employee who is a victim of a serious crime. All written documentation will be kept strictly confidential.

## LEAVE FOR ORGAN AND BONE MARROW DONATIONS (PAID)

The Company will grant FULL TIME staff members the following paid leaves of absence for the purpose of organ or bone marrow donation:

- Up to five days in any one year period for the purpose of donating the staff members' bone marrow to another person.
- Up to 30 days in any one year period for the purpose of the staff member donating an organ to another person.

A leave of absence for the purpose of organ or bone marrow donation will be provided with pay, however if you have accrued PTO you must use up to five days of PTO for a bone marrow donation and up to two weeks (10 days) of PTO for organ donation.

In order to be eligible for leave under this policy, you must provide written verification to Human Resources that you are an organ or bone marrow donor and that there is a medical necessity for the donation of the organ or bone marrow.

Any leave taken for the donation or bone marrow will not constitute a break in service for purposes of salary adjustments, PTO accruals, or length of service credits. During any leave taken under this policy, the Company will maintain and pay for coverage under any group health plan, for the full duration of this leave.

Leave provided under this policy may be taken in one or more periods.

Leave taken under this policy will not run concurrently with any leave taken under the federal Family and medical Leave Act or the California Family Rights Act.

Staff members who take a leave of absence under this policy will normally be restored to their original or equivalent position with equivalent pay, benefits, and other employment terms when they return by the agreed-upon date.

# COMPANY SPONSORED BENEFITS

## MEDICAL, DENTAL, AND VISION INSURANCE

The Company offers a variety of options for medical, dental, and vision insurance for eligible Full time employees and their eligible dependents. Some of these plans are offered at no cost and others require that you make a contribution toward the premium cost. The number of hours you regularly work, the plans you choose, and the number of dependents you enroll determine your cost.

Eligibility: Regular full time members and their eligible dependents (spouse, domestic partner, children up to age 26) are eligible to enroll in these plans the first day of the month following completion of 30 days of employment. Regular part-time staff members are not eligible.

## EMPLOYEE ASSISTANCE PROGRAM (EAP)

One of the Company's core values is fostering a healthy workplace. We recognize that sometimes, professional resources might be helpful with the issues, problems, and complications of busy lives. The Company's Employee Assistance Program (EAP_ provides you and your family members with 24-hour, completely confidential access to professional consultation services.

Among the life issues our EAP provides consultation services for are: alcohol, drug, and other substance misuse or abuse issues; job or work-related stress and emotional worries; child and elder care problems; financial concerns; grief and bereavement; parenting issues; legal issues; marital or relationship problems and divorce.

You and family members can refer yourselves to the EAP 24 hours a day on weekdays and weekends. The counselors may suggest a referral to an outside resource, such as a therapist, agency, physician, treatment facility or other professionals to assist you.

Employee Assistant Program premiums are currently fully paid by the Company. You may incur some cost should you be referred to additional resources outside the EAP program. Eligibility begins on the first day of the month following the completion of 30 days of employment.

All calls and counseling sessions are strictly confidential and we never know when the EAP is used. You can find the number for our EAP online Benefits Information Center.

# LEGALLY MANDATED BENEFITS

## BENEFITRS CONTINUATION (COBRA)

The Federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives you and your qualified dependents the opportunity to continue medical and dental insurance coverage under our group polies when a qualifying event would have normally resulted in a loss of eligibility. Common qualifying events ending eligibility include termination of employment, death, a reduction in hours to less than 20 hours per week, leave absence, divorce or legal separation, and when a dependent child no longer meets the eligibility requirements as a dependent.

Under COBRA, you or your dependents pay the full cost of the insurance premium at our group rate, plus a small administrative fee. You or your covered dependent has the responsibility to inform Human Resources of your qualifying event. When you become eligible for COBRA insurance, you will receive a

written notice describing the rights granted under COBRA. Because the COBRA notice contains important information about your rights and obligations, please read it carefully.

The current legislation which governs COBRA excludes domestic partners from eligibility for COBRA benefits.

## SOCIAL SECURITY INSURANCE & MEDICARE

Social Security Insurance and Medicare are federal retirement programs. Social Security provides income based on your past earnings and contributions. Medicare is a medical insurance program. All staff members contribute to these programs through payroll taxes and the Company makes matching contributions directly to your Social Security Account.

## STATE DISABILITY INSURANCE

California State Disability Insurance (SDI) is a short-term partial income replacement program for an illness or injury, either physical or mental that prevents you from doing your usual or customary work and includes disabilities resulting from surgery, pregnancy, childbirth, or a related medical condition. All Company staff members pay SDI premiums through payroll taxes. Benefits under this program are paid directly by the state and there is a seven day waiting period. You must apply for these benefits through the State Employment Development office.

## STATE PAID FAMILY LEAVE INSURANCE

State Paid Family Leave (PFL) provides up to six (6) weeks in any twelve month period to care for qualifying family members. PFL provides a partial wage replacement for absences from work to care for a seriously ill or injured family member or for bonding with a minor child within one year of birth or placement of the child in connection with foster care or adoption. Employee contributions provide funding for this program. PFL is administered like SDI by the California Employment Development Department. PFL does not guarantee that you will be able to take time off and does not protect your job. Benefits under this program are paid directly by the State and there is a seven day waiting period. You must apply for these benefits through the State Employment Development Department office.

## STATE UNEMPLOYMENT INSURANCE

Under certain conditions, you may be eligible for unemployment assistance of your job at the Company is terminated. You must file a claim with your local Employment Development Department office. The amount of your benefits and your eligibility are determined by the State. The Company pays the premium for your state unemployment coverage.

## SAN FRANCISCO HEALTHCARE SECURITY ORDINANCE –SAN FRANCISCO EMPLOYEES ONLY

Part-time (under 20 hours), temporary, on-call, and seasonal staff members who work an average of eight (8) hours per week and have been employed for more than 90 days may be eligible for the City's Healthy San Francisco program. Healthy San Francisco was created by the San Francisco Healthcare Security Ordinance and is designed to make health care services accessible and affordable to uninsured San Francisco residents and those working in the City of San Francisco. It is operated by the San Francisco Department of Public Health (DPH). The Company makes contributions to this program on behalf of its eligible employees. Eligible staff members can apply for this program through DPH.

WORKERS' COMPENSATION INSURANCE

Workers' compensation provides partial income replacement and medical benefits if you are insured as a result of an accident, injury or occupational illness while you are at work. If you become ill or are injured at work, even if you think it is minor, notify your supervisor and Human Resources immediately. You will need to complete a written illness/injury form and workers compensation reports. This will enable you to qualify for coverage as quickly as possible. (Note: see Illness and Injury.)

The Company pays the premium for your workers' compensation coverage while you are employed by the Company. Neither the Company nor our insurance carrier is liable for the payment of Workers' Compensation benefits for injuries that occur during and employee's voluntary participation in any off-duty recreational, social, or athletic activity sponsored by the Company. Additional Workers' Compensation information is posted throughout both campuses.

## WORKPLACE PRACTICES

### PERSONNEL RECORDS

The Company maintains confidential personnel files on each of your staff members. Your personnel files includes such information as your job application, resume, training records, benefit enrollments, performance documentation, salary history, and other work-related documents.

Generally, only your supervisor, Human Resources, and the president may review performance information in your personnel file.

All personnel files are Company property and to protect your privacy we restrict access to the information they contain. Because this information is confidential we will not release information to third parties, except Company legal advisors, without your written authorization unless we are required to do so by law.

You are always welcome to review your own personnel file. You may do so by making arrangements with Human Resources. You may not remove any material from your file. You may obtain a copy of any documentation in your file that you have signed. If you want to add any material to your file, you must check with Human Resources.

You also have the right to inspect and copy certain Company payroll records regarding compensation, and deductions from your compensation. If you wish to review or copy your payroll records, you should notify Human Resources.

### RECRUITMENT AND HIRING

We always intend to hire the best-qualified person. Best-qualified means the unique blend of experience, skills, abilities, knowledge, positive attitude and motivation best suited to our work and our work culture. We select staff members who can help us achieve our goals and share our commitment to accomplishing the Company's mission. (Note: see Equal Opportunity Employment)>

Opportunities at the Company: Internal job openings are generally shared through the weekly People Report from HR. You may apply for any position for which you believe you are qualified. In most cases, external recruiting occurs simultaneously with internal applications. We encourage you to suggest individuals you believe would be assets to the Company.

Hiring Relatives: There may be times when hiring relatives who are related to each other either by birth, marriage, or domestic partnership might present a conflict of interest. Because of our desire to avoid a conflict or the appearance of a conflict of interest we consider these situations on a case-by-case basis.

Right to Work: The Company does not unlawfully discriminate on the basis of citizenship or national origin and we hire only those who are authorized to work in the United States. In compliance with the Immigration Reform & Control Act of 1986, each new employee is required, as a condition of employment, to complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former staff members who are rehired must also complete the form if they have not competed an I-9 with us within the last three years, or the previous I-9 is no longer valid or on file.

## SOLICITATION

In an effort to protect staff members from undue pressure and prevent unwanted interruptions, persons we do not employ may not directly solicit or distribute literature in the workplace at any time for any reason.

While you may have interest in events and organizations outside of the workplace, you may not directly solicit, promote support for, or distribute literature concerning those activities or events during work time, or during the working time of any other employee to whom the activity is directed. (Work time does not include breaks, meal periods, or any other time you are not scheduled to work). This prohibition on solicitation and distribution extends to approaching our internal/external constituents.

Requests from outside organizations that the Company has an interest in are to be referred to Marketing and Communications.

Each day, no matter how busy you are, you are responsible for helping to maintain the health and safety of your co-workers by cleaning up after yourself. There are no exceptions and no excuses for not cleaning up after yourself.

Because the presence of food leads to unwanted critters we have established the following guidelines:

- All food must be stored in sealed hard plastic or metal containers during the day and before leaving.
- All garbage must be placed in a designated container with a secure cover.
- Use gloves and face masks when cleaning up after a visit from unwanted critters.

The following procedures were developed to promote excellent customer service, property, and food safety:

- You must stay in the immediate area and monitor the cooking process when using a microwave oven.
- Popping corn in our microwave ovens is not allowed.
- Food may not be eaten at any of our reception desks or at any time while serving the public.
- Drinking and eating should not occur near important documents or office equipment, especially computers.

## USING TOBACCO

In keeping with our desire to provide a safe and healthful work environment, and in compliance with local laws, we do not allow the use of tobacco anywhere inside of our buildings, in any of our outdoor areas, or near the entrances to our buildings. All staff members must comply with posted smoking ordinance signs. We also discourage the use of tobacco while representing the Company at external activities and events.

## COMPANY PROPERTY

Our computers, phones, offices and workstations, office furniture, and any equipment or other furnishings are the sole property of the Company. The Company reserves the right to inspect and search any of its property, at any time and without prior notice. The Company might conduct an inspection of its property as part of an investigation to determine if any laws or Company policies have been violated.

It is your responsibility to care for using property by using it correctly, protecting it from damage, keeping it in the best possible working condition, and immediately reporting any repair or maintenance needs to Facilities.

For the most part, the Company's property should remain on campus. You must check with your supervisor and follow established check-out procedures before the removal of any Company equipment or property. Removing Company property without permission will result in disciplinary action up to the possibility of job termination.

Use of Personal Property: If you decide to use your own equipment for Company business (e.g. cell phone, camera, laptop, etc.) you do so at your own risk. Your persona property is not covered by the Company's insurance policies and we are not able to reimburse you for damage or loss.

# DRIVING ON COMPANY BUSINESS

When you drive on authorized Company business it is your responsibility not only to protect yourself but to do your port to protect those around you. It is your responsibility to follow all traffic laws, protect the Company's vehicles, and not be distracted from your ability to drive safely. The following procedures were developed to help protect you and the Company.

Driving Company owned vehicles: To become eligible to drive on f the Company's vehicles you will need to submit a copy of your driver's license to Finance and take a driving test administered by the Facilities Manager. Eligibility to drive on of the Company's vehicles is determined by your DMV record and contingent on the approval of the Company's insurance carrier.

Using Your Own Car for Company Business: When you use your own care for authorized Company business your personal auto insurance policy is the primary source of your coverage for liability and physical damage. In the event of an accident, your personal coverage would the first resource responsible for a claim.

We recommend that you check with your personal insurance carrier to confirm whether the use of your car while on Company business is covered by your policy and to determine the limits of your coverage.

Vehicle Expense Reimbursements: Staff members who use their own car for authorized Company business will be reimbursed for mileage at the current rate established by the IRS. You will be

reimbursed for bridge tolls and reasonable parking expenses when driving on authorized Company business.

The Company does not reimburse staff members for traffic and parking violations.

Cell Phone Use: California law prohibits motorists from using a hand-held cellular telephone while driving. When driving on authorized Company business all staff members must use a hands-free device from the IT Department. When you are driving on authorized Company business, we strongly encourage you to limit your cell phone use, use it only while parked, and only use it when it is safe to do so.

## BUSINESS TRAVEL

The Company is committed to ensuring that all reimbursable out-of-town business travel expenses are kept at a reasonable level and that all expense reporting is appropriately documented. The purpose of this policy is to provide you with guidelines for the expenditure and reimbursement of expenses when you travel on behalf of the Company.

You supervisor must approve all out-of-town travel in advance of making any commitments. When approved, the Company will reimburse the costs of travel, meals, lodging, and other expenses directly related to accomplish the purpose of your trip in keeping with our annual budget. In general, staff members have the responsibility of securing the least expensive options, provided such options do not cause undue inconvenience or jeopardize safety, remembering that expenses ultimate will be paid with funds raised from our donors.

Expenses that generally will be reimbursed include the following:

- Airfare or train fare for travel in coach or economy class or the lowest available fare. Staff members own any frequent flyer credits earned as a result of business travel.
- Ground transportation, utilizing the most economical method that is appropriate and practical; airport parking fees when it's a reasonable alternative.
- Car rental fees, only if taxi service or public transportation is more expensive or impractical, and only for compact or mid-sized cars, unless your activity requires otherwise. It is your responsibility to make certain that your rental car is rented in the Company's name and is appropriately insured. (Note: see Driving on Company Business).
- Mileage and toll costs for use of personal cars, at the IRS Standard Mileage Rate, only when less expensive transportation is not available. (Note: see Driving on Company business).
- Cost of standard accommodations in reasonably priced hotels, motels, or similar lodgings. An exception may be made if a professional conference is scheduled at a hotel that does not fall into the standard range. Your personal safety is an important consideration when considering the location of your accommodations.
- Cost of moderately priced meals for staff members. For budgetary and liability reasons, the Company does not reimburse staff members for the purchase of alcoholic beverages for personal use.
- Charges for telephone calls, broadband internet or wireless connections, fax, and similar services required for business purposed. In unusual circumstances and with prior approval from your supervisor, the Company will reimburse extraordinary charges on your personal cell phone.

Any non-business related arrangements, such as traveling by an indirect route or stopping over, must be approved by your supervisor and any extra charges are your responsibility. If you are traveling with a spouse, domestic partner, or significant other, you must keep their expenses separate from yours. Any personal expenses (movies, fitness centers, etc.) are your responsibility and may not be included on your business receipts.

All receipts for your business travel expenses must be turned into HR.

## TECHNOLOGY

### TECHNICAL RESOURCES

The SFRC provides members with access to technical resources such as computers, computer files, email, voicemail, cell-phones, internet access, remote access, and software applications. As a result, our technical resources are readily available to numerous people. The following policy provides an overview of your responsibilities when using our technical resources. During your new employee orientation, our IT Department will provide you with additional guidelines for using these resources responsibly, securely and productively.

Privacy: All of the equipment, services, and technology that staff members use are the property of the Company. You should have no expectation of privacy whatsoever when using any of the Company's technical resources. All data that is complied, transmitted, or received via our technical resources is considered to be part of our official records. While it is not our preferred practice, there may be circumstances, such as investigations to determine if laws or our policies have been violated, when the Company reserves the right to monitor, retrieve and read any data that is composed, sent, or received through our online connections or stored in our phone or computer systems at any time and without notice.

Appropriate Use: The Company strives to maintain a workplace that is free of harassment and sensitive to diversity. The use of any of our technical resources in ways that could be considered discriminatory, offensive, obscene, threatening, harassing, intimidating, or disruptive to any employee or other person will not be tolerated.

It is important to remember that "deleted" email documents may not be gone forever; we often keep back up records for extended periods of time. Individuals receiving your documents and emails may have saved them on local hard drives or backed up systems. Therefore, access to any given email is hard to control. You should always assume that someone other than the intended recipient could read any email communication.

While our technical resources are intended of use only job-related activities, occasional brief person use within reasonable limits is allowed. Nevertheless, you have no right to privacy as to any information that is composed, transmitted, or received via the Company's technical resources. Because extensive personal use can dramatically slow down our network and disrupt our ability to do business, staff members are not permitted to stream or download music, videos, or movies; visit social networking sites, such as LinkedIn, Facebook, Wikipedia, YouTube, Twitter, Yelp, Flickr, Yahoo groups, WordPress, Instagram, Pinterest, Google+, and Zoom Info; or play recreational games at any time. Your limited person use of our technical resources (i.e. checking basic email accounts) should occur only during your break time.

Additionally, you may not use any of the Company's technical resources in connections with personal participation in election campaigns, lobbying or any other attempts to influence legislation; or to engage in private or personal business activities. We also ask that you not use our resources to plan or coordinate non-authorized social events or events that do not include all staff members.

The Company reserves the right to monitor your computer use and cancel this privilege at any time. If you are aware of any inappropriate use of the Company's technical resources please talk with your supervisor, Human Resources, or any member of the leadership team. Failure to observe any part of this policy will result in immediately disciplinary action up to and possibly including termination of your employment.

## SOFTWARE AND LICENSING
The Company's IT Department safeguards our ability to conduct the organization's business through our technology resources and is responsible for all software license agreements, and the computer equipment and software provided to staff members.

The internet is full of useful programs that can be downloaded, but some of them may contain computer viruses that can extensively damage our computers. Only software licensed through and installed by IT can be used on the Company's computers and networks. Unauthorized software programs will be removed by IT.

If you have questions about software programs, please contact IT.

## PASSWORDS
The use of passwords does not imply any privacy. The IT Department can override personal passwords. Do not access a colleague's voicemail, email, or network account without specific permission and do not disclose your codes or passwords to others.

## COMPANY CELL PHONES
As a result of specific job functions, some staff members will be issued a Company cell phone and a cell phone number. Company cell phones are to be used for business purposes only. It is your responsibility to protect your Company cell phone and follow all policies and procedures while using your Company cell phone. You will need to reimburse the Company for any person use, loss or damage to your phone.

Personal Cell Phone Reimbursements: If your job function requires you to use a cell phone, you may, at your own risk, use your personal cell phone and in unusual situations be reimbursed for a portion of your work-related calls. Please see Human Resources for the guidelines and procedures for cell phone reimbursement.

## TELEPHONE USE
Every day the Company receives a high volume of calls from the people we serve and effectively responding to hem is a high priority. As a result, out phone lines can be very busy. We recognize that occasionally it is necessary for staff members to make or receive personal telephone calls during working hours. We expect you to limit your personal calls to only those that are absolutely necessary; make them as brief as possible; and only within the local calling area. Any long distance personal calls must be made from a personal cell phone or charged to a calling card. You may be asked to reimburse the Company for any phone or cell charges that relate to your personal use.

## PERSONAL ELECTRONIC DEVICES

As part of our effort to excel at customer service and to avoid situations that might be disruptive to our clients and your co-workers, all personal electronic devices (cell phones, ipods, ipads, PDA's, MP3 players, etc.) should be silenced during working hours. Personal calls, instant messaging, text messaging, and/or listening to personal music can be done using your break or meal periods. Personal electronic devices should not be used in public access areas, in shared work areas, or be audible to others.

There are a few positions outside of public view where a supervisor may approve the use of personal electronic devices as long as communication, personal safety and the safety of others is never compromised.

In situations where you are expecting a call that you must take (such as a doctor, your child's school, etc.) you should notify your supervisor in advance.

# SEPARATION

## VOLUNTARY SEPARATION

Making a job change is an inevitable part of the employment cycle. Even the most dedicated staff members may, for a variety of personal and professional reasons, decide to leave the Company. When this happens we ask that you give the Company a minimum of two weeks written notice so that we can ensure a smooth transition. The Company reserves the right to accept your resignation and terminate your employment prior to the effective date of the resignation. (Note: see Continuation of Benefits/COBRA)

Final Check: When you leave we will prepare a final check for you that includes all wages and overtime due, plus payment for unused accrued paid time off/PTO. If you do not give at least 72 hours' notice, we may not have sufficient time to process your final check on the date of your departure. In most cases we will make arrangement for you to receive your final check within 72 hours of your final day worked.

Return of Company Property: Before you leave, please return all Company property (e.g. keys, cell phones, identification tags, uniforms, equipment credit cards, locks, parking permits, manuals and Handbooks, etc.) to Human Resources

Job Abandonment: If you fail to report to work for three consecutive workdays without notice, we will assume that you have abandoned your job and voluntarily resigned your employment.

## REDUCTION IN FORCE/LAYOFF

The need for a reduction in force/layoff could be the result of any number of things:

- A change in the Company's strategic direction;
- A loss in funding;
- A reorganization;
- A need to change job requirements so substantial that a staff member is no longer qualified, not can become qualified in a reasonable time; and/or
- Other compelling business reasons.

Transition assistance, if offered, is strictly at the Company's discretion. (Note: see Continuation of Benefits/COBRA)

## INVOLUNTEARY SEPARATION

Because your employment with the Company is at-will, it means that you are employed for no particular time or duration. Either you or the Company may terminate the employment relationship at any time with or without cause, with or without notice and without limitation or legal liability. (Note: see Continuation of Benefits/COBRA)

## EXIT INTERVIEWS

Whenever possible, Human Resources will schedule an exit interview with the departing staff member. The exit interview is an opportunity for us to review any final paperwork, benefits continuation, and listen carefully to your reflections about working at the Company. While we hope that any work-related issues would have been addressed during your employment, we invite your comments and suggestions. Your feedback will help us continue to improve.

## REFERENCES FOR FORMER EMPLOYEES

For compelling legal reasons, only Human Resources may respond to a request for a reference. Please forward all requests directly to Human Resources. Unless the Company receives a signed reference release from you in advance of the request, we will only be able to confirm dates of employment and current job title.

## REHIRE

Former staff members who left the Company in good standing may be considered for re-employment. To be considered for rehire, an application must be submitted to Human Resource's, and the applicant must meet all minimum qualifications and requirements of the position. Pre-employment drug screening and background checks will be necessary for all former staff members with more than a twelve month break in service.

Length of Service Restoration: If a former staff member with less than one year of prior service is rehired, they will be considered a new employee and will not be eligible for prior service recognition.

If a former staff member with more than one year of prior service is rehired, the employee's length of service and eligibility to participate in our benefit plans will be bridge if the employee is rehired within a twelve month period.

## APPENDIX

### THE SFRC DIVERSITY STATEMENT

At the SFRC we strive to be welcoming to everyone. We welcome you regardless of your race, ethnicity, gender, age, religion, political persuasion, language, abilities/disabilities, sexual orientation, gender identity, socioeconomic status, and nation origin, to name a few. Diversity brings innovative ideas, perspectives and opinions and we want these to help us continually strive to be better at what we do.

## EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

HANDBOOK COPY

I acknowledge that I have received a copy of the SFRC Employee Handbook. I understand that this edition of the Employee Handbook supersedes all previous descriptions of the Company's personnel policies, procedures and employee benefits.

I understand that the Employee Handbook describes important information about the Company. If I have any questions about the Handbook, or about any other issues regarding my employment, I will consult with my supervisor or Human Resources.

I understand and agree that my employment with SFRC is "at will," meaning that both the Company and I are free to terminate my employment at any time, with or without cause, with or without notice and without limitation. I understand that any and all policies and/or practices, with the exception of the Company's "at-will" policy may be changed at any time by the Company.

I understand and agree that nothing in this Handbook creates or is intended to create any promise or representation of continued employment and that the Company is an "at-will" employer.

My signature below will acknowledge that I have received a copy of the SFRC Handbook and understand and agree to abide by the policies and nay new or revised policies. I understand that it sets forth the terms and conditions of my employment.

Employee:

Print Name: _____

Signature: _____

Date: _____


SFRC:

Signature: _____

Name & Title: _____

Date: _____