UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SAN FRANCISCO REGIONAL CENTER LLC, et al.,

    Defendants.

Case No. 17-cv-00223-RS

**ORDER RE CERTAIN PENDING MOTIONS**

Pursuant to Civil Local Rule 7-1(b), the unopposed motions at Dkt. Nos. 415, 416, 417, 418 (as amended by Dkt. No. 420), 419, and 436 are suitable for disposition without oral argument, and the hearing set for August 16, 2018 is vacated with respect to those motions only. Good cause appearing, the motions will be granted. The proposed orders submitted with each motion will be entered separately.

The motions relating to the Intervenors (Dkt. Nos. 409, 424, and 425) will remain on calendar for August 16, 2018, as will the motion at Dkt. No. 421.

**IT IS SO ORDERED**.

Dated: July 31, 2018

_____
RICHARD SEEBORG
United States District Judge