Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>　　　　Defendants,<br><br>　　　　-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>　　　　Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>[PROPOSED] **ORDER AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT WITH LEEDS DISSTON AND CASALINA & DISSTON**<br><br>Date:　August 16, 2018<br>Time:　1:30 p.m.<br>Place:　450 Golden Gate Ave.<br>　　　　17th Floor, Courtroom 3<br>　　　　San Francisco, CA 94102<br>Judge:　The Hon. Richard Seeborg |

The Motion for an Order Authorizing and Approving a Settlement Agreement filed by Susan L. Uecker, Receiver for all entity Defendants and Relief Defendants, came on regularly for hearing on August 16, 2018, following due and adequate notice. The Court has considered the Receiver's Motion, and the Declaration of Susan L. Uecker, and any responses thereto, and the record in these proceedings before the Court,

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Receiver's Motion is GRANTED;

2. The Settlement Agreement between the Receiver, and Leeds Disston and Casalina & Disston in the form attached to the Declaration of Susan L. Uecker is APPROVED;

3. The Receiver is authorized to take any and all actions necessary to carry out and effectuate the Settlement Agreement including, but not limited to, the execution of the Agreement and executing and recording any documents, to the extent necessary, without further order of the Court. The Receiver shall execute all documents necessary to carry out and effectuate the Settlement Agreement as Susan L. Uecker, in her sole capacity as the Court Appointed Receiver.

**IT IS SO ORDERED**.

DATED: 7/31/2018

RICHARD SEEBORG
United States District Judge