1  JEFFER MANGELS BUTLER & MITCHELL LLP
   BENNETT G. YOUNG (Bar No. 106504)
2  byoung@jmbm.com
   JOSEPH N. DEMKO (Bar No. 113104)
3  jdemko@jmbm.com
   Two Embarcadero Center, 5th Floor
4  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  Special Counsel for Receiver Susan L. Uecker

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10 SECURITIES AND EXCHANGE            Case No. 3:17-CV-00223-RS
   COMMISSION,
11                                     **NOTICE OF ENTRY OF ORDER**
                Plaintiff,
12
         v.
13
   SAN FRANCISCO REGIONAL CENTER,
14 LLC; THOMAS M. HENDERSON;
   CALIFORNIA GOLD MEDAL, L.P.; CALL
15 SOCKET, L.P.; CALL SOCKET II, L.P.;
   CALLSOCKET III, L.P.; COMPREHENSIVE
16 CARE OF OAKLAND, L.P.; NA3PL, L.P.;
   WEST OAKLAND PLAZA, L.P.;
17 CALLSOCKET, LLC, CALLSOCKET II,
   LLC; CALLSOCKET III, LLC;
18 COMPREHENSIVE CARE OF
   CALIFORNIA, LLC; IMMEDIA, LLC; and
19 NORTH AMERICA 3PL, LLC,,

20              Defendants.

21              -and-

22 CALLSOCKET HOLDING COMPANY,
   LLC; CALLSOCKET III HOLDING
23 COMPANY, LLC; BERKELEY
   HEALTHCARE DYNAMICS, LLC;
24 CENTRAL CALIFORNIA FARMS, LLC;
   and JL GATEWAY, LLC,
25
                Relief Defendants
26

27

28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the ORDER GRANTING TENTH ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING RECEIVER TO BORROW FUNDS FROM SFRC RECEIVERSHIP ESTATE TO PAY EXPENSES has been filed and entered by the Court. Attached hereto as Exhibit A is a true and correct copy of the ORDER entered by the Court on August 7, 2018.

DATED: August 13, 2018

JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG
JOSEPH N. DEMKO

By: /s/ Bennett G. Young
    BENNETT G. YOUNG
Special Counsel for Receiver SUSAN L. UECKER

# Exhibit A

JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
JOSEPH N. DEMKO (Bar No. 113104)
jdemko@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Special Counsel for Receiver Susan L. Uecker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER GRANTING TENTH ADMINISTRATIVE MOTION FOR ORDER AUTHORIZING RECEIVER TO BORROW FUNDS FROM SFRC RECEIVERSHIP ESTATE TO PAY EXPENSES** |

Before the Court is Receiver Susan L. Uecker's Tenth Administrative Motion for Order Authorizing Receiver to Borrow Funds from SFRC Receivership Estate to Pay Expenses ("Tenth

Administrative Motion"). The Court has reviewed the Tenth Administrative Motion, and finds that it merits approval, and for good cause shown,

IT IS HEREBY ORDERED:

1. The Receiver's Tenth Administrative Motion is granted;

2. The Receiver is authorized to borrow funds from the SFRC receivership estate to pay, until the earlier of the closing of a sale of the 20th Street Warehouse or December 31, 2018, (i) BHD's operating expenses of approximately $24,000 per month, as set forth in the budget attached as Exhibit 1 to the Uecker Declaration, (ii) after the reserve account is exhausted, the monthly debt service of approximately $33,000 to East West Bank, (iii) the insurance premium to insure the 20th Street Warehouse, and (iv) the real property taxes due December 1, 2018; and

3. All amounts borrowed shall be repaid from the proceeds of the sale of the 20th Street Warehouse at the close of escrow.

DATED: 8/7/18

_____
Hon. Richard Seeborg
DISTRICT COURT JUDGE