Elizabeth Berke-Dreyfuss (SBN 114651)
**WENDEL, ROSEN, BLACK
    & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**[SECOND AMENDED ~~PROPOSED~~] ORDER AUTHORIZING RECEIVER (1) TO RETURN INVESTOR CAPITAL CONTRIBUTIONS HELD IN ESCROW; AND (2) TO PAY FEES TO ESCROW COMPANY**<br><br>Date:   August 16, 2018<br>Time:   1:30 p.m.<br>Place.: 450 Golden Gate Ave.<br>        17th Floor, Ctrm. 3<br>        San Francisco, CA 94102<br>Judge: The Hon. Richard Seeborg |

This matter is before the Court upon the motion of Susan L. Uecker, Receiver, for all entity Defendants and Relief Defendants for an order approving the return of investor capital contributions held in escrow, and to pay fees to escrow company ("Motion"), which came on regularly for hearing on August 16, 2018, following due and adequate notice. The Court has considered the Receiver's Motion and the supplement thereto, the Declarations of Susan L. Uecker, James L. Yang, Robert C. Divine, Elizabeth Berke-Dreyfuss, Richard Tashjian, Cynthia Gray and any responses thereto, and the record in these proceedings before the Court,

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Receiver's Motion is GRANTED in its entirety;

2. The Receiver is authorized to refund the funds held on account of the capital contribution and syndication fee to the one investor in CallSocket, L.P., less the escrow fees, as set forth in the Declaration of Susan L. Uecker. Within ten (10) days of the entry of this order, the CallSocket, L.P. investor shall provide the Receiver with a notarized statement identifying (i) her current street address; (ii) the bank account and wire instructions; or (iii) her counsel of record to where the funds are to be sent; in the alternative, the CallSocket, L.P. investor may, within ten (10) days of the entry of this order, notify the Receiver by notarized written statement, identifying a regional center (with current street address, bank account and wire instructions) to re-deploy her capital contribution and syndication fee, in which case the Receiver shall send the CallSocket, L.P. investor's capital contribution and syndication fee, less escrow fees, to the regional center so designated. If the CallSocket, L.P. investor fails to provide the information where to send the funds or designate a regional center as provided by the terms of this Paragraph, the Receiver is authorized to refund the CallSocket, L.P.'s capital contribution and syndication fee, less the escrow fees, directly to the CallSocket, L.P. investor in care of her counsel of record.

3. The Receiver is authorized to refund the funds held on account of the capital contribution and syndication fee to the one investor in NA3PL, L.P., less the escrow fees, as set forth in the Declaration of Susan L. Uecker. Within ten (10) days of the entry of this order, the NA3PL, L.P. investor shall provide the Receiver with a notarized statement identifying (i) her

current street address; (ii) the bank account and wire instructions; or (iii) her counsel of record to where the funds are to be sent; in the alternative, the NA3PL, L.P. investor may, within ten (10) days of the entry of this order, notify the Receiver by notarized written statement, identifying a regional center (with current street address, bank account and wire instructions) to re-deploy her capital contribution and syndication fee, in which case the Receiver shall send the NA3PL, L.P. investor's capital contribution and syndication fee, less escrow fees, to the regional center so designated.  If the NA3PL, L.P. investor fails to provide the information where to send the funds or to designate a regional center as provided by the terms of this Paragraph, the Receiver is authorized to refund the NA3PL, L.P. investor's capital contribution and syndication fee, less the escrow fees, directly to the NA3PL, L.P. investor in care of her counsel of record;

4. The Receiver is authorized to disburse the funds held on account of the capital contributions and syndication fees, less the escrow fees, to each of the 32 investors in California Gold Medal, L.P., as set forth on Exhibit A to the Declaration of Susan L. Uecker, upon receipt of a notarized written statement from each investor identifying the investor's (i) current street address; (ii) bank account and wire instructions; and/or (iii) counsel of record designating where the funds are to be sent;

5. The Receiver is authorized to report the refund and/or re-deployment of each investors' capital contributions and syndication fees to the U.S. Citizenship and Immigration Services as requested in the Motion;

6. The Receiver is authorized to pay all escrow fees to Central Escrow, Inc.; and

7. The Receiver is authorized to take any and all actions necessary to carry out and effectuate the return of the escrow funds to the investors, and to implement this order without further order of the Court.  The Receiver may execute all documents necessary to carry out and effectuate this order as Susan L. Uecker, in her sole capacity as the Court Appointed Receiver.

IT IS SO ORDERED.

DATED: 8/15/18

HON. RICHARD SEEBORG
United States District Judge