United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>Defendants. | Case No. 17-cv-00223-RS<br><br>**ORDER GRANTING EXTENSION OF BRIEFING SCHEDULE; DENYING INTERVENORS' REQUEST FOR LEAVE TO FILE "CROSS-MOTION"** |

The Intervenors' motion (Dkt. No. 501) to extend the briefing schedule on plaintiff's motion for partial summary judgment is granted. Their request for leave to include a "cross-motion" with their opposition is denied.

**IT IS SO ORDERED**.

Dated: October 31, 2018

_____
RICHARD SEEBORG
United States District Judge