1  **BOIES SCHILLER FLEXNER LLP**
   MICHAEL V SCHAFLER, State Bar No. 212164
2    *mschafler@bsfllp.com*
   LENNETTE W. LEE, State Bar No. 263023
3    *llee@bsfllp.com*
   725 South Figueroa Street, 31st Floor
4  Los Angeles, California 90017-5524
   Telephone: (213) 629-9040
5  Facsimile: (213) 629-9022

6  Attorneys for Interested Parties
   LI FENG, MA XIAO, GUO WENJING,
7  YUAN ZHILIN, MA SONGJUN, LU
   CHUAN, MA WENLI, LIU QI, LI
8  HONGMEI, WEI JIANJUN, AND FAN
   SHUYI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>Defendants. | Case No. 17-CV-00223-RS<br><br>**STIPULATION TO CONTINUE HEARING DATE AND ASSOCIATED BRIEFING DEADLINES OF MOTION FOR ORDER CONSOLIDATING THE RECEIVERSHIP ENTITIES FOR PURPOSES OF DISTRIBUTION FILED BY RECEIVER SUSAN L. UECKER; DECLARATION OF MICHAEL V SCHAFLER; AND [PROPOSED] ORDER**<br><br>The Honorable Richard Seeborg |

Interested Parties Li Feng, Ma Xiao, Guo Wenjing, Yuan Zhilin, Ma Songjun, Lu Chuan, Ma Wenli, Liu Qi, Li Hongmei, Wei Jianjun, and Fan Shuyi (collectively, "CallSocket, L.P. Investors"), and Receiver Susan L. Uecker (together with CallSocket, L.P. Investors, the "Parties"), by and through their counsel of record, stipulate and agree as follows:

WHEREAS, on February 28, 2019, Receiver Susan L. Uecker ("Receiver") filed a Motion for Order Consolidating the Receivership Entities for Purposes of Distribution ("Motion to Consolidate" or "Motion"), with a hearing date of April 4, 2019 at 1:30 p.m.;

WHEREAS, pursuant to the Civil Local Rules, the deadline to file an opposition to the Motion to Consolidate is currently March 14, 2019;

WHEREAS, pursuant to the Civil Local Rules, the deadline to file a reply to any opposition to the Motion to Consolidate is currently March 21, 2019;

WHEREAS, in the Motion to Consolidate, which is accompanied by two declarations and includes a detailed forensic accounting analysis, the Receiver seeks relief from the Court in the form of an Order consolidating the Receivership Entities into a single pool for distribution to EB-5 investors (such as CallSocket, L.P. Investors) and creditors;

WHEREAS, such distribution as proposed by the Receiver may result in significant financial and immigration consequences for CallSocket, L.P. Investors;

WHEREAS, CallSocket, L.P. Investors and their counsel have been diligently reviewing the Motion and the forensic accounting analysis contained therein, and have been consulting immigration counsel in order to fully understand the ramifications of the relief sought in the Motion;

WHEREAS, given the significant financial and immigration consequences that may result from the Court granting the Motion to Consolidate, and taking into consideration the difficulty of coordinating with multiple individuals including the CallSocket, L.P. Investors themselves, immigration counsel, and accounting

1 professionals, CallSocket, L.P. Investors require additional time in order to respond
2 to the Motion;

3     WHEREAS, the Parties agree that it will serve the interests of fairness and
4 judicial economy to continue the hearing date of the Motion to Consolidate to **May
5 2, 2019,** as well as the associated opposition and reply deadlines so that CallSocket,
6 L.P. Investors may have adequate time to analyze and respond to the Motion;

7     WHEREAS Plaintiff Securities and Exchange Commission has indicated they
8 have no objection to the extension of time; and

9     WHEREAS, the Parties have not previously filed any request or stipulation
10 for extension of time with respect to the Motion to Consolidate.

11 / / /
12 / / /
13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

BOIES SCHILLER FLEXNER LLP

BOIES SCHILLER FLEXNER LLP

1  THEREFORE, subject to the approval of the Court, the Parties hereby
2  stipulate to the entry of and request that the Court enter the following order:
3  The hearing on Receiver Susan L. Uecker's Motion to Consolidate will be
4  continued from April 4, 2019 to **May 2, 2019 at 1:30 p.m.**
5  The deadline for CallSocket, L.P. Investors to file any opposition, objections,
6  or response to the Motion to Consolidate will be extended from March 14, 2019 to
7  April 4, 2019. Such extension shall be for the benefit of the CallSocket, L.P.
8  Investors only, and not for any other party.
9  The deadline for Receiver Susan L. Uecker to file any reply to the CallSocket,
10 L.P. Investors' response shall be on April 11, 2019.

12  Pursuant to Civil Local Rules 6-2 and 7-12, IT IS SO STIPULATED.

14  DATED: March 14, 2019           BOIES SCHILLER FLEXNER LLP
15                                  MICHAEL V SCHAFLER
                                    LENNETTE W. LEE

18                                  By    /s/ Michael V Schafler
19                                       MICHAEL V SCHAFLER
                                    Attorneys for Interested Parties
20                                  Li Feng, Ma Xiao, Guo Wenjing, Yuan Zhilin,
                                    Ma Songjun, Lu Chuan, Ma Wenli, Liu Qi, Li
21                                  Hongmei, Wei Jianjun, and Fan Shuyi

-3-    Case No. 17-CV-00223-RS
STIPULATION TO CONTINUE HEARING DATE
AND ASSOCIATED BRIEFING DEADLINES OF MOTION TO CONSOLIDATE

| | | |
|---|---|---|
| DATED: March 14, 2019 | | JEFFER MANGELS BUTLER & MITCHELL LLP<br>BENNETT G. YOUNG<br>JOSEPH N. DEMKO |

By     /s/ Bennett G. Young
        BENNETT G. YOUNG
Special Counsel for Receiver SUSAN L. UECKER

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Local Rule 5-1 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

DATED: March 14, 2019             BOIES SCHILLER FLEXNER LLP
                                              MICHAEL V SCHAFLER
                                              LENNETTE W. LEE

By     /s/ Michael V Schafler
        MICHAEL V SCHAFLER
Attorneys for Interested Parties
EB-5 Investors in CallSocket, L.P.

# DECLARATION OF MICHAEL V SCHAFLER

I, MICHAEL V SCHAFLER, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and a member of the bar of this Court. I am an attorney at Boies Schiller Flexner LLP, counsel for Interested Parties Li Feng, Ma Xiao, Guo Wenjing, Yuan Zhilin, Ma Songjun, Lu Chuan, Ma Wenli, Liu Qi, Li Hongmei, Wei Jianjun, and Fan Shuyi (collectively, "CallSocket, L.P. Investors"). I submit this declaration in support of the Stipulation to Continue Hearing Date of Motion for Order Consolidating the Receivership Entities for Purposes of Distribution ("Motion to Consolidate" or "Motion") filed by Receiver Susan L. Uecker. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2. On February 28, 2019, I was served electronically via ECF with Receiver Susan L. Uecker's Motion to Consolidate.

3. Since my receipt of the Motion, I have been working with my clients and immigration counsel in order to fully understand the potential immigration consequences of the relief sought by the Motion.

4. Due to the summary of the complex forensic accounting analysis contained in the Motion and moving papers, I also anticipate that it will take some time to analyze the conclusions of the forensic accounting and the financial implications of the relief sought by the Motion. I anticipate that it may be necessary for my clients to request the underlying accounting data and to independently consult accounting professionals to assess the conclusions of the Receiver's accountants and the financial impacts that may result if the financial analysis in the Motion is endorsed and adopted.

5. On Monday, March 11, 2019, I emailed Ms. Uecker to request additional time to consider whether my clients need to respond to the Motion and, if so, to prepare a response. I have since been in contact via email with Ben Young,

1  Ms. Uecker's counsel specially appearing for the Motion, to discuss a possible
2  extension of both the hearing date on the Motion and my clients' time to respond.
3       6. On March 13, 2019, Mr. Young indicated via email that Ms. Uecker
4  would agree to: (a) continuing the hearing date on the Motion to May 2, 2019 at
5  1:30 p.m.; (b) extending CallSocket, L.P. Investors' deadline to respond to the
6  Motion by three weeks, such that any opposition, objection, or response from
7  CallSocket, L.P. Investors will be due by no later than April 4, 2019; and (c)
8  extending Ms. Uecker's reply to any response by CallSocket, L.P. Investors to one
9  week thereafter, by April 11, 2019. Mr. Young further represented that Plaintiff
10 Securities and Exchange Commission has no objection to the extension of these
11 deadlines.
12       7. To my knowledge, this is the first request or stipulation for extension of
13 time with respect to the Motion to Consolidate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 14, 2019, at Los Angeles, California.

         /s/ Michael V Schafler
        MICHAEL V SCHAFLER

**[PROPOSED]** **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The hearing on Receiver Susan L. Uecker's Motion for Order Consolidating the Receivership Entities for Purposes of Distribution ("Motion") will be continued from April 4, 2019 to May 2, 2019 at 1:30 p.m.

The deadline for Interested Parties Li Feng, Ma Xiao, Guo Wenjing, Yuan Zhilin, Ma Songjun, Lu Chuan, Ma Wenli, Liu Qi, Li Hongmei, Wei Jianjun, and Fan Shuyi (collectively, "CallSocket, L.P. Investors") to oppose, object or otherwise respond to the Motion is extended from March 14, 2019 to April 4, 2019.

The deadline for Receiver Susan L. Uecker to file any reply to the CallSocket, L.P. Investors' response shall be on April 11, 2019.

DATED: 3/15/19        By _____
                         The Honorable Richard Seeborg

-1-

Case No. 17-CV-00223-RS
[PROPOSED] ORDER