Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | **STANDARDIZED FUND ACCOUNTING REPORT FOR CONSOLIDATED SEC VS. SFRC RECEIVERSHIP ENTITIES FOR REPORTING PERIOD: JANUARY 1, 2019 – MARCH 31, 2019** |
| Defendants, | |
| -and- | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC, | |
| Relief Defendants. | |

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated SEC vs. SFRC Receivership Entities-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| **Line 1** | **Beginning Balance (As of January 1, 2019)** | | | 28,916,640.53 | |
| | *Increases in Fund Balance:* | | | | |
| **Line 2** | **Business Income** | 3,428,124.50 | 3,428,124.50 | | |
| **Line 3** | **Cash and Securities-Transfers and Turnover** | 394.00 | 394.00 | | |
| **Line 4** | **Interest/Dividend Income** | 32,976.48 | 32,976.48 | | |
| **Line 5** | **Business Asset Liquidation** | 0.00 | 0.00 | | |
| **Line 6** | **Personal Asset Liquidation** | | | | |
| **Line 7** | **Third-Party Litigation Income** | | | | |
| **Line 8** | **Miscellaneous - Other** | 101,277.62 | 101,277.62 | | |
| | **Total Funds Available (Lines 1 – 8):** | 3,562,772.60 | 3,562,772.60 | **32,479,413.13** | |
| | *Decreases in Fund Balance:* | | | | |
| **Line 9** | **Disbursements to Investors/Refunds** | 0.00 | 0.00 | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | 87,139.46 | 87,139.46 | | 1 |
| *Line 10b* | *Business Asset Expenses* | 3,649,110.61 | 3,649,110.61 | | |
| *Line 10c* | *Personal Asset Expenses* | | | | |
| *Line 10d* | *Receiver's Accounting Expenses* | 69,748.98 | 69,748.98 | | 1 |
| *Line 10e* | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 136,098.13 | 136,098.13 | | 1 |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 3,942,097.18 | 3,942,097.18 | | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator.................................... | | | | |
| | Independent Distribution Consultant (IDC)............... | | | | |
| | Distribution Agent................................. | | | | |
| | Consultants....................................... | | | | |
| | Legal Advisers.................................... | | | | |
| | Tax Advisers..................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | 0.00 | 0.00 | | |
| | *Total Plan Development Expenses* | 0.00 | 0.00 | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................... | | | | |
| | IDC............................................ | | | | |
| | Distribution Agent................................. | | | | |
| | Consultants....................................... | | | | |
| | Legal Advisers.................................... | | | | |
| | Tax Advisers..................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan.......................... | | | | |
| | Claimant Identification............................ | | | | |
| | Claims Processing................................ | | | | |
| | Web Site Maintenance/Call Center.................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| *Line 12b* | *Federal Tax Payments* | | | | |
| | **Total Disbursements/Transfers Between Entities** | 100,000.00 | 100,000.00 | | |

| | | | | |
|---|---|---|---|---|
| **Line 13** | **Total Funds Disbursed (Lines 9 – 11):** | 3,942,097.18 | 3,942,097.18 | **4,042,097.18** | |
| | **Ending Balance (As of March 31, 2019):** | | | **28,437,315.95** | |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | | |
| *Line 14a* | *Cash & Cash Equivalents* | 28,437,315.95 | 28,437,315.95 | | |
| *Line 14b* | *Investments* | | | | |
| *Line 14c* | *Other Assets or Uncleared Funds* | | | | |
| | **Total Ending Balance of Fund – Net Assets** | 28,437,315.95 | 28,437,315.95 | **28,437,315.95** | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| *Line 15a* | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………………….. | | | | |
| | IDC…………………………………………………........ | | | | |
| | Distribution Agent…………………………………….. | | | | |
| | Consultants……………………………………............ | | | | |
| | Legal Advisers……………………………………….. | | | | |
| | Tax Advisers……………………………………......... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| *Line 15b* | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………………….. | | | | |
| | IDC…………………………………………………........ | | | | |
| | Distribution Agent…………………………………….. | | | | |
| | Consultants……………………………………........... | | | | |
| | Legal Advisers……………………………………….. | | | | |
| | Tax Advisers……………………………………......... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………............…... | | | | |
| | Claimant Identification……………………………….. | | | | |
| | Claims Processing……………………………….......... | | | | |
| | Web Site Maintenance/Call Center……………........... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| *Line 15c* | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| *Line 16a* | *Investment Expenses/CRIS Fees* | | | | |
| *Line 16b* | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| **Line 17** | **DC & State Tax Payments** | | | | |
| **Line 18** | **No. of Claims:** | | | | |
| *Line 18a* | | | | | |
| *Line 18b* | *# of Claims Received Since Inception of Fund…….…..………………………………………* | | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | | |
| *Line 19a* | *# of Claimants/Investors Paid This Reporting Period…..…..……………………………...* | | | | |
| *Line 19b* | *# of Claimants/Investors Paid Since Inception of Fund………………………………….* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Disbursements to Receiver or Other Professionals | 292,986.57 | These amounts are reflected in the SFRC report |

Susan L. Decker, Receiver

4/29/19

Date

STANDARDIZED FUND ACCOUNTING REPORT for Berkeley Healthcare Dynamics Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of January 1, 2019) | | | 73,213.42 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | 0.00 | 0.00 | | |
| Line 3 | Cash and Securities | | | | |
| Line 4 | Interest/Dividend Income | 0.00 | 0.00 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Loan from SFRC | 100,000.00 | 100,000.00 | | 1 |
| | Total Funds Available (Lines 1 – 8): | 100,000.00 | 100,000.00 | 173,213.42 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 162,313.18 | 162,313.18 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | 162,313.18 | 162,313.18 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................. | | | | |
| | Independent Distribution Consultant (IDC)............ | | | | |
| | Distribution Agent............................. | | | | |
| | Consultants............................. | | | | |
| | Legal Advisers............................. | | | | |
| | Tax Advisers............................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................. | | | | |
| | IDC............................. | | | | |
| | Distribution Agent............................. | | | | |
| | Consultants............................. | | | | |
| | Legal Advisers............................. | | | | |
| | Tax Advisers............................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan..................... | | | | |
| | Claimant Identification............................. | | | | |
| | Claims Processing............................. | | | | |
| | Web Site Maintenance/Call Center..................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution | | | | |
| | (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Other: | | | | |
| | Total Funds Disbursed (Lines 9 – 11): | 162,313.18 | 162,313.18 | 162,313.18 | |
| Line 13 | Ending Balance (As of March 31, 2019): | | | 10,900.24 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | | 10,900.24 | 10,900.24 | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets -Warehouse Property | | 0.00 | 0.00 | 2 |
| | **Total Ending Balance of Fund – Net Assets** | | 10,900.24 | 10,900.24 | 10,900.24 |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator……………………………… | | | | |
| | IDC…………………………………………………… | | | | |
| | Distribution Agent………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers…………………………………… | | | | |
| | Tax Advisers……………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator……………………………… | | | | |
| | IDC…………………………………………………… | | | | |
| | Distribution Agent………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers…………………………………… | | | | |
| | Tax Advisers……………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan……………………… | | | | |
| | Claimant Identification………………………………… | | | | |
| | Claims Processing……………………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period………………………………………………… | | | | |
| Line 18b | # of Claims Received Since Inception of Fund…………………………………………… | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period…………………………………… | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund………………………………… | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Miscellaneous - Other/Loan from SFRC | 100,000.00 | Court-approved loan from SFRC to Berkeley Healthcare Dynamics |
| 2 | Warehouse Property at 1700 - 20th St, Oakland CA | 0.00 | Purchased in 2012 for $8,250,000; has appreciated in value over time. |

Susan L. Uecker, Receiver

4/29/19

Date

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Balance Sheet
March 31, 2019

ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Checking - Boston Private Bank | $ 4,442.04 | |
| Checking - EastWest Bank | 6,458.20 | |
| Total Current Assets | | 10,900.24 |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 10,900.24 |

LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Loan from SFRC, Per Order | $ 375,000.00 | |
| Total Current Liabilities | | 375,000.00 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 375,000.00 |
| **Capital** | | |
| Beginning Equity | (201,786.58) | |
| Net Income | (162,313.18) | |
| Total Capital | | (364,099.76) |
| Total Liabilities & Capital | $ | 10,900.24 |

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Income Statement
For the First Quarter 2019

|  | Current Quarter |
|---|---|
| Revenues | |
| Total Revenues | 0.00 |
| | |
| Expenses | |
| Accounting Fees & Costs | $ 200.00 |
| Licenses & Permits | 35.00 |
| Mortgage Expense - Principle | 92,171.20 |
| Office Expense | 3,918.47 |
| Operating Expense | 435.00 |
| Property Management | 9,000.00 |
| Professional Fees | 1,600.00 |
| Security Expense | 51,480.75 |
| Taxes - Federal & State | 800.00 |
| Business Tax | 103.00 |
| Utilities Expense | 2,569.76 |
| Total Expenses | 162,313.18 |
| Net Income | $ (162,313.18) |

For Management Purposes Only

STANDARDIZED FUND ACCOUNTING REPORT for Central California Farms-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of January 1, 2019) | | | 1,302,191.80 | 1 |
| | *Increases In Fund Balance:* | | | | |
| Line 2 | **Business Income** | 0.00 | 0.00 | | |
| Line 3 | **Cash and Securities-Funding from SFRC** | 0.00 | 0.00 | | |
| Line 4 | **Interest/Dividend Income** | 1,606.09 | 1,606.09 | | |
| Line 5 | **Business Asset Liquidation** | 0.00 | 0.00 | | |
| Line 6 | **Personal Asset Liquidation** | | | | |
| Line 7 | **Third-Party Litigation Income** | | | | |
| Line 8 | **Miscellaneous - Other/Refunds** | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 – 8): | 1,606.09 | 1,606.09 | 1,303,797.89 | |
| | *Decreases In Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors/Refunds** | 0.00 | 0.00 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 0.00 | 0.00 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 0.00 | 0.00 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................ | | | | |
| | Independent Distribution Consultant (IDC)........... | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants..................................... | | | | |
| | Legal Advisers.................................. | | | | |
| | Tax Advisers................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................ | | | | |
| | IDC........................................... | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants..................................... | | | | |
| | Legal Advisers.................................. | | | | |
| | Tax Advisers................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan...................... | | | | |
| | Claimant Identification............................. | | | | |
| | Claims Processing............................... | | | | |
| | Web Site Maintenance/Call Center.................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution | | | | |
| | (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other:** | 0.00 | 0.00 | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | 0.00 | 0.00 | 0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| **Line 13** | **Ending Balance (As of March 31, 2019):** | | | 1,303,797.89 | 1 |
| **Line 14**<br>Line 14a<br>Line 14b<br>Line 14c | **Ending Balance of Fund – Net Assets:**<br>*Cash & Cash Equivalents*<br>*Investments*<br>*Other Assets or Uncleared Funds*<br>**Total Ending Balance of Fund – Net Assets** | 1,303,797.89<br><br><br>1,303,797.89 | 1,303,797.89<br><br><br>1,303,797.89 | <br><br><br>1,303,797.89 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| **Line 15**<br>Line 15a | **Disbursements for Plan Administration Expenses Not Paid by the Fund:**<br>*Plan Development Expenses Not Paid by the Fund:*<br>1. Fees:<br>Fund Administrator.............................................<br>IDC...................................................................<br>Distribution Agent............................................<br>Consultants......................................................<br>Legal Advisers.................................................<br>Tax Advisers....................................................<br>2. Administrative Expenses<br>3. Miscellaneous<br>*Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:*<br>1. Fees:<br>Fund Administrator............................................<br>IDC...................................................................<br>Distribution Agent............................................<br>Consultants......................................................<br>Legal Advisers.................................................<br>Tax Advisers....................................................<br>2. Administrative Expenses<br>3. Investor Identification:<br>Notice/Publishing Approved Plan.......................<br>Claimant Identification.....................................<br>Claims Processing............................................<br>Web Site Maintenance/Call Center.....................<br>4. Fund Administrator Bond<br>5. Miscellaneous<br>6. FAIR Reporting Expenses<br>*Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund*<br>**Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| **Line 16**<br>Line 16a<br>Line 16b | **Disbursements to Court/Other Not Paid by the Fund:**<br>*Investment Expenses/CRIS Fees*<br>*Federal Tax Payments*<br>**Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| **Line 17** | **DC & State Tax Payments** | | | | |
| **Line 18**<br>Line 18a | **No. of Claims:**<br>*# of Claims Received This Reporting Period..................................................* | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund..............................................* | | | | |
| **Line 19**<br>Line 19a<br>Line 19b | **No. of Claimants/Investors:**<br>*# of Claimants/Investors Paid This Reporting Period......................................*<br>*# of Claimants/Investors Paid Since Inception of Fund...................................* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | **Ending Balance as of 3/31/19** | 1,300,000.00 | Includes reserved insurance claim proceeds * |

Susan L. Uecker, Receiver

Date    4/29/19

Central California Farms LLC
Susan L. Uecker, Receiver
Balance Sheet
March 31, 2019

### ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Money Mkt - Central CA Farms | $ 1,303,797.89 | |
| Total Current Assets | | 1,303,797.89 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 1,303,797.89 |

### LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Beginning Equity | $ 1,302,191.80 | |
| Net Income | 1,606.09 | |
| Total Capital | | 1,303,797.89 |
| Total Liabilities & Capital | $ | 1,303,797.89 |

Central California Farms LLC
Susan L. Uecker, Receiver
Income Statement
For the First Quarter 2019

|  | Current Quarter |
|---|---|
| **Revenues** | |
| Interest Income | $ 1,606.09 |
| Total Revenues | 1,606.09 |
| | |
| **Expenses** | |
| Total Expenses | 0.00 |
| Net Income | $ 1,606.09 |

STANDARDIZED FUND ACCOUNTING REPORT for Comprehensive Care of Oakland Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of January 1, 2019) | | | 2,994,629.12 | |
| | *Increases in Fund Balance:* | | | | |
| #NAME? | Business Income | 3,423,824.50 | 3,423,824.50 | | |
| \ | Cash and Securities-Transfer from SFRC | 0.00 | 0.00 | | |
| Line 4 | Interest/Dividend Income | 1,504.41 | 1,504.41 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Refunds | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 – 8): | 3,425,328.91 | 3,425,328.91 | 6,419,958.03 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 3,439,007.07 | 3,439,007.07 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 3,439,007.07 | 3,439,007.07 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................ | | | | |
| | Independent Distribution Consultant (IDC).............. | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants................................... | | | | |
| | Legal Advisers................................. | | | | |
| | Tax Advisers.................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| 7+968574 | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................ | | | | |
| | IDC........................................ | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants................................... | | | | |
| | Legal Advisers................................. | | | | |
| | Tax Advisers.................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan........................... | | | | |
| | Claimant Identification............................. | | | | |
| | Claims Processing............................... | | | | |
| | Web Site Maintenance/Call Center....................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other:** | | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | 3,439,007.07 | 3,439,007.07 | 3,439,007.07 | |

| | | | | | |
|---|---|---|---|---|---|
| Line 13 | Ending Balance (As of March 31, 2019): | | | | **2,980,950.96** | 1 |

| | | Detail | Subtotal | | |
|---|---|---|---|---|---|
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | |
| Line 14a | *Cash & Cash Equivalents* | 2,980,950.96 | 2,980,950.96 | | |
| Line 14b | *Investments* | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | |
| | **Total Ending Balance of Fund – Net Assets** | 2,980,950.96 | 2,980,950.96 | | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator……………………………………… | | | | |
| | IDC…………………………………………………………. | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers…………………………………………. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator……………………………………… | | | | |
| | IDC…………………………………………………………. | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers…………………………………………. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan………………………… | | | | |
| | Claimant Identification………………………..……… | | | | |
| | Claims Processing……………………………………… | | | | |
| | Web Site Maintenance/Call Center…………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period*……………………………………………………… | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund*…….…………………………………………… | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period*…………..………………………… | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund*………………………………… | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Ending Balance @3/31/19 | 1,100,000.00 | Includes escrow account for the benefit of CCOO |

Susan L. Decker, Receiver

4/29/19

Date

Comprehensive Care of Oakland
Susan L. Uecker, Receiver
Balance Sheet
March 31, 2019

## ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| Checking - Summit Bank | $ | 320,866.81 | |
| Checking - Payroll Account | | 404,084.37 | |
| Savings Account - Summit Bank | | 1,149,820.47 | |
| Money Market/Escrow-Boston | | 1,106,179.31 | |
| Total Current Assets | | | 2,980,950.96 |
| **Property and Equipment** | | | |
| Total Property and Equipment | | | 0.00 |
| **Other Assets** | | | |
| Total Other Assets | | | 0.00 |
| Total Assets | $ | | 2,980,950.96 |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---:|---:|
| **Current Liabilities** | | | |
| Total Current Liabilities | | | 0.00 |
| **Long-Term Liabilities** | | | |
| Total Long-Term Liabilities | | | 0.00 |
| Total Liabilities | | | 0.00 |
| **Capital** | | | |
| Beginning Equity | $ | 1,894,629.12 | |
| Escrow Funding from SFRC | | 1,100,000.00 | |
| Net Income | | (13,678.16) | |
| Total Capital | | | 2,980,950.96 |
| Total Liabilities & Capital | $ | | 2,980,950.96 |

Unaudited - For Management Purposes Only

Comprehensive Care of Oakland
Susan L. Uecker, Receiver
Income Statement
For the First Quarter 2019

|  | | Current Quarter |
|---|---|---|
| Revenues | | |
| Service Income | $ | 3,423,824.50 |
| Interest Income | | 1,504.41 |
| Total Revenues | | 3,425,328.91 |
| | | |
| Expenses | | |
| Mortgage and Interest Expense | | 29,702.46 |
| Operating Expenses | | 1,545,795.44 |
| Payroll | | 1,863,509.17 |
| Total Expenses | | 3,439,007.07 |
| Net Income | $ | (13,678.16) |

STANDARDIZED FUND ACCOUNTING REPORT for JL Gateway Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| **Line 1** | **Beginning Balance (As of January 1, 2019)** | | | 4,682.70 | |
| | *Increases In Fund Balance:* | | | | |
| **Line 2** | **Business Income** | 4,300.00 | 4,300.00 | | |
| **Line 3** | **Cash and Securities** | | | | |
| **Line 4** | **Interest/Dividend Income** | | | | |
| **Line 5** | **Business Asset Liquidation** | 0.00 | 0.00 | | |
| **Line 6** | **Personal Asset Liquidation** | | | | |
| **Line 7** | **Third-Party Litigation Income** | | | | |
| **Line 8** | **Miscellaneous - Less TI Credit** | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 – 8): | **4,300.00** | **4,300.00** | **8,982.70** | |
| | *Decreases In Fund Balance:* | | | | |
| **Line 9** | **Disbursements to Investors** | | | | |
| **Line 10** | **Disbursements for Receivership Operations** | | | | |
| *Line 10a* | *Disbursements to Receiver or Other Professionals* | | | | |
| *Line 10b* | *Business Asset Expenses* | 1,015.00 | 1,015.00 | | |
| *Line 10c* | *Personal Asset Expenses* | | | | |
| *Line 10d* | *Investment Expenses* | | | | |
| *Line 10e* | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| *Line 10f* | *Tax Administrator Fees and Bonds* | | | | |
| *Line 10g* | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 1,015.00 | 1,015.00 | | |
| **Line 11** | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| *Line 11a* | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator.................................. | | | | |
| | Independent Distribution Consultant (IDC)................... | | | | |
| | Distribution Agent................................... | | | | |
| | Consultants........................................ | | | | |
| | Legal Advisers..................................... | | | | |
| | Tax Advisers...................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| *Line 11b* | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................ | | | | |
| | IDC............................................... | | | | |
| | Distribution Agent................................ | | | | |
| | Consultants....................................... | | | | |
| | Legal Advisers.................................... | | | | |
| | Tax Advisers..................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan....................... | | | | |
| | Claimant Identification.......................... | | | | |
| | Claims Processing............................... | | | | |
| | Web Site Maintenance/Call Center...................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| **Line 12** | **Disbursements to Court/Other:** | | | | |
| *Line 12a* | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| *Line 12b* | *Federal Tax Payments* | | | | |
| | **Total Disbursements/Transfer to SFRC** | 0.00 | 0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| Line 13 | Total Funds Disbursed (Lines 9 – 11): | 1,015.00 | 1,015.00 | **1,015.00** | |
| | Ending Balance (As of March 31, 2019): | | | **7,967.70** | |
| Line 14 | **Ending Balance of Fund – Net Assets** | | | | |
| Line 14a | Cash & Cash Equivalents | 7,967.70 | 7,967.70 | | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | Total Ending Balance of Fund – Net Assets | 7,967.70 | 7,967.70 | **7,967.70** | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………..…….……… | | | | |
| | IDC…………………………………..……………………. | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers……………………………………….… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………………… | | | | |
| | IDC…………………………………………………… | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers………………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………………… | | | | |
| | Claimant Identification……………………………… | | | | |
| | Claims Processing………………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period…………………………………………………………… | | | | |
| Line 18b | # of Claims Received Since Inception of Fund……..………………………………………… | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period……………………………………….... | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund……………………………………… | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| | | | |

Susan L. Decker, Receiver

Date    4/29/19

JL GATEWAY LLC
Susan L. Uecker, Receiver
Balance Sheet
March 31, 2019

ASSETS

| | | |
|---|---:|---:|
| Current Assets | | |
| Checking-Boston Private Bank | $ 7,967.70 | |
| Total Current Assets | | 7,967.70 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | | $ 7,967.70 |

LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Beginning Equity | $ 1,764,199.44 | |
| Turnover Funds | 48,149.61 | |
| WIFI Rail TI Credits | (7,000.00) | |
| Turnover to SFRC | (1,800,666.35) | |
| Net Income | 3,285.00 | |
| Total Capital | | 7,967.70 |
| Total Liabilities & Capital | | $ 7,967.70 |

Unaudited - For Management Purposes Only

Page: 1

JL GATEWAY LLC
Susan L. Uecker, Receiver
Income Statement
For the First Quarter 2019

|  | Current Quarter |
|---|---|
| **Revenues** | |
| CAM/Ins/Mgmt/Late | $ 4,300.00 |
| Total Revenues | 4,300.00 |
| | |
| **Expenses** | |
| Management Fees | 215.00 |
| Taxes - State and Local | 800.00 |
| Total Expenses | 1,015.00 |
| Net Income | $ 3,285.00 |

For Management Purposes Only

STANDARDIZED FUND ACCOUNTING REPORT for SFRC-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: January 1 to March 31, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of January 1, 2019) | | | 24,541,923.49 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities-Transfers | 394.00 | 394.00 | | 1 |
| Line 4 | Interest/Dividend Income | 29,865.98 | 29,865.98 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Refunds | 1,277.62 | 1,277.62 | | |
| | Total Funds Available (Lines 1 – 8): | 31,537.60 | 31,537.60 | 24,573,461.09 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursement to Receiver* | 87,139.46 | 87,139.46 | | |
| Line 10b | *Business Asset Expenses* | 46,775.36 | 46,775.36 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Receiver's Accounting Expenses* | 69,748.98 | 69,748.98 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 136,098.13 | 136,098.13 | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | 339,761.93 | 339,761.93 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................... | | | | |
| | Independent Distribution Consultant (IDC)............ | | | | |
| | Distribution Agent................................. | | | | |
| | Consultants........................................ | | | | |
| | Legal Advisers..................................... | | | | |
| | Tax Advisers....................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous/Settlement | 0.00 | 0.00 | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................... | | | | |
| | IDC............................................... | | | | |
| | Distribution Agent................................. | | | | |
| | Consultants........................................ | | | | |
| | Legal Advisers..................................... | | | | |
| | Tax Advisers....................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan..................... | | | | |
| | Claimant Identification............................. | | | | |
| | Claims Processing.................................. | | | | |
| | Web Site Maintenance/Call Center.................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution | | | | |
| | (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Loan to BHD | 100,000.00 | 100,000.00 | | 2 |
| | Total Funds Disbursed (Lines 9 – 11): | 439,761.93 | 439,761.93 | 439,761.93 | |
| Line 13 | Ending Balance (As of March 31, 2019): | | | 24,133,699.16 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | *Cash & Cash Equivalents* | 24,133,699.16 | 24,133,699.16 | | |
| Line 14b | *Investments* | | | | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| Line 14c | *Other Assets or Uncleared Funds* **Total Ending Balance of Fund – Net Assets** | 24,133,699.16 | 24,133,699.16 | 24,133,699.16 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| **Line 15** Line 15a | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………………………… | | | | |
| | IDC…………………………………………………… | | | | |
| | Distribution Agent………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers………………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………………………… | | | | |
| | IDC…………………………………………………… | | | | |
| | Distribution Agent………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers………………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan……………………… | | | | |
| | Claimant Identification……………………………… | | | | |
| | Claims Processing………………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| **Line 16** Line 16a Line 16b | **Disbursements to Court/Other Not Paid by the Fund:** *Investment Expenses/CRIS Fees* *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| **Line 17** | **DC & State Tax Payments** | | | | |
| **Line 18** Line 18a | **No. of Claims:** *# of Claims Received This Reporting Period………………………………………* | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund……………………………………* | | | | |
| **Line 19** Line 19a | **No. of Claimants/Investors:** *# of Claimants/Investors Paid This Reporting Period………………………………* | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund………………………………* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Cash & Securities-Transfers | 394.00 | Comprised of workers comp refund NA3PL          394.00 |
| 2 | Loan to BHD | 100,000.00 | Court-approved loan from SFRC to Berkeley Healthcare Dynamics |

Susan L. Uecker, Receiver

4/29/19
Date

San Francisco Regional Center
Susan L. Uecker, Receiver
Balance Sheet
March 31, 2019

## ASSETS

| | | | |
|---|---|---:|---:|
| **Current Assets** | | | |
| Checking - Boston Private | $ | 10,859.80 | |
| Market Rate - Boston Private | | 24,122,839.36 | |
| Total Current Assets | | | 24,133,699.16 |
| **Property and Equipment** | | | |
| Total Property and Equipment | | | 0.00 |
| **Other Assets** | | | |
| Loan to BHD, Per Order | | 375,000.00 | |
| Total Other Assets | | | 375,000.00 |
| **Total Assets** | $ | | 24,508,699.16 |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---:|---:|
| **Current Liabilities** | | | |
| Total Current Liabilities | | | 0.00 |
| **Long-Term Liabilities** | | | |
| Total Long-Term Liabilities | | | 0.00 |
| Total Liabilities | | | 0.00 |
| **Capital** | | | |
| Beginning Equity | $ | (2,635,769.24) | |
| Turnover from CA Gold Medal | | 9,681.23 | |
| Turnover from CS LP | | 125,179.84 | |
| Turnover from CS II | | 7,912,768.31 | |
| Turnover from CS III | | 8,719,835.20 | |
| Turnover from CS Holding | | 9,686,474.71 | |
| Turnover from CCOO | | (1,100,000.00) | |
| Turnover from JL Gateway | | 1,800,666.35 | |
| Turnover from CA Gold Medal | | 15,529.26 | |
| Turnover from NA3PL | | 281,488.48 | |
| Turnover - Tesh LLC | | 226.74 | |
| Turnover - Tribune Tavern | | 1,236.61 | |
| Net Income | | (308,618.33) | |
| Total Capital | | | 24,508,699.16 |
| **Total Liabilities & Capital** | $ | | 24,508,699.16 |

Unaudited - For Management Purposes Only

San Francisco Regional Center
Susan L. Uecker, Receiver
Income Statement
For the First Quarter 2019

|  | | Current Quarter |
|---|---|---|
| Revenues | | |
| Interest Income | $ | 29,865.98 |
| Refunds/Mandana | | 1,277.62 |
| Total Revenues | | 31,143.60 |
| | | |
| Expenses | | |
| Receiver's Fees | | 87,139.46 |
| Accounting Fees & Costs | | 69,748.98 |
| Filing Fees | | 695.00 |
| Legal Fees & Costs | | 129,716.09 |
| Legal Fees & Costs-Immigration | | 2,908.44 |
| Legal Fees & Costs-J L Gateway | | 3,473.60 |
| Operating Expense | | 1,518.47 |
| Postage Expense | | 69.38 |
| Storage | | 2,422.30 |
| Taxes - Federal & State | | 10,400.00 |
| IT Expense | | 7,500.00 |
| Mandana Expenses | | 24,170.21 |
| Total Expenses | | 339,761.93 |
| Net Income | $ | (308,618.33) |