JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Special Counsel for Receiver Susan L. Uecker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER TERMINATING RECEIVERSHIP AS TO BERKELEY HEALTHCARE DYNAMICS, LLC AND DISCHARGING RECEIVER AS TO THAT RECEIVERSHIP ENTITY ONLY** |

Based upon the stipulation of the parties to an order terminating the receivership as to Berkeley Healthcare Dynamics, LLC and discharging the Receiver from her duties and obligations under the Order Appointing Receiver and Monitor (Dkt. No. 100) and the Order Extending Scope of Receivership (Dkt. No. 171) as to that Receivership Entity only, and based upon the Order (Dkt. No. 557) and the Order re Entry of Judgment (Dkt. No. 548), and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. From and after the later of July 1, 2019 or the date of entry of this order, the receivership imposed over Berkeley Healthcare Dynamics, LLC, pursuant to the Order Appointing Receiver and Monitor and Order Extending Scope of Receivership shall be terminated;

2. From and after the later of July 1, 2019 or the date of entry of this order, the Receiver shall be discharged, and shall have no further authority, duties or obligations with respect to Berkeley Healthcare Dynamics, LLC;

3. The claims filed solely and exclusively against the separate receivership estate of Berkeley Healthcare Dynamics, LLC by East West Bank, Clement Chin, Kevin Shimamoto, and Jennifer Bronson are solely the responsibility of Berkeley Healthcare Dynamics, LLC, and upon termination of the receivership the remaining Receivership Entities shall have no liability on account of any of such claims and no responsibility for handling such claims, which responsibility shall be the sole province of Berkeley Healthcare Dynamics, LLC. This order shall not affect any claims Clement Chin, Kevin Shimamoto, and Jennifer Bronson might have against any other Receivership Entity.

4. Berkeley Healthcare Dynamics, LLC shall reimburse the remaining Receivership Entities the following amounts without any setoff or counterclaim:

The sum of $552,500, representing the amounts lent by the Receivership Entities to Berkeley Healthcare Dynamics, LLC through May 31, 2019 plus any additional amounts advanced after May 31, 2019; and

The sum of $78,613 representing Berkeley Healthcare Dynamics, LLC's allocable share of the professional fees and costs incurred by the Receivership Entities through March 31,

2019, plus any additional professional fees and costs incurred by the Receivership Entities after March 31, 2019 and through the date of termination of the receivership that are allocable to Berkeley Healthcare Dynamics, LLC, currently estimated to be approximately $10,000, but subject to final accounting and approval.

5. Such payment shall be made on the earlier of the closing of a sale of the real property owned by Berkeley Healthcare Dynamics, LLC which is referred to as the 20th Street Warehouse or the date that is 120 days from the date of entry of this Order. The parties shall cooperate to facilitate the prompt payment of these amounts in connection with receipt of proceeds from liquidation of Berkeley Healthcare Dynamics, LLC's assets.

6. Other than as expressly provided herein, nothing in this Order shall modify, change, or eliminate any other provision(s) of the Order Appointing Receiver and Monitor and Order Extending Scope of Receivership, in particular Section XI of the Order Appointing Receiver; and

7. Pursuant to Paragraph 61 of the Order Appointing Receiver and Monitor, the Receiver's Final Accounting for Berkeley Healthcare Dynamics, LLC shall be filed at the close of the Receivership for all remaining Receivership Entities.

IT IS SO ORDERED.

DATED: 6/27/19

_____
JUDGE RICHARD SEEBORG