1   Elizabeth Berke-Dreyfuss (Bar No. 114651)
    **WENDEL ROSEN LLP**
2   1111 Broadway, 24th Floor
    Oakland, California 94607-4036
3   Telephone: (510) 834-6600
    Fax: (510) 834-1928
4   Email: edreyfuss@wendel.com

5   Attorneys for Susan L. Uecker, Receiver

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  SECURITIES AND EXCHANGE              Case No. 3:17-CV-00223-RS
    COMMISSION,
12
            Plaintiff,
13
        vs.
14
    SAN FRANCISCO REGIONAL CENTER, LLC;
15  THOMAS M. HENDERSON; CALIFORNIA
    GOLD MEDAL, L.P.; CALLSOCKET, L.P.;     **STANDARDIZED FUND
16  CALLSOCKET II, L.P.; CALLSOCKET III,    ACCOUNTING REPORT FOR
    L.P.; COMPREHENSIVE CARE OF             CONSOLIDATED SEC VS. SFRC
17  OAKLAND, L.P.; NA3PL, L.P.; WEST        RECEIVERSHIP ENTITIES FOR
    OAKLAND PLAZA, L.P.; CALLSOCKET,        REPORTING PERIOD:
18  LLC; CALLSOCKET II, LLC; CALLSOCKET     APRIL 1, 2019 – JUNE 30, 2019**
    III, LLC; COMPREHENSIVE CARE OF
19  CALIFORNIA, LLC; IMMEDIA, LLC; and
    NORTH AMERICA 3PL, LLC,
20
            Defendants,
21
        -and-
22
    CALLSOCKET HOLDING COMPANY, LLC;
23  CALLSOCKET III HOLDING COMPANY,
    LLC; BERKELEY HEALTHCARE
24  DYNAMICS, LLC; CENTRAL CALIFORNIA
    FARMS, LLC; and JL GATEWAY, LLC,
25
            Relief Defendants.
26

27

28

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated SEC vs. SFRC Receivership Entities-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 28,437,315.95 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | **Business Income** | 2,884,419.25 | 2,884,419.25 | | |
| Line 3 | **Cash and Securities-Transfers and Turnover** | 1,124,045.30 | 1,124,045.30 | | |
| Line 4 | **Interest/Dividend Income** | 32,736.32 | 32,736.32 | | |
| Line 5 | **Business Asset Liquidation** | 0.00 | 0.00 | | |
| Line 6 | **Personal Asset Liquidation** | | | | |
| Line 7 | **Third-Party Litigation Income** | | | | |
| Line 8 | **Miscellaneous - Other** | 818,224.27 | 818,224.27 | | |
| | **Total Funds Available (Lines 1 – 8):** | 5,609,425.14 | 4,859,425.14 | 33,296,741.09 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors/Refunds** | 0.00 | 0.00 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 74,894.06 | 74,894.06 | | 1 |
| Line 10b | *Business Asset Expenses* | 5,011,499.16 | 5,011,499.16 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Receiver's Accounting Expenses* | 51,410.73 | 51,410.73 | | 1 |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 177,584.08 | 177,584.08 | | 1 |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 5,315,388.03 | 5,315,388.03 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | Independent Distribution Consultant (IDC)................ | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants..................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | 0.00 | 0.00 | | |
| | *Total Plan Development Expenses* | 0.00 | 0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC................................................................ | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants..................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan............................ | | | | |
| | Claimant Identification........................................ | | | | |
| | Claims Processing.............................................. | | | | |
| | Web Site Maintenance/Call Center.......................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements/Transfers Between Entities** | 1,402,980.96 | 1,402,980.96 | | |

| | | | | |
|---|---|---:|---:|---:|
| | **Total Funds Disbursed (Lines 9 – 11):** | 5,315,388.03 | 5,315,388.03 | **6,718,368.99** |
| **Line 13** | **Ending Balance (As of June 30, 2019):** | | | **26,578,372.10** |
| **Line 14** | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | 26,217,620.17 | 26,217,620.17 | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund – Net Assets** | 26,217,620.17 | 26,217,620.17 | **26,217,620.17** |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| **Line 15** | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC................................................................. | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants...................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC................................................................. | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants...................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan............................. | | | | |
| | Claimant Identification........................................ | | | | |
| | Claims Processing............................................. | | | | |
| | Web Site Maintenance/Call Center.......................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| **Line 17** | **DC & State Tax Payments** | | | | |
| **Line 18** | **No. of Claims:** | | | | |
| Line 18a | | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund.................................................* | | | | |
| **Line 19** | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period...........................................* | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund.........................................* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Disbursements to Receiver or Other Professionals | 303,888.87 | These amounts are reflected in the SFRC report |

Susan L. Uecker, Receiver

Date   7/22/19

STANDARDIZED FUND ACCOUNTING REPORT for Berkeley Healthcare Dynamics Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 10,900.24 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | 0.00 | 0.00 | | |
| Line 3 | Cash and Securities | | | | |
| Line 4 | Interest/Dividend Income | 0.00 | 0.00 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Loan from SFRC | 167,500.00 | 167,500.00 | | 1 |
| | **Total Funds Available (Lines 1 – 8):** | **167,500.00** | **167,500.00** | **178,400.24** | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 161,904.08 | 161,904.08 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 161,904.08 | 161,904.08 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………………….. | | | | |
| | Independent Distribution Consultant (IDC)………… | | | | |
| | Distribution Agent………………………………. | | | | |
| | Consultants………………………………. | | | | |
| | Legal Advisers………………………………. | | | | |
| | Tax Advisers………………………………. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………… | | | | |
| | IDC………………………… | | | | |
| | Distribution Agent………………………… | | | | |
| | Consultants………………………… | | | | |
| | Legal Advisers………………………… | | | | |
| | Tax Advisers………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan………………… | | | | |
| | Claimant Identification………………………… | | | | |
| | Claims Processing………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution | | | | |
| | (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other:** | | | | |
| | **Total Funds Disbursed (Lines 9 – 11):** | 161,904.08 | 161,904.08 | 161,904.08 | |
| Line 13 | Ending Balance (As of June 30, 2019): | | | 16,496.16 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | 16,496.16 | 16,496.16 | | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets -Warehouse Property | 0.00 | 0.00 | | 2 |
| | Total Ending Balance of Fund – Net Assets | 16,496.16 | 16,496.16 | 16,496.16 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator.......................................... | | | | |
| | IDC................................................................... | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants....................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers..................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator.......................................... | | | | |
| | IDC................................................................... | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants....................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers..................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan......................... | | | | |
| | Claimant Identification........................................ | | | | |
| | Claims Processing.............................................. | | | | |
| | Web Site Maintenance/Call Center...................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period.....................................................* | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund....................................................* | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period..........................................* | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund.......................................* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Miscellaneous - Other/Loan from SFRC | 167,500.00 | Court-approved loan from SFRC to Berkeley Healthcare Dynamics |
| 2 | Warehouse Property at 1700 - 20th St, Oakland CA | 0.00 | Purchased in 2012 for $8,250,000; has appreciated in value over time. |

Susan L. Uecker, Receiver

7/22/19

Date

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2019

### ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Checking - Boston Private Bank | $ 14,071.25 | |
| Checking - EastWest Bank | 2,424.91 | |
| Total Current Assets | | 16,496.16 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 16,496.16 |

### LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Loan from SFRC, Per Order | $ 542,500.00 | |
| Total Current Liabilities | | 542,500.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 542,500.00 |
| Capital | | |
| Beginning Equity | (201,786.58) | |
| Net Income | (324,217.26) | |
| Total Capital | | (526,003.84) |
| Total Liabilities & Capital | $ | 16,496.16 |

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2019

|  |  | Current Quarter |
|---|---|---|
| Revenues |  |  |
| Total Revenues |  | 0.00 |
|  |  |  |
| Expenses |  |  |
| Bank Service Charges | $ | 38.00 |
| Mortgage Expense - Principle |  | 30,330.00 |
| Mortgage Expense - Interest |  | 65,665.29 |
| Office Expense |  | 1,749.98 |
| Operating Expense |  | 580.00 |
| Property Management |  | 9,000.00 |
| Security Expense |  | 49,644.00 |
| Utilities Expense |  | 4,896.81 |
| Total Expenses |  | 161,904.08 |
| Net Income | $ | (161,904.08) |

STANDARDIZED FUND ACCOUNTING REPORT for Central California Farms-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 1,303,797.89 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | 0.00 | 0.00 | | |
| Line 3 | Cash and Securities-Funding from SFRC | 0.00 | 0.00 | | |
| Line 4 | Interest/Dividend Income | 1,429.32 | 1,429.32 | | |
| Line 5 | Business Asset Liquidation | 0.00 | 0.00 | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Refunds | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 – 8): | 1,429.32 | 1,429.32 | 1,305,227.21 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors/Refunds | 0.00 | 0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 1,305,227.21 | 1,305,227.21 | | 1 |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | 1,305,227.21 | 1,305,227.21 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............... | | | | |
| | Independent Distribution Consultant (IDC)........... | | | | |
| | Distribution Agent............... | | | | |
| | Consultants............... | | | | |
| | Legal Advisers............... | | | | |
| | Tax Advisers............... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............... | | | | |
| | IDC............... | | | | |
| | Distribution Agent............... | | | | |
| | Consultants............... | | | | |
| | Legal Advisers............... | | | | |
| | Tax Advisers............... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan............... | | | | |
| | Claimant Identification............... | | | | |
| | Claims Processing............... | | | | |
| | Web Site Maintenance/Call Center............... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution | | | | |
| | (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Other: | 0.00 | 0.00 | | |
| | Total Funds Disbursed (Lines 9 – 11): | 1,305,227.21 | 1,305,227.21 | 1,305,227.21 | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| Line 13 | Ending Balance (As of June 30, 2019): | | | 0.00 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | *Cash & Cash Equivalents* | 0.00 | 0.00 | | |
| Line 14b | *Investments* | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | |
| | Total Ending Balance of Fund – Net Assets | 0.00 | 0.00 | 0.00 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator........................................ | | | | |
| | IDC................................................................ | | | | |
| | Distribution Agent......................................... | | | | |
| | Consultants................................................... | | | | |
| | Legal Advisers.............................................. | | | | |
| | Tax Advisers................................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator........................................ | | | | |
| | IDC................................................................ | | | | |
| | Distribution Agent......................................... | | | | |
| | Consultants................................................... | | | | |
| | Legal Advisers.............................................. | | | | |
| | Tax Advisers................................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan....................... | | | | |
| | Claimant Identification...................................... | | | | |
| | Claims Processing............................................ | | | | |
| | Web Site Maintenance/Call Center.................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period..................................................* | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund..................................................* | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period.......................................* | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund....................................* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Business Asset Expenses | 1,305,227.21 | Settlement, per Order ($1,300,000 plus $5,227.21 interest) |

Susan L. Uecker, Receiver

7/22/19

Date

Central California Farms LLC
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2019

### ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Total Current Assets | | 0.00 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 0.00 |

### LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Beginning Equity | $ | 1,302,191.80 |
| Net Income | | (1,302,191.80) |
| Total Capital | | 0.00 |
| Total Liabilities & Capital | $ | 0.00 |

Unaudited - For Management Purposes Only

Central California Farms LLC
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2019

| | | Current Quarter |
|---|---|---|
| **Revenues** | | |
| Interest Income | $ | 1,429.32 |
| Total Revenues | | 1,429.32 |
| | | |
| **Expenses** | | |
| Settlement | | 1,305,227.21 |
| Total Expenses | | 1,305,227.21 |
| Net Income | $ | (1,303,797.89) |

STANDARDIZED FUND ACCOUNTING REPORT for Comprehensive Care of Oakland Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 2,980,950.96 | |
| | *Increases in Fund Balance:* | | | | |
| #NAME? | Business Income | 2,879,509.74 | 2,879,509.74 | | |
| \ | Cash and Securities-Transfer from SFRC | 0.00 | 0.00 | | |
| Line 4 | Interest/Dividend Income | 1,379.50 | 1,379.50 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Refunds | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 − 8): | 2,880,889.24 | 2,880,889.24 | 5,861,840.20 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 3,531,473.83 | 3,531,473.83 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | 3,531,473.83 | 3,531,473.83 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………… | | | | |
| | Independent Distribution Consultant (IDC)…………… | | | | |
| | Distribution Agent………………………… | | | | |
| | Consultants……………………………… | | | | |
| | Legal Advisers…………………………… | | | | |
| | Tax Advisers……………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| 7+968574 | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………… | | | | |
| | IDC……………………………………… | | | | |
| | Distribution Agent………………………… | | | | |
| | Consultants……………………………… | | | | |
| | Legal Advisers…………………………… | | | | |
| | Tax Advisers……………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………………… | | | | |
| | Claimant Identification……………………… | | | | |
| | Claims Processing…………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | Total Disbursements to Court/Transfers to CCOO | 1,222,807.56 | 1,222,807.56 | | |
| | Total Disbursements to Court/Transfer to SFRC | 1,107,558.81 | 1,107,558.81 | | 1 |
| | Total Funds Disbursed (Lines 9 − 11): | 5,861,840.20 | 5,861,840.20 | 5,861,840.20 | |

| | | | | | 0.00 | |
|---|---|---|---|---|---|---|
| Line 13 | Ending Balance (As of June 30, 2019): | | | | 0.00 | |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | | |
| Line 14a | *Cash & Cash Equivalents* | | 0.00 | 0.00 | | |
| Line 14b | *Investments* | | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | | |
| | Total Ending Balance of Fund – Net Assets | | 0.00 | 0.00 | | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC........................................................................ | | | | |
| | Distribution Agent............................................ | | | | |
| | Consultants........................................................ | | | | |
| | Legal Advisers.................................................... | | | | |
| | Tax Advisers....................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC........................................................................ | | | | |
| | Distribution Agent............................................ | | | | |
| | Consultants........................................................ | | | | |
| | Legal Advisers.................................................... | | | | |
| | Tax Advisers....................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan............................. | | | | |
| | Claimant Identification........................................... | | | | |
| | Claims Processing................................................... | | | | |
| | Web Site Maintenance/Call Center........................ | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period.................................................................. | | | | |
| Line 18b | # of Claims Received Since Inception of Fund............................................................ | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............................................... | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund........................................... | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | **Total Disbursements to Court/Transfer to SFRC** | 1,107,558.81 | Refund of escrow per Order ($1,100,000 plus interest $7,558.81) |

Susan L. Decker, Receiver

7/22/19

Date

Comprehensive Care of Oakland
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2019

### ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Total Current Assets | | 0.00 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 0.00 |

### LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Beginning Equity | $ | 1,894,629.12 |
| Turnover to CCOO | | (1,222,807.56) |
| Transfer to SFRC | | (7,558.81) |
| Net Income | | (664,262.75) |
| Total Capital | | 0.00 |
| Total Liabilities & Capital | $ | 0.00 |

Comprehensive Care of Oakland
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2019

|  | Current Quarter |
|---|---|
| Revenues | |
| Service Income | $ 2,879,509.74 |
| Interest Income | 1,379.50 |
| Total Revenues | 2,880,889.24 |
| | |
| Expenses | |
| Mortgage and Interest Expense | 1,284,180.73 |
| Operating Expenses | 815,426.96 |
| Payroll | 1,431,866.14 |
| Total Expenses | 3,531,473.83 |
| Net Income | $ (650,584.59) |

For Management Purposes Only

STANDARDIZED FUND ACCOUNTING REPORT for JL Gateway Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 7,967.70 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | **Business Income** | 4,909.51 | 4,909.51 | | |
| Line 3 | **Cash and Securities** | | | | |
| Line 4 | **Interest/Dividend Income** | | | | |
| Line 5 | **Business Asset Liquidation** | 0.00 | 0.00 | | |
| Line 6 | **Personal Asset Liquidation** | | | | |
| Line 7 | **Third-Party Litigation Income** | | | | |
| Line 8 | **Miscellaneous - Less TI Credit** | 0.00 | 0.00 | | |
| | Total Funds Available (Lines 1 – 8): | 4,909.51 | 4,909.51 | 12,877.21 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors** | | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | | | | |
| Line 10b | *Business Asset Expenses* | 203.81 | 203.81 | | |
| Line 10c | *Personal Asset Expenses* | | | | |
| Line 10d | *Investment Expenses* | | | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 203.81 | 203.81 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator................................... | | | | |
| | Independent Distribution Consultant (IDC).................. | | | | |
| | Distribution Agent.................................. | | | | |
| | Consultants....................................... | | | | |
| | Legal Advisers.................................... | | | | |
| | Tax Advisers..................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator.............................. | | | | |
| | IDC............................................. | | | | |
| | Distribution Agent.............................. | | | | |
| | Consultants.................................... | | | | |
| | Legal Advisers................................. | | | | |
| | Tax Advisers................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan.............................. | | | | |
| | Claimant Identification............................. | | | | |
| | Claims Processing................................. | | | | |
| | Web Site Maintenance/Call Center....................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) | | | | |
| | Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements/Transfer to SFRC** | 12,673.40 | 12,673.40 | | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| Line 13 | Total Funds Disbursed (Lines 9 – 11): | 203.81 | 203.81 | 12,877.21 | |
| | Ending Balance (As of June 30, 2019): | | | 0.00 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | 0.00 | 0.00 | | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | Total Ending Balance of Fund – Net Assets | 0.00 | 0.00 | 0.00 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC.................................................................. | | | | |
| | Distribution Agent.............................................. | | | | |
| | Consultants....................................................... | | | | |
| | Legal Advisers................................................... | | | | |
| | Tax Advisers...................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC.................................................................. | | | | |
| | Distribution Agent.............................................. | | | | |
| | Consultants....................................................... | | | | |
| | Legal Advisers................................................... | | | | |
| | Tax Advisers...................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan............................. | | | | |
| | Claimant Identification......................................... | | | | |
| | Claims Processing.............................................. | | | | |
| | Web Site Maintenance/Call Center........................ | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | *# of Claims Received This Reporting Period....................................................* | | | | |
| Line 18b | *# of Claims Received Since Inception of Fund...............................................* | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period......................................* | | | | |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund....................................* | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|

_Susan L. Decker, Receiver_

7/22/19

Date

JL GATEWAY LLC
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2019

### ASSETS

| | | |
|---|---|---|
| Current Assets | | |
| Total Current Assets | | 0.00 |
| Property and Equipment | | |
| Total Property and Equipment | | 0.00 |
| Other Assets | | |
| Total Other Assets | | 0.00 |
| Total Assets | $ | 0.00 |

### LIABILITIES AND CAPITAL

| | | |
|---|---|---|
| Current Liabilities | | |
| Total Current Liabilities | | 0.00 |
| Long-Term Liabilities | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| Capital | | |
| Beginning Equity | $ | 1,764,199.44 |
| Turnover Funds | | 48,149.61 |
| WIFI Rail TI Credits | | (7,000.00) |
| Turnover to SFRC | | (1,813,339.75) |
| Net Income | | 7,990.70 |
| Total Capital | | 0.00 |
| Total Liabilities & Capital | $ | 0.00 |

Unaudited - For Management Purposes Only

JL GATEWAY LLC
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2019

|  |  | Current Quarter |
|---|---|---|
| Revenues |  |  |
| Rental Income | $ | 2,325.95 |
| CAM/Ins/Mgmt/Late |  | 1,750.14 |
| Refunds |  | 833.42 |
| Total Revenues |  | 4,909.51 |
| Expenses |  |  |
| Management Fees |  | 116.30 |
| Office Expense |  | 87.51 |
| Total Expenses |  | 203.81 |
| Net Income | $ | 4,705.70 |

For Management Purposes Only

STANDARDIZED FUND ACCOUNTING REPORT for SFRC-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2019

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2019) | | | 24,133,699.16 | |
| | *Increases In Fund Balance:* | | | | |
| Line 2 | **Business Income** | | | | |
| Line 3 | **Cash and Securities-Transfers** | 1,124,045.30 | 1,124,045.30 | | 1 |
| Line 4 | **Interest/Dividend Income** | 29,927.50 | 29,927.50 | | |
| Line 5 | **Business Asset Liquidation** | | | | |
| Line 6 | **Personal Asset Liquidation** | | | | |
| Line 7 | **Third-Party Litigation Income** | 750,000.00 | 750,000.00 | | 2 |
| Line 8 | **Miscellaneous - Refunds** | 650,724.27 | 650,724.27 | | 3 |
| | **Total Funds Available (Lines 1 – 8):** | **2,554,697.07** | **2,554,697.07** | **26,688,396.23** | |
| | *Decreases In Fund Balance:* | | | | |
| Line 9 | **Disbursements to Investors** | | | | |
| Line 10 | **Disbursements for Receivership Operations** | | | | |
| Line 10a | *Disbursement to Receiver* | 74,894.06 | 74,894.06 | | |
| Line 10b | *Business Asset Expenses* | 12,690.23 | 12,690.23 | | |
| Line 10c | *Personal Asset Expenses* | 3,193.12 | 3,193.12 | | |
| Line 10d | *Receiver's Accounting Expenses* | 51,410.73 | 51,410.73 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 177,584.08 | 177,584.08 | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 319,772.22 | 319,772.22 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | Independent Distribution Consultant (IDC)........... | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants..................................................... | | | | |
| | Legal Advisers................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous/Settlement | 0.00 | 0.00 | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC................................................................. | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants..................................................... | | | | |
| | Legal Advisers................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan......................... | | | | |
| | Claimant Identification....................................... | | | | |
| | Claims Processing............................................. | | | | |
| | Web Site Maintenance/Call Center....................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Loan to BHD** | 167,500.00 | 167,500.00 | | 4 |
| | **Total Funds Disbursed (Lines 9 – 11):** | 487,272.22 | 487,272.22 | **487,272.22** | |
| Line 13 | **Ending Balance (As of June 30, 2019):** | | | 26,201,124.01 | |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | | |
| Line 14a | *Cash & Cash Equivalents* | 26,201,124.01 | 26,201,124.01 | | |
| Line 14b | *Investments* | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | |

| Total Ending Balance of Fund – Net Assets | 26,201,124.01 | 26,201,124.01 | 26,201,124.01 | |
|---|---|---|---|---|

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………………… | | | | |
| | IDC………………………………………………… | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers……………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator………………………………… | | | | |
| | IDC………………………………………………… | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants………………………………………… | | | | |
| | Legal Advisers……………………………………… | | | | |
| | Tax Advisers……………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………………… | | | | |
| | Claimant Identification……………………………… | | | | |
| | Claims Processing………………………………… | | | | |
| | Web Site Maintenance/Call Center………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period….…………………………………… | | | | |
| Line 18b | # of Claims Received Since Inception of Fund.…………………………………… | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period.……………………………… | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund.…………………………… | | | | |

| Ref # | Item | Amount | Corresponding Notes | |
|---|---|---|---|---|
| 1 | Cash & Securities-Transfers | 1,124,045.30 | Comprised of transfers, as follows: | |
| | | | 12,673.40 | JL Gateway |
| | | | 3,813.09 | CS Holding |
| | | | 1,107,558.81 | CCOO |
| 2 | Third-Party Litigation Income | 750,000.00 | Settlement, per Order, CCOO | |
| 3 | Miscellaneous-Refunds | 650,724.27 | Refunds, as follows: | |
| | | | 650,689.00 | Reimbursements from CCOO |
| | | | 35.27 | Refund, Blue Cross |
| 4 | Loan to BHD | 167,500.00 | Court-approved loan from SFRC to Berkeley Healthcare Dynamics | |

Susan L. Uecker, Receiver

7/22/19

Date

San Francisco Regional Center
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2019

### ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Checking - Boston Private | $ 4,935.94 | |
| Market Rate - Boston Private | 26,196,188.07 | |
| Total Current Assets | | 26,201,124.01 |
| **Property and Equipment** | | |
| Total Property and Equipment | | 0.00 |
| **Other Assets** | | |
| Loan to BHD, Per Order | 542,500.00 | |
| Total Other Assets | | 542,500.00 |
| Total Assets | | $ 26,743,624.01 |

### LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Total Current Liabilities | | 0.00 |
| **Long-Term Liabilities** | | |
| Total Long-Term Liabilities | | 0.00 |
| Total Liabilities | | 0.00 |
| **Capital** | | |
| Beginning Equity | $ (2,635,769.24) | |
| Turnover from CA Gold Medal | 9,681.23 | |
| Turnover from CS LP | 125,179.84 | |
| Turnover from CS II | 7,912,768.31 | |
| Turnover from CS III | 8,719,835.20 | |
| Turnover from CS Holding | 9,690,287.80 | |
| Turnover from CCOO | 7,558.81 | |
| Turnover from JL Gateway | 1,813,339.75 | |
| Turnover from CA Gold Medal | 15,529.26 | |
| Turnover from NA3PL | 281,488.48 | |
| Turnover - Tesh LLC | 226.74 | |
| Turnover - Tribune Tavern | 1,236.61 | |
| Net Income | 802,261.22 | |
| Total Capital | | 26,743,624.01 |
| Total Liabilities & Capital | | $ 26,743,624.01 |

Unaudited - For Management Purposes Only

Page: 1

San Francisco Regional Center
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2019

|  | Current Quarter |
|---|---|
| **Revenues** | |
| Reimbursed Expenses | $    650,689.00 |
| Interest Income | 29,927.50 |
| Refunds | 35.27 |
| Ma Settlement | 750,000.00 |
| **Total Revenues** | 1,430,651.77 |
| | |
| **Expenses** | |
| Receiver's Fees | 74,894.06 |
| Accounting Fees & Costs | 51,410.73 |
| Insurance Expense | 745.23 |
| Legal Fees & Costs | 167,239.48 |
| Legal Fees & Costs-Immigration | 4,722.00 |
| Legal Fees & Costs-J L Gateway | 622.60 |
| Litigation Costs - BHD | 5,000.00 |
| Operating Expense | 2,384.67 |
| Postage Expense | 34.58 |
| Storage | .   2,025.75 |
| IT Expense | 7,500.00 |
| Mandana Expenses | 3,193.12 |
| **Total Expenses** | 319,772.22 |
| | |
| **Net Income** | $   1,110,879.55 |

For Management Purposes Only