Elizabeth Berke-Dreyfuss (Bar No. 114651)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: edreyfuss@wendel.com

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | **STANDARDIZED FUND ACCOUNTING REPORT FOR CONSOLIDATED SEC VS. SFRC RECEIVERSHIP ENTITIES FOR REPORTING PERIOD: JULY 1, 2019 – SEPTEMBER 30, 2019** |
| Defendants, | |
| -and- | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC, | |
| Relief Defendants. | |

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated SEC vs. SFRC Receivership Entities-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: July 1 to September 30, 2019

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of July 1, 2019) | | | 26,217,620.17 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities-Transfers and Turnover | 107,261.00 | 107,261.00 | | |
| Line 4 | Interest/Dividend Income | 33,228.76 | 33,228.76 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | 1,827,770.00 | 1,827,770.00 | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other | 1,083,580.30 | 1,083,580.30 | | |
| | Total Funds Available (Lines 1 – 8): | 3,051,840.06 | 3,051,840.06 | 29,269,460.23 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors/Refunds | | 0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 86,086.67 | 86,086.67 | | 1 |
| Line 10b | *Business Asset Expenses* | 254,496.59 | 254,496.59 | | |
| Line 10c | *Personal Asset Expenses* | 0.00 | | | |
| Line 10d | *Receiver's Accounting Expenses* | 96,330.17 | 96,330.17 | | 1 |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 215,284.56 | 215,284.56 | | 1 |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 652,197.99 | 652,197.99 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator........................................ | | | | |
| | Independent Distribution Consultant (IDC).............. | | | | |
| | Distribution Agent........................................ | | | | |
| | Consultants............................................... | | | | |
| | Legal Advisers........................................... | | | | |
| | Tax Advisers.............................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | 0.00 | | |
| | *Total Plan Development Expenses* | | 0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator........................................ | | | | |
| | IDC......................................................... | | | | |
| | Distribution Agent........................................ | | | | |
| | Consultants............................................... | | | | |
| | Legal Advisers........................................... | | | | |
| | Tax Advisers.............................................. | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan........................ | | | | |
| | Claimant Identification................................... | | | | |
| | Claims Processing....................................... | | | | |
| | Web Site Maintenance/Call Center...................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other:** | 1,169,115.51 | 1,169,115.51 | | |

| Line | Item | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Total Funds Disbursed (Lines 9 – 11): | 652,197.99 | 652,197.99 | 1,821,313.50 |
| Line 13 | Ending Balance (As of September 30, 2019): | | | 27,448,146.73 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | | 0.00 | |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund – Net Assets | 27,448,146.73 | 0.00 | 0.00 |

**OTHER SUPPLEMENTAL INFORMATION:**

| Line | Item | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator................................. | | | |
| |    IDC....................................................... | | | |
| |    Distribution Agent................................. | | | |
| |    Consultants.......................................... | | | |
| |    Legal Advisers..................................... | | | |
| |    Tax Advisers........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator................................. | | | |
| |    IDC....................................................... | | | |
| |    Distribution Agent................................. | | | |
| |    Consultants.......................................... | | | |
| |    Legal Advisers..................................... | | | |
| |    Tax Advisers........................................ | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan............................ | | | |
| |    Claimant Identification........................... | | | |
| |    Claims Processing................................ | | | |
| |    Web Site Maintenance/Call Center....................... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | | | | |
| Line 18b | # of Claims Received Since Inception of Fund............. | | | |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period.............. | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............. | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Disbursements to Receiver or Other Professionals | 397,701.40 | These amounts are reflected in the SFRC report |

Susan L. Uecker, Receiver

Date 10/30/19

STANDARDIZED FUND ACCOUNTING REPORT for Berkeley Healthcare Dynamics Receivership-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: July 1 to September 30, 2019

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of July 1, 2019) | | | 16,496.16 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | 0.00 | 0.00 | | |
| Line 3 | Cash and Securities | | | | |
| Line 4 | Interest/Dividend Income | 0.00 | 0.00 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | | | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other/Loan from SFRC | 534,127.90 | 534,127.90 | | |
| | Total Funds Available (Lines 1 – 8): | 534,127.90 | 534,127.90 | 550,624.06 | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | | |
| Line 10b | Business Asset Expenses | 8,124.06 | 8,124.06 | | |
| Line 10c | Personal Asset Expenses | | | | |
| Line 10d | Investment Expenses | | | | |
| Line 10e | Third-Party Litigation Expenses | | | | |
| | 1. Attorney Fees | | | | |
| | 2. Litigation Expenses | | | | |
| | Total Third-Party Litigation Expenses | | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | | |
| Line 10g | Federal and State Tax Payments | | | | |
| | Total Disbursements for Receivership Operations | 8,124.06 | 8,124.06 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | Distribution Plan Development Expenses: | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | Independent Distribution Consultant (IDC)............ | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants...................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | Total Plan Development Expenses | | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................................ | | | | |
| | IDC................................................................. | | | | |
| | Distribution Agent............................................. | | | | |
| | Consultants...................................................... | | | | |
| | Legal Advisers.................................................. | | | | |
| | Tax Advisers.................................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan........................ | | | | |
| | Claimant Identification...................................... | | | | |
| | Claims Processing............................................ | | | | |
| | Web Site Maintenance/Call Center...................... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | Total Plan Implementation Expenses | | | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | | |
| Line 12b | Federal Tax Payments | | | | |
| | Total Disbursements to Court/Other: | 542,500.00 | 542,500.00 | | 1 |
| | Total Funds Disbursed (Lines 9 – 11): | 550,624.06 | 550,624.06 | 550,624.06 | |
| Line 13 | Ending Balance (As of September 30, 2019): | | | 0.00 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | 0.00 | 0.00 | | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets - Warehouse Property | 0.00 | 0.00 | | 2 |
| | Total Ending Balance of Fund – Net Assets | 0.00 | 0.00 | 0.00 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| |    Fund Administrator............ | | | | |
| |    IDC............ | | | | |
| |    Distribution Agent............ | | | | |
| |    Consultants............ | | | | |
| |    Legal Advisers............ | | | | |
| |    Tax Advisers............ | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| |    Fund Administrator............ | | | | |
| |    IDC............ | | | | |
| |    Distribution Agent............ | | | | |
| |    Consultants............ | | | | |
| |    Legal Advisers............ | | | | |
| |    Tax Advisers............ | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| |    Notice/Publishing Approved Plan............ | | | | |
| |    Claimant Identification............ | | | | |
| |    Claims Processing............ | | | | |
| |    Web Site Maintenance/Call Center............ | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | | |
| Line 16b | Federal Tax Payments | | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | # of Claims Received This Reporting Period............ | | | | |
| Line 18b | # of Claims Received Since Inception of Fund............ | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............ | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund............ | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Miscellaneous - Other/Loan from SFRC | 542,500.00 | Loan from SFRC paid in Full |
| 2 | Warehouse Property at 1700 - 20th St, Oakland CA | | Order Terminating Receivership |

Susan L. Uecker, Receiver

Date: 10/30/19

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Balance Sheet
September 30, 2019

## ASSETS

| | |
|---|---:|
| **Current Assets** | |
|   Total Current Assets | 0.00 |
| **Property and Equipment** | |
|   Total Property and Equipment | 0.00 |
| **Other Assets** | |
|   Total Other Assets | 0.00 |
| **Total Assets** | $ 0.00 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
|   Total Current Liabilities | | 0.00 |
| **Long-Term Liabilities** | | |
|   Total Long-Term Liabilities | | 0.00 |
| **Total Liabilities** | | 0.00 |
| **Capital** | | |
|   Beginning Equity | $ (201,786.58) | |
|   Turnover to SFRC | 534,127.90 | |
|   Net Income | (332,341.32) | |
| **Total Capital** | | 0.00 |
| **Total Liabilities & Capital** | | $ 0.00 |

Page: 1

Berkeley Healthcare Dynamics LLC
Susan L. Uecker, Receiver
Income Statement
For the Third Quarter 2019

|  | Current Quarter |
|---|---:|
| **Revenues** | |
| Total Revenues | 0.00 |
| | |
| **Expenses** | |
| Office Expense | $ 33.24 |
| Security Expense | 7,168.95 |
| Utilities Expense | 921.87 |
| | |
| Total Expenses | 8,124.06 |
| | |
| Net Income | $ (8,124.06) |

For Management Purposes Only

STANDARDIZED FUND ACCOUNTING REPORT for SFRC-Cash Basis
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: July 1 to September 30, 2019

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of July 1, 2019) | | | 26,201,124.01 | |
| | *Increases In Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities-Transfers | 107,261.00 | 107,261.00 | | 1 |
| Line 4 | Interest/Dividend Income | 33,228.76 | 33,228.76 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | 1,827,770.00 | 1,827,770.00 | | 2 |
| Line 7 | Third-Party Litigation Income | 0.00 | 0.00 | | |
| Line 8 | Miscellaneous - Refunds | 549,452.40 | 549,452.40 | | 3 |
| | Total Funds Available (Lines 1 – 8): | 2,517,712.16 | 2,517,712.16 | 28,718,836.17 | |
| | *Decreases In Fund Balance:* | | | | |
| Line 9 | Disbursements to Investors | | | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursement to Receiver* | 86,086.67 | 86,086.67 | | |
| Line 10b | *Business Asset Expenses* | 246,372.53 | 246,372.53 | | |
| Line 10c | *Personal Asset Expenses* | | 0.00 | | |
| Line 10d | *Receiver's Accounting Expenses* | 96,330.17 | 96,330.17 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 215,284.56 | 215,284.56 | | |
| | 2. Litigation Expenses | | | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | Total Disbursements for Receivership Operations | 644,073.93 | 644,073.93 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................. | | | | |
| | Independent Distribution Consultant (IDC)............ | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants..................................... | | | | |
| | Legal Advisers.................................. | | | | |
| | Tax Advisers.................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous/Settlement | 0.00 | 0.00 | | |
| | *Total Plan Development Expenses* | | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator............................. | | | | |
| | IDC............................................. | | | | |
| | Distribution Agent............................... | | | | |
| | Consultants..................................... | | | | |
| | Legal Advisers.................................. | | | | |
| | Tax Advisers.................................... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan................. | | | | |
| | Claimant Identification.......................... | | | | |
| | Claims Processing............................... | | | | |
| | Web Site Maintenance/Call Center.............. | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | Disbursements to Court/Other: | | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | | |
| Line 12b | Federal Tax Payments | | | | |
| | **Total Disbursements to Court/Settlements** | 626,615.51 | 626,615.51 | | 4 |
| | Total Funds Disbursed (Lines 9 – 11): | 1,270,689.44 | 1,270,689.44 | 1,270,689.44 | |
| Line 13 | Ending Balance (As of September 30, 2019): | | | 27,448,146.73 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | *Cash & Cash Equivalents* | 27,448,146.73 | 27,448,146.73 | | |
| Line 14b | *Investments* | | | | |
| Line 14c | *Other Assets or Uncleared Funds* | | | | |

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | Total Ending Balance of Fund – Net Assets | 27,448,146.73 | 27,448,146.73 | 27,448,146.73 | |
| **OTHER SUPPLEMENTAL INFORMATION:** | | | | | |
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| |    Fund Administrator............... | | | | |
| |    IDC........................ | | | | |
| |    Distribution Agent............... | | | | |
| |    Consultants............... | | | | |
| |    Legal Advisers............... | | | | |
| |    Tax Advisers............... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | | |
| | 1. Fees: | | | | |
| |    Fund Administrator............... | | | | |
| |    IDC........................ | | | | |
| |    Distribution Agent............... | | | | |
| |    Consultants............... | | | | |
| |    Legal Advisers............... | | | | |
| |    Tax Advisers............... | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| |    Notice/Publishing Approved Plan............... | | | | |
| |    Claimant Identification............... | | | | |
| |    Claims Processing............... | | | | |
| |    Web Site Maintenance/Call Center............... | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a |    Investment Expenses/CRIS Fees | | | | |
| Line 16b |    Federal Tax Payments | | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a |    # of Claims Received This Reporting Period............... | | | | |
| Line 18b |    # of Claims Received Since Inception of Fund............... | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a |    # of Claimants/Investors Paid This Reporting Period............... | | | | |
| Line 19b |    # of Claimants/Investors Paid Since Inception of Fund............... | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| 1 | Cash & Securities-Transfers | 107,261.00 | Reimbursement from BHD for Professional Fees |
| 2 | Personal Asset Litigation | 1,827,770.00 | Sale of Mandana |
| 3 | Miscellaneous-Refunds | 549,452.40 | Refunds, as follows:<br>542,500.00 Repayment of Loan to BHD<br>6,952.40 Misc Vendor and Tax Refunds |
| 4 | Total Disbursements to Court/Settlements | 626,615.51 | Settlement with Aileen Yen: $250,000<br>Settlement with SEC/Henderson: $376,615.51 |

*Susan L. Decker, Receiver*

Date: 10/30/19

San Francisco Regional Center
Susan L. Uecker, Receiver
Balance Sheet
September 30, 2019

## ASSETS

| | | | |
|---|---|---:|---:|
| Current Assets | | | |
| Checking - Boston Private | $ | 21,838.85 | |
| Market Rate - Boston Private | | 27,109,979.08 | |
| Money Market - Lien Reserves | | 316,328.80 | |
| Total Current Assets | | | 27,448,146.73 |
| Property and Equipment | | | |
| Total Property and Equipment | | | 0.00 |
| Other Assets | | | |
| Total Other Assets | | | 0.00 |
| Total Assets | | $ | 27,448,146.73 |

## LIABILITIES AND CAPITAL

| | | | |
|---|---|---:|---:|
| Current Liabilities | | | |
| Total Current Liabilities | | | 0.00 |
| Long-Term Liabilities | | | |
| Total Long-Term Liabilities | | | 0.00 |
| Total Liabilities | | | 0.00 |
| Capital | | | |
| Beginning Equity | $ | (2,635,769.24) | |
| Turnover from CA Gold Medal | | 9,681.23 | |
| Turnover from CS LP | | 125,179.84 | |
| Turnover from CS II | | 7,912,768.31 | |
| Turnover from CS III | | 8,719,835.20 | |
| Turnover from CS Holding | | 9,690,287.80 | |
| Turnover from CCOO | | 7,558.81 | |
| Turnover from JL Gateway | | 1,813,339.75 | |
| Turnover from CA Gold Medal | | 15,529.26 | |
| Turnover from NA3PL | | 281,488.48 | |
| Turnover - Tesh LLC | | 226.74 | |
| Turnover - Tribune Tavern | | 1,236.61 | |
| Net Income | | 1,506,783.94 | |
| Total Capital | | | 27,448,146.73 |
| Total Liabilities & Capital | | $ | 27,448,146.73 |

Unaudited - For Management Purposes Only

San Francisco Regional Center
Susan L. Uecker, Receiver
Income Statement
For the Third Quarter 2019

|  | Current Quarter |
|---|---:|
| **Revenues** | |
| Sale of Assets - Mandana | $ 1,827,770.00 |
| Reimbursed Expenses | 107,261.00 |
| Interest Income | 33,228.76 |
| Refunds | 6,952.40 |
| **Total Revenues** | 1,975,212.16 |
| | |
| **Expenses** | |
| Receiver's Fees | 86,086.67 |
| Receiver's Bond | 200.00 |
| Accounting Fees & Costs | 96,330.17 |
| Legal Fees & Costs | 210,053.57 |
| Legal Fees & Costs-Immigration | 4,483.39 |
| Legal Fees & Costs-J L Gateway | 747.60 |
| Operating Expense | 2,315.87 |
| Postage and Delivery Expense | 110.41 |
| Settlement | 626,615.51 |
| Storage | 1,290.75 |
| Taxes - Federal & State | 2,549.24 |
| IT Expense | 7,500.00 |
| Mandana Expenses | 232,406.26 |
| **Total Expenses** | 1,270,689.44 |
| **Net Income** | $ 704,522.72 |