1  ERIN E. SCHNEIDER (Cal. Bar No. 216114)
     schneidere@sec.gov
2  ANDREW J. HEFTY (Cal. Bar No. 220450)
     heftya@sec.gov
3  SUSAN F. LAMARCA (Cal. Bar No. 215231)
     lamarcas@sec.gov
4  THOMAS J. EME (Ill. Bar No. 6224870)
     emet@sec.gov
5

6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2800
   San Francisco, CA 94104
8  (415) 705-2500

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                             SAN FRANCISCO DIVISION

12

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-cv-00223-RS |
| Plaintiff, | |
| v. | |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, LP; CALLSOCKET, LP; CALLSOCKET II, LP; CALLSOCKET III, LP; COMPREHENSIVE CARE OF OAKLAND, LP; NA3PL, LP; WEST OAKLAND PLAZA, LP; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE Of CALIFORNIA, LLC; IMMEDIA, LLC; NORTH AMERICA 3PL, LLC; | SECOND STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE AND REPLY TO PRITZGER LEVINE LLP'S MOTION FOR APPROVAL OF ADMINISTRATIVE CLAIM |
| Defendants, | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; JL GATEWAY, LLC; | |
| Relief Defendants. | |

Plaintiff Securities and Exchange Commission ("SEC or "Commission"), the Receiver Susan L. Uecker ("Receiver"), and Pritzker Levine, LLP, a claimant in this action, submit this stipulated request for order changing time pursuant to Civil Local Rule 6-2, and stipulate and agree as follows:

WHEREAS, on February 27, 2020, Pritzker Levine LLP filed a Motion for Approval of Administrative Claim (ECF 740) ("Pritzker's Motion"), which is noticed for hearing on April 9, 2020;

WHEREAS, on March 5, 2020, the above parties submitted a Stipulation, which was granted by the Court, to a one-week time modification permitting response and reply dates to Pritzker's Motion to be extended one week, which resulted in the current schedule in which responses are due March 19, 2020 and Pritzker Levine's reply is due March 26, 2020;

WHEREAS, the SEC's counsel is now experiencing logistical difficulties caused by our current transition to remote work, which is the result of measures to address the pandemic; accordingly, the SEC counsel requested a two-week extension from counsel for the Receiver and for Pritzker Levine, and they have agreed;

NOW, THEREFORE, the SEC, the Receiver, and Pritzker Levine LLP stipulate to, and respectfully request that the Court enter, the attached Proposed Order moving the due date for responses to Pritzker's Motion to April 2, 2020, and the due date for filing a reply to April 23, 2020, and moving the date for a hearing to May 7, 2020.

1
2  STIPULATED AND AGREED TO BY:
3
4  DATED: March 16, 2020                    /s/ *Susan F. LaMarca*
                                            Susan F. LaMarca
5                                           Attorney for Plaintiff
                                            SECURITIES AND EXCHANGE COMMISSION
6
7                                           /s/ *Elizabeth Berke-Dreyfuss*
                                            Elizabeth Berke-Dreyfuss
8                                           WENDEL ROSEN LLP
                                            Attorney for Receiver Susan L. Uecker
9
10                                          /s/ *Jonathan K. Levine*
                                            Jonathan K. Levine
11                                          PRITZKER LEVINE LLP
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the forgoing stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the date to respond to Pritzker Levine LLP's Motion for Approval of Administrative Claim (ECF 740) is extended to, and shall be filed by, April 2, 2020. Pritzker Levine LLP's reply shall be filed by April 23, 2020, and the date for the hearing shall be moved to May 7, 2020.

IT IS SO ORDERED.

DATED: 3/18/2020

Richard Seeborg
United States District Judge