DANIEL J. DUNNE (*Pro Hac Vice*)
ddunne@orrick.com
SUZETTE J. BARNES (SBN 273116)
sbarnes@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
701 Fifth Avenue, Suite 5600
Seattle, WA  98104-7097
Telephone:    +1 206 839 4300
Facsimile:    +1 206 839 4301

*Attorneys for Berkeley Healthcare Dynamics, LLC and Intervenors Jennifer Bronson, Clement Chin, and Kevin Shimamoto*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendant,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-cv-00223-RS<br><br>**[PROPOSED] ORDER GRANTING BERKELEY HEALTHCARE DYNAMICS, LLC'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE RULE 60(b)(6)**<br><br>Date:     August 6, 2020<br>Time:     1:30 pm<br>Dept:     450 Golden Gate Ave.<br>           Courtroom 3, 17th Floor<br>           San Francisco, CA 94107<br>Judge:   The Hon. Richard Seeborg |

This MATTER comes before the Court on Berkeley Healthcare Dynamics, LLC's ("BHD's") Motion For Relief From Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(6) ("BHD's Motion"). Pursuant to Fed.R.Civ.P. 60(b)(6), and applying the factors set forth in *Henson v. Fidelity National Financial, Inc.*, 943 F.3d 434 (9th Cir. 2019), the Court finds and concludes that the change in law announced by the United States Supreme Court in *Liu v. Securities & Exchange Commission*, Dkt. 18-1501, 2020 WL 3405845 (June 22, 2020) ("*Liu*") justifies relief from the June 27, 2019 Final Judgment as to Relief Defendant Berkeley Healthcare Dynamics, LLC (Dkt. No. 634). Accordingly, the BHD's Motion is GRANTED.

The Court orders BHD and the SEC to meet and confer in an effort to reach agreement on a modified judgment applying the principles of *Liu* concerning deduction of business expenses from an order of disgorgement. Within 28 days of entry of this Order the parties shall either submit a stipulation and order for entry of a modified judgment reflecting BHD's revised agreed disgorgement obligation, or if the parties are unable to reach agreement, they shall submit a joint status report identifying those material issues on which the parties agree and disagree, and shall submit a proposal to adjudicate BHD's disgorgement obligation, including any disputed issues of material fact as to the calculation of the proper amount of disgorgement consistent with *Liu*.

**IT IS SO ORDERED.**

DATED: this __ day of _____, 2020    _____

The Honorable Richard Seeborg
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION
FOR RELIEF FROM JUDGMENT –
3:17-CV-00223-RS