1  uElizabeth Berke-Dreyfuss (Bar No. 114651)
   **WENDEL ROSEN LLP**
2  1111 Broadway, 24th Floor
   Oakland, California 94607-4036
3  Telephone:  (510) 834-6600
   Fax:  (510) 834-1928
4  Email:  edreyfuss@wendel.com

5  Attorneys for Susan L. Uecker, Receiver

6

7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9                      SAN FRANCISCO DIVISION

10

11  SECURITIES AND EXCHANGE          Case No. 3:17-CV-00223-RS
    COMMISSION,
12
                Plaintiff,
13
         vs.
14
    SAN FRANCISCO REGIONAL CENTER, LLC;   **STIPULATION AND ORDER RE**
15  THOMAS M. HENDERSON; CALIFORNIA       **WITHDRAWAL OF RECEIVER'S**
    GOLD MEDAL, L.P.; CALLSOCKET, L.P.;   **SECOND MOTION FOR ORDER**
16  CALLSOCKET II, L.P.; CALLSOCKET III,  **ALLOWING AND DISALLOWING NON-**
    L.P.; COMPREHENSIVE CARE OF           **EB5-INVESTOR CLAIM IN PART**
17  OAKLAND, L.P.; NA3PL, L.P.; WEST      **(ANGEL KEENE) PURSUANT TO**
    OAKLAND PLAZA, L.P.; CALLSOCKET,      **LOCAL RULE 7-7(e)**
18  LLC; CALLSOCKET II, LLC; CALLSOCKET
    III, LLC; COMPREHENSIVE CARE OF       Judge:    Hon. Richard Seeborg
19  CALIFORNIA, LLC; IMMEDIA, LLC; and    Date:     August 13, 2030
    NORTH AMERICA 3PL, LLC,               Time:     1:30 p.m.
20                                        Crtrm.:   450 Golden Gate Ave.
                Defendants,                         17th Floor, Courtroom 3
21                                                  San Francisco, CA 94102
                -and-
22
    CALLSOCKET HOLDING COMPANY, LLC;
23  CALLSOCKET III HOLDING COMPANY,
    LLC; BERKELEY HEALTHCARE
24  DYNAMICS, LLC; CENTRAL CALIFORNIA
    FARMS, LLC; and JL GATEWAY, LLC,
25
                Relief Defendants.
26

27

28

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

009589.0024:5922718.1

STIPULATION AND ORDER                            Case No. 3:17-CV-00223-RS

Wendel Rosen LLP
1111 Broadway, 24ᵗʰ Floor
Oakland, California 94607-4036

1       The Receiver Susan L. Uecker ("Receiver"), and Angel Keene ("Keene"), a claimant in

2   this action, submit this stipulated request for order withdrawing the Receiver's Second Motion for

3   Order Allowing And Disallowing Non-Eb5 Investment Claim In Part (Angel Keene)("Motion")

4   pursuant to Civil Local Rule 7-7(e), and stipulate and agree as follows:

5       WHEREAS, on May 28, 2020, the Receiver served a letter objection (the "Objection") by

6   email to counsel for Keene, objecting the Proof of Claim filed herein by Keene;

7       WHEREAS, on July 2, 2020, the Receiver filed her Motion, supported by the declarations

8   of the Receiver, and counsel for the Receiver, a request for judicial notice, and certificate of

9   service, and served the Motion on counsel for Keene by first class mail postage prepaid (Docket

10  Nos. 806);

11      WHEREAS, the Receiver set the Motion for hearing before the Court on August 13, 2020

12  at 1:30 p.m.;

13      WHEREAS, on July 20, 2020, Keene filed an Opposition to the Receiver's Motion for

14  Order Allowing and Disallowing Non-EB-5 Investment Claim in Part, supported by the

15  declaration of Keene's counsel ("Opposition")(Docket No. 812);

16      WHEREAS, in the Opposition, counsel for Keene contends, among other things, that she

17  never received the Objection served by email and that service by email was improper under Fed.

18  R. Civ. P. 5;

19      WHEREAS, if filing a reply brief in support of her Motion, the Receiver's counsel would

20  contend, among other things, supported by declarations, that the Objection was sent and received

21  and that Fed. R. Civ. P. 5 did not apply to the service of the Objection;

22      WHEREAS, notwithstanding the disputed issues of service of the Objection, the Receiver

23  and Keene both agree that Keene should have an additional twenty (20) days to submit to the

24  Receiver all evidence to support Keene's claims for damages;

25      WHEREAS, to provide Keene with the additional twenty (20) days to submit evidence of

26  Keene's claims for damages, the Receiver and Keene both stipulate and agree that the Motion

27  should be withdrawn pursuant to Local Rule 7-7(e);

28

1    WHEREAS, Plaintiff, the Securities and Exchange Commission does not oppose this

2 Stipulation, the requested relief and attached Proposed Order;

3    NOW, THEREFORE, the Receiver, and Keene stipulate to, and respectfully request that

4 the Court enter, the attached Proposed Order withdrawing the Receiver's Motion, and providing

5 Keene with twenty (20) days from the entry of the Proposed Order to submit to the Receiver all

6 evidence to support Keene's claims for damages.

7 STIPULATED AND AGREED TO BY:

8 DATED:  July 22, 2020                    WENDEL ROSEN LLP

9

10                                        By:    _____*/s/ Elizabeth Berke-Dreyfuss*_____

11                                               Elizabeth Berke-Dreyfuss
                                                 Attorneys for Susan L. Uecker, Receiver
12

13

14 DATED:  July 22, 2020                    BURTON EMPLOYMENT LAW

15

16

17                                        By:    _____*/s/ Jocelyn Burton*_____

18                                               Jocelyn Burton
                                                 Attorneys for Angel Keene

19

20

21

22

23

24

25

26

27

28

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1

<u>ORDER</u>

2

Based on the forgoing stipulation and good cause appearing,

3

IT IS HEREBY ORDERED that the Receiver's Second Motion for Order Allowing and

4

Disallowing Non-EB-5 Investment Claim In Part (Angele Keene)(Docket No. 806), is hereby

5

withdrawn;

6

IT IS FURTHER ORDERED that Angel Keene shall have twenty (20) days from the date

7

of the entry of this Order to submit to the Receiver all evidence in support of Angel Keene's

8

claims for damages.

9

IT IS SO ORDERED.

10

DATED:  July 22, 2020

11

12

13

Richard Seeborg
United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036