# EXHIBIT A

1  JEFFER MANGELS BUTLER & MITCHELL LLP
   BENNETT G. YOUNG (Bar No. 106504)
2  byoung@jmbm.com
   JOSHUA K. HAEVERNICK
3  jhaevernick@jmbm.com
   Two Embarcadero Center, 5th Floor
4  San Francisco, California 94111-3813
   Telephone:    (415) 398-8080
5  Facsimile:    (415) 398-5584

6  Special Counsel for Receiver Susan L. Uecker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA -SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**[PROPOSED] ORDER GRANTING RECEIVER SUSAN L. UECKER'S MOTION FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN RECEIVER AND KEVIN SHIMAMOTO, CLEMENT CHIN, JENNIFER BRONSON, AND BERKELEY HEALTHCARE DYNAMICS, LLC**<br><br>Date:   December 10, 2020<br>Time:   1:30 p.m.<br>Place:  450 Golden Gate Ave.<br>        17th Floor, Courtroom 3<br>        San Francisco, CA 94102<br>Judge:  Hon Richard Seeborg |

26  / / /
27  / / /
28  / / /

68459210v1

1

Case No. 3:17-CV-00223-RS

[PROPOSED] ORDER GRANTING RECEIVER SUSAN L. UECKER'S MTN FOR ORDER APPROVING STLMNT AGRMNT BETWEEN RECEIVER AND K SHIMAMOTO, C CHIN, J BRONSON AND BHD, LLC

Susan L. Uecker, the duly appointed receiver (the "Receiver") has moved the Court for an order for an order approving a proposed settlement agreement (the "BHD Settlement Agreement") between the Receiver and Kevin Shimamoto ("Shimamoto"), Clement Chin, ("Chin"), Jennifer Bronson ("Bronson," and, together with Shimamoto and Chin, the "Individual Defendants"), and Berkeley Healthcare Dynamics, LLC ("BHD," and, together with the Individual Defendants, the "BHD Parties") (the "Motion").

Based thereon, and good cause shown:

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED;

2. The BHD Settlement Agreement is approved.

3. The Receiver has the authority to compromise the claims, to enter into the BHD Settlement Agreement, and to transfer San Francisco Regional Center, LLC's interest in BHD pursuant to the terms of the Order Appointing Receiver and Monitor (Docket No. 100).

4. The Receiver is authorized to proceed with the BHD Settlement Agreement, including the transfer of San Francisco Regional Center, LLC's interest in BHD, subject to the terms and conditions set forth in the BHD Settlement Agreement.

5. The Receiver is authorized to take all actions and to execute all documents necessary to carry out and effectuate the BHD Settlement Agreement.

DATED: _____, 2020

_____
HON. RICHARD SEEBORG
United States District Judge

68459210v1

2

Case No. 3:17-CV-00223-RS

[PROPOSED] ORDER GRANTING RECEIVER SUSAN L. UECKER'S MTN FOR ORDER APPROVING STLMNT AGRMNT BETWEEN RECEIVER AND K SHIMAMOTO, C CHIN, J BRONSON AND BHD, LLC