UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>Defendants. | Case No. 17-cv-00223-RS<br><br>**ORDER APPROVING SETTLEMENT** |

The Receiver's motion for approval of the settlement she has reached with Kevin Shimamoto, Clement Chin, Jennifer Bronson, and Berkeley Healthcare Dynamics, LLC ("BHD") has been submitted without oral argument. The motion is unopposed and has the affirmative support of the Securities and Exchange Commission. The terms of the settlement appear fair and reasonable, and to be in the best interests of the receivership estate. The parties have provided assurances that an ongoing appeal brought by BHD will have no impact on the receivership estate regardless of its outcome, and that the Receiver and her counsel will incur no more than *de minimus* expenses in "loosely monitoring the appeal to maintain situational awareness." The motion is granted.

**IT IS SO ORDERED**.

Dated: November 24, 2020

RICHARD SEEBORG
United States District Judge