1  JONATHAN K. LEVINE (SBN: 220289)
2  ELIZABETH C. PRITZKER (SBN: 146267)
   CAROLINE C. CORBITT (SBN: 305492)
3  **PRITZKER LEVINE LLP**
   1900 Powell Street, Suite 450
4  Emeryville, CA 94608
   Telephone: (415) 692-0772
5  Facsimile: (415) 366-6110
   Email:  jkl@pritzkerlevine.com
6          ecp@pritzkerlevine.com
7          ccc@pritzkerlevine.com

8  Counsel for Plaintiff in *Young v. Henderson*

9  Additional counsel listed on signature page

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                **SAN FRANCISCO DIVISION**

13  SECURITIES AND EXCHANGE                Case No:  3:17-cv-00223-RS
    COMMISSION,
14
                 Plaintiff,
15
                  vs.
16
    SAN FRANCISCO REGIONAL CENTER,         **STIPULATION AND  ORDER RE:**
17  LLC; THOMAS M. HENDERSON;              **REFERRAL TO MAGISTRATE**
    CALIFORNIA GOLD MEDAL, L.P.;           **JUDGE RYU FOR SETTLEMENT**
18  CALLSOCKET, L.P.; CALLSOCKET II, L.P.; **CONFERENCE**
    CALLSOCKET III, L.P; COMPREHENSIVE
19  CARE OF OAKLAND, L.P.; NA3PL, L.P.;
    WEST OAKLAND PLAZA, L.P;
20  CALLSOCKET III, LLC;
    COMPREHENSIVE CARE OF
21  CALIFORNIA, LLC; IMMEDIA, LLC;
    NORTH AMERICA 3PL, LLC;
22
                 Defendants,
23
                  -and-
24
    CALLSOCKET HOLDING COMPANY,
25  LLC; CALLSOCKET III HOLDING
    COMPANY, LLC; CENTRAL CALIFORNIA
26  FARMS, LLC; BERKELEY HEALTHCARE
    DYNAMICS, LLC; JL GATEWAY, LLC.,
27
                 Relief Defendants.
28

**STIPULATION**

WHEREAS, on May 11, 2022, Pritzker Levine filed its Motion to Approve Administrative Fee Claim (Dkt. No. 978), which was noticed for a hearing on June 16, 2022;

WHEREAS, the Receiver filed a Response on May 19, 2022 (Dkt. No. 979), the Securities and Exchange Commission (SEC) filed an Opposition on May 25, 2022 (Dkt. No. 980), and Pritzker Levine filed its Reply on June 1, 2022 (Dkt. No. 981);

WHEREAS, on June 10, 2022, the Court vacated the June 16, 2022 hearing and ordered the parties to meet and confer further following the exchange of Pritzker Levine's billing records (Dkt. No. 982); and

WHEREAS, Pritzker Levine provided its billing records to the Receiver and the SEC on June 10, 2022, and the parties thereafter met and conferred on June 15, 2022 in an effort to resolve Pritzker Levine's fee claim in this matter.

As a result of these meet and confer discussions, Pritzker Levine, the SEC, and the Receiver hereby stipulate and agree as follows:

1. A settlement conference before a Magistrate Judge of this District would help the parties narrow and potentially resolve their differences;

2. The parties agree to have Magistrate Judge Donna Ryu serve as the settlement judge for this purpose; and

3. The parties respectfully request that the Court refer this matter to Magistrate Judge Ryu for a settlement conference and enter the attached Proposed Order so providing.

**IT IS SO STIPULATED.**

Dated: June 16, 2022                                    PRITZKER LEVINE LLP


                                                        By: */s/ Elizabeth C. Pritzker*

                                                        Elizabeth C. Pritzker
                                                        Jonathan K. Levine
                                                        Caroline C. Corbitt
                                                        Counsel for Plaintiff in *Young v. Henderson*

1

2   Dated: June 16, 2022                        SECURITIES AND EXCHANGE
                                                COMMISSION

3

4                                               By: */s/ Susan F. LaMarca*

5                                               Susan F. LaMarca
                                                Counsel for Plaintiff

6

7   Dated: June 16, 2022                        JEFFER MANGELS BUTLER &
                                                MITCHELL LLP

8

9                                               By: */s/ Bennett G. Young*

10                                              Bennett G. Young
                                                Counsel for Receiver Susan L. Uecker

11

12

13

14                          **ATTESTATION**

15

16      I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this

17  document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed

    have concurred in this filing.

18

19                          */s/ Elizabeth C. Pritzker*
                            Elizabeth C. Pritzker

20

21

22

23

24

25

26

27

28

1

2

**ORDER**

3

Based on the foregoing stipulation, and good cause appearing:

4

This matter will be referred to Magistrate Judge Ryu for a settlement conference.

5

IT IS SO ORDERED.

6

Date: ___June 17_____, 2022

7

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28