JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:    (415) 398-8080
Facsimile:    (415) 398-5584

Attorneys for Susan L. Uecker, Receiver

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER APPROVING TWENTIETH INTERIM APPLICATION FOR COMPENSATION FOR ACCOUNTANT FOR FEDERAL RECEIVER**<br><br>Date:     July 28, 2022<br>Time:    1:30 p.m.<br>Place:    17th Floor, Ctrm. 3<br>             450 Golden Gate Ave.<br>             San Francisco, CA 94102<br>Judge:   Hon. Richard Seeborg |

This matter came before the Court on the motion for approval of the Twentieth Interim Application for Compensation by Bachecki Crom & Co., LLP ("Bachecki"), Accountant for Federal Receiver ("Nineteenth Interim Application"), which seeks: (1) approval of fees and costs in the incurred by Bachecki during the period of January 1, 2022 to March 31, 2022 ("Twentieth Application Period"); (2) authority to pay to Bachecki from the Receivership Estate assets 100% of the fees and costs incurred during the Twentieth Application Period on an interim basis, and (3) authority to pay to Bachecki all remaining amounts previously allowed and held back in connection with JMBM's prior applications in the amount of $151,980.41. The Court, after having considered the Twentieth Application; the certification filed concurrently in support thereof; any objections thereto; the other pleadings filed in this action; and finding that the fees and costs were reasonable and necessary; that notice was appropriate; that the Twentieth Interim Application is in accordance with the Order Appointing Receiver (Docket No. 100, ¶¶ 56-60); and that the services provided by Bachecki were of substantial benefit to the estate, hereby ORDERS, ADJUDGES AND DECREES as follows:

1.  Bachecki's Twentieth Interim Application is GRANTED. Fees and costs in the amount of $4,028.50 in fees and $1,255.22 respectively, are approved and allowed on an interim basis.

2.  The Receiver is AUTHORIZED to pay to Bachecki from the Receivership Estate assets 100% of the approved fees in the amount of $4,028.50 and 100% of the costs in the amount of $1,255.22.

3.  The Receiver is AUTHORIZED to pay to Bachecki from the Receivership Estate assets all remaining amounts previously allowed and held back in connection with Bachecki's prior applications in the amount of $151,980.41.

**IT IS SO ORDERED.**

DATED: July 14, 2022

_____
Richard Seeborg
UNITED STATES DISTRICT JUDGE