JEFFER MANGELS BUTLER & MITCHELL LLP
Bennett G. Young (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone: (415) 398-8080
Facsimile:  (415) 398-5584

Special Counsel for Susan L. Uecker, Receiver

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 3:17-CV-00223-RS |
| Plaintiff, | |
| vs. | |
| SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC, | **STANDARDIZED FUND ACCOUNTING REPORT FOR CONSOLIDATED RECEIVERSHIP ENTITIES FOR REPORTING PERIOD:  SECOND QUARTER 2022 (APRIL 1, 2022 – June 30, 2022)** |
| Defendants, | |
| -and- | |
| CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC, | |
| Relief Defendants. | |

STANDARDIZED FUND ACCOUNTING REPORT for Consolidated SEC vs. SFRC Receivership Entities-Cash Basis
Case 3:17-cv-00223-RS Document 1000 Filed 07/29/22 Page 2 of 8
Receivership Civil Court Case No. 3:17-cv-00223-RS
Reporting Period: April 1 to June 30, 2022

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total | Reference |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of April 1, 2022) | | | 6,319,727.19 | |
| | *Increases in Fund Balance:* | | | | |
| Line 2 | Business Income | | | | |
| Line 3 | Cash and Securities-Transfers and Turnover | 0.00 | 0.00 | | |
| Line 4 | Interest/Dividend Income | 3,889.79 | 3,889.79 | | |
| Line 5 | Business Asset Liquidation | | | | |
| Line 6 | Personal Asset Liquidation | 0.00 | 0.00 | | |
| Line 7 | Third-Party Litigation Income | | | | |
| Line 8 | Miscellaneous - Other (Refunds) | 0.00 | 0.00 | | |
| | **Total Funds Available (Lines 1 – 8):** | **3,889.79** | **3,889.79** | **6,323,616.98** | |
| | *Decreases in Fund Balance:* | | | | |
| Line 9 | Disbursements to Claimants | 0.00 | 0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 8,917.72 | 8,917.72 | | |
| Line 10b | *Business Asset Expenses* | 1,681.75 | 1,681.75 | | |
| Line 10c | *Personal Asset Expenses* | 0.00 | 0.00 | | |
| Line 10d | *Receiver's Accounting Expenses* | 302.63 | 302.63 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | | |
| | 1. Attorney Fees | 9,358.97 | 9,358.97 | | |
| | 2. Litigation Expenses | 0.00 | 0.00 | | |
| | *Total Third-Party Litigation Expenses* | | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | | |
| Line 10g | *Federal and State Tax Payments* | | | | |
| | **Total Disbursements for Receivership Operations** | 20,261.07 | 20,261.07 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………….……………… | | | | |
| | Independent Distribution Consultant (IDC)…………… | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants…………………………………… | | | | |
| | Legal Advisers…………………………………… | | | | |
| | Tax Advisers…………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | 0.00 | | |
| | *Total Plan Development Expenses* | | 0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | | |
| | 1. Fees: | | | | |
| | Fund Administrator…………………………………… | | | | |
| | IDC…………………………………… | | | | |
| | Distribution Agent…………………………………… | | | | |
| | Consultants…………………………………… | | | | |
| | Legal Advisers…………………………………… | | | | |
| | Tax Advisers…………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| | Notice/Publishing Approved Plan…………………… | | | | |
| | Claimant Identification…………………………………… | | | | |
| | Claims Processing…………………………………… | | | | |
| | Web Site Maintenance/Call Center…………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses* | | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | | | | |
| Line 12b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other:** | 0.00 | 0.00 | | |

| | | | | | |
|---|---|---|---|---|---|
| | Total Funds Disbursed (Lines 12-12): | 20,261.07 | 20,261.07 | 20,261.07 | |
| Line 13 | Ending Balance (As of June 30, 2022): | | | 6,303,355.91 | |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | 6,303,355.91 | 6,303,355.91 | | |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | Total Ending Balance of Fund – Net Assets | 6,303,355.91 | 6,303,355.91 | 6,303,355.91 | |

**OTHER SUPPLEMENTAL INFORMATION:**

| | | Detail | Subtotal | Grand Total | |
|---|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| |     Fund Administrator………………………………… | | | | |
| |     IDC……………………………………………………… | | | | |
| |     Distribution Agent……………………………… | | | | |
| |     Consultants…………………………………… | | | | |
| |     Legal Advisers……………………………… | | | | |
| |     Tax Advisers………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Miscellaneous | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | | | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | | |
| | 1. Fees: | | | | |
| |     Fund Administrator……………………………… | | | | |
| |     IDC…………………………………………………… | | | | |
| |     Distribution Agent……………………………… | | | | |
| |     Consultants…………………………………… | | | | |
| |     Legal Advisers……………………………… | | | | |
| |     Tax Advisers………………………………… | | | | |
| | 2. Administrative Expenses | | | | |
| | 3. Investor Identification: | | | | |
| |     Notice/Publishing Approved Plan………………………… | | | | |
| |     Claimant Identification………………………………… | | | | |
| |     Claims Processing…………………………………… | | | | |
| |     Web Site Maintenance/Call Center……………………… | | | | |
| | 4. Fund Administrator Bond | | | | |
| | 5. Miscellaneous | | | | |
| | 6. FAIR Reporting Expenses | | | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | | | | |
| Line 15c | *Tax Administrator Fees & Bonds Not Paid by the Fund* | | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 16a | *Investment Expenses/CRIS Fees* | | | | |
| Line 16b | *Federal Tax Payments* | | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | | |
| Line 17 | **DC & State Tax Payments** | | | | |
| Line 18 | **No. of Claims:** | | | | |
| Line 18a | | | | | |
| Line 18b | # of Claims Received Since Inception of Fund……...………………………………… | | | | |
| Line 19 | **No. of Claimants/Investors:** | | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period……..………………………… | | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund…………………………………… | | | | |

| Ref # | Item | Amount | Corresponding Notes |
|---|---|---|---|
| | | | |

Susan L. Uecker, Receiver

7/27/22

Date

San Francisco Regional Center
Susan L. Uecker, Receiver
Balance Sheet
June 30, 2022

## ASSETS

| Current Assets | | |
|---|---:|---:|
| Checking - Boston Private | $        5,798.29 | |
| Money Market - Boston Private | 6,297,557.62 | |
| | | |
| Total Current Assets | | 6,303,355.91 |
| | | |
| Property and Equipment | | |
| | | |
| Total Property and Equipment | | 0.00 |
| | | |
| Other Assets | | |
| | | |
| Total Other Assets | | 0.00 |
| | | |
| Total Assets | $ | 6,303,355.91 |

## LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| Current Liabilities | | |
| | | |
| Total Current Liabilities | | 0.00 |
| | | |
| Long-Term Liabilities | | |
| | | |
| Total Long-Term Liabilities | | 0.00 |
| | | |
| Total Liabilities | | 0.00 |
| | | |
| Capital | | |
| Beginning Equity | $    (22,235,781.51) | |
| Turnover from CA Gold Medal | 9,681.23 | |
| Turnover from CS LP | 125,179.84 | |
| Turnover from CS II | 7,912,768.31 | |
| Turnover from CS III | 8,719,835.20 | |
| Turnover from CS Holding | 9,690,287.80 | |
| Turnover from CCOO | 7,558.81 | |
| Turnover from JL Gateway | 1,813,339.75 | |
| Turnover from CA Gold Medal | 15,529.26 | |
| Turnover from NA3PL | 281,488.48 | |
| Turnover from SFRC | 27,829.85 | |
| Turnover - Tesh LLC | 226.74 | |
| Turnover - Tribune Tavern | 1,236.61 | |
| Net Income | (65,824.46) | |
| | | |
| Total Capital | | 6,303,355.91 |
| | | |
| Total Liabilities & Capital | $ | 6,303,355.91 |

San Francisco Regional Center
Susan L. Uecker, Receiver
Income Statement
For the Second Quarter 2022

|  | Current Quarter |
|---|---|
| Revenues | |
| Interest Income | $ 3,889.79 |
| Total Revenues | 3,889.79 |
| | |
| Expenses | |
| Receiver's Fees | 8,908.20 |
| Receiver's Costs | 9.52 |
| Accounting Fees & Costs | 302.63 |
| Legal Fees & Costs | 9,358.97 |
| Storage | 1,681.75 |
| Total Expenses | 20,261.07 |
| Net Income | $ (16,371.28) |

7/3/22 at 15:47:45.90

Page: 1

San Francisco Regional Center
## General Ledger
For the Period From Apr 1, 2022 to Jun 30, 2022

Filter Criteria includes: Report order is by ID. Report is printed with Hide Period Subtotals on Multi-Period Report and in Detail Format.

| Account ID / Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| 10200 Checking - Boston Pr | 4/1/22 | | | Beginning Balance | | | 16,059.36 |
| | 4/15/22 | 2174 | CDJ | BACHECKI, CROM & CO LLP | | 302.63 | |
| | 4/15/22 | 2175 | CDJ | JEFFER MANGELS BUTLER & MITCHE | | 9,358.97 | |
| | 4/15/22 | 2176 | CDJ | SUSAN L. UECKER, RECEIVER | | 8,917.72 | |
| | 4/15/22 | ACTIVIT | GE | TRANSFER FROM MONEY MARKET TO CHECKING | 10,000.00 | | |
| | 4/22/22 | 2177 | CDJ | WORKING ASSETS | | 312.25 | |
| | 5/23/22 | 2178 | CDJ | WORKING ASSETS | | 312.25 | |
| | 6/22/22 | 2179 | CDJ | WORKING ASSETS | | 319.25 | |
| | 6/28/22 | | CDJ | PUBLIC STORAGE | | 738.00 | |
| | | | | Change | 10,000.00 | 20,261.07 | -10,261.07 |
| | 6/30/22 | | | Ending Balance | | | 5,798.29 |
| 10300 Money Market - Bost | 4/1/22 | | | Beginning Balance | | | 6,303,667.83 |
| | 4/15/22 | ACTIVIT | GE | TRANSFER FROM MONEY MARKET TO CHECKING | | 10,000.00 | |
| | 4/29/22 | INT, 04/22 | CRJ | BOSTON PRIVATE BANK | 1,035.33 | | |
| | 5/31/22 | INT, 05/22 | CRJ | BOSTON PRIVATE BANK | 1,069.23 | | |
| | 6/30/22 | INT, 06/22 | CRJ | BOSTON PRIVATE BANK | 1,785.23 | | |
| | | | | Change | 3,889.79 | 10,000.00 | -6,110.21 |
| | 6/30/22 | | | Ending Balance | | | 6,297,557.62 |
| 39005 Beginning Equity | 4/1/22 | | | Beginning Balance | | | 22,235,781.5 |
| | 6/30/22 | | | Ending Balance | | | 22,235,781.5 |
| 39006 Turnover from CA G | 4/1/22 | | | Beginning Balance | | | -9,681.23 |
| | 6/30/22 | | | Ending Balance | | | -9,681.23 |
| 39007 Turnover from CS LP | 4/1/22 | | | Beginning Balance | | | -125,179.84 |
| | 6/30/22 | | | Ending Balance | | | -125,179.84 |
| 39008 Turnover from CS II | 4/1/22 | | | Beginning Balance | | | -7,912,768.3 |
| | 6/30/22 | | | Ending Balance | | | -7,912,768.3 |
| 39009 Turnover from CS III | 4/1/22 | | | Beginning Balance | | | -8,719,835.2 |
| | 6/30/22 | | | Ending Balance | | | -8,719,835.2 |
| 39010 Turnover from CS H | 4/1/22 | | | Beginning Balance | | | -9,690,287.8 |
| | 6/30/22 | | | Ending Balance | | | -9,690,287.8 |
| 39011 Turnover from CCO | 4/1/22 | | | Beginning Balance | | | -7,558.81 |
| | 6/30/22 | | | Ending Balance | | | -7,558.81 |
| 39012 Turnover from JL Gat | 4/1/22 | | | Beginning Balance | | | -1,813,339.7 |
| | 6/30/22 | | | Ending Balance | | | -1,813,339.7 |
| 39013 Turnover from CA G | 4/1/22 | | | Beginning Balance | | | -15,529.26 |

7/3/22 at 15:47:46.52

San Francisco Regional Center
### General Ledger
For the Period From Apr 1, 2022 to Jun 30, 2022

Filter Criteria includes: Report order is by ID. Report is printed with Hide Period Subtotals on Multi-Period Report and in Detail Format.

| Account ID / Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | 6/30/22 | | | Ending Balance | | | -15,529.26 |
| 39014 Turnover from NA3P | 4/1/22 | | | Beginning Balance | | | -281,488.48 |
| | 6/30/22 | | | Ending Balance | | | -281,488.48 |
| 39016 Turnover from SFRC | 4/1/22 | | | Beginning Balance | | | -27,829.85 |
| | 6/30/22 | | | Ending Balance | | | -27,829.85 |
| 39017 Turnover - Tesh LLC | 4/1/22 | | | Beginning Balance | | | -226.74 |
| | 6/30/22 | | | Ending Balance | | | -226.74 |
| 39018 Turnover - Tribune T | 4/1/22 | | | Beginning Balance | | | -1,236.61 |
| | 6/30/22 | | | Ending Balance | | | -1,236.61 |
| 41400 Interest Income | 4/1/22 | | | Beginning Balance | | | -3,109.53 |
| | 4/29/22 | INT, 04/22 | CRJ | BOSTON PRIVATE BANK - INTEREST INCOME, 04/22 | | 1,035.33 | |
| | 5/31/22 | INT, 05/22 | CRJ | BOSTON PRIVATE BANK - INTEREST INCOME, 05/22 | | 1,069.23 | |
| | 6/30/22 | INT, 06/22 | CRJ | BOSTON PRIVATE BANK - INTEREST INCOME, 06/22 | | 1,785.23 | |
| | 6/30/22 | | | Change | | 3,889.79 | -3,889.79 |
| | | | | Ending Balance | | | -6,999.32 |
| 61000 Receiver's Fees | 4/1/22 | | | Beginning Balance | | | 13,174.83 |
| | 4/15/22 | 2176 | CDJ | SUSAN L. UECKER, RECEIVER - FEE APP #19, 4TH QTR 2021, FEES | 8,908.20 | | |
| | 6/30/22 | | | Change | 8,908.20 | | 8,908.20 |
| | | | | Ending Balance | | | 22,083.03 |
| 61200 Receiver's Costs | 4/1/22 | | | Beginning Balance | | | |
| | 4/15/22 | 2176 | CDJ | SUSAN L. UECKER, RECEIVER - FEE APP #19, 4TH QTR 2021, COSTS | 9.52 | | |
| | 6/30/22 | | | Change | 9.52 | | 9.52 |
| | | | | Ending Balance | | | 9.52 |
| 62000 Accounting Fees & C | 4/1/22 | | | Beginning Balance | | | 449.78 |
| | 4/15/22 | 2174 | CDJ | BACHECKI, CROM & CO LLP - FEE APP #19, 4TH QTR 2021, COSTS | 82.13 | | |
| | 4/15/22 | 2174 | CDJ | BACHECKI, CROM & CO LLP - FEE APP #19, 4TH QTR 2021, FEES | 220.50 | | |
| | 6/30/22 | | | Change | 302.63 | | 302.63 |
| | | | | Ending Balance | | | 752.41 |
| 66700 General Unsecured D | 4/1/22 | | | Beginning Balance | | | -410.70 |
| | 6/30/22 | | | Ending Balance | | | -410.70 |
| 69000 Legal Fees & Costs | 4/1/22 | | | Beginning Balance | | | 19,877.90 |
| | 4/15/22 | 2175 | CDJ | JEFFER MANGELS BUTLER & MITCHE - FEE APP #16, 4TH QTR | 9,328.50 | | |

7/3/22 at 15:47:46.67

Page: 3

San Francisco Regional Center
## General Ledger
For the Period From Apr 1, 2022 to Jun 30, 2022

Filter Criteria includes: Report order is by ID. Report is printed with Hide Period Subtotals on Multi-Period Report and in Detail Format.

| Account ID<br>Account Description | Date | Reference | Jrnl | Trans Description | Debit Amt | Credit Amt | Balance |
|---|---|---|---|---|---|---|---|
| | 4/15/22 | 2175 | CDJ | MITCHE - FEE APP #15, 4TH QTR 2021, FEES<br>JEFFER MANGELS BUTLER & MITCHE - FEE APP #15, 4TH QTR 2021, COSTS | 30.47 | | |
| | 6/30/22 | | | Change<br>Ending Balance | 9,358.97 | | 9,358.97<br>29,236.87 |
| 69100<br>Legal Fees & Costs-C | 4/1/22 | | | Beginning Balance | | | 4,909.00 |
| | 6/30/22 | | | Ending Balance | | | 4,909.00 |
| 69200<br>Legal Fees & Costs-I | 4/1/22 | | | Beginning Balance | | | 9,152.90 |
| | 6/30/22 | | | Ending Balance | | | 9,152.90 |
| 69400<br>Legal Fees & Costs-J | 4/1/22 | | | Beginning Balance | | | 2,868.25 |
| | 6/30/22 | | | Ending Balance | | | 2,868.25 |
| 716<br>Operating Expense | 4/1/22 | | | Beginning Balance | | | 66.00 |
| | 6/30/22 | | | Ending Balance | | | 66.00 |
| 77500<br>Storage | 4/1/22 | | | Beginning Balance | | | 1,674.75 |
| | 4/22/22 | 2177 | CDJ | WORKING ASSETS - #4400 6630 3312 0091, TO 4/12/22 | 312.25 | | |
| | 5/23/22 | 2178 | CDJ | WORKING ASSETS - #4400 6630 3312 0091, TO 5/12/22 | 312.25 | | |
| | 6/22/22 | 2179 | CDJ | WORKING ASSETS - #4400 6630 3312 0091, TO 5/12/22 | 319.25 | | |
| | 6/28/22 | | CDJ | PUBLIC STORAGE - ACCT #50864918/UNIT #3492, 3RD QTR 2022 | 738.00 | | |
| | 6/30/22 | | | Change<br>Ending Balance | 1,681.75 | | 1,681.75<br>3,356.50 |
| 78000<br>Taxes - Federal & Sta | 4/1/22 | | | Beginning Balance | | | 800.00 |
| | 6/30/22 | | | Ending Balance | | | 800.00 |