JONATHAN K. LEVINE (SBN: 220289)
ELIZABETH C. PRITZKER (SBN: 146267)
CAROLINE C. CORBITT (SBN: 305492)
**PRITZKER LEVINE LLP**
1900 Powell Street, Suite 450
Emeryville, CA 94608
Telephone: (415) 692-0772
Facsimile: (415) 366-6110
Email:  jkl@pritzkerlevine.com
            ecp@pritzkerlevine.com
            ccc@pritzkerlevine.com

Counsel for Plaintiff in *Young v. Henderson*

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; NORTH AMERICA 3PL, LLC;<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; CENTRAL CALIFORNIA FARMS, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; JL GATEWAY, LLC.,<br><br>Relief Defendants. | Case No: 3:17-cv-00223-RS<br><br>**STIPULATION AND ORDER RE: BRIEFING ON MOTION TO APPROVE ADMINISTRATIVE FEE CLAIM** |

**STIPULATION**

On May 11, 2022, Pritzker Levine filed its Motion to Approve Administrative Fee Claim (Dkt. No. 978), which was noticed for a hearing on June 16, 2022;

The Receiver filed a Response on May 19, 2022 (Dkt. No. 979), the Securities and Exchange Commission (SEC) filed an Opposition on May 25, 2022 (Dkt. No. 980), and Pritzker Levine filed its Reply on June 1, 2022 (Dkt. No. 981);

On June 10, 2022, the Court vacated the June 16, 2022 hearing and ordered the parties to meet and confer further following the exchange of Pritzker Levine's billing records. If the parties remained at an impasse after the meet and confer, the Court further ordered the parties to submit supplemental briefing (Dkt. No. 982);

Pritzker Levine provided its billing records to the Receiver and the SEC on June 10, 2022, and the parties thereafter met and conferred on June 15, 2022 in an effort to resolve Pritzker Levine's fee claim in this matter;

On June 16, 2022, the parties jointly requested that the Court appoint Magistrate Judge Ryu to serve as a settlement judge (Dkt. No. 983);

On June 17, 2022, the Court appointed Magistrate Judge Ryu to serve as the settlement judge (Dkt. No. 984);

On August 9, 2022, the parties participated in a settlement conference before Magistrate Judge Ryu, at the conclusion of which Magistrate Judge Ryu made a settlement proposal (Dkt. No. 1001); and

Magistrate Judge Ryu's settlement proposal was not accepted by all of the parties (Dkt. No. 1003), and a ruling on the pending motion is now required.

In light of the foregoing, the parties have met and conferred and, subject to Court approval, stipulate and agree to a modification of the Court's June 10, 2022 Order Directing Submission of Additional Materials as follows:

1. Pritzker Levine's billing information and supplemental brief (not to exceed 10 pages) shall be filed on or before August 26, 2002;

2. Any responses by the Receiver and the SEC (also not to exceed 10 pages) shall be filed on or before September 9, 2022;

3. Pritzker Levine may file a reply brief (not to exceed 5 pages) on or before September 16, 2022; and

4. The hearing on the motion shall be rescheduled for September 29, 2022 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: August 15, 2022                                            PRITZKER LEVINE LLP

                                                                                 By: */s/ Elizabeth C. Pritzker*

                                                                                 Elizabeth C. Pritzker
                                                                                 Jonathan K. Levine
                                                                                 Caroline C. Corbitt
                                                                                 Counsel for Plaintiff in *Young v. Henderson*

Dated: August 15, 2022                                            SECURITIES AND EXCHANGE COMMISSION

                                                                                 By: */s/ Susan F. LaMarca*

                                                                                 Susan F. LaMarca
                                                                                 Counsel for Plaintiff

Dated: August 15, 2022                                            JEFFER MANGELS BUTLER & MITCHELL LLP

                                                                                 By: */s/ Bennett G. Young*

                                                                                 Bennett G. Young
                                                                                 Counsel for Receiver Susan L. Uecker

## ATTESTATION

I, Elizabeth C. Pritzker, am the ECF user whose ID and password are being used to file this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

                                                                                 */s/ Elizabeth C. Pritzker*
                                                                                 Elizabeth C. Pritzker

**ORDER**

Based on the foregoing stipulation, and good cause appearing, the June 10, 2022 Order Directing Submission of Additional Materials shall be modified as follows:

1. Pritzker Levine's billing information and supplemental brief (not to exceed 10 pages) shall be filed on or before August 29, 2002;

2. Any responses by the Receiver and the SEC (also not to exceed 10 pages) shall be filed on or before September 9, 2022;

3. Pritzker Levine may file a reply brief (not to exceed 5 pages) on or before September 16, 2022; and

4. The hearing on the motion shall be rescheduled for September 29, 2022 at 1:30 p.m.

IT IS SO ORDERED.

Date: August 16, 2022

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE