MONIQUE C. WINKLER (Cal. Bar No. 213031)
 winklerm@sec.gov
SUSAN F. LAMARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC, et al.<br><br>　　　　Defendants and Relief Defendants. | Case No. 3:17-cv-00223-RS<br><br>SECURITIES AND EXCHANGE COMMISSION'S STATEMENT OF NON-OPPOSITION TO RECEIVER'S MOTION FOR APPROVAL OF TWENTY FIRST APPLICATION FOR COMPENSATION AND RELATED MOTIONS BY PROFESSIONALS<br><br>Date:　Nov. 3, 2022<br>Time:　1:30 p.m.<br>Place:　Courtroom 3, 17th Floor<br>　　　　450 Golden Gate Ave.<br>　　　　San Francisco, CA 94102<br><br>Judge:　The Hon. Richard Seeborg |

1
2         The Securities and Exchange Commission ("SEC") hereby submits this statement of non-
3   opposition to the Receiver's Motion for Approval of her Twenty First Application for Compensation,
4   and the related motions for compensation by the professionals she has retained (Docket Nos. 1011-
5   1014).
6
7   Dated: October 6, 2022                Respectfully submitted,
8
9                                            /s/ *Susan F. LaMarca*
                                             Susan F. LaMarca
10                                           Attorneys for Plaintiff
                                             SECURITIES AND EXCHANGE COMMISSION
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28