JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
byoung@jmbm.com
Two Embarcadero Center, 5th Floor
San Francisco, California 94111-3813
Telephone:   (415) 398-8080
Facsimile:   (415) 398-5584

Special Counsel for Receiver Susan L. Uecker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER APPROVING JEFFER MANGELS BUTLER & MITCHELL LLP'S SEVENTEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR RECEIVER**<br><br>Date:   November 3, 2022<br>Time:   1:30 p.m.<br>Place:  450 Golden Gate Ave.<br>        17th Floor, Ctrm 3<br>        San Francisco, CA<br>Judge:  The Hon. Richard Seeborg |

This matter came before the Court on the motion for approval of Jeffer Mangels Butler & Butler LLP's Seventeenth Interim Application for Approval of Fees and Reimbursement of Expenses as Counsel for Receiver, which seeks: (1) approval of fees and costs incurred by Jeffer Mangels Butler & Mitchell LLP ("JMBM") during the period of April 1, 2022 to June 30, 2022 ("Seventeenth Application Period"); and (2) authority to pay to JMBM from the Receivership Estate 100% of the fees and 100% of the costs incurred during the Seventeenth Application Period on an interim basis. The Court, after having considered the Seventeenth Interim Application, the declaration filed concurrently in support thereof, any objections thereto, and other pleadings filed in this action, and finding that the fees and costs were reasonable and necessary, that notice was appropriate, that the Seventeenth Interim Fee Application is in accordance with the Order Appointing Receiver and Monitor (Docket No. 100, ¶¶ 56-60; 63-65) and that the services provided by JMBM, were of substantial benefit to the estate, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. JMBM's Seventeenth Interim Fee Application is GRANTED. Fees in the amount of $20,948.50 and costs of $20.30 are approved and allowed in full on an interim basis representing the total amount of fees and costs incurred during the Seventeenth Application Period.

2. The Receiver is AUTHORIZED to pay to JMBM from the Receivership Estate assets 100% of the requested fees in the amount of $20,948.50 and 100% of the costs in the amount of $20.30.

IT IS SO ORDERED.

DATED: October 6, 2022

_____
HON. RICHARD SEEBORG
United States District Judge