1 | JEFFER MANGELS BUTLER & MITCHELL LLP
BENNETT G. YOUNG (Bar No. 106504)
2 | byoung@jmbm.com
Two Embarcadero Center, 5th Floor
3 | San Francisco, California 94111-3813
Telephone:   (415) 398-8080
4 | Facsimile:   (415) 398-5584

5 | Special Counsel for Receiver Susan L. Uecker

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SAN FRANCISCO REGIONAL CENTER, LLC; THOMAS M. HENDERSON; CALIFORNIA GOLD MEDAL, L.P.; CALLSOCKET, L.P.; CALLSOCKET II, L.P.; CALLSOCKET III, L.P.; COMPREHENSIVE CARE OF OAKLAND, L.P.; NA3PL, L.P.; WEST OAKLAND PLAZA, L.P.; CALLSOCKET, LLC; CALLSOCKET II, LLC; CALLSOCKET III, LLC; COMPREHENSIVE CARE OF CALIFORNIA, LLC; IMMEDIA, LLC; and NORTH AMERICA 3PL, LLC,<br><br>Defendants,<br><br>-and-<br><br>CALLSOCKET HOLDING COMPANY, LLC; CALLSOCKET III HOLDING COMPANY, LLC; BERKELEY HEALTHCARE DYNAMICS, LLC; CENTRAL CALIFORNIA FARMS, LLC; and JL GATEWAY, LLC,<br><br>Relief Defendants. | Case No. 3:17-CV-00223-RS<br><br>**ORDER APPROVING JEFFER MANGELS BUTLER & MITCHELL LLP'S NINETEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR RECEIVER**<br><br>Date:   April 27, 2023<br>Time:   1:30 p.m.<br>Place:  450 Golden Gate Ave.<br>         17th Floor, Ctrm 3<br>         San Francisco, CA<br>Judge:  The Hon. Richard Seeborg |

71159848v1

1                                                       Case No. 3:17-CV-00223-RS
ORDER APPROVING JMBM'S NINETEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR RECEIVER

This matter came before the Court on the motion for approval of Jeffer Mangels Butler & Butler LLP's Nineteenth Interim Application for Approval of Fees and Reimbursement of Expenses as Counsel for Receiver, which seeks: (1) approval of fees and costs incurred by Jeffer Mangels Butler & Mitchell LLP ("JMBM") during the period of October 1, 2022 to December 31, 2022 ("Nineteenth Application Period"); and (2) authority to pay to JMBM from the Receivership Estate 100% of the fees and 100% of the costs incurred during the Nineteenth Application Period on an interim basis. The Court, after having considered the Nineteenth Interim Application, the declaration filed concurrently in support thereof, any objections thereto, and other pleadings filed in this action, and finding that the fees and costs were reasonable and necessary, that notice was appropriate, that the Nineteenth Interim Fee Application is in accordance with the Order Appointing Receiver and Monitor (Docket No. 100, ¶¶ 56-60; 63-65) and that the services provided by JMBM, were of substantial benefit to the estate, hereby ORDERS, ADJUDGES AND DECREES as follows:

1. JMBM's Nineteenth Interim Fee Application is GRANTED. Fees in the amount of $8,321.00 and costs of $25.20 are approved and allowed in full on an interim basis representing the total amount of fees and costs incurred during the Nineteenth Application Period.

2. The Receiver is AUTHORIZED to pay to JMBM from the Receivership Estate assets 100% of the requested fees in the amount of $8,321.00 and 100% of the costs in the amount of $25.20.

IT IS SO ORDERED.

DATED: __April 13, 2023__

_____
HON. RICHARD SEEBORG
United States District Judge

2

Case No. 3:17-CV-00223-RS

ORDER APPROVING JMBM'S NINETEENTH INTERIM APPLICATION FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR RECEIVER

71159848v1