UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SAN FRANCISCO REGIONAL CENTER LLC, et al.,<br><br>Defendants. | Case No. 17-cv-00223-RS<br><br>**ORDER VACATING HEARING AND REQUESTING BRIEFING** |

The Receiver has filed a motion seeking an order authorizing final distributions and termination of the Receivership and this action. The Receiver represents that the Securities and Exchange Commission does not oppose the motion. Pursuant to Civil Local Rule 7-1(b), the motion is suitable for disposition without oral argument, and the hearing set for August 10, 2023, is vacated. Although it is unlikely that any other person has legal standing to object, the court will delay issuing a ruling on the motion until the originally calendared hearing date.

The Receiver is currently aware of six investors for whom she has been unable to obtain necessary address information to permit final distributions. The Receiver proposes redistributing the amounts those investors would otherwise receive among all other holders of Class 3 Claims. The Receiver also anticipates that at least some other distributions will go unclaimed. She proposes, therefore, that any unclaimed funds that cannot feasibly be redistributed be sent to the SEC, for payment into the United States Treasury.

No later than August 3, 2023, the Receiver shall file a brief addressing whether it might be

preferable—or perhaps even legally required—to submit to the California Unclaimed Property Fund the distributions that would otherwise go to the six investors for whom she currently lacks sufficient address information and/or any later unclaimed distributions. In the event the Receiver reaches a conclusion that either or both of those categories of funds should go to the California Unclaimed Property Fund rather than being redistributed to other claimants or sent to the United States Treasury, and the SEC is in agreement, she should submit a revised proposed order with her brief. The SEC is permitted, but not required, to submit its own brief setting out any opinions it may have on this issue.

**IT IS SO ORDERED**.

Dated: July 7, 2023

_____
RICHARD SEEBORG
Chief United States District Judge